# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: adobson | Date Created: 12/12/2017 |
| Case: 1−17−46613−nhl | Form ID: 764 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty        Bruce Weiner        courts@nybankruptcy.net

                                                                            TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Bracha Cab Corp        1281 Carroll Street        Brooklyn, NY 11213
smg        Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014

                                                                             TOTAL: 2