# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: adobson | Date Created: 12/12/2017 |
| Case: 1–17–46613–nhl | Form ID: 245 | Total: 12 |

**Recipients of Notice of Electronic Filing:**
aty        Bruce Weiner        courts@nybankruptcy.net

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Bracha Cab Corp        1281 Carroll Street        Brooklyn, NY 11213
smg        United States of America        Secretary of the Treasury        15th Street & Pennsylvania Ave. NW        Washington, DC 20220
smg        NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg        NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg        Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101–7346
smg        NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201–3719
smg        Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014
9159238    Capital One TMF        c/o Skadden Arps Slate        Meagher & Flom LLP        4 Times Square        New York, NY 10036
9159239    Capital One TMF        c/o Skadden Arps Slate        Meagher & Flom, LLP        4 Times Square        Brooklyn, NY 11213
9159237    Capital One Taxi        Medallion Finance        275 Broadhallow Rd        Melville, NY 11747
9159236    Capital One Taxi        Medallion Finance        275 Broadhollow Rd        Melville, NY 11747

TOTAL: 11