# Notice Recipients

District/Off: 0207−1     User: adobson     Date Created: 12/12/2017
Case: 1−17−46613−nhl     Form ID: 309F     Total: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Bracha Cab Corp | 1281 Carroll Street    Brooklyn, NY 11213 |
| aty | Bruce Weiner | Rosenberg Musso & Weiner LLP    26 Court Street    Suite 2211    Brooklyn, NY 11242 |
| smg | United States of America | Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014 |
| 9159238 | Capital One TMF | c/o Skadden Arps Slate    Meagher & Flom LLP    4 Times Square    New York, NY 10036 |
| 9159239 | Capital One TMF | c/o Skadden Arps Slate    Meagher & Flom, LLP    4 Times Square    Brooklyn, NY 11213 |
| 9159237 | Capital One Taxi | Medallion Finance    275 Broadhallow Rd    Melville, NY 11747 |
| 9159236 | Capital One Taxi | Medallion Finance    275 Broadhollow Rd    Melville, NY 11747 |

TOTAL: 12