# Notice Recipients

| District/Off: 0207−1 | User: ahoward | Date Created: 12/14/2017 |
|---|---|---|
| Case: 1−17−46613−nhl | Form ID: pdfall | Total: 11 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov
aty     Bruce Weiner        courts@nybankruptcy.net

                                                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Bracha Cab Corp        1281 Carroll Street        Brooklyn, NY 11213
9159238     Capital One TMF        c/o Skadden Arps Slate     Meagher & Flom LLP      4 Times Square    New York, NY 10036
9159705     Capital One TMF        c/o Skadden Arps Slate     Meagher & Flom LLP      4 Times Square    New York, NY 10036
9159239     Capital One TMF        c/o Skadden Arps Slate     Meagher & Flom, LLP     4 Times Square    Brooklyn, NY 11213
9159706     Capital One TMF        c/o Skadden Arps Slate     Meagher & Flom, LLP     4 Times Square    Brooklyn, NY 11213
9159237     Capital One Taxi       Medallion Finance          275 Broadhallow Rd      Melville, NY 11747
9159704     Capital One Taxi       Medallion Finance          275 Broadhallow Rd      Melville, NY 11747
9159236     Capital One Taxi       Medallion Finance          275 Broadhollow Rd      Melville, NY 11747
9159703     Capital One Taxi       Medallion Finance          275 Broadhollow Rd      Melville, NY 11747

                                                                                                    TOTAL: 9