UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
In re:                                               :   Chapter 11
                                                     :
BRACHA CAB CORP.,                                    :   Case No. 1-17-46613 (NHL)
                                                     :
                                                     :
             Debtor.                                 :
                                                     x
---------------------------------------------------------------

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Troutman Sanders LLP hereby appears as counsel for Capital One Equipment Finance Corp. f/k/a All Points Capital Corp., d/b/a Capital One Taxi Medallion Finance, and hereby requests, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served at the following address and facsimile number:

> Jonathan D. Forstot
> David A. Pisciotta
> Alissa K. Piccione
> TROUTMAN SANDERS LLP
> 875 Third Avenue
> New York, NY  10022
> Tel: (212) 704-6000
> Fax: (212) 704-6288
> Email:  jonathan.forstot@troutman.com
>              david.pisciotta@troutman.com
>              alissa.piccione@troutman.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without

33425766v1

limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the above-captioned Debtor.  <u>Please add the foregoing address to such mailing matrix as may be used for all purposes in this case.</u>

**PLEASE TAKE FURTHER NOTICE**, that, this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in this case (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       December 14, 2017

                                    TROUTMAN SANDERS LLP

                                    By: __/s/ *Alissa K. Piccione*_____
                                        Jonathan D. Forstot
                                        David A. Pisciotta
                                        Alissa K. Piccione
                                        875 Third Avenue
                                        New York, New York 10022
                                        Tel. No.: (212) 704-6000
                                        Fax No.: (212) 704-6288

                                    *Attorneys for Capital One Equipment Finance Corp. f/k/a All Points Capital Corp., d/b/a Capital One Taxi Medallion Finance*