United States Bankruptcy Court
Eastern District of New York

In re:  
Bracha Cab Corp  
    Debtor

Case No. 17-46613-nhl  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0207-1    User: adobson    Page 1 of 1    Date Rcvd: Dec 12, 2017  
                            Form ID: 309F    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.

```
db          +Bracha Cab Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
smg          NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
              Brooklyn, NY  11201-3719
smg         +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
              Albany, NY 12240-0001
smg         +United States of America,    Secretary of the Treasury,    15th Street & Pennsylvania Ave. NW,
              Washington, DC 20220-0001
9159238     +Capital One TMF,    c/o Skadden Arps Slate,    Meagher & Flom LLP,    4 Times Square,
              New York, NY 10036-6518
9159239      Capital One TMF,    c/o Skadden Arps Slate,    Meagher & Flom, LLP,    4 Times Square,
              Brooklyn, NY 11213
9159237     +Capital One Taxi,    Medallion Finance,    275 Broadhallow Rd,    Melville, NY 11747-4808
9159236     +Capital One Taxi,    Medallion Finance,    275 Broadhollow Rd,    Melville, NY 11747-4808
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty          E-mail/Text: courts@nybankruptcy.net Dec 12 2017 18:43:39     Bruce Weiner,
              Rosenberg Musso & Weiner LLP,    26 Court Street,    Suite 2211,    Brooklyn, NY  11242
smg          EDI: IRS.COM Dec 12 2017 18:33:00     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA  19101-7346
smg         +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Dec 12 2017 18:44:25
              NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
              Albany, NY 12205-0300
smg         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Dec 12 2017 18:43:51
              Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
              U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:

        Bruce  Weiner    on behalf of Debtor    Bracha Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net  
        Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov  
                                                                                                                                TOTAL: 2

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor | **Bracha Cab Corp** <br> Name | EIN | **11–3000724** |
| United States Bankruptcy Court **Eastern District of New York** <br> Case number: **1–17–46613–nhl** | | Date case filed for chapter **11  12/8/17** | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

Revised: 12/17

**For the debtor(s) listed above, a case has been filed under Chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors(s), including information about the meeting of creditors and deadlines. Read both pages carefully.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Bracha Cab Corp | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1281 Carroll Street <br> Brooklyn, NY 11213 | |
| 4. | **Debtor's Attorney** <br> Name and address | Bruce Weiner <br> Rosenberg Musso & Weiner LLP <br> 26 Court Street <br> Suite 2211 <br> Brooklyn, NY 11242 | Contact Phone  (718) 855–6840 <br><br> Email:  courts@nybankruptcy.net |
| 5. | **Meeting of Creditors** <br><br> **January 12, 2018 at 10:00 AM** | | Location: <br><br> **271–C Cadman Plaza East, Room 2579 – 2nd Floor, Brooklyn, NY 11201–1800** |
| 6. | **Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to File a Proof of Claim:** <br> Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline: <br> Notice of deadline will be sent at a later time. <br><br> **Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** <br><br> If § 523(c) applies to your claim and you seek to have it excepted from discharge, your must start a judicial proceding by filing a complaint by the deadline stated above. | |
| 7. | **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed in #5 of this notice. *The debtor's representative must be present at the meeting to be questioned under oath.* Creditors may attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | |
| 8. | **Bankruptcy Clerk's Office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Address of the Bankruptcy Clerk's Office: <br> 271–C Cadman Plaza East, Suite 1595 <br> Brooklyn, NY 11201–1800 <br><br> Clerk of the Bankruptcy Court: <br> Robert A. Gavin, Jr. | Hours Open: <br> Monday – Friday 9:00 AM – 4:30 PM <br><br> Contact Phone (347) 394–1700 <br><br> Date: 12/12/17 |

**For more information, see page 2 >**

Debtor **Bracha Cab Corp**                                                                                          Case number **1–17–46613–nhl**

| | | |
|---|---|---|
| 9. | **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 10. | **Legal Advice** | The staff of the Bankruptcy Clerk's Office cannot give legal advice. To protect your rights, consult an attorney. |
| 11. | **Creditors May Not Take Certain Actions** | The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. |
| 12. | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline specified in this notice. (See line 6 for more information.) |
| 13. | **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form "Official Form 410" can be obtained at the United States Courts Web site:(http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>***Do not include this notice with any filing you make with the court.*** |
| 14. | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) The Electronic Bankruptcy Noticing (EBN) Program is open to all parties. You can register for EBN at the BNC website ebn.uscourts.gov, or<br>2) Debtors can register for DeBN by filing local form "Debtor's Electronic Bankruptcy Notice Request" with the Clerk of Court. **Both options are FREE and allow the Clerk to quickly send you court-issued notices and orders by email**. |
| 15. | **Creditors with a Foreign Address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 16. | **Copies of The Petition Must Be Served on The Following Parties** | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101–7346.<br><br>Securities and Exchange Commission, Northeast Regional Office, Woolworth Building, 233 Broadway, New York, New York 10279. |