EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x
In re:

Bracha Cab Corp.,                                          Chapter 11

               Debtor.                          Case No. 17-46613-nhl
--------------------------------------------------x
In re:

Dovber Cab Corp.,                                          Chapter 11

               Debtor.                          Case No. 17-46614-nhl
--------------------------------------------------x
In re:

Dabri Trans Corp.,                                         Chapter 11

               Debtor.                          Case No. 17-46618-nhl
--------------------------------------------------x
In re:

Merab Cab Corp.,                                           Chapter 11

               Debtor.                          Case No. 17-46619-nhl
--------------------------------------------------x
In re:

Fit Taxi Corp.,                                            Chapter 11

               Debtor.                          Case No. 17-46620-nhl
--------------------------------------------------x
In re:

Jarub Trans Corp.,                                         Chapter 11

               Debtor.                          Case No. 17-46639-nhl
--------------------------------------------------x
In re:

Somyash Taxi Corp.,                                        Chapter 11

               Debtor.                          Case No. 17-46640-nhl
--------------------------------------------------x
In re:

NY Canteen Taxi Corp.,                                     Chapter 11

               Debtor.                          Case No. 17-46644-nhl
--------------------------------------------------x
 In re:

Lechaim Cab Corp.,                                         Chapter 11

               Debtor.                          Case No. 17-46647-nhl
--------------------------------------------------x

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

Tamar Cab Corp.,                                      Chapter 11

          Debtor.                          Case No. 17-46616-nhl
-------------------------------------------------------x
In re:

NY Genesis Taxi Corp.,                               Chapter 11

          Debtor.                          Case No. 17-46617-nhl
-------------------------------------------------------x
In re:

NY Tint Taxi Corp.,                                  Chapter 11

          Debtor.                          Case No. 17-46641-nhl
-------------------------------------------------------x
In re:

NY Stance Taxi Corp.,                                Chapter 11

          Debtor.                          Case No. 17-46642-nhl
-------------------------------------------------------x
In re:

NY Energy Taxi Corp.,                                Chapter 11

          Debtor.                          Case No. 17-46645-nhl
-------------------------------------------------------x
In re:

Jackhel Cab Corp.,                                   Chapter 11

          Debtor.                          Case No. 17-46646-nhl
-------------------------------------------------------x

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "Motion") of the Debtors for entry of an order pursuant to section

101(2) of the Bankruptcy Code and Bankruptcy Rule 1015(b) directing the joint administration

of the Debtors' related chapter 11 cases, all as more fully described in the Motion; and the Court

having jurisdiction to consider the Motion and the relief requested therein in accordance with 28

U.S.C. §§57 and 1334; and consideration of the Motion and the relief requested therein being a

core proceeding pursuant to 28 U.S.C. §157(b)(2); and venue being proper in this District

pursuant to 28 U.S.C. §1408; and due and proper notice of the Motion being adequate and

appropriate under the particular circumstances; and a hearing having been held to consider the

relief requested in the Motion (the *"Hearing"*); and the record of the Hearing and all proceedings

had before the Court; and the Court having found and determined that the relief sought in the

Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest,

and that the legal and factual basis set forth in the Motion establish just cause for the relief

granted herein; objections to the requested relief having been withdrawn or overruled on the

merits; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED:


1.    The above-captioned chapter 11 cases are consolidated for procedural purposes

only and shall be jointly administered by this Court under Case No. 17-46613-nhl.

2.    The consolidated caption of the jointly administered cases should read as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
| Bracha Cab Corp., et al, | Case 17-46613-nhl |
| Debtors. | Jointly Administered |

3.    An entry shall be made on the docket of each of the Debtors' cases that is

substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of Bracha Cab Corp., Fovber Cab Corp., Dabri Trans Corp., Merab Cab Corp., Fit Taxi Corp., Jarub Trans Corp., Somyash Taxi Corp., NY Canteen Taxi Corp., Lechaim Cab Corp., Tamar Cab Corp., NY Genesis Taxi Corp., NY Tint Taxi Corp., NY Stance Taxi Corp., NY Energy Taxi Corp., Jackhel Cab Corp., All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 17-46613-nhl.

4.     One consolidated docket, one file and one consolidated service list shall be maintained by Bracha Cab Corp., and kept by the Clerk of the United States Bankruptcy Court for the Eastern District of New York.

5.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.