UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re:

| | |
|---|---|
| Bracha Cab Corp., | Chapter 11 |
| Debtor. | Case No. 17-46613-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Dovber Cab Corp., | Chapter 11 |
| Debtor. | Case No. 17-46614-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Dabri Trans Corp., | Chapter 11 |
| Debtor. | Case No. 17-46618-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Merab Cab Corp., | Chapter 11 |
| Debtor. | Case No. 17-46619-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Fit Taxi Corp., | Chapter 11 |
| Debtor. | Case No. 17-46620-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Jarub Trans Corp., | Chapter 11 |
| Debtor. | Case No. 17-46639-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Somyash Taxi Corp., | Chapter 11 |
| Debtor. | Case No. 17-46640-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| NY Canteen Taxi Corp., | Chapter 11 |
| Debtor. | Case No. 17-46644-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Lechaim Cab Corp., | Chapter 11 |
| Debtor. | Case No. 17-46647-nhl |

-----------------------------------------------------x

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

| | |
|---|---|
| Tamar Cab Corp., | Chapter 11 |
| Debtor. | Case No. 17-46616-nhl |

-------------------------------------------------------x
In re:

| | |
|---|---|
| NY Genesis Taxi Corp., | Chapter 11 |
| Debtor. | Case No. 17-46617-nhl |

-------------------------------------------------------x
In re:

| | |
|---|---|
| NY Tint Taxi Corp., | Chapter 11 |
| Debtor. | Case No. 17-46641-nhl |

-------------------------------------------------------x
In re:

| | |
|---|---|
| NY Stance Taxi Corp., | Chapter 11 |
| Debtor. | Case No. 17-46642-nhl |

-------------------------------------------------------x
In re:

| | |
|---|---|
| NY Energy Taxi Corp., | Chapter 11 |
| Debtor. | Case No. 17-46645-nhl |

-------------------------------------------------------x
In re:

| | |
|---|---|
| Jackhel Cab Corp., | Chapter 11 |
| Debtor. | Case No. 17-46646-nhl |

-------------------------------------------------------x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

The undersigned, being duly sworn, deposes and says:

   1. I am over the age of eighteen, I am not a party in this case or proceeding and I reside at STATEN ISLAND, NEW YORK.

2. On December 18, 2017, I served the within **Debtor's Motion for Joint Administration** upon the persons listed below, those persons being all persons entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(1), by mailing a true copy of same enclosed in a pre-addressed sealed wrapper with postage affixed in a post box maintained under the exclusive care and custody of the United States Postal Service in the State of New York.

/s/
Jasmin Gomez

Sworn to before me this
18th day of December, 2017

/s/
NOTARY PUBLIC

Bracha Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Capital One Equipment Finance Corp.
c/o Troutman Sanders LLP
875 Third Avenue
New York, NY 10022-6225

Capital One TMF
c/o Skadden Arps Slate
Meagher & Flom LLP
4 Times Square
New York, NY 10036-6518

Capital One Taxi
Medallion Finance
275 Broadhollow Rd
Melville, NY 11747-4808

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-9449