| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bracha Cab Corp** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **17-46613** |

■ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.1  Capital One TMF**
Creditor's Name
c/o Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number **1688**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**NYC Medallions - 2L35 & 2L36**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$1,210,000.00**    Value: **$750,000.00**

---

**2.2  Capital One TMF**
Creditor's Name
c/o Skadden Arps Slate Meagher & Flom, LLP
4 Times Square
Brooklyn, NY 11213
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number **1696**

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount: **$250,000.00**    Value: **$0.00**

| Debtor | **Bracha Cab Corp** | Case number (if know) | **17-46613** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,460,000.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Capital One Taxi Medallion Finance**<br>**275 Broadhollow Rd**<br>**Melville, NY 11747** | Line **2.1** | |
| **Capital One Taxi Medallion Finance**<br>**275 Broadhallow Rd**<br>**Melville, NY 11747** | Line **2.2** | |