UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| BRACHA CAB CORP., et al. | Case No. 1-17-46613 (NHL) |
| Debtor. | Jointly Administered |

---------------------------------------------------------------

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Piken & Piken hereby appears as counsel for Esma Elberg, and hereby requests, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served at the following address and facsimile number:

> Robert W. Piken
> PIKEN & PIKEN
> 630 Third Avenue, 23rd Floor
> New York, New York 10017
> Tel. No.: (212) 682-5522
> Fax No.: (212) 682-5542
> Email: rwp@pikenandpiken.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which

may affect or seek to affect the above-captioned Debtor. Please add the foregoing address to such mailing matrix as may be used for all purposes in this case.

**PLEASE TAKE FURTHER NOTICE**, that, this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in this case (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
January 17, 2018

                                              PIKEN & PIKEN
                                By:   */s/ Robert W. Piken*
                                              Robert W. Piken
                                              630 Third Avenue, 23rd Floor
                                              New York, New York 10017
                                              Tel. No.: (212) 682-5522
                                              Fax No.: (212) 682-5542

                                              *Attorneys for Esma Elberg*