UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re:

| | |
|---|---|
| Bracha Cab Corp., | Chapter 11 |
| Debtor. | Case No. 17-46613-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Dovber Cab Corp., | Chapter 11 |
| Debtor. | Case No. 17-46614-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Tamar Cab Corp., | Chapter 11 |
| Debtor. | Case No. 17-46616-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| NY Genesis Taxi Corp, | Chapter 11 |
| Debtor. | Case No. 17-46617-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Dabri Trans Corp., | Chapter 11 |
| Debtor. | Case No. 17-46618-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Merab Cab Corp., | Chapter 11 |
| Debtor. | Case No. 17-46619-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Fit Taxi Corp., | Chapter 11 |
| Debtor. | Case No. 17-46620-nhl |

-----------------------------------------------------x
In re:

| | |
|---|---|
| Jarub Trans Corp., | Chapter 11 |
| Debtor. | Case No. 17-46639-nhl |

-----------------------------------------------------x

---------------------------------------------------x
In re:

Somyash Taxi Corp.,                                         Chapter 11

       Debtor.                                          Case No. 17-46640-nhl
---------------------------------------------------x
In re:

NY Tint Taxi Corp.,                                         Chapter 11

       Debtor.                                          Case No. 17-46641-nhl
---------------------------------------------------x
In re:

NY Stance Taxi Corp.,                                       Chapter 11

       Debtor.                                          Case No. 17-46642-nhl
---------------------------------------------------x
In re:

NY Canteen Taxi Corp.,                                      Chapter 11

       Debtor.                                          Case No. 17-46644-nhl
---------------------------------------------------x
In re:

NY Energy Taxi Corp.,                                       Chapter 11

       Debtor.                                          Case No. 17-46645-nhl
---------------------------------------------------x
In re:

Jackhel Cab Corp.,                                          Chapter 11

       Debtor.                                          Case No. 17-46646-nhl
---------------------------------------------------x
In re:

Lechaim Cab Corp.,                                          Chapter 11

       Debtor.                                          Case No. 17-46647-nhl
---------------------------------------------------x

**ORDER DIRECTING JOINT ADMINISTRATION
OF RELATED CHAPTER 11 CASES**

Upon the motions (the "Motions") of the above-captioned Debtors for entry of an order

pursuant to section 101(2) of the Bankruptcy Code and Bankruptcy Rule 1015(b) directing the joint administration of the Debtors' related chapter 11 cases, all as more fully described in the Motions; and the Court having jurisdiction to consider the Motions and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motions and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. § 1408; and due and proper notice of the Motions being adequate and appropriate under the particular circumstances; and a hearing having been held to consider the relief requested in the Motions (the "Hearing"); and the record of the Hearing; and the Court having found and determined that the relief sought in the Motions is in the best interests of the Debtors' estates, their creditors, and other parties in interest, and that the legal and factual basis set forth in the Motions establish just cause for the relief granted herein; and no opposition to the relief requested in the Motions having been interposed; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motions are granted as set forth herein; and it is further

**ORDERED**, that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 17-46613-nhl; and it is further

*[The Order continues on the following page.]*

**ORDERED**, that the consolidated caption of the jointly administered cases should read as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re:<br><br>    Bracha Cab Corp., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 1-17-46613-nhl<br><br>*Jointly Administered* |
|---|---|

and it is further

**ORDERED**, that an entry shall be made on the docket of each of the Debtors' cases that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of Bracha Cab Corp., Dovber Cab Corp., Dabri Trans Corp., Merab Cab Corp., Fit Taxi Corp., Jarub Trans Corp., Somyash Taxi Corp., NY Canteen Taxi Corp., Lechaim Cab Corp., Tamar Cab Corp., NY Genesis Taxi Corp., NY Tint Taxi Corp., NY Stance Taxi Corp., NY Energy Taxi Corp., and Jackhel Cab Corp.  All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 17-46613-nhl;

and it is further

**ORDERED**, that one consolidated docket, one file, and one consolidated service list shall be maintained by Bracha Cab Corp., and kept by the Clerk of the United States Bankruptcy Court for the Eastern District of New York; and it is further

**ORDERED**, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED**, that the Debtors will each file a separate monthly operating report; and it is further

**ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.



Dated: January 19, 2018
Brooklyn, New York

/s/ Nancy Hershey Lord
Nancy Hershey Lord
United States Bankruptcy Judge

5