| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Bracha Cab Corp** <br> Name | EIN **11–3000724** |
| United States Bankruptcy Court **Eastern District of New York** <br> Case number: **1–17–46613–nhl** | | Date case filed for chapter **11**  **12/8/17** |

# NOTICE OF CONSOLIDATION WITH AMENDED CAPTION

**NOTICE IS HEREBY GIVEN THAT:**

The above−captioned debtor(s) having filed a petition under Chapter 11 of the United States Bankruptcy Code on December 8, 2017, and an order having been entered by the Honorable Nancy Hershey Lord on January 19, 2018, Jointly Administering the case and amending the caption.

**The caption is amended as set forth below:**

IN RE:

Bracha Cab Corp., et al.,

CHAPTER: 11

DEBTOR(s)

☑ An order has been entered consolidating these Chapter 11 cases for **Procedural Purposes Only** and providing for its joint administration. All further original docket entries shall be made on the Lead Case: **17–46613–nhl** except for schedules, claims, claim motions, claim orders and adversary proceedings. Operating reports should be docketed on the **Lead Case** with a notation in the text window as to which case it relates to. If the cases are Chapter 11, the Chapter 11 Plan and Disclosure Statement should be docketed on each individual case.

☐ An order has been entered **Substantively** consolidating these Chapter 11 cases and providing for their joint administration. All further docket entries and proof of claims, shall be made on the lead case docket number: **.**

Dated: January 19, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLacc1d2.jsp** [Notice of Consolidation with Amended Caption rev. 02/01/17]