# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: adobson | Date Created: 1/19/2018 |
| Case: 1−17−46613−nhl | Form ID: 228 | Total: 18 |

**Recipients of Notice of Electronic Filing:**
aty      Bruce Weiner      courts@nybankruptcy.net

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Bracha Cab Corp      1281 Carroll Street      Brooklyn, NY 11213
smg      United States of America      Secretary of the Treasury      15th Street & Pennsylvania Ave. NW      Washington, DC 20220
smg      NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg      NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg      Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101−7346
smg      NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201−3719
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014
9160840      Capital One Equipment Finance Corp.      c/o Troutman Sanders LLP      875 Third Avenue      New York, NY 10022
9159238      Capital One TMF      c/o Skadden Arps Slate      Meagher & Flom LLP      4 Times Square      New York, NY 10036
9159705      Capital One TMF      c/o Skadden Arps Slate      Meagher & Flom LLP      4 Times Square      New York, NY 10036
9159239      Capital One TMF      c/o Skadden Arps Slate      Meagher & Flom, LLP      4 Times Square      Brooklyn, NY 11213
9159706      Capital One TMF      c/o Skadden Arps Slate      Meagher & Flom, LLP      4 Times Square      Brooklyn, NY 11213
9159237      Capital One Taxi      Medallion Finance      275 Broadhallow Rd      Melville, NY 11747
9159704      Capital One Taxi      Medallion Finance      275 Broadhallow Rd      Melville, NY 11747
9159236      Capital One Taxi      Medallion Finance      275 Broadhollow Rd      Melville, NY 11747
9159703      Capital One Taxi      Medallion Finance      275 Broadhollow Rd      Melville, NY 11747
9179785      Robert W. Piken      Piken & Piken      630 Third Ave., 23rd Floor      New York, New York 10017

TOTAL: 17