```
                                United States Bankruptcy Court
                                 Eastern District of New York

In re:                                                                  Case No. 17-46613-nhl
Bracha Cab Corp                                                         Chapter 11
         Debtor              CERTIFICATE OF NOTICE

District/off: 0207-1           User: adobson             Page 1 of 2               Date Rcvd: Jan 19, 2018
                               Form ID: 228              Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db             +Bracha Cab Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
smg             NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3719
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
smg            +United States of America,    Secretary of the Treasury,    15th Street & Pennsylvania Ave. NW,
                 Washington, DC 20220-0001
9160840        +Capital One Equipment Finance Corp.,    c/o Troutman Sanders LLP,    875 Third Avenue,
                 New York, NY 10022-6225
9159238        +Capital One TMF,    c/o Skadden Arps Slate,    Meagher & Flom LLP,    4 Times Square,
                 New York, NY 10036-6518
9159239         Capital One TMF,    c/o Skadden Arps Slate,    Meagher & Flom, LLP,    4 Times Square,
                 Brooklyn, NY 11213
9159237        +Capital One Taxi,    Medallion Finance,    275 Broadhallow Rd,    Melville, NY 11747-4808
9159236        +Capital One Taxi,    Medallion Finance,    275 Broadhollow Rd,    Melville, NY 11747-4808
9179785        +Robert W. Piken,    Piken & Piken,    630 Third Ave., 23rd Floor,    New York, New York 10017-6731
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Jan 19 2018 18:34:33      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA   19101-7346
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jan 19 2018 18:35:00
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 19 2018 18:34:39
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9159705*       +Capital One TMF,    c/o Skadden Arps Slate,    Meagher & Flom LLP,    4 Times Square,
                 New York, NY 10036-6518
9159706*        Capital One TMF,    c/o Skadden Arps Slate,    Meagher & Flom, LLP,    4 Times Square,
                 Brooklyn, NY 11213
9159704*       +Capital One Taxi,    Medallion Finance,    275 Broadhallow Rd,    Melville, NY 11747-4808
9159703*       +Capital One Taxi,    Medallion Finance,    275 Broadhollow Rd,    Melville, NY 11747-4808
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Bruce   Weiner    on behalf of Debtor    Tamar Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Lechaim Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Fit Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    NY Energy Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Jackhel Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Dovber Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
```

```
District/off: 0207-1          User: adobson              Page 2 of 2                  Date Rcvd: Jan 19, 2018
                              Form ID: 228               Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Bruce   Weiner    on behalf of Debtor    Merab Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Bracha Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    NY Stance Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    NY Canteen Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Jarub Trans Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Somyash Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    NY Tint Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    NY Genesis Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Dabri Trans Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Robert W Piken    on behalf of Stockholder Esma  Elberg rwp@pikenandpiken.com
                                                                                             TOTAL: 17
```

| **Information to identify the case:** | |
|---|---|
| Debtor **Bracha Cab Corp**<br>Name | EIN **11–3000724** |
| United States Bankruptcy Court **Eastern District of New York**<br>Case number: **1–17–46613–nhl** | Date case filed for chapter **11   12/8/17** |

# NOTICE OF CONSOLIDATION WITH AMENDED CAPTION

**NOTICE IS HEREBY GIVEN THAT:**

The above–captioned debtor(s) having filed a petition under Chapter 11 of the United States Bankruptcy Code on December 8, 2017, and an order having been entered by the Honorable Nancy Hershey Lord on January 19, 2018, Jointly Administering the case and amending the caption.

**The caption is amended as set forth below:**

IN RE:

Bracha Cab Corp., et al.,

                               DEBTOR(s)                               CHAPTER: 11

- ☑ An order has been entered consolidating these Chapter 11 cases for **Procedural Purposes Only** and providing for its joint administration. All further original docket entries shall be made on the Lead Case: **17–46613–nhl** except for schedules, claims, claim motions, claim orders and adversary proceedings. Operating reports should be docketed on the **Lead Case** with a notation in the text window as to which case it relates to. If the cases are Chapter 11, the Chapter 11 Plan and Disclosure Statement should be docketed on each individual case.
- ☐ An order has been entered **Substantively** consolidating these Chapter 11 cases and providing for their joint administration. All further docket entries and proof of claims, shall be made on the lead case docket number: **.**

Dated: January 19, 2018

                                                                 For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLacc1d2.jsp** [Notice of Consolidation with Amended Caption rev. 02/01/17]