UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

    Bracha Cab Corp.,

                              Debtor.
-----------------------------------------------------------X

Chapter 11

Case No. 17-46613-nhl

AFFIDAVIT

STATE OF NEW YORK     )
                                ) SS:
COUNTY OF KINGS       )

      **Esma Elberg,** being duly sworn, deposes and says:

    1. I am the President of the Debtor herein, and I submit the following information pursuant to Local Rule 1007-4 and in connection with the Debtor's voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

    2. The principal office of the Debtor is located in this district at 1281 Carroll Street, Brooklyn, New York.

    3. The Debtor's taxpayer identification number is 11-30000724.

    4. No official or unofficial committee of creditors of the Debtor has been organized as of this date.

    5. No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such person except court appointed Receiver.

    6. The Debtor's principal books and records are located at 1281 Carroll Street, Brooklyn, New York.

7. A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

8. The Debtor operates its business from 1281 Carroll Street, Brooklyn, New York.

9. It is anticipated that the Debtor's operations in the next thirty (30) days will result in a profit.

10. No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

11. The Debtor does not have any assets located outside the territorial limits of the United States.

12. It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.

          Bracha Cab Corp.

          /s/ Esma Elberg
          Esma Elberg, President

Sworn to before me this
22nd day of January, 2018

_/s/_____
NOTARY PUBLIC