UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Bracha Cab Corp.,

                Debtor

Chapter 11

Case No. 17-46613-nhl

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

Bracha Cab Corp., undersigned debtor herein, swears as follow:

1. Debtor filed a petition under chapter 11 of the Bankruptcy Code on December 08, 2017.

2. Filed herewith is an amendment to **Schedule F**, previously filed herein. The amendment reflects additional creditors added.

3. An attached information sheet indicates the changes made to the above referenced schedule.

                                        _____
                                        Esma Elberg
                                        President

Sworn to before me this 13th
Day of February 2018

_____
NOTARY PUBLIC

BRENDA K WHITACRE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WH6176821
Qualified in New York County
My Commission Expires January 27, 2020

## CHANGES TO SCHEDULES F

Creditors added:

Cheryl Worrel
c/o Burns and Harris
233 Broadway Ste. 900
New York, New York 10279

Douglas Arevalo
c/o Harold Chetrick P.C.
60 East 42nd Street
Suite 445
New York, New York 10165

Karl DeVoc
c/o Barasch McGarry, Salzman & Penson
11 Park Place, Suite 1801
New York, New York 10007

Marc Augstin
c/o Krenstel & Guzman
17 Battery Place, Suite 604
New York, New York 10004