

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,300.00 | Average Collected Balance | 4,155.55 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 3,966.56 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**  No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 1001 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0J277805061L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 2,300.00 | 01/05 | 4,291.56 |
| 01/03 | 4,500.00 | 01/30 | 3,966.56 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account # 4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,100.00 | Average Collected Balance | 6,620.06 |
| Electronic Deposits | 5,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 11,166.56 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/25 | CCD DEPOSIT, ACL MEDALLION CORP PAY 442 443 | 2,800.00 |
| 01/31 | CCD DEPOSIT, ACL MEDALLION CORP PAY 442 443 | 2,800.00 |
| | Subtotal: | 5,600.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 1002 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0M218312454L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 6,100.00 | 01/30 | 8,366.56 |
| 01/05 | 5,891.56 | 01/31 | 11,166.56 |
| 01/25 | 8,691.56 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,500.00 | Average Collected Balance | 4,542.64 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 4,366.56 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**  No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 1001 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0N886012454L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 2,500.00 | 01/05 | 4,691.56 |
| 01/03 | 4,900.00 | 01/30 | 4,366.56 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

000097761 01 AV   0.375  MTD01040020218113012 0002 11 09

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,700.00 | Average Collected Balance | 7,271.68 |
| Electronic Deposits | 6,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 12,166.56 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/25 | CCD DEPOSIT, ACL MEDALLION CORP PAY 450 451 452 | 3,000.00 |
| 01/31 | CCD DEPOSIT, ACL MEDALLION CORP PAY 450 451 452 | 3,000.00 |
| | Subtotal: | 6,000.00 |

**Checks Paid**  No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 1001 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0O330312454L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 6,700.00 | 01/30 | 9,166.56 |
| 01/05 | 6,491.56 | 01/31 | 12,166.56 |
| 01/25 | 9,491.56 | | |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,100.01 | Average Collected Balance | 7,558.78 |
| Electronic Deposits | 5,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 9,566.57 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5030370895 | 2,500.00 |
| 01/26 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5031750242 | 2,500.00 |
| | Subtotal: | 5,000.00 |

**Checks Paid** No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 1001 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0O756605061L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 5,100.01 | 01/26 | 9,891.57 |
| 01/05 | 7,391.57 | 01/30 | 9,566.57 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**TD Bank**
America's Most Convenient Bank®

T  STATEMENT OF ACCOUNT

000097757 01 AV   0.375  MTD01040020218113012 0002 11 09

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 250.00 | Average Collected Balance | 2,660.39 |
| Electronic Deposits | 3,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 2,716.56 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/05 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5030370898 | 3,000.00 |
| | Subtotal: | 3,000.00 |

**Checks Paid**  No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---:|
| 01/30 | 100 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0O939912454L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 12/31 | 250.00 | 01/30 | 2,716.56 |
| 01/05 | 3,041.56 | | |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# Capital One Bank
Commercial Banking Group

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

UPGR
180096

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 01, 2018 - JANUARY 31, 2018

**Commercial Checking 00** — JARUB TRANS CORP

| | | | |
|---|---|---|---|
| Previous Balance 12/31/17 | $1,238.00 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,226.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,238.00 |
| Service Charges | ($12.00) | | |
| Ending Balance 01/31/18 | $1,226.00 | | |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 01, 2018 - JANUARY 31, 2018

**Commercial Checking** — JARUB TRANS CORP

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/31 | Maintenance charge | | $12.00 | $1,226.00 |
| | Total | $0.00 | $12.00 | |

**Commercial Checking** — JARUB TRANS CORP

### SERVICE CHARGES

| Date | Service Description | Number of Items | Fee per Item | Total |
|---|---|---|---|---|
| 01/31 | Maintenance charge | | | ($12.00) |
| | Total Cycle Service Charge | | | ($12.00) |

Thank you for banking with us.    PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER FDIC / EQUAL HOUSING LENDER

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,100.01 | Average Collected Balance | 9,091.04 |
| Electronic Deposits | 6,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 11,566.57 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5030370878 | 3,000.00 |
| 01/26 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5031750238 | 3,000.00 |
| | Subtotal: | 6,000.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 1001 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0P112412454L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 6,100.01 | 01/26 | 11,891.57 |
| 01/05 | 8,891.57 | 01/30 | 11,566.57 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,100.00 | Average Collected Balance | 6,620.06 |
| Electronic Deposits | 5,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 11,166.56 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/25 | CCD DEPOSIT, ACL MEDALLION CORP PAY 438 439 | 2,800.00 |
| 01/31 | CCD DEPOSIT, ACL MEDALLION CORP PAY 438 439 | 2,800.00 |
| | Subtotal: | 5,600.00 |

**Checks Paid**  No. Checks: 1  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 100 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0P242405061L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 6,100.00 | 01/30 | 8,366.56 |
| 01/05 | 5,891.56 | 01/31 | 11,166.56 |
| 01/25 | 8,691.56 | | |



# TD Bank

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

000097754 01 AV    0.375  MTD010400020218113012 0002 11 09
NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,100.01 | Average Collected Balance | 9,091.04 |
| Electronic Deposits | 6,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 11,566.57 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5030370883 | 3,000.00 |
| 01/26 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5031750239 | 3,000.00 |
| | Subtotal: | 6,000.00 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 100 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0P308012454L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 6,100.01 | 01/26 | 11,891.57 |
| 01/05 | 8,891.57 | 01/30 | 11,566.57 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

NY ENERGY TAXI CORP
DIP CASE 17-44645 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,592.01 | Average Collected Balance | 9,566.91 |
| Electronic Deposits | 2,500.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 9,558.57 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5030370884 | 2,500.00 |
| | Subtotal: | 2,500.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 98 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0P499912454L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 7,592.01 | 01/30 | 9,558.57 |
| 01/05 | 9,883.57 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,500.00 | Average Collected Balance | 3,607.16 |
| Electronic Deposits | 1,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 3,366.56 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 1,400.00 |
| | Subtotal: | 1,400.00 |

**Checks Paid** No. Checks: 1  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 1001 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0R242312454L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 2,500.00 | 01/05 | 3,691.56 |
| 01/03 | 3,900.00 | 01/30 | 3,366.56 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



## Bank

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

000097764 01 AV    0.375  MTD010400202181113012 0002 11 09

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

### Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account #

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,100.01 | Average Collected Balance | 7,558.78 |
| Electronic Deposits | 5,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 9,566.57 | | |

#### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5030370889 | 2,500.00 |
| 01/26 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5031750241 | 2,500.00 |
| | Subtotal: | 5,000.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 100 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0P706905061L4 | 208.44 |
| | Subtotal: | 208.44 |

#### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 5,100.01 | 01/26 | 9,891.57 |
| 01/05 | 7,391.57 | 01/30 | 9,566.57 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



# Bank
America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

000097765 01 AV   0.375  MTD01040020218113012 0002 11 09
NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account # ........7

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 5,100.01 | Average Collected Balance | 7,558.78 |
| Electronic Deposits | 5,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 9,566.57 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/05 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5030370896 | 2,500.00 |
| 01/26 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5031750244 | 2,500.00 |
| | Subtotal: | 5,000.00 |

**Checks Paid**  No. Checks: 1     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---:|
| 01/30 | 1001 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0P911605061L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 12/31 | 5,100.01 | 01/26 | 9,891.57 |
| 01/05 | 7,391.57 | 01/30 | 9,566.57 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



# TD Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000097766 01 AV   0.375  MTD01040020218113012 0002 11 09

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,038.01 | Average Collected Balance | 11,448.40 |
| Electronic Deposits | 3,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 208.44 | Days in Period | 31 |
| Ending Balance | 11,504.57 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5030370888 | 3,000.00 |
| | Subtotal: | 3,000.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 1001 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0Q860412454L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 9,038.01 | 01/30 | 11,504.57 |
| 01/05 | 11,829.57 | | |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jan 01 2018-Jan 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,100.00 | Average Collected Balance | 6,620.06 |
| Electronic Deposits | 5,600.00 | Interest Earned This Period | 0.00 |
| Checks Paid | 325.00 | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 208.44 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 11,166.56 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/25 | CCD DEPOSIT, ACL MEDALLION CORP PAY 440 441 | 2,800.00 |
| 01/31 | CCD DEPOSIT, ACL MEDALLION CORP PAY 440 441 | 2,800.00 |
| | Subtotal: | 5,600.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/30 | 1001 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1C0Q942605061L4 | 208.44 |
| | Subtotal: | 208.44 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 6,100.00 | 01/30 | 8,366.56 |
| 01/05 | 5,891.56 | 01/31 | 11,166.56 |
| 01/25 | 8,691.56 | | |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com