Hearing Date and Time:  March 7, 2018 at 2:00 p.m. (Prevailing Eastern Time)
Objection Deadline Date and Time:  February 28, 2018 at 4:00 p.m. (Prevailing Eastern Time)

TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY  10022
Tel: (212) 704-6000
Jonathan D. Forstot
David A. Pisciotta
Alissa K. Piccione

*Attorneys for Capital One Equipment Finance Corp., f/k/a All Points Capital Corp., d/b/a Capital One Taxi Medallion Finance*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| BRACHA CAB CORP., *et al.*, | Case No. 1-17-46613 (NHL) |
| Debtors. | *Jointly Administered* |

### NOTICE OF MOTION OF CAPITAL ONE EQUIPMENT FINANCE CORP. TO VACATE THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, DISMISS OR CONVERT THE DEBTORS' CASES OR APPOINT A CHAPTER 11 TRUSTEE

**PLEASE TAKE NOTICE** that a hearing on the *Motion of Capital One Equipment Finance Corp. to Vacate the Automatic Stay or, in the Alternative, Dismiss or Convert the Debtors' Cases or Appoint a Chapter 11 Trustee* (the "Motion") will be held before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, in Room 3577 of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201 (the "Bankruptcy Court") on **March 7, 2018 at 2:00 p.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy

33979991v1

Procedure and the Local Bankruptcy Rules, and shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order 559 (a copy of which can be found at [www.nyeb.uscourts.gov](www.nyeb.uscourts.gov)) and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order 559, to the extent applicable, and served upon: (1) Troutman Sanders LLP, counsel for Capital One Equipment Finance, 875 Third Avenue, New York, New York 10022 (Attn: Jonathan D. Forstot); (2) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014; (3) Rosenberg Musso & Weiner LLP, counsel for the above-captioned Debtors, 26 Court Street, Suite 2211, Brooklyn, New York 11242 (Attn: Bruce Weiner); and (4) all parties who have filed a notice of appearance and request for service of documents, so as to be actually received by no later than **February 28, 2018 at 4:00 p.m.** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, unless responses are received by the Objection Deadline, as set forth herein, the relief may be granted as requested in the Motion.

Dated: New York, New York
      February 13, 2018        TROUTMAN SANDERS LLP

      By: s/ *Jonathan D. Forstot*
         Jonathan D. Forstot
         David A. Pisciotta
         Alissa K. Piccione
         875 Third Avenue
         New York, New York 10022
         Tel: (212) 704-6000

         *Attorneys for Capital One Equipment Finance Corp., f/k/a All Points Capital Corp. d/b/a Capita One Taxi Medallion Finance*

33979991v1