# EXHIBIT E

## ALLONGE TO NOTE DATED AUGUST 1, 2012 MADE BY BRACHA CAB CORP. IN THE ORIGINAL PRINCIPAL AMOUNT OF $1,210,000.00 IN FAVOR OF CAPITAL ONE TAXI MEDALLION FINANCE (the "NOTE")

The above referenced Note is amended as follows:

Each "Renewal Term", as defined in the Note, shall commence on the first (1st) day of January of each year throughout the term of the Note, but in no event shall the Note be extended beyond August 1, 2017. Notwithstanding the foregoing, the Note may be terminated by either party at the end of any Renewal Term by one party providing the other party with written notice of such termination at least 60 days prior to the last day of any Renewal Term. In the event the Note is automatically renewed for any Renewal Term, the interest rate shall adjust on the first (1st) day of August during each such Renewal Term (each, a "Reset Date") to two hundred thirty five (235) basis points in excess of the One Year LIBOR Rate (as defined in the Note) in effect on such Reset Date, to be applied for the ensuing one (1) year period.

During the first ninety (90) days after each Reset Date, prepayment in whole or in part may be made at any time by paying all accrued interest on the outstanding principal balance to the date of prepayment, and a sum equal to an additional one percent (1.00%) on the amount being prepaid. At all other times, the Note may be prepaid in whole or in part, together with the interest then accrued, without a prepayment fee. All prepayments shall be applied to payments due in inverse order of maturity and shall not defer the payment schedule.

In addition to the events set forth in the Note, the Lender may declare the entire unpaid balance of the Note due and payable 1) In the event Borrower or any Guarantor fails to provide to Lender its annual tax return by October 1 of each year during the term of the Note, along with each Guarantor's financial statement, reasonably satisfactory to Lender; and/or 2) upon the default by any borrower or guarantor under the terms of certain loans by and between Lender and the entities listed on Schedule "A" annexed hereto.

Dated: As of August 1, 2012

BRACHA CAB CORP.

By: _____
Jacob Elberg,
President/Secretary

JEB MANAGEMENT CORP. – Guarantor

By: _____
Jacob Elberg,
President/Secretary

_____
JACOB ELBERG - Guarantor