GINSBURG & MISK LLP
GERARD N. MISK, ESQ. ((GNM 7428)
215-48 Jamaica Avenue
Queens Village, New York 11428
Telephone: (718) 468-0500
Facsimile: (718) 468-0592
*Attorneys for Jack Margossian, Creditor*
gmisk@gmlawyers.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
In re:                                              Chapter 11

BRACHA CAB CORP., et al.                            Case No.
                                                    1-17-46613 (NHL)

                                                    **NOTICE**
                                                    **OF APPEARANCE**

            Debtors.                                Jointly Administered
-----------------------------------------X

S I R S :

  **PLEASE TAKE NOTICE**, that JACK MARGOSSIAN, hereby appears in this action and that the undersigned has been retained as attorneys for said creditor and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Queens Village, New York
       February 15, 2018

                                    Yours, etc.,

                                    GINSBURG & MISK LLP

                                    BY: _____
                                        GERARD N. MISK, ESQ.
                                    Attorneys for JACK MARGOSSIAN
                                    215-48 Jamaica Avenue
                                    Queens Village, New York 11428
                                    (718) 468-0500