EXHIBIT A

| Company Name | Corp Total per Month | Total Received per Year | Expenses Per Corp Gross Income / Month | Accountant / Taxes | US Trustee - $325/month | Office Rent & Utilities | Admin / Bookkeeper | Officer Salary | Total Expenses per month | Net Income per Month | Net Income / Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Arthur Cab - Operators** | | | | | | | | | | | |
| Dabri Trans Corp | $ 3,000.00 | $ 36,000.00 | $ 3,000.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 2,085.00 | $ 25,020.00 |
| Fit Taxi Corp | $ 3,300.00 | $ 39,600.00 | $ 3,300.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 2,385.00 | $ 28,620.00 |
| Merab Cab Corp | $ 3,000.00 | $ 36,000.00 | $ 3,000.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 2,085.00 | $ 25,020.00 |
| Tamar Cab Corp | $ 3,000.00 | $ 36,000.00 | $ 3,000.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 2,085.00 | $ 25,020.00 |
| **Napasei Taxi Mgmt. Corp.** | | | | | | | | | | | |
| Jackhel Cab Corp | $ 2,500.00 | $ 30,000.00 | $ 2,500.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 1,585.00 | $ 19,020.00 |
| Jarub Trans Corp | $ 2,500.00 | $ 30,000.00 | $ 2,500.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 1,585.00 | $ 19,020.00 |
| Lechaim Cab Corp | $ 3,000.00 | $ 36,000.00 | $ 3,000.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 2,085.00 | $ 25,020.00 |
| NY Canteen Taxi Corp | $ 3,000.00 | $ 36,000.00 | $ 3,000.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 2,085.00 | $ 25,020.00 |
| NY Energy Taxi Corp | $ 2,500.00 | $ 30,000.00 | $ 2,500.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 1,585.00 | $ 19,020.00 |
| NY Stance Taxi Corp | $ 2,500.00 | $ 30,000.00 | $ 2,500.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 1,585.00 | $ 19,020.00 |
| NY Tint Taxi Corp | $ 2,500.00 | $ 30,000.00 | $ 2,500.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 1,585.00 | $ 19,020.00 |
| Somyash Taxi Inc. | $ 3,000.00 | $ 36,000.00 | $ 3,000.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 2,085.00 | $ 25,020.00 |
| **Wailing Managment Inc.** | | | | | | | | | | | |
| Bracha Cab Corp | $ 2,200.00 | $ 26,400.00 | $ 2,200.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 1,285.00 | $ 15,420.00 |
| Dovber Cab Corp | $ 2,400.00 | $ 28,800.00 | $ 2,400.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 1,485.00 | $ 17,820.00 |
| NY Genesis Taxi Corp | $ 2,400.00 | $ 28,800.00 | $ 2,400.00 | $ 186.67 | 108.33 | $ 75.00 | $ 175.00 | $ 370.00 | $ 915.00 | $ 1,485.00 | $ 17,820.00 |
| **TOTAL INCOME ALL CORPS** | | $ 489,600.00 | Monthly Gross Income All $ 40,800.00 | Monthly Account. - All $ 2,800.05 | Monthly US Trustee - All $ 1,624.95 | Monthly Rent & Utilities - All $ 1,125.00 | Monthly Bookkeeeper - All $ 2,625.00 | Monthly Officer Salary All $ 5,550.00 | Monthly - All - Total Expenses $ 13,725.00 | Net Income per Month - All $ 27,075.00 | Net Income Per Year All $ 324,900.00 |

| Annual Accountant - All | Annual - US Trustee - All | Annual Rent & Utilities - All | Annual Bookkeeper - All | Annual Officer - All | Annual All Expenses | Annual Net Income - All |
|---|---|---|---|---|---|---|
| $ 33,600.60 | $ 19,500.00 | $ 13,500.00 | $ 31,500.00 | $ 66,600.00 | $ 164,700.00 | $ 324,900.00 |