EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re:

Bracha Cab Corp. et. al.,                                    Chapter 11

        Debtors.                                            Case No. 17-46613-nhl
                                                  Jointly Administered
-------------------------------------------------x

## ORDER AUTHORIZING USE OF CASH COLLATERAL

Bracha Cab Corp., Dovber Cab Corp., Dabri Trans Corp., Merab Cab Corp., Fit Taxi Corp., Jarub Trans Corp., Somyash Taxi Corp., NY Canteen Taxi Corp., Lechaim Cab Corp., Tamar Cab Corp., NY Genesis Taxi Corp., NY Tint Taxi Corp., NY Stance Taxi Corp., NY Energy Taxi Corp., Jackhel Cab Corp., debtors and debtors and debtor-in-possession, ("Debtors"), having moved this Court pursuant to Section 363(c) of the Bankruptcy Code authorizing the Debtor to use the cash collateral of Capital One Equipment Finance Corp. ("Capital") and the motion having been served on Capital, and on all creditors and parties in interest, and the matter having come before the Court on March 7, 2018, and the Debtor having appeared by Rosenberg, Musso & Weiner, LLP, by Bruce Weiner in support of the motion, now upon the Debtor's motion and the hearing held before the Court, it is

ORDERED, that pursuant to Section 363(c) of the Bankruptcy Code the Debtor is authorized the Debtor to use the cash collateral of Capital by collecting the income received from the management companies that manage the medallions owned by the Debtors (the "Net Income") and paying all ordinary and necessary expense of the Property as set forth in the budget

annexed as Exhibit A to the motion, with the balance of the Net Income to be paid each month to Capital.