UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

    Barcha Cab Corp. et al.,

                                          Debtor.
------------------------------------------------------------X

Chapter 11

Case No. 17-46613-nhl
Jointly Administered

AFFIDAVIT OF SERVICE
<u>SERVICE BY MAIL</u>

STATE OF NEW YORK    )
                                )    SS:
COUNTY OF KINGS     )

The undersigned, being duly sworn, deposes and says:

1. I am over the age of eighteen, I am not a party in this case or proceeding and I reside at Staten Island, New York.

2. On February 16, 2018 I served the within **Motion and Exhibit** upon the persons listed below by mailing a true copy of the same enclosed in a pre-address sealed wrapper with postage affixed in a post box maintained under the exclusive care and custody of the United States Postal Service in the State of New York.

                                                  /s/_____
                                                  Jasmin Gomez

Sworn to before me this
16th day of February, 2018

/s/_____
NOTARY PUBLIC

***SEE ATTACHED***

Bracha Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Dabri Trans Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Dovber Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Pit Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Jackhel Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Jarub Trans Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Lechaim Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Merab Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Canteen Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Energy Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Genesis Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Stance Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Tint Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Somyash Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Tamar Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1801

Capital One Equipment Finance Corp.
c/o Troutman Sanders LLP
875 Third Avenue
New York, NY 10022-6225

Capital One TMF
c/o Skadden Arps Slate
Meagher & Flom LLP
4 Times Square
New York, NY 10036-6518

Capital One TMF
c/o Skadden Arps Slate
Meagher & Flom, LLP
4 Times Square
Brooklyn, NY 11213

Capital One Taxi
Medallion Finance
275 Broadhallow Rd
Melville, NY 11747-4808

Capital One Taxi
Medallion Finance
275 Broadhollow Rd
Melville, NY 11747-4808

Cheryl Worrel
c/o Burns and Harris
233 Broadway, Ste. 900
New York, NY 10279-0999

Douglas Arevalo
c/o Harold Chetrick P.C.
60 East 42nd Street
Suite 445
New York, NY 10165-0443

Esma Elberg
c/o Robert W. Piken
Piken & Piken
630 Third Ave., 23rd Floor
New York, New York 10017-6731

Karl DeVoc
c/oBarasch McGarry
Salzman & Penson
11 Park Place Ste 1801
New York, NY 10007-2811

Marc Augstin
c/o Krentsel & Guzman
17 Battery Place, Ste 604
New York, NY 10004-1135

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-9449

Esma Elberg
1281 Carrol Street
Brooklyn, NY 11213-4207

Immanuel Cleofe
c/o Rosales Del Rosario PC
J. Joshua Rosario
39-01 Main Street, Suite 302
Flushing, New York 11354

Jack Margossian
c/o Gerard N. Misk, Esq.
215-48 Jamaica Avenue
Queens Village, New York 11428

Courtney Congjuico
c/o Goldfard & Gerzog
Ira Goldfard, Esq.
233 Broadway, Suite 2220
New York, New York 10279

Ronald Pierre
c/o Mallilo & Grossman
163-09 Northern Blvd.
Flushing, New York 11358

Mohammed Abulawi
c/o Bader & Yakaitis
1430 Broadway, Suite 1802
New York, New York 10018

Lancer Insurance Co A/S/O
Limo and Livery Services
c/o Carmn Callahan & Ingham
266 Main Street
Farmingdale, New York 11735

Joo Y. Song
c/o Michael Vaccaro
Kearns & Duffy PC
3648 Valley Corner
Liberty Corner, New Jersey 07938

N.Y. O' Hare Corp
c/o Newman O'Malley & Epstein, LLC
217 Broadway, Suite 500
New York, New York 10007

Tracy Davis and Barbara Malloy
c/o Birzon Strang Bazarsky
222 E. Main Street, Suite 212
Smithtown, New York 11787

New York State Department of Taxation
& Finance – Bankruptcy Section
PO Box 5300
Albany, New York 12205

Sodhi Renu
c/o Raskin & Kremins
160 Broadway
New York, New York 10038

NYS Department of Finance
Tax, Audit and Enforcement Divisions
345 Adams Street, 10th Floor
Brooklyn, New York 11201
Attn: Bankruptcy Unit