UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------x
In Re:                                     :
                                           : Chapter 11
Bracha CAB CORP., et al.                   :
                                           : Case No.
                                           : 1-17-46613 (NHL)
                                           :
                                           : **NOTICE OF**
                                           : **APPEARANCE**
                                           :
                                           : Jointly Administered
                                           :
                                           :
------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-entitled proceeding as counsel for Creditor, co-Owner of Jarub Trans. Corp. and nominated co-Executor of the Estate of Jacob Elberg, Ruben Elberg, and hereby demands that copies of all notices and other papers be served upon Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP at 630 Third Avenue, Fifth Floor, New York, New York 10017.

Dated: February 27, 2018

        Yours etc.,

        ABRAMS, FENSTERMAN, FENSTERMAN,
        EISMAN, FORMATO, FERRARA, WOLF &
        CARONE, LLP

        By:____s/Brian Thomas McCarthy_____
            Robert Abrams
            Brian Thomas McCarthy (BM-4808)
        630 Third Avenue, Fifth Floor
        New York, New York 10017
        (212) 279-9200
        babrams@abramslaw.com
        bmccarthy@abramslaw.com
        *Attorneys for Ruben Elberg*