UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
BRACHA CAB CORP., *et al.*,                                     :    Case No. 1-17-46613 (NHL)
                                                                :
                                                                :    *Jointly Administered*
                        Debtors.                                :
-------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    }
                     } ss:
COUNTY OF NEW YORK   }

I, John C. Murphy, being duly sworn, deposes and says:

That I am over eighteen years of age, am employed by Troutman Sanders LLP, and am not a party to this action.

On the 27th day of February 2018, I served a true and correct copy of *Capital One Equipment Finance Corp.'s Objection to Debtors' Motion for Authorization to use Cash Collateral* [ECF. No. 31] (the "Objection") via overnight courier and email on:

> Bruce Weiner
> Counsel for the Debtors
> Rosenberg Musso & Weiner LLP
> 26 Court Street
> Suite 2211
> Brooklyn, NY 11242
> Email: bweiner@nybankruptcy.net.

On the 27th day of February 2018, I also served a true and correct copy of the Objection via overnight courier as indicated on the attached service lists.

_____
John C. Murphy

Sworn to before me this
27th day of February 2018

_____
Notary Public

CAROL J. PINTO
Notary Public, State of New York
No. 01PI4725252
Qualified in New York County
Commission Expires September 30, 20__18__

34251037v1

**Federal Express**

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Robert W. Piken
Counsel for Esma Elberg
PIKEN & PIKEN
630 Third Avenue, 23rd Floor
New York, New York 10017

Abrams Fensterman LLP
Counsel for Ruben Elberg
Attn: Brian Thomas McCarthy
630 Third Avenue, Fifth Floor
New York, New York 10017

Charles D. Liebman
Counsel for Tamara Pewzner
Johnson Liebman, LLP
305 Broadway, Suite 801
New York, NY 10007

Courtney Congjuico
c/o Goldfarb & Gerzog
Ira Goldfarb, Esq.
233 Broadway, Suite 2220
New York, NY 10279

Lancer Insurance Co A/S/O
Limo and Livery Services
c/o Carmn Callahan & Ingham
266 Main Street
Farmingdale, NY 11735

N.Y. O'Hare Corp
c/o Newman O'Malley &
Epstein LLC
217 Broadway, Ste 500
New York, NY 10007

34251037v1

NYS Dept. Of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

NYC Department of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs Division
Brooklyn, NY 11201-3719

United States Attorney's Office
Eastern District of New York
Attention: Bonni Perlin, Bankruptcy Coordinator
Civil Division, Bankruptcy Processing
271-A Cadman Plaza East
Brooklyn, NY 11201-1820

Tracy Davis and Barbara Malloy
c/o Birzon Strang Bazarsky
222 E. Main St. Ste 212
Smithtown, NY 11787

Joo Y. Song
c/o Michael Vaccaro
Kearns & Duffy PC
3648 Valley Corner
Liberty Corner, NJ 07938

Ronald Pierre
c/o Mallilo & Grossman
163-09 Northern Blvd.
Flushing, NY 11358

Sodhi Renu
c/o Raskin & Kremins
160 Broadway
New York, NY 10038

Immanuel Cleofe
c/o Rosales Del Rosario PC
J. Joshua Rosario
39-01 Main St. Ste. 302
Flushing, NY 11354

Mohamad Abulawi
c/o Bader & Yakaitis
1430 Broadway Suite 1802
New York, NY 10018

Cheryl Worrel
c/o Burns and Harris
233 Broadway, Ste. 900
New York, NY 10279

Douglas Arevalo
c/o Michael Redenburg
32 Broadway
Ste. 811
New York, NY 10004

Karl DeVoc
c/o Barasch McGarry
Salzman & Penson
11 Park Place Ste 1801
New York, NY 10007

Marc Augstin
c/o Krentsel & Guzman
17 Battery Place, Ste 604
New York, NY 10004

Jack Margossian
c/o Gerard N Misk, Esq.
215-48 Jamaica Avenue
Queens Village, NY 11428

**U.S. Postal Service Express Mail**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

34251037v1