EXHIBIT C

| Claims Filed against Estate of Jacob Elberg | | |
|---|---|---|
| BRACHA CAB CORP. | | $1,572,065 |
| DABRI TRANS CORP. | | $1,565,944 |
| DOVBER CAB CORP. | | $1,565,545 |
| FIT TAXI CORP. | | $1,655,294 |
| JACKHEL CAB CORP. | | $1,523,296 |
| JARUB TRANS. CORP. | | $1,255,197 |
| LECHAIM CAB CORP. | | $1,276,680 |
| MERAB CAB CORP. | | $1,318,638 |
| MERILL TRANSIT INC. | | $1,242,679 |
| N.Y. CANTEEN TAXI CORP. | | $1,305,128 |
| N.Y. ENERGY TAXI CORP. | | $1,345,296 |
| N.Y. GENESIS TAXI CORP. | | $1,338,816 |
| N.Y. STANCE TAXI CORP. | | $1,248,406 |
| N.Y. TINT TAXI CORP. | | $1,230,273 |
| SOMYASH TAXI INC. | | $1,309,528 |
| SPINDLE CAB CORP. | | $1,262,939 |
| TAMAR CAB CORP. | | $1,308,004 |