EXHIBIT D

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-------------------------------------------------------------------------x
In the Matter of the Estate of:                    File No.: 2014-46

    JACOB ELBERG                              **NOTICE OF CLAIM**

    a/k/a YAAKOV ELBERG

                    Deceased.
-------------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

       Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Dabri Trans Corp.
("Dabri"), a loan or a series of loans in an amount equal to One Million Five Hundred Sixty Five
Thousand Nine Hundred Forty Four Dollars ($1,565,944.00) with interest thereon from
December 31, 2015.

       The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.


Dated: New York, New York
       March 29, 2016

                           DABRI TRANS CORP., Claimant

                           By: ESMA ELBERG
                           Title:

                           ROBERT W. PIKEN
                           Attorney for Claimant
                           Piken & Piken
                           630 Third Avenue, 23rd Floor
                           New York, New York 10017
                           (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x
In the Matter of the Estate of:                                    File No.: 2014-46

    JACOB ELBERG                                   **AFFIDAVIT IN SUPPORT**
    a/k/a YAAKOV ELBERG

                        Deceased.
------------------------------------------------------------------------x
STATE OF NEW YORK    )
                         :ss
                         )
COUNTY OF ___NY___)

    ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of Dabri Trans Corp. (hereinafter referred to as "Dabri") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Five Hundred Sixty Five Thousand Nine Hundred Forty Four Dollars ($1,565,944.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Four Hundred Ninety One Thousand Nine Hundred Seventy Seven Dollars ($1,491,977.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.     No part of said claim has been paid and the full amount thereof in the sum of

$1,565,944.00 is now actually due, together with interest thereon from December 31,

2015 at the statutory rate.

8.     Claimant owes no security from the decedent or the decedent's Estate.

DABRI TRANS CORP.
By: Esma Elberg

Sworn to before me this
2  day of _____, 201

Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20__

2

Form 1120S (2015)  DABRI TRANS CORP     11-3000715                                    Page **4**

### Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Infor-mation | 17a Investment income | 17a | 25,536. |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon-ciliation | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 7,670. |

### Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 5,643. | | 23,602. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) | | | | |
| 7 Loans to shareholders | | 1,276,806. | | 1,302,342. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 48,000. | | 48,000. | |
| b Less accumulated depreciation | 48,000. | | 48,000. | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt) See St. 2 | | 240,000. | | 240,000. |
| 15 Total assets | | 1,522,449. | | 1,565,944. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 1,460,000. | | 1,498,325. |
| 21 Other liabilities (attach statement) See St. 3 | | 1. | | 1. |
| 22 Capital stock | | 10,000. | | 10,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | 52,448. | | 57,618. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | 1,522,449. | | 1,565,944. |

SPSA0134L  08/13/15                                              Form 1120S (2015)

Form 1120S (2013)  DABRI TRANS CORP    11-3000715                                      Page 4

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Other Information | 17a Investment income ........................................................ | 17a | 20,182. |
| | b Investment expenses .................................................... | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits.......................... | 17c | |
| | d Other items and amounts (attach statement) | | |
| Reconciliation | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l.......... | 18 | 20,241. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash ........................................ | | 147. | | 206. |
| 2a | Trade notes and accounts receivable ........ | | | | |
| b | Less allowance for bad debts............... | | | | |
| 3 | Inventories................................. | | | | |
| 4 | U.S. government obligations ................ | | | | |
| 5 | Tax-exempt securities (see instructions) ..... | | | | |
| 6 | Other current assets (attach stmt) ............ | | | | |
| 7 | Loans to shareholders ..................... | | 981,589. | | 1,251,771. |
| 8 | Mortgage and real estate loans............. | | | | |
| 9 | Other investments (attach statement)............. | | | | |
| 10a | Buildings and other depreciable assets...... | 48,000. | | 48,000. | |
| b | Less accumulated depreciation............. | 48,000. | | 48,000. | |
| 11a | Depletable assets ......................... | | | | |
| b | Less accumulated depletion................ | | | | |
| 12 | Land (net of any amortization)............... | | | | |
| 13a | Intangible assets (amortizable only) ......... | | | | |
| b | Less accumulated amortization............. | | | | |
| 14 | Other assets (attach stmt) ..... See. St. 2. | | 240,000. | | 240,000. |
| 15 | Total assets................................ | | 1,221,736. | | 1,491,977. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable........................... | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year..... | | | | |
| 18 | Other current liabilities (attach stmt)................ | | | | |
| 19 | Loans from shareholders.................... | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more...... | | 1,210,000. | | 1,460,000. |
| 21 | Other liabilities (attach statement).... See. St. 3. | | 1. | | 1. |
| 22 | Capital stock.............................. | | 10,000. | | 10,000. |
| 23 | Additional paid-in capital.................... | | | | |
| 24 | Retained earnings.......................... | | 1,735. | | 21,976. |
| 25 | Adjustments to shareholders' equity (att stmt) ......... | | | | |
| 26 | Less cost of treasury stock................. | | | | |
| 27 | Total liabilities and shareholders' equity...... | | 1,221,736. | | 1,491,977. |

SPSA0134L  06/27/13                                              Form **1120S** (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-------------------------------------------------------------------------x
In the Matter of the Estate of:

    JACOB ELBERG

    a/k/a YAAKOV ELBERG

                   Deceased.
-------------------------------------------------------------------------x

File No.: 2014-46

**NOTICE OF CLAIM**

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB ELBERG, deceased.

      Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Bracha Cab Corp. ("Bracha"), a loan or a series of loans in an amount equal to One Million Five Hundred Seventy Two Thousand Sixty Five Dollars ($1,572,065.00) with interest thereon from December 31, 2015.

      The facts forming the basis of this claim are described in the annexed Affidavit in Support of Claim dated as of the date hereof and which by reference is made a part hereof.

Dated: New York, New York
       March 29, 2016

                         BRACHA CAB CORP., Claimant

                         By: ESMA ELBERG
                         Title:

                         ROBERT W. PIKEN
                         Attorney for Claimant
                         Piken & Piken
                         630 Third Avenue, 23rd Floor
                         New York, New York 10017
                         (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
--------------------------------------------------------------------------x
In the Matter of the Estate of:                                    File No.: 2014-46

    JACOB ELBERG                                    **AFFIDAVIT IN SUPPORT**
    a/k/a YAAKOV ELBERG

                        Deceased.
--------------------------------------------------------------------------x
STATE OF NEW YORK   )
                  ) ss
COUNTY OF _____NY_____)

    ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of Bracha Cab Corp. (hereinafter referred to as "Bracha Cab") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Five Hundred Seventy Two Thousand Sixty Five Dollars ($1,572,065.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Four Hundred Eighty Seven Thousand Thirty Seven Dollars ($1,487,037.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.    No part of said claim has been paid and the full amount thereof in the sum of

$1,572,065.00 is now actually due, together with interest thereon from December 31,

2015 at the statutory rate.

8.    Claimant owes no security from the decedent or the decedent's Estate.

*Esma Elberg*

BRACHA CAB CORP.
By: Esma Elberg

Sworn to before me this
2__ day of _____, 2016

_____
Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20 1__

2

Form 1120S (2015)   BRACHA CAB CORP    11-3000724                                          Page 4

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Other Infor-mation | 17a Investment income | 17a | 24,050. |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon-ciliation | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 15,863. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 9,868. | | 37,506. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | 1,202,509. | | 1,226,559. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 48,000. | | 48,000. | |
| b | Less accumulated depreciation | 48,000. | | 48,000. | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) See St. 2 | | 308,000. | | 308,000. |
| 15 | Total assets | | 1,520,377. | | 1,572,065. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,460,000. | | 1,498,325. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 6,000. | | 6,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 54,377. | | 67,740. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,520,377. | | 1,572,065. |

SPSA0134L  08/13/15                                                      Form 1120S (2015)

Form 1120S (2013)    BRACHA CAB CORP    11-3000724                                                              Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|

| Other Information | 17a Investment income | 17a | 18,754. |
|---|---|---|---|
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts | | |
| | (attach statement) | | |

| Reconciliation | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | 18,609. |
|---|---|---|---|

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 252. | | 107. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | 910,176. | | 1,178,930. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 48,000. | | 48,000. | |
| b | Less accumulated depreciation | 48,000. | | 48,000. | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) ..... See St. 2 | | 308,001. | | 308,000. |
| 15 | Total assets | | 1,218,429. | | 1,487,037. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,460,000. |
| 21 | Other liabilities (attach statement) .... See St. 3. | | 1. | | |
| 22 | Capital stock | | 6,000. | | 6,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 2,428. | | 21,037. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,218,429. | | 1,487,037. |

SPSA0134L  06/27/13                                                              Form **1120S** (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-------------------------------------------------------------------------x
In the Matter of the Estate of:

    JACOB ELBERG

    a/k/a YAAKOV ELBERG

               Deceased.
-------------------------------------------------------------------------x

File No.: 2014-46

**NOTICE OF CLAIM**

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB ELBERG, deceased.

    Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Dovber Cab Corp. ("Dovber"), a loan or a series of loans in an amount equal to One Million Five Hundred Sixty Five Thousand Five Hundred Fort Five Dollars ($1,565,545.00) with interest thereon from December 31, 2015.

    The facts forming the basis of this claim are described in the annexed Affidavit in Support of Claim dated as of the date hereof and which by reference is made a part hereof.

Dated: New York, New York
      March 29, 2016

                  DOVBER CAB CORP., Claimant

                  By: ESMA ELBERG
                  Title:

                  ROBERT W. PIKEN
                  Attorney for Claimant
                  Piken & Piken
                  630 Third Avenue, 23rd Floor
                  New York, New York 10017
                  (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x
In the Matter of the Estate of:

    JACOB ELBERG
    a/k/a YAAKOV ELBERG

                      Deceased.
------------------------------------------------------------------------x

File No.: 2014-46

**AFFIDAVIT IN SUPPORT**

STATE OF NEW YORK    )
                      ) :ss
COUNTY OF ___NY___  )

    ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of Dovber Cab Corp. (hereinafter referred to as "Dovber") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Five Hundred Sixty Five Thousand Five Hundred Fort Five Dollars ($1,565,545.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Four Hundred Eighty Two Thousand One Hundred Fifty Four Dollars ($1,482,154.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.    No part of said claim has been paid and the full amount thereof in the sum of

$1,565,545.00 is now actually due, together with interest thereon from December 31,

2015 at the statutory rate.

8.    Claimant owes no security from the decedent or the decedent's Estate.

DOVBER CAB CORP.

By: Esma Elberg

Sworn to before me this
___ day of _____, 2016

_____
Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20 __

2

Form **1120S** (2015)   DOVBER CAB CORP    11-2907030    Page **4**

## Schedule K | Shareholders' Pro Rata Share Items (continued)

|  |  |  | Total amount |
|---|---|---|---|
| Other Infor- mation | **17a** Investment income | **17a** | 23,947. |
|  | **b** Investment expenses | **17b** |  |
|  | **c** Dividend distributions paid from accumulated earnings and profits | **17c** |  |
|  | **d** Other items and amounts (attach statement) |  |  |
| Recon- ciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | **18** | 12,628. |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
|  | (a) | (b) | (c) | (d) |
| **1** Cash | | 11,767. | | 36,273. |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities (see instructions) | | | | |
| **6** Other current assets (attach stmt) | | | | |
| **7** Loans to shareholders | | 1,197,325. | | 1,221,272. |
| **8** Mortgage and real estate loans | | | | |
| **9** Other investments (attach statement) | | | | |
| **10a** Buildings and other depreciable assets | 84,000. | | 84,000. | |
| **b** Less accumulated depreciation | 84,000. | | 84,000. | |
| **11a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **12** Land (net of any amortization) | | | | |
| **13a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **14** Other assets (attach stmt)..... See St. 2 | | 308,000. | | 308,000. |
| **15** Total assets | | 1,517,092. | | 1,565,545. |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable | | | | |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** Other current liabilities (attach stmt) | | | | |
| **19** Loans from shareholders | | | | |
| **20** Mortgages, notes, bonds payable in 1 year or more | | 1,460,000. | | 1,498,325. |
| **21** Other liabilities (attach statement)....See St. 3 | | 4. | | 4. |
| **22** Capital stock | | 26,170. | | 26,170. |
| **23** Additional paid-in capital | | | | |
| **24** Retained earnings | | 30,918. | | 41,046. |
| **25** Adjustments to shareholders' equity (att stmt) | | | | |
| **26** Less cost of treasury stock | | | | |
| **27** Total liabilities and shareholders' equity | | 1,517,092. | | 1,565,545. |

SPSA0134L  08/13/15                                                    Form **1120S** (2015)

Form **1120S** (2013)   DOVBER CAB CORP      11-2907030                                        Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Other Information | **17a** Investment income.............................................................. | **17a** | 18,654. |
| | **b** Investment expenses........................................................... | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits........................... | **17c** | |
| | **d** Other items and amounts (attach statement) | | |
| Reconciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l............ | **18** | 18,495. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash........................................ | | 465. | | 306. |
| 2a | Trade notes and accounts receivable........ | | | | |
| b | Less allowance for bad debts.............. | | | | |
| 3 | Inventories............................... | | | | |
| 4 | U.S. government obligations .............. | | | | |
| 5 | Tax-exempt securities (see instructions)..... | | | | |
| 6 | Other current assets (attach stmt)........... | | | | |
| 7 | Loans to shareholders .................... | | 905,194. | | 1,173,848. |
| 8 | Mortgage and real estate loans.............. | | | | |
| 9 | Other investments (attach statement)......... | | | | |
| 10a | Buildings and other depreciable assets...... | 84,000. | | 84,000. | |
| b | Less accumulated depreciation.............. | 84,000. | | 84,000. | |
| 11a | Depletable assets ........................ | | | | |
| b | Less accumulated depletion................ | | | | |
| 12 | Land (net of any amortization).............. | | | | |
| 13a | Intangible assets (amortizable only)......... | | | | |
| b | Less accumulated amortization............. | | | | |
| 14 | Other assets (attach stmt) .... See St. 2 . | | 308,000. | | 308,000. |
| 15 | Total assets............................. | | 1,213,659. | | 1,482,154. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable......................... | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year...., | | | | |
| 18 | Other current liabilities (attach stmt)........ | | | | |
| 19 | Loans from shareholders................... | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more...... | | 1,210,000. | | 1,460,000. |
| 21 | Other liabilities (attach statement).... See St. 3 . | | 4. | | 4. |
| 22 | Capital stock............................. | | 26,170. | | 26,170. |
| 23 | Additional paid-in capital.................. | | | | |
| 24 | Retained earnings........................ | | -22,515. | | -4,020. |
| 25 | Adjustments to shareholders' equity (att stmt) ........ | | | | |
| 26 | Less cost of treasury stock................ | | | | |
| 27 | Total liabilities and shareholders' equity...... | | 1,213,659. | | 1,482,154. |

SPSA0134L   06/27/13                                                      Form **1120S** (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x
In the Matter of the Estate of:                                    File No.: 2014-46

     JACOB ELBERG                                              **NOTICE OF CLAIM**

     a/k/a YAAKOV ELBERG

                        Deceased.
------------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

       Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Fit Taxi, Inc. ("Fit
Taxi"), a loan or a series of loans in an amount equal to One Million Six Hundred Fifty Five
Thousand Two Hundred Ninety Four Dollars ($1,655,294.00) with interest thereon from
December 31, 2015.

       The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.


Dated: New York, New York
       March 29, 2016

                             FIT TAXI, INC., Claimant


                             By: ESMA ELBERG
                             Title:


                             ROBERT W. PIKEN
                             Attorney for Claimant
                             Piken & Piken
                             630 Third Avenue, 23rd Floor
                             New York, New York 10017
                             (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-------------------------------------------------------------------------x
In the Matter of the Estate of:                            File No.: 2014-46

    JACOB ELBERG                                    **AFFIDAVIT IN SUPPORT**
    a/k/a YAAKOV ELBERG


                    Deceased.
-------------------------------------------------------------------------x
STATE OF NEW YORK    )
                    :ss )
COUNTY OF ____N____ )

    ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of FIT TAXI, INC. (hereinafter referred to as "Fit Taxi") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Six Hundred Fifty Five Thousand Two Hundred Ninety Four Dollars ($1,655,294.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Five Hundred Sixty Thousand Seven Hundred Sixty Dollars ($1,560,760.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.    No part of said claim has been paid and the full amount thereof in the sum of

$1,655,294.00 is now actually due, together with interest thereon from December 31,

2015 at the statutory rate.

8.    Claimant owes no security from the decedent or the decedent's Estate.

FIT TAXI, INC.

By: Esma Elberg

Sworn to before me this
2__ day of _____ 2016

Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20__

Form **1120S** (2013)  FIT TAXI INC     11-2696693                                               Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | | Total amount | |
|---|---|---|---|---|---|

| Other Infor-mation | **17a** Investment income | | | 17a | 26,423. |
|---|---|---|---|---|---|
| | **b** Investment expenses | | | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | | | 17c | |
| | **d** Other items and amounts | | | | |
| | (attach statement) | | | | |
| Recon-ciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | | | 18 | 26,481. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| **1** | Cash | | 260. | | 318. |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | | | | |
| **3** | Inventories | | | | |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach stmt) | | | | |
| **7** | Loans to shareholders | | 1,321,168. | | 1,347,591. |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 101,548. | | 101,548. | |
| **b** | Less accumulated depreciation | 101,548. | | 101,548. | |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | | | | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | | | | |
| **14** | Other assets (attach stmt) See St. 2. | | 212,851. | | 212,851. |
| **15** | Total assets | | 1,534,279. | | 1,560,760. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach stmt) | | | | |
| **19** | Loans from shareholders | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | 1,525,000. | | 1,525,000. |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | 30,000. | | 30,000. |
| **23** | Additional paid-in capital | | | | |
| **24** | Retained earnings | | -20,721. | | 5,760. |
| **25** | Adjustments to shareholders' equity (att stmt) | | | | |
| **26** | Less cost of treasury stock | | | | |
| **27** | Total liabilities and shareholders' equity | | 1,534,279. | | 1,560,760. |

SPSA0134L  06/27/13                                                                     Form **1120S** (2013)

Form 1120S (2015)  FIT TAXI INC    11-2696693                                Page 4

## Schedule K | Shareholders' Pro Rata Share Items (continued)

|  |  |  | Total amount |
|---|---|---|---|
| Other Infor- mation | 17a Investment income | 17a | 27,491. |
|  | b Investment expenses | 17b |  |
|  | c Dividend distributions paid from accumulated earnings and profits | 17c |  |
|  | d Other items and amounts (attach statement) |  |  |
| Recon- ciliation | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 19,503. |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
|  | (a) | (b) | (c) | (d) |
| 1 Cash | | 11,865. | | 40,408. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) | | | | |
| 7 Loans to shareholders | | 1,374,543. | | 1,402,034. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 101,548. | | 101,548. | |
| b Less accumulated depreciation | 101,548. | | 101,548. | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt) See St. 2 | | 212,852. | | 212,852. |
| 15 Total assets | | 1,599,260. | | 1,655,294. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 1,525,000. | | 1,565,031. |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 30,000. | | 30,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | 44,260. | | 60,263. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | 1,599,260. | | 1,655,294. |

SPSA0134L  08/13/15                                              Form 1120S (2015)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x
In the Matter of the Estate of:                          File No.: 2014-46

    JACOB ELBERG                                   **NOTICE OF CLAIM**

    a/k/a YAAKOV ELBERG

                Deceased.
------------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

      Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Jackhel Cab Corp.
("Jackhel"), a loan or a series of loans in an amount equal to One Million Five Hundred Twenty
Three Thousand Two Hundred Ninety Six Dollars ($1,523,296.00) with interest thereon from
December 31, 2015.

      The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.


Dated: New York, New York
       March 29, 2016

                    JACKHEL CAB CORP., Claimant


                    By: ESMA ELBERG
                    Title:


                    ROBERT W. PIKEN
                    Attorney for Claimant
                    Piken & Piken
                    630 Third Avenue, 23rd Floor
                    New York, New York 10017
                    (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x

In the Matter of the Estate of:

File No.: 2014-46

    JACOB ELBERG
    a/k/a YAAKOV ELBERG

**AFFIDAVIT IN SUPPORT**

                   Deceased.
------------------------------------------------------------------------x

STATE OF NEW YORK    )
                  :ss
             )
COUNTY OF _____NY_____)

       ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of Jackhel Cab Corp. (hereinafter referred to as "Jackhel") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Five Hundred Twenty Three Thousand Two Hundred Ninety Six Dollars ($1,523,296.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Four Hundred Thirty Seven Thousand Seven Hundred Seventy Four Dollars ($1,437,774.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.    No part of said claim has been paid and the full amount thereof in the sum of

$1,523,296.00 is now actually due, together with interest thereon from December 31,

2015 at the statutory rate.

8.    Claimant owes no security from the decedent or the decedent's Estate.

*ESMA Elberg*

JACKHEL CAB CORP.
By: Esma Elberg

Sworn to before me this
29 day of *MARCH*, 2016

Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20 18

Form 1120S (2015)   JACKHEL CAB CORP    11-2914817    Page 4

## Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Infor- mation | 17a Investment income | 17a | 24,337. |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon- ciliation | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 14,561. |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 11,558. | | 37,607. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) | | | | |
| 7 Loans to shareholders | | 1,216,851. | | 1,241,188. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 120,000. | | 120,000. | |
| b Less accumulated depreciation | 120,000. | | 120,000. | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt) See St. 2 | | 244,501. | | 244,501. |
| 15 Total assets | | 1,472,910. | | 1,523,296. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 1,460,000. | | 1,498,325. |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 15,000. | | 15,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | -2,090. | | 9,971. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | 1,472,910. | | 1,523,296. |

SPSA0134L  08/13/15

Form **1120S** (2015)

Form **1120S** (2013)   JACKHEL CAB CORP   11-2914817    Page **4**

## Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Information | **17a** Investment income ................................................. | **17a** | 19,029. |
| | **b** Investment expenses ............................................... | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits .............................. | **17c** | |
| | **d** Other items and amounts | | |
| | (attach statement) | | |
| Reconciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l .............. | **18** | 18,905. |

## Schedule L | Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash ..................... | | 406. | | 282. |
| 2a | Trade notes and accounts receivable . | | | | |
| b | Less allowance for bad debts ............ | | | | |
| 3 | Inventories ............................. | | | | |
| 4 | U.S. government obligations ................ | | | | |
| 5 | Tax-exempt securities (see instructions) ..... | | | | |
| 6 | Other current assets (attach stmt) ................ | | | | |
| 7 | Loans to shareholders ..................... | | 923,962. | | 1,192,991. |
| 8 | Mortgage and real estate loans .............. | | | | |
| 9 | Other investments (attach statement) .............. | | | | |
| 10a | Buildings and other depreciable assets ...... | 120,000. | | 120,000. | |
| b | Less accumulated depreciation .............. | 120,000. | | 120,000. | |
| 11a | Depletable assets ......................... | | | | |
| b | Less accumulated depletion ................. | | | | |
| 12 | Land (net of any amortization) .............. | | | | |
| 13a | Intangible assets (amortizable only) ......... | | | | |
| b | Less accumulated amortization .............. | | | | |
| 14 | Other assets (attach stmt) ..... See St. 2 | | 244,502. | | 244,501. |
| 15 | Total assets .............................. | | 1,168,870. | | 1,437,774. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable .......................... | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year ..... | | | | |
| 18 | Other current liabilities (attach stmt) ................ | | | | |
| 19 | Loans from shareholders .................... | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more ...... | | 1,210,000. | | 1,460,000. |
| 21 | Other liabilities (attach statement) .... See St. 3 | | 1. | | |
| 22 | Capital stock ............................. | | 15,000. | | 15,000. |
| 23 | Additional paid-in capital .................. | | | | |
| 24 | Retained earnings ......................... | | -56,131. | | -37,226. |
| 25 | Adjustments to shareholders' equity (att stmt) ......... | | | | |
| 26 | Less cost of treasury stock ................. | | | | |
| 27 | Total liabilities and shareholders' equity ...... | | 1,168,870. | | 1,437,774. |

SPSA0134L  06/27/13                                        Form **1120S** (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-------------------------------------------------------------------x
In the Matter of the Estate of:

    JACOB ELBERG

    a/k/a YAAKOV ELBERG

               Deceased.
-------------------------------------------------------------------x

File No.: 2014-46

**NOTICE OF CLAIM**

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB ELBERG, deceased.

       Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Jarub Trans Corp. ("Jarub"), a loan or a series of loans in an amount equal to One Million Two Hundred Fifty Five Thousand One Hundred Ninety Five Dollars ($1,255,197.00) with interest thereon from December 31, 2015.

       The facts forming the basis of this claim are described in the annexed Affidavit in Support of Claim dated as of the date hereof and which by reference is made a part hereof.

Dated: New York, New York
       March 29, 2016

                              JARUB TRANS CORP., Claimant

                              By: ESMA ELBERG
                              Title:

                              ROBERT W. PIKEN
                              Attorney for Claimant
                              Piken & Piken
                              630 Third Avenue, 23rd Floor
                              New York, New York 10017
                              (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
---------------------------------------------------------------------------x
In the Matter of the Estate of:                                    File No.: 2014-46

     JACOB ELBERG                                          **AFFIDAVIT IN SUPPORT**
     a/k/a YAAKOV ELBERG

                      Deceased.
---------------------------------------------------------------------------x
STATE OF NEW YORK    )
                     ) ss/
COUNTY OF _____NY_____)

     ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am a shareholder, officer and director of Jarub Trans Corp. (hereinafter referred to as "Jarub") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Two Hundred Fifty Five Thousand One Hundred Ninety Five Dollars ($1,255,197.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million One Hundred Ninety Five Thousand Three Hundred Six Dollars ($1,195,306.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.    No part of said claim has been paid and the full amount thereof in the sum of

$1,255,197.00 is now actually due, together with interest thereon from December 31,

2015 at the statutory rate.

8.    Claimant owes no security from the decedent or the decedent's Estate.

*Esma Elberg*

JARUB TRANS CORP.
By: Esma Elberg

Sworn to before me this
____ day of _____ 2016

_____
Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20__18

2

Form 1120S (2015)   JARUB TRANS. CORP   11-2629800                                   Page 4

## Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | | Total amount |
|---|---|---|---|---|
| Other Infor-mation | **17a** Investment income | | 17a | 20,498. |
| | **b** Investment expenses | | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | | 17c | |
| | **d** Other items and amounts (attach statement) | | | |
| Recon-ciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | | 18 | 1,749. |

## Schedule L | Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 6,798. | | 19,812. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | 1,024,886. | | 1,045,384. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 84,545. | | 84,545. | |
| b | Less accumulated depreciation | 84,545. | | 84,545. | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) See St. 2 | | 190,001. | | 190,001. |
| 15 | Total assets | | 1,221,685. | | 1,255,197. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,241,763. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 3,557. | | 3,557. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 8,128. | | 9,877. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,221,685. | | 1,255,197. |

SPSA0134L  08/13/15                                              Form 1120S (2015)

Form **1120S** (2013)   JARUB TRANS. CORP    11-2629800                                    Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Other Information | **17a** Investment income | 17a | 19,702. |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| Reconciliation | **18 Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | 19,821. |

| Schedule L   Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| Assets | (a) | (b) | (c) | (d) |
| **1** Cash | | 397. | | 516. |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities (see instructions) | | | | |
| **6** Other current assets (attach stmt) | | | | |
| **7** Loans to shareholders | | 985,088. | | 1,004,790. |
| **8** Mortgage and real estate loans | | | | |
| **9** Other investments (attach statement) | | | | |
| **10a** Buildings and other depreciable assets | 84,545. | | 84,545. | |
| **b** Less accumulated depreciation | 84,545. | | 84,545. | |
| **11a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **12** Land (net of any amortization) | | | | |
| **13a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **14** Other assets (attach stmt) See St 2 | | 190,000. | | 190,000. |
| **15** Total assets | | 1,175,485. | | 1,195,306. |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable | | | | |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** Other current liabilities (attach stmt) | | | | |
| **19** Loans from shareholders | | | | |
| **20** Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,210,000. |
| **21** Other liabilities (attach statement) | | | | |
| **22** Capital stock | | 3,557. | | 3,557. |
| **23** Additional paid-in capital | | | | |
| **24** Retained earnings | | -38,072. | | -18,251. |
| **25** Adjustments to shareholders' equity (att stmt) | | | | |
| **26** Less cost of treasury stock | | | | |
| **27** Total liabilities and shareholders' equity | | 1,175,485. | | 1,195,306. |

SPSA0134L  06/27/13                                                              Form **1120S** (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
---------------------------------------------------------------------------x
In the Matter of the Estate of:                                    File No.: 2014-46

    JACOB ELBERG                                         **NOTICE OF CLAIM**

    a/k/a YAAKOV ELBERG

                         Deceased.
---------------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

      Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Lechaim Cab Corp.
("Lechaim"), a loan or a series of loans in an amount equal to One Million Two Hundred
Seventy Six Thousand Six Hundred Eighty Dollars ($1,276,680.00) with interest thereon from
December 31, 2015.

      The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.

Dated: New York, New York
       March 29, 2016

                          LECHAIM CAB CORP., Claimant

                          By: ESMA ELBERG
                          Title:

                          ROBERT W. PIKEN
                          Attorney for Claimant
                          Piken & Piken
                          630 Third Avenue, 23rd Floor
                          New York, New York 10017
                          (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x

In the Matter of the Estate of:                                    File No.: 2014-46

JACOB ELBERG                                                       **AFFIDAVIT IN SUPPORT**
a/k/a YAAKOV ELBERG

                                        Deceased.
------------------------------------------------------------------------x

STATE OF NEW YORK        )
                         )ss
COUNTY OF ___N Y___      )

       ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of Lechaim Cab Corp. (hereinafter

      referred to as "Lechaim") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as

      "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line

      15, it states a balance due at year-end of One Million Two Hundred Seventy Six

      Thousand Six Hundred Eighty Dollars ($1,276,680.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line

      15, it states a balance due at year-end of One Million Two Hundred Twenty Six

      Thousand Eighty Five Dollars ($1,226,085.00). This return was electronically signed by

      the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.    No part of said claim has been paid and the full amount thereof in the sum of

$1,276,680.00 is now actually due, together with interest thereon from December 31,

2015 at the statutory rate.

8.    Claimant owes no security from the decedent or the decedent's Estate.

LECHAIM CAB CORP.
By: Esma Elberg

Sworn to before me this
_____ day of _____, 2016
_____
Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20 __

Form **1120S** (2015)   LECHAIM CAB CORP    11-3000718                                          Page **4**

## Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Infor-mation | **17a** Investment income | **17a** | 18,628. |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement) | | |
| Recon-ciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | **18** | -4,386. |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| **1** Cash | | 5,393. | | 14,142. |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities (see instructions) | | | | |
| **6** Other current assets (attach stmt) | | | | |
| **7** Loans to shareholders | | 931,410. | | 950,038. |
| **8** Mortgage and real estate loans | | | | |
| **9** Other investments (attach statement) | | | | |
| **10a** Buildings and other depreciable assets | 49,495. | | 49,495. | |
| **b** Less accumulated depreciation | 49,495. | | 49,495. | |
| **11a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **12** Land (net of any amortization) | | | | |
| **13a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **14** Other assets (attach stmt) See St. 2 | | 312,500. | | 312,500. |
| **15** Total assets | | 1,249,303. | | 1,276,680. |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable | | | | |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** Other current liabilities (attach stmt) | | | | |
| **19** Loans from shareholders | | | | |
| **20** Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,241,763. |
| **21** Other liabilities (attach statement) | | | | |
| **22** Capital stock | | 10,500. | | 10,500. |
| **23** Additional paid-in capital | | | | |
| **24** Retained earnings | | 28,803. | | 24,417. |
| **25** Adjustments to shareholders' equity (att stmt) | | | | |
| **26** Less cost of treasury stock | | | | |
| **27** Total liabilities and shareholders' equity | | 1,249,303. | | 1,276,680. |

SPSA0134L  08/13/15                                                      Form **1120S** (2015)

Form 1120S (2013)  LECHAIM CAB CORP    11-3000718    Page 4

## Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Infor-mation | **17a** Investment income | 17a | 17,905. |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| Recon-ciliation | **18 Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | 18,023. |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1  Cash | | 320. | | 438. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3  Inventories | | | | |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities (see instructions) | | | | |
| 6  Other current assets (attach stmt) | | | | |
| 7  Loans to shareholders | | 895,242. | | 913,147. |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 49,495. | | 49,495. | |
| b Less accumulated depreciation | 49,495. | | 49,495. | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12  Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14  Other assets (attach stmt) .... See St 2. | | 312,500. | | 312,500. |
| 15  Total assets | | 1,208,062. | | 1,226,085. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16  Accounts payable | | | | |
| 17  Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18  Other current liabilities (attach stmt) | | | | |
| 19  Loans from shareholders | | | | |
| 20  Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,210,000. |
| 21  Other liabilities (attach statement) | | | | |
| 22  Capital stock | | 10,500. | | 10,500. |
| 23  Additional paid-in capital | | | | |
| 24  Retained earnings | | -12,438. | | 5,585. |
| 25  Adjustments to shareholders' equity (att stmt) | | | | |
| 26  Less cost of treasury stock | | | | |
| 27  Total liabilities and shareholders' equity | | 1,208,062. | | 1,226,085. |

SPSA0134L  06/27/13    Form **1120S** (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x
In the Matter of the Estate of:                      File No.: 2014-46

    JACOB ELBERG                                    **NOTICE OF CLAIM**

    a/k/a YAAKOV ELBERG

                  Deceased.
------------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

      Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Merab Cab Corp.
("Merab"), a loan or a series of loans in an amount equal to One Million Three Hundred
Eighteen Thousand Six Hundred Thirty Eight Dollars ($1,318,638.00) with interest thereon from
December 31, 2015.

      The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.

Dated: New York, New York
      March 29, 2016

                                   MERAB CAB CORP., Claimant

                                   By: ESMA ELBERG
                                   Title:

                                   ROBERT W. PIKEN
                                   Attorney for Claimant
                                   Piken & Piken
                                   630 Third Avenue, 23rd Floor
                                   New York, New York 10017
                                   (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-----------------------------------------------------------------------x
In the Matter of the Estate of:

    JACOB ELBERG
    a/k/a YAAKOV ELBERG

               Deceased.
-----------------------------------------------------------------------x

File No.: 2014-46

**AFFIDAVIT IN SUPPORT**

STATE OF NEW YORK   )
                 ) :ss
COUNTY OF ___NY___  )

    ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of Merab Cab Corp. (hereinafter referred to as "Merab") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Three Hundred Eighteen Thousand Six Hundred Thirty Eight Dollars ($1,318,638.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Two Hundred Fifty Five Thousand Nine Hundred Fifteen Dollars ($1,255,915.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.   No part of said claim has been paid and the full amount thereof in the sum of

     $1,318,638.00 is now actually due, together with interest thereon from December 31,

     2015 at the statutory rate.

8.   Claimant owes no security from the decedent or the decedent's Estate.

                                                 _____
                                                 MERAB CAB CORP.
                                                 By: Esma Elberg

Sworn to before me this
___ day of _____, 2016

_____
Notary Public

        ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
        No. 31-8373580
  Qualified in New York County
Commission Expires March 30, 20__

2

Form 1120S (2015)  MERAB CAB CORP    11-2671280                                                                Page **4**

## Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Infor- mation | **17a** Investment income | 17a | 22,823. |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| Recon- ciliation | **18** Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 3,756. |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1  Cash | | 5,492. | | 18,187. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3  Inventories | | | | |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities (see instructions) | | | | |
| 6  Other current assets (attach stmt) | | | | |
| 7  Loans to shareholders | | 1,141,128. | | 1,163,951. |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 102,547. | | 102,547. | |
| b Less accumulated depreciation | 102,547. | | 102,547. | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12  Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14  Other assets (attach stmt)..... See St 2. | | 136,500. | | 136,500. |
| 15  Total assets | | 1,283,120. | | 1,318,638. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16  Accounts payable | | | | |
| 17  Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18  Other current liabilities (attach stmt) | | | | |
| 19  Loans from shareholders | | | | |
| 20  Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,241,763. |
| 21  Other liabilities (attach statement) .... See St 3. | | 3. | | 2. |
| 22  Capital stock | | 4,500. | | 4,500. |
| 23  Additional paid-in capital | | | | |
| 24  Retained earnings | | 68,617. | | 72,373. |
| 25  Adjustments to shareholders' equity (att stmt) | | | | |
| 26  Less cost of treasury stock | | | | |
| 27  Total liabilities and shareholders' equity | | 1,283,120. | | 1,318,638. |

SPSA0134L  08/13/15                                                              Form **1120S** (2015)

Form 1120S (2013)  MERAB CAB CORP    11-2671280                                      Page 4

## Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Infor- mation | 17a Investment income | 17a | 21,936. |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon- ciliation | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l. | 18 | 22,317. |

## Schedule L | Balance Sheets per Books

| | Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 281. | | 662. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | 1,096,817. | | 1,118,753. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 102,547. | | 102,547. | |
| b | Less accumulated depreciation | 102,547. | | 102,547. | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) ..... See St. 2 | | 136,500. | | 136,500. |
| 15 | Total assets | | 1,233,598. | | 1,255,915. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,210,000. |
| 21 | Other liabilities (attach statement) ..... See St. 3 | | 3. | | 3. |
| 22 | Capital stock | | 4,500. | | 4,500. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 19,095. | | 41,412. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,233,598. | | 1,255,915. |

SPSA0134L  06/27/13                                            Form **1120S** (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x
In the Matter of the Estate of:                    File No.: 2014-46

    JACOB ELBERG                              **NOTICE OF CLAIM**

    a/k/a YAAKOV ELBERG

                    Deceased.
------------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

    Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Merill Transit, Inc.
("Merill"), a loan or a series of loans in an amount equal to One Million Two Hundred Forty
Two Thousand Six Hundred Seventy Nine Dollars ($1,242,679.00) with interest thereon from
December 31, 2014.

    The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.

Dated: New York, New York
       March 29, 2016

                          MERILL TRANSIT, INC., Claimant

                          By: ESMA ELBERG
                          Title:

                       ROBERT W. PIKEN
                       Attorney for Claimant
                       Piken & Piken
                       630 Third Avenue, 23rd Floor
                       New York, New York 10017
                       (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x

In the Matter of the Estate of:                          File No.: 2014-46

    JACOB ELBERG                                   **AFFIDAVIT IN SUPPORT**
    a/k/a YAAKOV ELBERG

                   Deceased.
------------------------------------------------------------------------x

STATE OF NEW YORK    )
                      ) :ss
COUNTY OF ____ _NY__ )

    ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am a shareholder, officer and director of Merill Transit, Inc. (hereinafter referred to as "Merill") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2014 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Two Hundred Forty Two Thousand Six Hundred Seventy Nine Dollars ($1,242,679.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Two Hundred Three Thousand Nine Hundred Fifty One Dollars ($1,203,951.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.      No part of said claim has been paid and the full amount thereof in the sum of

$1,242,679.00 is now actually due, together with interest thereon from December 31,

2014 at the statutory rate.

8.      Claimant owes no security from the decedent or the decedent's Estate.

MERILL TRANSIT, INC.

By: Esma Elberg

Sworn to before me this

_____ day of _____, 2016

Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20____

Form 1120S (2014)  MERILL TRANSIT INC    11-2695797              Page 4

## Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Infor- mation | 17a Investment income | 17a | 21,231. |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon- ciliation | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 38,728. |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 508. | | 18,005. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) | | | | |
| 7 Loans to shareholders | | 1,061,543. | | 1,082,774. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 113,548. | | 113,548. | |
| b Less accumulated depreciation | 113,548. | | 113,548. | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt) See St. 2 | | 141,900. | | 141,900. |
| 15 Total assets | | 1,203,951. | | 1,242,679. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 1,190,000. | | 1,190,000. |
| 21 Other liabilities (attach statement) See St. 3 | | 3. | | 3. |
| 22 Capital stock | | 20,000. | | 20,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | -6,052. | | 32,676. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | 1,203,951. | | 1,242,679. |

SPSA0134L  12/23/14              Form 1120S (2014)

Form **1120S** (2013)   MERILL TRANSIT INC    11-2695797                                                                                      Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | | Total amount | |
|---|---|---|---|---|---|
| Other Infor-mation | **17a** Investment income | | | 17a | 20,815. |
| | **b** Investment expenses | | | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | | | 17c | |
| | **d** Other items and amounts | | | | |
| | (attach statement) | | | | |
| Recon-ciliation | **18** Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | | | 18 | 20,834. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 488. | | 508. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | 1,040,728. | | 1,061,543. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 113,548. | | 113,548. | |
| b | Less accumulated depreciation | 113,548. | | 113,548. | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) .... See. St. 2. | | 141,900. | | 141,900. |
| 15 | Total assets | | 1,183,116. | | 1,203,951. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,190,000. | | 1,190,000. |
| 21 | Other liabilities (attach statement) .... See. St. 3. | | 2. | | 3. |
| 22 | Capital stock | | 20,000. | | 20,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | -26,886. | | -6,052. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,183,116. | | 1,203,951. |

SPSA0134L   06/27/13                                                                                           Form **1120S** (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x
In the Matter of the Estate of:                         File No.: 2014-46

    JACOB ELBERG                              **NOTICE OF CLAIM**

    a/k/a YAAKOV ELBERG

                Deceased.
------------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

       Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to NY Canteen Taxi
Corp. ("NY Canteen"), a loan or a series of loans in an amount equal to One Million Three
Hundred Five Thousand One Hundred Twenty Eight Dollars ($1,305,128.00) with interest
thereon from December 31, 2015.

       The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.


Dated: New York, New York
       March 29, 2016

                              NY CANTEEN TAXI CORP., Claimant

                              By: ESMA ELBERG
                              Title:

                              ROBERT W. PIKEN
                              Attorney for Claimant
                              Piken & Piken
                              630 Third Avenue, 23rd Floor
                              New York, New York 10017
                              (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-----------------------------------------------------------------------x

In the Matter of the Estate of:                                    File No.: 2014-46

    JACOB ELBERG                                      **AFFIDAVIT IN SUPPORT**
    a/k/a YAAKOV ELBERG

                   Deceased.
-----------------------------------------------------------------------x

STATE OF NEW YORK    )
                   ) ss
COUNTY OF ___NY___    )

    ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of NY Canteen Taxi Corp.

    (hereinafter referred to as "NY Canteen") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as

    "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line

    15, it states a balance due at year-end of One Million Three Hundred Five Thousand One

    Hundred Twenty Eight Dollars ($1,305,128.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line

    15, it states a balance due at year-end of One Million Two Hundred Forty Seven

    Thousand Nine Hundred Seventy Four Dollars ($1,247,974.00). This return was

    electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.  No part of said claim has been paid and the full amount thereof in the sum of

    $1,305,128.00 is now actually due, together with interest thereon from December 31,

    2015 at the statutory rate.

8.  Claimant owes no security from the decedent or the decedent's Estate.

NY CANTEEN TAXI CORP.
By: Esma Elberg

Sworn to before me this
___ day of _____, 2016

Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20__

2

Form 1120S (2015)   NY CANTEEN TAXI CORP.   11-2907029                                    Page 4

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Other Infor- mation | 17a Investment income ........................................................... | 17a | 21,340. |
| | b Investment expenses ...................................................... | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits .............................. | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon- ciliation | 18  **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l .............. | 18 | -1,847. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash ...................................... | | 6,697. | | 15,273. |
| 2a | Trade notes and accounts receivable ........ | | | | |
| b | Less allowance for bad debts .............. | | | | |
| 3 | Inventories ................................. | | | | |
| 4 | U.S. government obligations ................ | | | | |
| 5 | Tax-exempt securities (see instructions) ..... | | | | |
| 6 | Other current assets (attach stmt) ................ | | | | |
| 7 | Loans to shareholders ...................... | | 1,067,012. | | 1,088,352. |
| 8 | Mortgage and real estate loans ............. | | | | |
| 9 | Other investments (attach statement) ............... | | | | |
| 10a | Buildings and other depreciable assets ...... | 81,740. | | 81,740. | |
| b | Less accumulated depreciation ............. | 81,740. | | 81,740. | |
| 11a | Depletable assets .......................... | | | | |
| b | Less accumulated depletion ............... | | | | |
| 12 | Land (net of any amortization) ............. | | | | |
| 13a | Intangible assets (amortizable only) ......... | | | | |
| b | Less accumulated amortization ............. | | | | |
| 14 | Other assets (attach stmt) ..... See St. 2. | | 201,503. | | 201,503. |
| 15 | Total assets ............................... | | 1,275,212. | | 1,305,128. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable ........................... | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year .... | | | | |
| 18 | Other current liabilities (attach stmt) ............... | | | | |
| 19 | Loans from shareholders ................... | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more ..... | | 1,210,000. | | 1,241,763. |
| 21 | Other liabilities (attach statement) ................. | | | | |
| 22 | Capital stock .............................. | | 31,510. | | 31,510. |
| 23 | Additional paid-in capital .................. | | | | |
| 24 | Retained earnings .......................... | | 33,702. | | 31,855. |
| 25 | Adjustments to shareholders' equity (att stmt) ........ | | | | |
| 26 | Less cost of treasury stock ................. | | | | |
| 27 | Total liabilities and shareholders' equity ..... | | 1,275,212. | | 1,305,128. |

SPSA0134L  08/13/15                                                               Form 1120S (2015)

Form **1120S** (2013)   NY CANTEEN TAXI CORP.    11-2907029                                      Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | | | Total amount | |
|---|---|---|---|---|---|---|
| Other Information | **17a** Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **17a** | 20,512. | |
| | **b** Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **17b** | | |
| | **c** Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . . . . . . . . | | | **17c** | | |
| | **d** Other items and amounts (attach statement) | | | | | |
| Reconciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l . . . . . . . . . . | | | **18** | 20,628. | |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 266. | | 382. |
| 2a | Trade notes and accounts receivable . . . . . . . . | | | | |
| b | Less allowance for bad debts . . . . . . . . . . . . . | | | | |
| 3 | Inventories . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . . . . . . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . . | | | | |
| 6 | Other current assets (attach stmt) . . . . . . . . . . . . . . | | | | |
| 7 | Loans to shareholders . . . . . . . . . . . . . . . . . . . . . | | 1,025,578. | | 1,046,090. |
| 8 | Mortgage and real estate loans . . . . . . . . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . . . . . . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . . . | 81,740. | | 81,740. | |
| b | Less accumulated depreciation . . . . . . . . . . . . . . | 81,740. | | 81,740. | |
| 11a | Depletable assets . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . . . . . . . . . | | | | |
| 12 | Land (net of any amortization) . . . . . . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . . . . | | | | |
| b | Less accumulated amortization . . . . . . . . . . . . . | | | | |
| 14 | Other assets (attach stmt) . . . . . See St. 2. | | 201,504. | | 201,502. |
| 15 | Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,227,348. | | 1,247,974. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . . . | | | | |
| 18 | Other current liabilities (attach stmt) . . . . . . . . . . . . . . | | | | |
| 19 | Loans from shareholders . . . . . . . . . . . . . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . . . . | | 1,210,000. | | 1,210,000. |
| 21 | Other liabilities (attach statement) . . . . See St. 3. | | 2. | | |
| 22 | Capital stock . . . . . . . . . . . . . . . . . . . . . . . . | | 31,510. | | 31,510. |
| 23 | Additional paid-in capital . . . . . . . . . . . . . . . . . | | | | |
| 24 | Retained earnings . . . . . : . . . . . . . . . . . . . . . . | | -14,164. | | 6,464. |
| 25 | Adjustments to shareholders' equity (att stmt) . . . . . . . . . | | | | |
| 26 | Less cost of treasury stock . . . . . . . . . . . . . . . . | | | | |
| 27 | Total liabilities and shareholders' equity . . . . . . | | 1,227,348. | | 1,247,974. |

SPSA0134L  06/27/13                                                          Form **1120S** (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-------------------------------------------------------------------------x
In the Matter of the Estate of:

     JACOB ELBERG

     a/k/a YAAKOV ELBERG

                   Deceased.
-------------------------------------------------------------------------x

File No.: 2014-46

**NOTICE OF CLAIM**

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB ELBERG, deceased.

     Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby notified that there is due from the Estate of Jacob Elberg (the "Decedent") to NY Energy Taxi Corp. ("NY Energy"), a loan or a series of loans in an amount equal to One Million Three Hundred Forty Five Thousand Two Hundred Ninety Six Dollars ($1,345,296.00) with interest thereon from December 31, 2015.

     The facts forming the basis of this claim are described in the annexed Affidavit in Support of Claim dated as of the date hereof and which by reference is made a part hereof.

Dated: New York, New York
       March 29, 2016

                             NY ENERGY TAXI CORP., Claimant

                             By: ESMA ELBERG
                             Title:

                             ROBERT W. PIKEN
                             Attorney for Claimant
                             Piken & Piken
                             630 Third Avenue, 23rd Floor
                             New York, New York 10017
                             (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------x
In the Matter of the Estate of:

    JACOB ELBERG
    a/k/a YAAKOV ELBERG

                   Deceased.
------------------------------------------------------------------x

File No.: 2014-46

**AFFIDAVIT IN SUPPORT**

STATE OF NEW YORK   )
                  ) ss
COUNTY OF ___*NY*___ )

ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of NY Energy Taxi Corp. (hereinafter referred to as "NY Energy") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Three Hundred Forty Five Thousand Two Hundred Ninety Six Dollars ($1,345,296.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Two Hundred Fifty One Thousand Five Hundred Sixty Six Dollars ($1,251,566.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.    No part of said claim has been paid and the full amount thereof in the sum of

$1,345,296.00 is now actually due, together with interest thereon from December 31,

2015 at the statutory rate.

8.    Claimant owes no security from the decedent or the decedent's Estate.

*Esma Elberg*

NY ENERGY TAXI CORP

By: Esma Elberg

Sworn to before me this
29 day of *March* 2016

Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20 18

2

Form 1120S (2015)   NY ENERGY TAXI CORP    11-2907028                                          Page 4

## Schedule K | Shareholders' Pro Rata Share Items (continued)

|  |  |  | Total amount |
|---|---|---|---|
| Other Infor-mation | 17a Investment income | 17a | 21,455. |
|  | b Investment expenses | 17b |  |
|  | c Dividend distributions paid from accumulated earnings and profits | 17c |  |
|  | d Other items and amounts |  |  |
|  | (attach statement) |  |  |
| Recon-ciliation | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 14,171. |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 8,621. | | 51,599. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) | | | | |
| 7 Loans to shareholders | | 1,072,739. | | 1,094,194. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 102,641. | | 102,641. | |
| b Less accumulated depreciation | 102,641. | | 102,641. | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt)..... See St. 2 | | 199,502. | | 199,503. |
| 15 Total assets | | 1,280,862. | | 1,345,296. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,241,763. |
| 21 Other liabilities (attach statement) .... See St. 3 | | | | 21,000. |
| 22 Capital stock | | 31,510. | | 31,510. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | 39,352. | | 51,023. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | 1,280,862. | | 1,345,296. |

SPSA0134L  08/13/15                                                      Form 1120S (2015)

Form 1120S (2013)   NY ENERGY TAXI CORP     11-2907028                                    Page **4**

## Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Information | 17a Investment income........................................................................ | 17a | 20,622. |
| | b Investment expenses.................................................................... | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits............................ | 17c | |
| | d Other items and amounts (attach statement) | | |
| Reconciliation | 18  **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l........... | 18 | 19,699. |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1   Cash.................................... | | 246. | | 360. |
| 2a  Trade notes and accounts receivable........ | | | | |
| b  Less allowance for bad debts............... | | | | |
| 3   Inventories............................... | | | | |
| 4   U.S. government obligations................ | | | | |
| 5   Tax-exempt securities (see instructions)..... | | | | |
| 6   Other current assets (attach stmt)................ | | | | |
| 7   Loans to shareholders..................... | | 1,031,083. | | 1,051,705. |
| 8   Mortgage and real estate loans............. | | | | |
| 9   Other investments (attach statement)............... | | | | |
| 10a Buildings and other depreciable assets...... | 102,641. | | 102,641. | |
| b  Less accumulated depreciation............. | 101,604. | 1,037. | 102,641. | |
| 11a Depletable assets........................ | | | | |
| b  Less accumulated depletion................ | | | | |
| 12  Land (net of any amortization)............. | | | | |
| 13a Intangible assets (amortizable only)......... | | | | |
| b  Less accumulated amortization............. | | | | |
| 14  Other assets (attach stmt) ..... See St. 2 | | 199,501. | | 199,501. |
| 15  Total assets.............................. | | 1,231,867. | | 1,251,566. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16  Accounts payable.......................... | | | | |
| 17  Mortgages, notes, bonds payable in less than 1 year..... | | | | |
| 18  Other current liabilities (attach stmt)............... | | | | |
| 19  Loans from shareholders.................... | | | | |
| 20  Mortgages, notes, bonds payable in 1 year or more...... | | 1,210,000. | | 1,210,000. |
| 21  Other liabilities (attach statement).................. | | | | |
| 22  Capital stock............................. | | 31,510. | | 31,510. |
| 23  Additional paid-in capital.................. | | | | |
| 24  Retained earnings......................... | | -9,643. | | 10,056. |
| 25  Adjustments to shareholders' equity (att stmt) ......... | | | | |
| 26  Less cost of treasury stock................. | | | | |
| 27  Total liabilities and shareholders' equity...... | | 1,231,867. | | 1,251,566. |

SPSA0134L  06/27/13                                                        Form **1120S** (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x
In the Matter of the Estate of:                         File No.: 2014-46

    JACOB ELBERG                              **NOTICE OF CLAIM**

    a/k/a YAAKOV ELBERG

                Deceased.
------------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

      Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to NY Genesis Taxi
Corp. ("NY Genesis"), a loan or a series of loans in an amount equal to One Million Three
Hundred Thirty Eight Thousand Eight Hundred Sixteen Dollars ($1,338,816.00) with interest
thereon from December 31, 2015.

      The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.

Dated: New York, New York
       March 29, 2016

                           NY GENESIS TAXI CORP., Claimant

                           By: ESMA ELBERG
                           Title:

                           ROBERT W. PIKEN
                           Attorney for Claimant
                           Piken & Piken
                           630 Third Avenue, 23rd Floor
                           New York, New York 10017
                           (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-------------------------------------------------------------------------x
In the Matter of the Estate of:                              File No.: 2014-46

    JACOB ELBERG                                      **AFFIDAVIT IN SUPPORT**
    a/k/a YAAKOV ELBERG

                Deceased.
-------------------------------------------------------------------------x
STATE OF NEW YORK    )
                      ) :ss
COUNTY OF   _N Y_    )

        ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of NY Genesis Taxi Corp.

    (hereinafter referred to as "NY Genesis") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as

    "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line

    15, it states a balance due at year-end of One Million Three Hundred Thirty Eight

    Thousand Eight Hundred Sixteen Dollars ($1,338,816.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line

    15, it states a balance due at year-end of One Million Two Hundred Sixty Three

    Thousand Three Hundred Sixty Eight Dollars ($1,263,368.00). This return was

    electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.  No part of said claim has been paid and the full amount thereof in the sum of

$1,338,816.00 is now actually due, together with interest thereon from December 31,

2015 at the statutory rate.

8.  Claimant owes no security from the decedent or the decedent's Estate.

NY GENESIS TAXI CORP
By: Esma Elberg

Sworn to before me this
29 day of _____,2016

Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20__

2

Form 1120S (2015)  NY GENESIS TAXI CORP     11-2906869                                          Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount | |
|---|---|---|---|---|
| Other Infor- mation | 17a Investment income | 17a | 21,651. | |
| | b Investment expenses | 17b | | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | | |
| | d Other items and amounts (attach statement) | | | |
| Recon- ciliation | 18  **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 14,221. | |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 8,782. | | 33,115. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | 1,082,550. | | 1,104,201. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 77,548. | | 77,548. | |
| b | Less accumulated depreciation | 77,548. | | 77,548. | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) ..... See St. 2 | | 201,500. | | 201,500. |
| 15 | Total assets | | 1,292,832. | | 1,338,816. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,241,763. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 29,980. | | 29,980. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 52,852. | | 67,073. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,292,832. | | 1,338,816. |

SPSA0134L  08/13/15                                                    Form **1120S** (2015)

Form 1120S (2013)   NY GENESIS TAXI CORP     11-2906869                                      Page 4

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Other information | **17a** Investment income | 17a | 20,810. |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| Reconciliation | **18** Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | 20,916. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 438. | | 544. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | 1,040,514. | | 1,061,324. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 77,548. | | 77,548. | |
| b | Less accumulated depreciation | 77,548. | | 77,548. | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) See St. 2 | | 201,500. | | 201,500. |
| 15 | Total assets | | 1,242,452. | | 1,263,368. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,210,000. |
| 21 | Other liabilities (attach stmt) See St. 3 | | 1. | | 1. |
| 22 | Capital stock | | 29,980. | | 29,980. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 2,471. | | 23,387. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,242,452. | | 1,263,368. |

SPSA0134L  06/27/13                                                           Form **1120S** (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x
In the Matter of the Estate of:                                            File No.: 2014-46

      JACOB ELBERG                                       **NOTICE OF CLAIM**

      a/k/a YAAKOV ELBERG

                         Deceased.
------------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB ELBERG, deceased.

      Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby notified that there is due from the Estate of Jacob Elberg (the "Decedent") to NY Stance Taxi Corp. ("NY Stance"), a loan or a series of loans in an amount equal to One Million Two Hundred Forty Eight Thousand Four Hundred Six Dollars ($1,248,406.00) with interest thereon from December 31, 2015.

      The facts forming the basis of this claim are described in the annexed Affidavit in Support of Claim dated as of the date hereof and which by reference is made a part hereof.

Dated: New York, New York
       March 29, 2016

                           NY STANCE TAXI CORP., Claimant

                           By: ESMA ELBERG
                           Title:

                           ROBERT W. PIKEN
                           Attorney for Claimant
                           Piken & Piken
                           630 Third Avenue, 23rd Floor
                           New York, New York 10017
                           (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x
In the Matter of the Estate of:                          File No.: 2014-46

    JACOB ELBERG                                **AFFIDAVIT IN SUPPORT**
    a/k/a YAAKOV ELBERG

                    Deceased.
------------------------------------------------------------------------x
STATE OF NEW YORK    )
                       :ss )
COUNTY OF _____NY_____ )

    ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of NY Stance Taxi Corp. (hereinafter referred to as "NY Stance") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Two Hundred Forty Eight Thousand Four Hundred Six Dollars ($1,248,406.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million One Hundred Eighty One Thousand Forty Five Dollars ($1,181,045.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.   No part of said claim has been paid and the full amount thereof in the sum of

$1,248,406.00 is now actually due, together with interest thereon from December 31,

2015 at the statutory rate.

8.   Claimant owes no security from the decedent or the decedent's Estate.

*Esma Elberg*

NY STANCE TAXI CORP.

By: Esma Elberg

Sworn to before me this

29 day of *March*, 2016

*[signature]*

Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20 18

2

Form 1120S (2015)   NY STANCE TAXI CORP   11-3000723                          Page 4

| Schedule K | | Shareholders' Pro Rata Share Items (continued) | | | Total amount |
|---|---|---|---|---|---|
| Other Infor- mation | 17a | Investment income........................................................................ | 17a | | 18,668. |
| | b | Investment expenses........................................................ | 17b | | |
| | c | Dividend distributions paid from accumulated earnings and profits............................ | 17c | | |
| | d | Other items and amounts (attach statement) | | | |
| Recon- ciliation | 18 | **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l................ | 18 | | 11,795. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash.......................................... | | 8,468. | | 30,858. |
| 2a | Trade notes and accounts receivable........ | | | | |
| b | Less allowance for bad debts.............. | | | | |
| 3 | Inventories................................ | | | | |
| 4 | U.S. government obligations............... | | | | |
| 5 | Tax-exempt securities (see instructions)..... | | | | |
| 6 | Other current assets (attach stmt) ................ | | | | |
| 7 | Loans to shareholders........................ | | 933,380. | | 952,048. |
| 8 | Mortgage and real estate loans............. | | | | |
| 9 | Other investments (attach statement) .............. | | | | |
| 10a | Buildings and other depreciable assets...... | 82,857. | | 82,857. | |
| b | Less accumulated depreciation ............. | 82,857. | | 82,857. | |
| 11a | Depletable assets........................... | | | | |
| b | Less accumulated depletion .............. | | | | |
| 12 | Land (net of any amortization).............. | | | | |
| 13a | Intangible assets (amortizable only)......... | | | | |
| b | Less accumulated amortization ............. | | | | |
| 14 | Other assets (attach stmt).....See St. 2. | | 265,500. | | 265,500. |
| 15 | Total assets................................. | | 1,207,348. | | 1,248,406. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable........................... | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year.... | | | | |
| 18 | Other current liabilities (attach stmt) ............... | | | | |
| 19 | Loans from shareholders................... | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more..... | | 1,210,000. | | 1,241,763. |
| 21 | Other liabilities (attach statement) ................. | | | | |
| 22 | Capital stock ............................. | | 223. | | 223. |
| 23 | Additional paid-in capital................... | | | | |
| 24 | Retained earnings........................ | | -2,875. | | 6,420. |
| 25 | Adjustments to shareholders' equity (att stmt) ........ | | | | |
| 26 | Less cost of treasury stock ................ | | | | |
| 27 | Total liabilities and shareholders' equity..... | | 1,207,348. | | 1,248,406. |

SPSA0134L  08/13/15                                                    Form 1120S (2015)

Form 1120S (2013)   NY STANCE TAXI CORP   11-3000723   Page 4

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Other Infor-mation | 17a Investment income | 17a | 17,943. |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon-ciliation | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | 16,760. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 1,650. | | 467. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | 897,135. | | 915,078. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 82,857. | | 82,857. | |
| b | Less accumulated depreciation | 82,857. | | 82,857. | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) ..... See St 2. | | 265,500. | | 265,500. |
| 15 | Total assets | | 1,164,285. | | 1,181,045. |
| | Liabilities and Shareholders' Equity | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,210,000. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 223. | | 223. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | -45,938. | | -29,178. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,164,285. | | 1,181,045. |

SPSA0134L  06/27/13                                   Form 1120S (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-----------------------------------------------------------------------x
In the Matter of the Estate of:                                         File No.: 2014-46

     JACOB ELBERG                                            **NOTICE OF CLAIM**

     a/k/a YAAKOV ELBERG

            Deceased.
-----------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

     Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to NY Tint Taxi Corp.
("NY Tint"), a loan or a series of loans in an amount equal to One Million Two Hundred Thirty
Thousand Two Hundred Seventy Three Dollars ($1,230,273.00) with interest thereon from
December 31, 2015.

     The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.


Dated: New York, New York
       March 29, 2016

                           NY TINT TAXI CORP., Claimant


                           By: ESMA ELBERG
                           Title:

                           ROBERT W. PIKEN
                           Attorney for Claimant
                           Piken & Piken
                           630 Third Avenue, 23rd Floor
                           New York, New York 10017
                           (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-------------------------------------------------------------------x
In the Matter of the Estate of:                                    File No.: 2014-46

    JACOB ELBERG                                       **AFFIDAVIT IN SUPPORT**
    a/k/a YAAKOV ELBERG

                            Deceased.
-------------------------------------------------------------------x
STATE OF NEW YORK    )
                      ) :ss
COUNTY OF _____NY_____  )

      ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of NY Tint Taxi Corp. (hereinafter

      referred to as "NY Tint") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as

      "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line

      15, it states a balance due at year-end of One Million Two Hundred Thirty Thousand

      Two Hundred Seventy Three Dollars ($1,230,273.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line

      15, it states a balance due at year-end of One Million One Hundred Sixty Five Thousand

      Two Hundred Eighteen Dollars ($1,165,218.00). This return was electronically signed by

      the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.    No part of said claim has been paid and the full amount thereof in the sum of

$1,230,273.00 is now actually due, together with interest thereon from December 31,

2015 at the statutory rate.

8.    Claimant owes no security from the decedent or the decedent's Estate.

NY TINT TAXI CORP.

By: Esma Elberg

Sworn to before me this

___ day of _____, 2016

_____

Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20__

2

Form **1120S** (2015)  NY TINT TAXI CORP     11-3000714                                                        Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | | Total amount | |
|---|---|---|---|---|---|
| Other Infor- mation | **17a** Investment income | | 17a | 18,455. | |
| | **b** Investment expenses | | 17b | | |
| | **c** Dividend distributions paid from accumulated earnings and profits | | 17c | | |
| | **d** Other items and amounts (attach statement) | | | | |
| Recon- ciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | | 18 | 7,981. | |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| **1** | Cash | | 10,291. | | 29,080. |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | | | | |
| **3** | Inventories | | | | |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach stmt) | | | | |
| **7** | Loans to shareholders | | 922,738. | | 941,193. |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 113,548. | | 113,548. | |
| **b** | Less accumulated depreciation | 113,548. | | 113,548. | |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | | | | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | | | | |
| **14** | Other assets (attach stmt) See St. 2 | | 260,000. | | 260,000. |
| **15** | Total assets | | 1,193,029. | | 1,230,273. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach stmt) | | | | |
| **19** | Loans from shareholders | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,241,763. |
| **21** | Other liabilities (attach statement) See St. 3 | | 1. | | 1. |
| **22** | Capital stock | | 10,000. | | 10,000. |
| **23** | Additional paid-in capital | | | | |
| **24** | Retained earnings | | -26,972. | | -21,491. |
| **25** | Adjustments to shareholders' equity (att stmt) | | | | |
| **26** | Less cost of treasury stock | | | | |
| **27** | Total liabilities and shareholders' equity | | 1,193,029. | | 1,230,273. |

SPSA0134L  08/13/15                                                                        Form **1120S** (2015)

Form 1120S (2013)  NY TINT TAXI CORP   11-3000714                              Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Other Infor-mation | **17a** Investment income ................................................................. | 17a | 17,738. |
| | **b** Investment expenses ............................................................ | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits .......................... | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| Recon-ciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l ........... | 18 | 17,854. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash ........................................... | | 457. | | 573. |
| 2a | Trade notes and accounts receivable ........ | | | | |
| b | Less allowance for bad debts ............... | | | | |
| 3 | Inventories ................................... | | | | |
| 4 | U.S. government obligations ................. | | | | |
| 5 | Tax-exempt securities (see instructions) ..... | | | | |
| 6 | Other current assets (attach stmt) ................... | | | | |
| 7 | Loans to shareholders ....................... | | 886,907. | | 904,645. |
| 8 | Mortgage and real estate loans .............. | | | | |
| 9 | Other investments (attach statement) .......... | | | | |
| 10a | Buildings and other depreciable assets ....... | 113,548. | | 113,548. | |
| b | Less accumulated depreciation .............. | 113,548. | | 113,548. | |
| 11a | Depletable assets ........................... | | | | |
| b | Less accumulated depletion ................. | | | | |
| 12 | Land (net of any amortization) ............... | | | | |
| 13a | Intangible assets (amortizable only) ......... | | | | |
| b | Less accumulated amortization .............. | | | | |
| 14 | Other assets (attach stmt) ..... See St 2 . | | 260,000. | | 260,000. |
| 15 | Total assets ................................. | | 1,147,364. | | 1,165,218. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable ............................ | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year ..... | | | | |
| 18 | Other current liabilities (attach stmt) ................. | | | | |
| 19 | Loans from shareholders ..................... | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more ...... | | 1,210,000. | | 1,210,000. |
| 21 | Other liabilities (attach statement) .... See St 3 . | | 2. | | 2. |
| 22 | Capital stock ................................. | | 10,000. | | 10,000. |
| 23 | Additional paid-in capital .................... | | | | |
| 24 | Retained earnings ........................... | | -72,638. | | -54,784. |
| 25 | Adjustments to shareholders' equity (att stmt) ......... | | | | |
| 26 | Less cost of treasury stock .................. | | | | |
| 27 | Total liabilities and shareholders' equity ...... | | 1,147,364. | | 1,165,218. |

SPSA0134L  06/27/13                                                Form 1120S (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
--------------------------------------------------------------------------x
In the Matter of the Estate of:                                    File No.: 2014-46

    JACOB ELBERG                                           **NOTICE OF CLAIM**

    a/k/a YAAKOV ELBERG

                  Deceased.
--------------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

      Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Somyash Taxi Inc.
("Somyash"), a loan or a series of loans in an amount equal to One Million Three Hundred Nine
Thousand Five Hundred Twenty Eight Dollars ($1,309,528.00) with interest thereon from
December 31, 2015.

      The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.

Dated: New York, New York
       March 29, 2016

                          SOMYASH TAXI, INC., Claimant

                          *Esma Elberg*
                          By: ESMA ELBERG
                          Title:

                          ROBERT W. PIKEN
                          Attorney for Claimant
                          Piken & Piken
                          630 Third Avenue, 23rd Floor
                          New York, New York 10017
                          (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-----------------------------------------------------------------------x
In the Matter of the Estate of:                                    File No.: 2014-46

    JACOB ELBERG                                      **AFFIDAVIT IN SUPPORT**
    a/k/a YAAKOV ELBERG

                        Deceased.
-----------------------------------------------------------------------x
STATE OF NEW YORK    )
                        ) ss
COUNTY OF _____NY_____ )

        ESMA ELBERG, being duly sworn, deposes and says:

1.     That I am the sole shareholder, officer and director of Somyash Taxi, Inc. (hereinafter

    referred to as "Somyash") and I reside in Brooklyn, New York.

2.     The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as

    "decedent"), is just and true and the decedent's debt is currently due.

3.     Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line

    15, it states a balance due at year-end of One Million Three Hundred Nine Thousand Five

    Hundred Twenty Eight Dollars ($1,309,528.00).

4.     Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line

    15, it states a balance due at year-end of One Million Two Hundred Fifty One Thousand

    Twenty Nine Dollars ($1,251,029.00). This return was electronically signed by the

    decedent.

5.     Claimant acted upon decedent's reliance of decedent's promise to repay.

6.     I know of no offset to said claim.

7.  No part of said claim has been paid and the full amount thereof in the sum of $1,309,528.00 is now actually due, together with interest thereon from December 31, 2015 at the statutory rate.

8.  Claimant owes no security from the decedent or the decedent's Estate.

SOMYASH TAXI, INC.

By: Esma Elberg

Sworn to before me this
_____ day of _____, 2016

_____
Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20 ____

2

Form 1120S (2015)  SOMYASH TAXI INC   11-2505736                                          Page 4

## Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Infor- mation | 17a Investment income | 17a | 21,435. |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon- ciliation | 18  Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 821. |

## Schedule L | Balance Sheets per Books

| | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| Assets | (a) | (b) | (c) | (d) |
| 1  Cash | | 5,213. | | 16,362. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3  Inventories | | | | |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities (see instructions) | | | | |
| 6  Other current assets (attach stmt) | | | | |
| 7  Loans to shareholders | | 1,071,731. | | 1,093,166. |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 99,897. | | 99,897. | |
| b Less accumulated depreciation | 99,897. | | 99,897. | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12  Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14  Other assets (attach stmt) See St. 2 | | 200,000. | | 200,000. |
| 15  Total assets | | 1,276,944. | | 1,309,528. |
| Liabilities and Shareholders' Equity | | | | |
| 16  Accounts payable | | | | |
| 17  Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18  Other current liabilities (attach stmt) | | | | |
| 19  Loans from shareholders | | | | |
| 20  Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,241,763. |
| 21  Other liabilities (attach statement) See St. 3 | | 1. | | 1. |
| 22  Capital stock | | 3,000. | | 3,000. |
| 23  Additional paid-in capital | | | | |
| 24  Retained earnings | | 63,943. | | 64,764. |
| 25  Adjustments to shareholders' equity (att stmt) | | | | |
| 26  Less cost of treasury stock | | | | |
| 27  Total liabilities and shareholders' equity | | 1,276,944. | | 1,309,528. |

SPSA0134L  08/13/15                                                      Form 1120S (2015)

Form 1120S (2013)   SOMYASH TAXI INC    11-2505736                                                                      Page 4

## Schedule K | Shareholders' Pro Rata Share Items (continued)

|  |  | Total amount |
|---|---|---|
| Other Information | 17a Investment income ........................................................... **17a** | 20,602. |
|  | b Investment expenses ......................................................... **17b** |  |
|  | c Dividend distributions paid from accumulated earnings and profits ............................ **17c** |  |
|  | d Other items and amounts (attach statement) |  |
| Reconciliation | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l............ **18** | 20,493. |

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1  Cash ................................... |  | 421. |  | 312. |
| 2a Trade notes and accounts receivable ......... |  |  |  |  |
| b Less allowance for bad debts............... |  |  |  |  |
| 3  Inventories................................ |  |  |  |  |
| 4  U.S. government obligations ............... |  |  |  |  |
| 5  Tax-exempt securities (see instructions) ..... |  |  |  |  |
| 6  Other current assets (attach stmt) ............... |  |  |  |  |
| 7  Loans to shareholders ..................... |  | 1,030,115. |  | 1,050,717. |
| 8  Mortgage and real estate loans.............. |  |  |  |  |
| 9  Other investments (attach statement)............... |  |  |  |  |
| 10a Buildings and other depreciable assets ...... | 99,897. |  | 99,897. |  |
| b Less accumulated depreciation.............. | 99,897. |  | 99,897. |  |
| 11a Depletable assets ........................... |  |  |  |  |
| b Less accumulated depletion................. |  |  |  |  |
| 12  Land (net of any amortization)............... |  |  |  |  |
| 13a Intangible assets (amortizable only) ......... |  |  |  |  |
| b Less accumulated amortization.............. |  |  |  |  |
| 14  Other assets (attach stmt) ..... See. St. 2. |  | 200,000. |  | 200,000. |
| 15  Total assets............................... |  | 1,230,536. |  | 1,251,029. |
| **Liabilities and Shareholders' Equity** |  |  |  |  |
| 16  Accounts payable............................ |  |  |  |  |
| 17  Mortgages, notes, bonds payable in less than 1 year..... |  |  |  |  |
| 18  Other current liabilities (attach stmt)................ |  |  |  |  |
| 19  Loans from shareholders..................... |  |  |  |  |
| 20  Mortgages, notes, bonds payable in 1 year or more...... |  | 1,210,000. |  | 1,210,000. |
| 21  Other liabilities (attach statement).... See. St. 3. |  | 1. |  | 1. |
| 22  Capital stock............................... |  | 3,000. |  | 3,000. |
| 23  Additional paid-in capital................... |  |  |  |  |
| 24  Retained earnings........................... |  | 17,535. |  | 38,028. |
| 25  Adjustments to shareholders' equity (att stmt) ......... |  |  |  |  |
| 26  Less cost of treasury stock................. |  |  |  |  |
| 27  Total liabilities and shareholders' equity...... |  | 1,230,536. |  | 1,251,029. |

SPSA0134L  06/27/13                                                                      Form 1120S (2013)

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-----------------------------------------------------------------------x
In the Matter of the Estate of:                                    File No.: 2014-46

       JACOB ELBERG                                    **NOTICE OF CLAIM**

       a/k/a YAAKOV ELBERG

               Deceased.
-----------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

     Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Spindle Trans
Corp. ("Spindle"), a loan or a series of loans in an amount equal to One Million Two Hundred
Sixty Two Thousand Nine Hundred Thirty Nine Dollars ($1,262,939.00) with interest thereon
from December 31, 2014.

     The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.


Dated:  New York, New York
       March 29, 2016

                            SPINDLE TRANS CORP., Claimant


                            By: ESMA ELBERG
                            Title:

                            ROBERT W. PIKEN
                            Attorney for Claimant
                            Piken & Piken
                            630 Third Avenue, 23rd Floor
                            New York, New York 10017
                            (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
-----------------------------------------------------------------------x
In the Matter of the Estate of:                                                    File No.: 2014-46

    JACOB ELBERG                                              **AFFIDAVIT IN SUPPORT**
    a/k/a YAAKOV ELBERG

                    Deceased.
-----------------------------------------------------------------------x
STATE OF NEW YORK     )
                        ) :ss
COUNTY OF ___*M*___  )

    ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am a shareholder, officer and director of Spindle Trans Corp. (hereinafter referred to as "Spindle") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2014 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Two Hundred Sixty Two Thousand Nine Hundred Thirty Nine Dollars ($1,262,939.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Two Hundred Twenty Five Thousand One Hundred Ninety Dollars ($1,225,190.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.    No part of said claim has been paid and the full amount thereof in the sum of

$1,262,939.00 is now actually due, together with interest thereon from December 31,

2014 at the statutory rate.

8.    Claimant owes no security from the decedent or the decedent's Estate.

SPINDLE TRANS CORP.
By: Esma Elberg

Sworn to before me this
_____ day of _____, 2016

Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20___

Form 1120S (2014)    SPINDLE TRANS CORP    11-2607698                                                    Page 4

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Other Infor- mation | 17a Investment income | 17a | 20,493. |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon- ciliation | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14I | 18 | 37,749. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 521. | | 17,777. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | 1,024,669. | | 1,045,162. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 84,000. | | 84,000. | |
| b | Less accumulated depreciation | 84,000. | | 84,000. | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) See St. 2 | | 200,000. | | 200,000. |
| 15 | Total assets | | 1,225,190. | | 1,262,939. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,190,000. | | 1,190,000. |
| 21 | Other liabilities (attach statement) See St. 3 | | 1. | | 1. |
| 22 | Capital stock | | 21,000. | | 21,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 14,189. | | 51,938. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,225,190. | | 1,262,939. |

SPSA0134L  12/23/14                                                    Form 1120S (2014)

Form **1120S** (2013)  SPINDLE TRANS CORP    11-2607698                            Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Other Infor-mation** | **17 a** Investment income ............................................. | **17a** | 20,092. |
| | **b** Investment expenses .............................................. | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits ............................. | **17c** | |
| | **d** Other items and amounts (attach statement) | | |
| **Recon-ciliation** | **18**  **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l........... | **18** | 20,112. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| **1** | Cash ....................................... | | 501. | | 521. |
| **2 a** | Trade notes and accounts receivable ........ | | | | |
| **b** | Less allowance for bad debts............... | | | | |
| **3** | Inventories................................. | | | | |
| **4** | U.S. government obligations ................ | | | | |
| **5** | Tax-exempt securities (see instructions) ..... | | | | |
| **6** | Other current assets (attach stmt) ................ | | | | |
| **7** | Loans to shareholders ..................... | | 1,004,577. | | 1,024,669. |
| **8** | Mortgage and real estate loans............... | | | | |
| **9** | Other investments (attach statement)............... | | | | |
| **10a** | Buildings and other depreciable assets....... | 84,000. | | 84,000. | |
| **b** | Less accumulated depreciation.............. | 84,000. | | 84,000. | |
| **11a** | Depletable assets ......................... | | | | |
| **b** | Less accumulated depletion............... | | | | |
| **12** | Land (net of any amortization)............... | | | | |
| **13a** | Intangible assets (amortizable only) ......... | | | | |
| **b** | Less accumulated amortization............... | | | | |
| **14** | Other assets (attach stmt) .... See St. 2. | | 200,000. | | 200,000. |
| **15** | Total assets................................. | | 1,205,078. | | 1,225,190. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable............................ | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year..... | | | | |
| **18** | Other current liabilities (attach stmt) ............... | | | | |
| **19** | Loans from shareholders...................... | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more...... | | 1,190,000. | | 1,190,000. |
| **21** | Other liabilities (attach statement).... See St. 3. | | 1. | | 1. |
| **22** | Capital stock................................ | | 21,000. | | 21,000. |
| **23** | Additional paid-in capital.................... | | | | |
| **24** | Retained earnings........................... | | -5,923. | | 14,189. |
| **25** | Adjustments to shareholders' equity (att stmt) ......... | | | | |
| **26** | Less cost of treasury stock.................. | | | | |
| **27** | Total liabilities and shareholders' equity...... | | 1,205,078. | | 1,225,190. |

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
------------------------------------------------------------------------x
In the Matter of the Estate of:                              File No.: 2014-46

    JACOB ELBERG                                       **NOTICE OF CLAIM**

    a/k/a YAAKOV ELBERG

                  Deceased.
------------------------------------------------------------------------x

To: TAMARA PEWZNER and REUBEN ELBERG, Executors of the Estate of JACOB
ELBERG, deceased.

      Pursuant to §1803 of the New York Surrogate's Court Procedure Act, you are hereby
notified that there is due from the Estate of Jacob Elberg (the "Decedent") to Tamar Cab Corp.
("Tamar"), a loan or a series of loans in an amount equal to One Million Three Hundred Eight
Thousand Four Dollars ($1,308,004.00) with interest thereon from December 31, 2015.

      The facts forming the basis of this claim are described in the annexed Affidavit in
Support of Claim dated as of the date hereof and which by reference is made a part hereof.


Dated: New York, New York
       March 29, 2016

                        TAMAR CAB CORP., Claimant


                        By: ESMA ELBERG
                        Title:

                        ROBERT W. PIKEN
                        Attorney for Claimant
                        Piken & Piken
                        630 Third Avenue, 23rd Floor
                        New York, New York 10017
                        (212) 682-5522

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF KINGS
----------------------------------------------------------------------x

In the Matter of the Estate of:

    JACOB ELBERG
    a/k/a YAAKOV ELBERG

                Deceased.
----------------------------------------------------------------------x

File No.: 2014-46

**AFFIDAVIT IN SUPPORT**

STATE OF NEW YORK    )
                      ) ss
COUNTY OF _____)

    ESMA ELBERG, being duly sworn, deposes and says:

1.    That I am the sole shareholder, officer and director of Tamar Cab Corp. (hereinafter referred to as "Tamar") and I reside in Brooklyn, New York.

2.    The annexed claim against the Estate of Jacob Elberg, deceased (hereinafter referred to as "decedent"), is just and true and the decedent's debt is currently due.

3.    Annexed hereto is a copy of Schedule L of the 2015 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Three Hundred Eight Thousand Four Dollars ($1,308,004.00).

4.    Also attached is a copy of Schedule L of the 2013 Corporate Tax Return, where at Line 15, it states a balance due at year-end of One Million Two Hundred Forty Three Thousand Twenty Seven Dollars ($1,243,027.00). This return was electronically signed by the decedent.

5.    Claimant acted upon decedent's reliance of decedent's promise to repay.

6.    I know of no offset to said claim.

7.  No part of said claim has been paid and the full amount thereof in the sum of
    $1,308,004.00 is now actually due, together with interest thereon from December 31,
    2015 at the statutory rate.

8.  Claimant owes no security from the decedent or the decedent's Estate.

*Esma Elberg*

TAMAR CAB CORP.

By: Esma Elberg

Sworn to before me this
24 day of _____ 2016

_____
Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 2018

2

Form 1120S (2015)  TAMAR CAB CORP    11-2907027                                          Page **4**

## Schedule K | Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| Other Infor- mation | **17a** Investment income | 17a | 21,197. |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| Recon- ciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 7,682. |

## Schedule L | Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 5,121. | | 23,369. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | 1,059,837. | | 1,081,034. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 48,000. | | 48,000. | |
| b | Less accumulated depreciation | 48,000. | | 48,000. | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) ..... See St. 2 | | 203,601. | | 203,601. |
| 15 | Total assets | | 1,268,559. | | 1,308,004. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,210,000. | | 1,241,763. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 14,850. | | 14,850. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 43,709. | | 51,391. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,268,559. | | 1,308,004. |

SPSA0134L 08/13/15                                              Form **1120S** (2015)

Form 1120S (2013)  TAMAR CAB CORP    11-2907027                                                        Page 4

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Other Infor-mation | **17a** Investment income............................................................. | 17a | 20,374. |
| | **b** Investment expenses..................................................... | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits............................... | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| Recon-ciliation | **18 Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l............ | 18 | 20,487. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash........................................ | | 258. | | 371. |
| 2a | Trade notes and accounts receivable........ | | | | |
| b | Less allowance for bad debts............... | | | | |
| 3 | Inventories.................................. | | | | |
| 4 | U.S. government obligations ................ | | | | |
| 5 | Tax-exempt securities (see instructions) ..... | | | | |
| 6 | Other current assets (attach stmt)................... | | | | |
| 7 | Loans to shareholders...................... | | 1,018,682. | | 1,039,056. |
| 8 | Mortgage and real estate loans............... | | | | |
| 9 | Other investments (attach statement)............... | | | | |
| 10a | Buildings and other depreciable assets....... | 48,000. | | 48,000. | |
| b | Less accumulated depreciation.............. | 48,000. | | 48,000. | |
| 11a | Depletable assets .......................... | | | | |
| b | Less accumulated depletion................. | | | | |
| 12 | Land (net of any amortization)................ | | | | |
| 13a | Intangible assets (amortizable only)........... | | | | |
| b | Less accumulated amortization.............. | | | | |
| 14 | Other assets (attach stmt) ..... See St. 2. | | 203,601. | | 203,600. |
| 15 | Total assets................................ | | 1,222,541. | | 1,243,027. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable........................... | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year..... | | | | |
| 18 | Other current liabilities (attach stmt)............... | | | | |
| 19 | Loans from shareholders.................... | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more...... | | 1,210,000. | | 1,210,000. |
| 21 | Other liabilities (attach statement).... See St. 3. | | 1. | | |
| 22 | Capital stock............................... | | 14,850. | | 14,850. |
| 23 | Additional paid-in capital................... | | | | |
| 24 | Retained earnings.......................... | | -2,310. | | 18,177. |
| 25 | Adjustments to shareholders' equity (att stmt)......... | | | | |
| 26 | Less cost of treasury stock.................. | | | | |
| 27 | Total liabilities and shareholders' equity...... | | 1,222,541. | | 1,243,027. |

SPSA0134L  06/27/13                                                                            Form **1120S** (2013)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK)

Esther Yazdan, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside in Great Neck, New York.

On March 29, 2016, I served a true copy of a **NOTICE OF CLAIM** by depositing a true copy of same in a properly addressed, postage paid envelope to the last known address of the addressees as indicated below:

Tamar Pewzner
23 Waverly Place
Lawrence, NY 11559

Reuben Elberg
1523 President Street
Brooklyn, NY 11213

Charles D. Liebman, Esq.
Johnson Liebman, LLP
305 Broadway, Suite 801
New York, New York 10007

Levi Huebner
Levi Huebner & Associates, P.C.
535 Dean Street, Suite 100
Brooklyn, NY 11217

Esther Yazdan

Sworn to before me this
29th day of March, 2016

Notary Public

ROBERT W. PIKEN
NOTARY PUBLIC, State of New York
No. 31-8373580
Qualified in New York County
Commission Expires March 30, 20 18