UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

    Barcha Cab Corp. et al.,

                                  Debtor.
-----------------------------------------------------------X

                                  Chapter 11

                                Case No. 17-46613-nhl
                                Jointly Administered

                                AFFIDAVIT OF SERVICE
                                <u>SERVICE BY MAIL</u>

STATE OF NEW YORK    )
                               )    SS:
COUNTY OF KINGS     )

        The undersigned, being duly sworn, deposes and says:

        1.   I am over the age of eighteen, I am not a party in this case or proceeding and I reside at Staten Island, New York.

        2.   On February 28, 2018 I served the within **Debtor's Opposition and Exhibits** upon the persons listed below by mailing a true copy of the same enclosed in a pre-address sealed wrapper with postage affixed in a post box maintained under the exclusive care and custody of the United States Postal Service in the State of New York.

                                                _/s/_____
                                                Jasmin Gomez

Sworn to before me this
28th day of February, 2018

__/s/_____
NOTARY PUBLIC


                                           **\*SEE ATTACHED\***

| | | |
|---|---|---|
| Abrams, Fensterman, Fensterman, Eisman, Formato, Febrara, Wolf & Carone, LLP<br>630 Third Avenue, Fifth Floor<br>New York, New York 10017<br>Attn: Robert Abrams | Troutman Sanders LLP<br>875 Third Avenue<br>New York, New York 10022<br>Attn: Jonathan D. Forstot | Office of the United States Trustee<br>Eastern District of New York<br>201 Varick Street, Suite 1004<br>New York, New York 10014 |