# EXHIBIT B

# BIRZON, STRANG & ASSOCIATES
## *Attorneys at Law*

222 East Main Street, Suite 212
Smithtown, New York 11787
Tel 631-265-6300   Fax 631-265-6799
www.bsb-lawyers.com

Mitchell J. Birzon
Joseph K. Strang

Barrie E. Bazarsky
Senior Associate

*By Appointment Only*

425 Park Avenue
New York, NY 10022

February 21, 2018

Troutman, Sanders, LLP
875 Third Avenue
New York, NY 10022

Attn: Jonathan D. Forstot, Esq.

Re:   Bracha Cab Corp., et al

Dear Mr. Forstot:

    This office is in receipt of a matter in US Bankruptcy Court, Eastern District rererenced above. This office was served with papers on behalf of Tracy Davis and Barbara Malloy.

    With regard to Tracy Davis, this office was initially retained as counsel in a personal injury matter in 2004 and was subsequently substituted as counsel by Justin Blitz, Esq. in 2005.

    With regard to Barbara Malloy, this office was retained as counsel for a motor vehicle claim in 2002 which matter was settled in 2003. We were then retained for a representation in a car accident in 2004 which matter settled in 2007. We then retained for a motor vehicle accident for 2012 which matter settled and was resolved in 2013.

    We are not in possession of any assets nor are we representing the above individuals for any claims beyond those dates.

Very truly yours,

BIRZON, STRANG & ASSOCIATES

Mitchell J. Birzon

BEB/df