UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
BRACHA CAB CORP., *et al.*,                                   :   Case No. 1-17-46613 (NHL)
                                                              :
                                                              :   *Jointly Administered*
                    Debtors.                                  :
                                                              x
-------------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     }
                      } ss:
COUNTY OF NEW YORK    }

I, Maxwell S. Kinder, being duly sworn, deposes and says:

That I am over eighteen years of age, am employed by Troutman Sanders LLP, and am not a party to this action.

On the 1st day of March 2018, I served a true and correct copy of (i) the *Reply Memorandum of Law of Capital One Equipment Finance Corp. in Further Support of Motion to Vacate the Automatic Stay or, in the Alternative, Dismiss or Convert the Debtors' Cases or Appoint a Chapter 11 Trustee* [ECF. No. 36] (the "Reply"); and (ii) the *Motion of Capital One Equipment Finance Corp. to Vacate the Automatic Stay or, in the Alternative, Dismiss or Convert the Debtors' Cases or Appoint a Chapter 11 Trustee* and all supporting documents thereto [ECF. Nos. 23- 26] via overnight courier on the above-captioned debtors addressed as follows:

> Bracha Cab Corp., et al.
> Attn: Esma Elberg
> 1281 Carroll Street
> Brooklyn, NY 11213

On the 1st day of March 2018, I also served a true and correct copy of the Reply via overnight courier as indicated on the attached service lists.

_____
Maxwell S. Kinder

Sworn to before me this
2nd day of March 2018

_____
Notary Public

KENNETH J. HORRMANN
NOTARY PUBLIC, State of New York
No. 01HO6131320
Qualified in Kings County
Certificate Filed in New York County
Commission Expires AUG 1 2021

**Federal Express**

Bruce Weiner
Counsel for the Debtors
Rosenberg Musso & Weiner LLP
26 Court Street
Suite 2211
Brooklyn, NY 11242

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Robert W. Piken
Counsel for Esma Elberg
PIKEN & PIKEN
630 Third Avenue, 23rd Floor
New York, New York 10017

Charles D. Liebman
Counsel for Tamara Pewzner
Johnson Liebman, LLP
305 Broadway, Suite 801
New York, NY 10007

Abrams Fensterman LLP
Counsel for Ruben Elberg
Attn: Robert Abrams
630 Third Avenue, Fifth Floor
New York, New York 10017

Courtney Congjuico
c/o Goldfarb & Gerzog
Ira Goldfarb, Esq.
233 Broadway, Suite 2220
New York, NY 10279

Lancer Insurance Co A/S/O
Limo and Livery Services
c/o Carmn Callahan & Ingham
266 Main Street
Farmingdale, NY 11735

N.Y. O'Hare Corp
c/o Newman O'Malley &
Epstein LLC
217 Broadway, Ste 500
New York, NY 10007

NYS Dept. Of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

NYC Department of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs Division
Brooklyn, NY 11201-3719

United States Attorney's Office
Eastern District of New York
Attention: Bonni Perlin,
Bankruptcy Coordinator
Civil Division, Bankruptcy Processing
271-A Cadman Plaza East
Brooklyn, NY 11201-1820

Joo Y. Song
c/o Michael Vaccaro
Kearns & Duffy PC
3648 Valley Corner
Liberty Corner, NJ 07938

Ronald Pierre
c/o Mallilo & Grossman
163-09 Northern Blvd.
Flushing, NY 11358

Sodhi Renu
c/o Raskin & Kremins
160 Broadway
New York, NY 10038

Immanuel Cleofe
c/o Rosales Del Rosario PC
J. Joshua Rosario
39-01 Main St. Ste. 302
Flushing, NY 11354

Mohamad Abulawi
c/o Bader & Yakaitis
1430 Broadway Suite 1802
New York, NY 10018

Cheryl Worrel
c/o Burns and Harris
233 Broadway, Ste. 900
New York, NY 10279

Douglas Arevalo
c/o Michael Redenburg
32 Broadway
Ste. 811
New York, NY 10004

Karl DeVoc
c/o Barasch McGarry
Salzman & Penson
11 Park Place Ste 1801
New York, NY 10007

Marc Augstin
c/o Krentsel & Guzman
17 Battery Place, Ste 604
New York, NY 10004

Jack Margossian
c/o Gerard N. Misk, Esq.
215-48 Jamaica Avenue
Queens Village, NY 11428

**U.S. Postal Service Express Mail**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346