UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Bracha Cab Corp.,

                    Debtor

Chapter 11

Case No. 17-46613-nhl

<u>AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)</u>

Bracha Cab Corp., undersigned debtor herein, swears as follow:

1.      Debtor filed a petition under chapter **11** of the Bankruptcy Code on December 08, 2017.

2.      Filed herewith is an amendment to **Schedule F,** previously filed herein.  The

amendment reflects additional creditors added.

3.      An attached information sheet indicates the changes made to the above referenced

schedule.

_____/s/_____

Esma Elberg
President

Sworn to before me this
6th Day of February 2018

_/s/_____
NOTARY PUBLIC

CHANGES TO SCHEDULES F

Creditors added:


Progressive Insurance Co
c/o Feldman & Feldman, LLP
811 West Jericho Turnpike, Ste 201W
Smithtown, New York 11787
Attn: Jodi P. Feldman, Esq.