1    UNITED STATES BANKRUPTCY COURT

2    EASTERN DISTRICT OF NEW YORK

3    Case No. 1-17-46613-NHL

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    BRACHA CAB CORP,

8

9            Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12

13                United States Bankruptcy Court

14                271-C Cadman Plaza East

15                Brooklyn, NY 11201

16

17                January 12, 2018

18                10:24 AM

19

20

21

22

23   B E F O R E :

24   NARAR KHODOROVSKI

25   U.S. TRUSTEE

1    HEARING re 341 Meeting of Creditors

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:   Sonya Ledanski Hyde

```
1    A P P E A R A N C E S :

2

3    ROSENBERG MUSSO & WEINER LLP

4         Attorney for Debtor

5         26 Court Street, Suite 2211

6         Brooklyn, NY 11242

7

8    BY:  BRUCE WEINER

9

10   OFFICE OF THE UNITED STATES TRUSTEE

11        U.S. Trustee

12        Eastern District of NY (Brooklyn Office)

13        U.S. Federal Office Building

14        201 Varick Street, Suite 1006

15        New York, NY 10014

16

17   BY:  NARAR KHODOROVSKI

18

19

20

21

22

23

24

25
```

1          P R O C E E D I N G S

2          MR. KHODOROVSKI:  Let the record reflect that the

3     date today is the 12th of January, 2018, and the time now is

4     10:24 a.m.  The name of these cases is in re:  Bracha Cab

5     Corp., et al.  Docket Number is 17-46613.  The cases have

6     been assigned to Judge Lord.

7          So, what I'm going to do right now, Interpreter...

8     Interpreter, so please raise your right hand as the

9     interpreter.  Interpreter, do you swear or affirm that the

10    translation you are about to give at this Section 341, a

11    meeting of creditors, will be from English to Georgian and

12    from Georgian to English, and that you promise to truthfully

13    and correctly translated and interpret?

14          INTERPRETER:  Yes, I do.

15          MR. KHODOROVSKI:  Okay, Interpreter, you may lower

16    your right hand.  So, please translate for me.  Good

17    morning.

18          MS. ELBERG:  Good morning.

19          MR. KHODOROVSKI: My name is Nazar Khodorovski.  N-

20    A-Z-A-R, K-H-O-D-O-R-O-V-S-K-I.  Nazar Khodorovski.  I am an

21    attorney with the United States Department of Justice,

22    Office of the United States Trustee, and I will conduct this

23    hearing.

24          My office supervises the administration of

25    bankruptcy cases under the Bankruptcy Code.  Debtors are

1    required to appear and be examined under oath regarding

2    their cases.  And these examinations are recorded.  And all

3    persons who question debtors must state their names and

4    indicate who they represent.  And right now I would like to

5    ask the representative of this bankrupt company to be sworn

6    in, so please ask her to raise her right hand.

7            Do you swear or affirm to tell the truth, the

8    whole truth, and nothing but the truth?

9            MS. ELBERG:  I swear.

10           MR. KHODOROVSKI:  Go ahead, Interpreter.

11           MS. ELBERG:  Yes, I do.

12           MR. KHODOROVSKI:  Interpreter, please ask her to

13   lower her right hand.  Please state your full name.

14           MS. ELBERG:  My name is Esma Elberg.

15           MR. KHODOROVSKI:  Interpreter, you don't need to

16   translate this.  Ms. Elbert, can you give me your address?

17           MS. ELBERG:  1281 Carroll Street.  Brooklyn, New

18   York, 11213.

19           MR. KHODOROVSKI:  Okay.  Mr. Weiner, and

20   Interpreter, let's -- maybe we can do it this way:  How

21   about I ask her questions in English?

22           MR. WEINER:  Yes.

23           MR. KHODOROVSKI:  If at some point she doesn't

24   understand, the interpreter will step in.

25           MR. WEINER:  That makes the most -- that makes

1   sense to me.

2          MR. KHODOROVSKI:  Counsel -- I'm going to ask

3   counsel for the creditor, are you okay with that?

4          MR. FORSTOT:  I'm okay with it.

5          MR. KHODOROVSKI:  And, Mr. Piken, since you're

6   counsel to her personally, are you okay with that?

7          MR. PIKEN:  I am.

8          MR. WEINER:  If it gets somewhat technical, she

9   probably will want the interpreter.

10          MR. KHODOROVSKI:  The interpreter.  Okay,

11   Interpreter, so Nana, I'm going to give you a different

12   piece of instruction, okay?

13          INTERPRETER:  Sure.

14          MR. KHODOROVSKI:  Okay.  So I've discussed with

15   the attorneys here and we have decided that I'm going to be

16   asking Ms. Elberg questions in English.  If at some point

17   she doesn't understand, please stand by, Nana.  So I'm going

18   to be asking questions in English.  If at some point Ms.

19   Elberg doesn't understand, s he's going to ask you to

20   translate for her in Georgian, okay?

21          INTERPRETER:  Okay, sure.  I will be standing by.

22          MR. KHODOROVSKI:  So, Nana, please stand by and I

23   will go in English.  Okay?  So, Ms. Elberg, what is your

24   relationship to Bracha Cab Corp and other related companies?

25          MS. ELBERG: This was my husband's business and my

1    husband (Indiscernible) 1,213 and...

2            MR. WEINER: I think she meant 2013.

3            MR. KHODOROVSKI:  Okay, I'm sorry.  You know what?

4    Actually, Mr. Weiner, I think we need to go back to the

5    interpreter.

6            MR. WEINER:  Okay.

7            MR. KHODOROVSKI:  Because the Debtor just

8    testified that her husband passed away in the 13th century.

9    And so I'm not making light of this but she just testified

10   that her husband passed away in the 13th century, so...

11           MS. ELBERG:  No, I --

12           MR. KHODOROVSKI:  No, Ms. Elberg, just please

13   wait.  To make sure -- because you're testifying under oath

14   it seems to me better that we're going to go back to the

15   interpreter.  So, okay, Nana?

16           INTERPRETER:  Yes, I'm  here.

17           MR. KHODOROVSKI:  Okay, so I'm going to have to go

18   back to what we were doing before because the Debtor clearly

19   made a very serious mistake.

20           INTERPRETER:  Okay.

21           MR. KHODOROVSKI:  So, please ask her, Nana, how is

22   she related to Bracha Cab Corp and other related companies.

23   In other words -- just hold on -- please ask her if she owns

24   those companies and if she has any title or possession with

25   them.

1          MS. ELBERG:  Well, I work for them and I have

2     medallion, and besides, after passing away in 2013,

3     everything whatever was owned by my husband went to me in

4     2014.

5          MR. KHODOROVSKI:  So, do you own these companies?

6          MS. ELBERG:  Yes.

7          MR. KHODOROVSKI:  Okay.  Are you the only owner of

8     these companies or does somebody else own them with you?

9          MS. ELBERG:  No.  Just me.

10          MR. KHODOROVSKI:  Okay.  Do you have a lawyer with

11     you this morning?  Interpreter, can you please translate?

12          MS. ELBERG:  Yeah, I have.

13          MR. KHODOROVSKI:  Counsel, please note your

14     appearance.

15          MR. WEINER:  Brue Weiner, Rosenberg Musso &

16     Weiner, attorneys for the Debtors.

17          MR. KHODOROVSKI:  And Counsel?

18          MR. PIKEN:  Robert W. Piken, Piken & Piken,

19     attorney for Esma Elberg, individual.

20          MR. KHODOROVSKI:  Okay.  Interpreter, you don't

21     need to translate this next question because it's going to

22     be directed to the lawyers.  Can creditors and other parties

23     of interest note your appearances, identifies yourselves?

24          MR. FORSTOT:  Jonathan Forstot of Troutman Sanders

25     on behalf of Capital One.

1          MR. KHODOROVSKI:  And, Mr. Forstot, Capital One,

2     your client, is that a secured or an unsecured creditor?

3          MR. FORSTOT:  Secured creditor.

4          MR. KHODOROVSKI:  Okay.  So, okay, Interpreter,

5     you can translate again because I'm going to be asking

6     questions of Ms. Elberg again.  So, Ms. Elberg, are you

7     familiar with the information that is listed in this

8     bankrupt company's bankruptcy petition and its schedules?

9          MS. ELBERG:  Yes, I understood everything.  I know

10    everything.

11         MR. KHODOROVSKI:  Mr. Weiner, do you have the

12    original signature on the petition?

13         MR. WEINER:  I have all the petitioners here.  I

14    have...

15         MR. KHODOROVSKI:  Do you have -- can I see the

16    original signatures?

17         MR. WEINER:  Original signatures...

18         MR. KHODOROVSKI:  Well, do you have something with

19    a wet signature?

20         MR. WEINER:  Here.  I have...

21         MR. KHODOROVSKI:  Okay, I'll just show her one and

22    we'll go from there.  I'm just going to show her one.

23         MR. WEINER:  That's an original.  And I represent

24    -- I have the other 14 originals...

25         MR. KHODOROVSKI:  Ms. Elberg, is that your

1    signature on the bankruptcy petition that Mr. Weiner is

2    showing you?

3            MS. ELBERG:  Yes.  Everything my signature.

4            MR. KHODOROVSKI:  Okay.  Ms. Elberg, are you

5    personally familiar with the business of these companies and

6    their finances?

7            MS. ELBERG:  Yes.  I have help in -- my daughter

8    helps me and my secretary.

9            MR. KHODOROVSKI:  Have these companies filed for

10    bankruptcy before?  Please wait for the interpreter.

11            MR. WEINER:  Before today.

12            MS. ELBERG:  No.

13            MR. KHODOROVSKI:  Interpreter, please tell her to

14    wait until I finish asking the question.  Then you will

15    translate, and then she will answer.  Please explain that to

16    her, if you can, Interpreter.  Thank you.

17            MS. ELBERG:  Okay.

18            MR. KHODOROVSKI:  Please ask her if she understood

19    the instruction.

20            MS. ELBERG:  Yes.

21            WOMAN 1:  You have to speak louder, Mom.

22            MR. WEINER:  Speak up so she can hear you.

23            WOMAN 1:  She can't hear you if you don't speak

24    up.

25            MS. ELBERG:  I hear you.  Yes.

1            MR. KHODOROVSKI:  Have you ever filed for personal

2    bankruptcy?

3            MS. ELBERG:  No.  Just now.

4            MR. KHODOROVSKI:  Okay, okay.  Ms. Elberg, Ms.

5    Elberg, please, please wait until the interpreter translates

6    the question to you form English into Georgian, then you

7    will answer her in Georgian, and she will translate it back

8    to me in English, okay?  So let me try this again.  Have you

9    ever filed for personal bankruptcy?

10            MS. ELBERG:  No, never before.  Only now.

11            MR. KHODOROVSKI:  Have any other companies or

12    businesses that you may have owned ever filed their own

13    bankruptcy cases, other than these companies?

14            MS. ELBERG:  No.

15            MR. KHODOROVSKI:  Okay, ma'am, please wait for the

16    interpreter.  Interpreter, please translate and then we'll

17    go again.

18            MS. ELBERG:  No.

19            MR. KHODOROVSKI:  Okay.  Have these bankrupt

20    companies opened new posed bankruptcy bank accounts?

21            MR. WEINER:  That was a yes or no question.

22            MR. KHODOROVSKI:  Okay, okay, Interpreter, I'm

23    going to re-ask the -- I'm going to re-ask the question in a

24    different way.  I'm going to re-ask the question in a

25    different way.  After these bankruptcy cases were filed, did

1    these companies open new bank accounts?

2              MS. ELBERG:  I open.

3              MR. KHODOROVSKI:  Ms. Elberg, please wait for the

4    interpreter, okay?  I'm going to ask the question again, I'm

5    going to ask it of the interpreter, the interpreter will

6    translate it for you, okay?  After these bankruptcy cases

7    were filed, did these companies open new bank accounts?

8              MS. ELBERG:  Yes, I opened in the bank.

9              MR. KHODOROVSKI:  Which bank?

10             MS. ELBERG:  TD Bank.

11             MR. KHODOROVSKI:  Okay, let the record reflect

12   that the United States Trustee has been provided with proof

13   of opening of Debtor in Possession accounts for these

14   companies at TD Bank.  Do these companies currently have

15   insurance?

16             MS. ELBERG:  Yes, they have insurance.

17             MR. KHODOROVSKI:  Okay, let the record reflect the

18   United States Trustee has been provided with proof of

19   insurance for these companies.  Okay, so I have proof of --

20   what do I have?  Proof of Workers Compensation Insurance

21   that's current, I have proof of insurance from American

22   Transit, that's general liability, and that also is current,

23   and I have four other companies and it is also current.  So

24   I have current proof of insurance.

25             Where are these companies' financial records

1    located?

2              MS. ELBERG:  1281 Carroll Street.

3              MR. KHODOROVSKI:  I think she answered the

4    question.  Interpreter, you don't need to translate.  What

5    do these companies do?

6              MS. ELBERG:  I have rented out the medallions for

7    those companies and they work and then they pay me back.

8              MR. KHODOROVSKI:  What kind of medallions are

9    these?  Are these taxi medallions?

10             MS. ELBERG:  These are medallions for taxicabs.

11   And I don't have myself taxicabs, I don't have cars.  I'm

12   just renting the numbers out and somebody else who has the

13   car, they are working and they are paying me back.

14             MR. KHODOROVSKI:  Are these Yellow Taxi medallions

15   of Green Taxi medallions?

16             MS. ELBERG:  Yellow.

17             MR. KHODOROVSKI:  Okay.  Who started these

18   companies?

19             MS. ELBERG:  Well, my husband started before he

20   passed away.

21             MR. KHODOROVSKI:  How long -- go ahead, go ahead,

22   Interpreter.

23             INTERPRETER:  Yes, I just wanted to translate up

24   to there what she said.  She said...

25             MS. ELBERG:  My husband started before he passed

1    away and then after he passed away, it went to me.

2              MR. KHODOROVSKI:  What was your husband's name?

3              MS. ELBERG:  Jacob Elberg.

4              MR. KHODOROVSKI:  Interpreter, you don't need to

5    translate.  I understood the answer.  Are you the only owner

6    of these companies?

7              MS. ELBERG:  Yes.  Only me.

8              MR. KHODOROVSKI:  Do you receive a salary from

9    these companies?

10             INTERPRETER:  Sir, I think I need clarification

11   from her.  She did not use the -- like, word salary.

12             MS. ELBERG:  Yes.  Yes, I was taking salary.

13             MR. KHODOROVSKI:  How much salary did you receive

14   in 2017, last year?

15             MS. ELBERG:  I don't know.

16             MR. KHODOROVSKI:  How much salary did you receive

17   in 2016?

18             MS. ELBERG:  I don't remember.

19             MR. KHODOROVSKI:  Since your husband died, did

20   anyone other than you own these companies?

21             MS. ELBERG:  No, no one.

22             MR. KHODOROVSKI:  Other than these companies that

23   have filed bankruptcy, do you own any other companies?

24             MS. ELBERG:  No, I don't have anything else --

25   Esma Management.

1          MR. WEINER:  I think she meant except Esma

2    Management.

3          MR. KHODOROVSKI:  I understood that, Mr. Weiner,

4    thank you.  Esma Management.  What does Esma Management do?

5          MS. ELBERG:  Well, I rent out medallions and

6    besides, I pay whatever taxes are needed to be paid.

7          MR. KHODOROVSKI:  Are you the only owner of Esma

8    Management or does somebody else own it with you?

9          MS. ELBERG:  No, I'm the only sole owner.  Just

10   sometimes my daughter and my secretary help me.

11         MR. KHODOROVSKI:  Okay.  Now I'm going to ask you

12   again questions about these companies that have filed

13   bankruptcy; not Esma Management.  Okay, these companies that

14   have filed bankruptcy, do these companies have any

15   employees?

16         MS. ELBERG:  Right now, no one.

17         MR. KHODOROVSKI:  Do these companies owe any

18   employees any unpaid salary?

19         MS. ELBERG:  No, nothing.  No, nothing.

20         MR. KHODOROVSKI:  Do these companies owe the State

21   of New York or the IRS any taxes?

22         MS. ELBERG:  No, nothing at all.  Income tax, like

23   IRS, I guess...

24         INTERPRETER:  Interpreter is speaking now.  Sent

25   me back to (Indiscernible) something, and I just sent them

```
 1    back.

 2              MS. ELBERG:  No, I pay extra and they sent me back

 3    check.

 4              MR. KHODOROVSKI:  They gave you a refund?

 5              MS. ELBERG:  Refund.

 6              MR. KHODOROVSKI:  Okay, I understand.  Okay, okay.

 7    What kind of expenses do these companies have?

 8              INTERPRETER:  I need clarification, sir.

 9              MS. ELBERG:  I pay a salary to my secretary and

10    I'm just paying taxes, nothing else.

11              MR. KHODOROVSKI:  What is the secretary's salary?

12    How much is it?

13              MS. ELBERG:  40,000 per year.

14              MR. KHODOROVSKI:  Is that before taxes or after

15    taxes?

16              MS. ELBERG:  Okay, before taxes.

17              MR. KHODOROVSKI:  Does the secretary also receive

18    any salary from Esma Management?

19              INTERPRETER:  One second.

20              MR. KHODOROVSKI:  Okay, Interpreter, can you

21    please ask Mr. Elberg if she would like to take a break?

22              MS. ELBERG:  Okay.

23              MR. KHODOROVSKI:  Interpreter?

24              INTERPRETER:  Yes, she wants a break.

25              MR. KHODOROVSKI:  Okay.  So what we're going to do
```

1    is we're going to take a break right now.  The time now is

2    10:50 a.m. on the 12th of January, 2018.  We're going to

3    take a break.  I'm going to ask the interpreter to stand by.

4    Okay, Nana, can you stand by while we're taking a break?

5            INTERPRETER:  Okay, yes.

6            MR. KHODOROVSKI:  Thank you.

7            INTERPRETER:  Yes, sure.

8            MR. KHODOROVSKI:  We're off the record.  Thank

9    you.

10           [BREAK]

11           MR. KHODOROVSKI:  -- please.  Then we'll get

12   started again.  We are back on the record of the Section

13   341A meeting of Bracha Cab Corp, et al., Case Number 17-

14   46613.  The time now is 11 a.m. on the 12th of January of

15   2018.  Interpreter, so, please, I'm going to re-ask my

16   question.  Please translate this.

17           The secretary, does the secretary receive any

18   salary from Esma Management?

19           MS. ELBERG:  Well, yes, I was paying salary to

20   secretary and to bookkeeper and whatever -- yes, whatever

21   taxes were needed to be paid I was paying from that.

22           MR. KHODOROVSKI:  From Esma Management?

23           MS. ELBERG:  Yes.

24           MR. KHODOROVSKI:  Okay.  Okay, let me ask

25   something else.  Where the company is located, its office,

1    do these companies own their office or do they lease their

2    office?

3              INTERPRETER:  I need clarification, sir.

4              MS. ELBERG:  I don't know.

5              MR. KHODOROVSKI:  Okay.  I understand.  I'm going

6    to ask -- go ahead, Interpreter, please translate.

7              MS. ELBERG:  Okay.  At first I had office in Long

8    Island City, and it was owned by my husband.  But then

9    because the taxes were very high there, I could not afford

10   that and I sold that office and I moved it to 1281 Carroll

11   Street, and now it is located in my own house.  So it means

12   I own it.

13             MR. KHODOROVSKI:  So, 1281 Carroll Street, that is

14   a house where you live and you own that house, right?

15             MS. ELBERG:  Yes, yes, you're correct.  I have

16   office in the basement.

17             MR. KHODOROVSKI:  And the medallions, the taxi

18   medallions --

19             WOMAN 1:  The first floor, not the basement.

20             MR. KHODOROVSKI:  The tax medallions, is there a

21   loan on the medallions?

22             MS. ELBERG:  Very much.  My husband took a loan on

23   them.

24             MR. KHODOROVSKI:  Okay, when was the last time

25   that a loan payment was made on the medallions?

1          MS. ELBERG:  Okay.  Well, my husband has been

2     working to the same bank from where he took the loan for 17

3     years.  So, at this time, medallions -- the cost of

4     medallions was very, very high, and we wanted to refinance

5     our loan but the bank -- but bank denied us.  And actually

6     they made us to lose everything.

7          MR. KHODOROVSKI:  Okay.  I was asking something

8     different, but let me ask it in a different way.  Were there

9     any payments made on the loan on the medallion in 2017?

10          MS. ELBERG:  They took them only from my account.

11          MR. KHODOROVSKI:  No, no.  Hold on, hold on, hold

12     on.  Please let -- I'm going to ask this question again

13     because I want the interpreter to finish interpreting and

14     you to wait until she finishes speaking, and then you will

15     answer, then she will translate for me, okay?  Okay, so

16     we're going to...

17          INTERPRETER:  Okay, may I translate for her this?

18          MR. KHODOROVSKI:  Yes, yes, go ahead.  Absolutely.

19     Interpreter, I apologize.  I'm going to ask you to repeat

20     this because one of the attorneys was actually moving the

21     table, making it a little bit uncomfortable for me.  So, if

22     you could, Interpreter, I'm going to ask you to interpret

23     again and I truly apologize.

24          Okay, so now I'm going to ask the question.  Did

25     you make any payments on the taxi medallion loans last year

1   in 2017?

2          MS. ELBERG:  Yes, they took $300,000 from my

3   account from the same bank.

4          MR. KHODOROVSKI:  What bank was that account in?

5          MS. ELBERG:  Capital One.

6          MR. KHODOROVSKI:  Okay.  Did you make any payments

7   on the taxi medallion loans in 2016?

8          INTERPRETER:  Can I take a break?

9          MR. KHODOROVSKI:  Okay, we're going to take a very

10  brief break for a couple of minutes.  Interpreter, we're

11  going to take a break.  We're off the record at the meeting

12  of creditors in Bracha Cab.  The time now is 11:09 a.m.

13  We're now off the record.

14          [BREAK]

15          MR. KHODOROVSKI:  Go back on the record right now.

16  We're back on the record at the Section 341A meeting of

17  Bracha Cab Corp., et al., Case Number 17-46613.  The time

18  now is 11:14 a.m. on the 12th of January, 2018.

19          Okay, so the question I'm going to ask again, and

20  Interpreter, please interpret.  In 2016, did you make any

21  payments on the loans on the taxi medallions?

22          MS. ELBERG:  Yes, I did.  Yes, I paid.  They took

23  everything out of my account, whatever was there.

24          MR. KHODOROVSKI:  In 2016, what was your monthly

25  payment?

```
 1              MS. ELBERG:  They took $50,000 every month.

 2              MR. KHODOROVSKI:  Okay, Interpreter, Interpreter,

 3      I understood what she said in English.  I think that answers

 4      my question.

 5              INTERPRETER:  Okay.

 6              MR. KHODOROVSKI:  Okay.  Let me ask something

 7      different.  What is Wailing Management, Inc.?

 8              MS. ELBERG:  Okay, that is Norman, who is renting

 9      six medallions from my company.

10              MR. PIKEN:  By counsel, it's Newman.

11              MR. KHODOROVSKI:  Newman?  N-E-W-M-A-N?

12              MR. WEINER:  Those are the owners of it.  That's

13      one of the management companies that operates some of the

14      medallions.

15              MR. KHODOROVSKI:  Do you own any part of Wailing

16      Management?

17              MS. ELBERG:  No.

18              MR. KHODOROVSKI:  Do you want to have Wailing

19      Management continue to manage your medallions or do you want

20      somebody else to do it instead of them?

21              MS. ELBERG:  No, they are good.  They running

22      good.

23              INTERPRETER:  Okay.

24              MR. KHODOROVSKI:  She answered in English.

25      Interpreter, she answered in English.  I understood her
```

1    answer.  Okay.  How -- last month, in December of 2017, how

2    much money did the medallions bring in in total?

3              MS. ELBERG:  $12,300 plus 21,500 and 7,000.

4              MR. KHODOROVSKI:  That was all in December?  All

5    last month, right?

6              MS. ELBERG:  Yes.

7              MR. KHODOROVSKI:  Okay.  Right now, as we sit here

8    this morning, do these companies have a profit or a loss?

9              MS. ELBERG:  Loss.  Okay, I don't know.

10             MR. KHODOROVSKI:  Last year, did these companies

11   have a profit or a loss?  Last year being 2017.

12             MS. ELBERG:  I don't know.  I have not gotten my

13   tax return yet.

14             MR. KHODOROVSKI:  Okay.  Mr. Weiner, I'm going to

15   ask you when these companies -- so I have the 2016 tax

16   returns...

17             MR. WEINER:  Yes.

18             MR. KHODOROVSKI:  So, what I'd like is as soon as

19   the 2017 returns are filed, I would like to get copies of

20   them, okay?

21             MR. WEINER:  Of course.

22             MR. KHODOROVSKI:  Okay, Interpreter, please

23   translate.  Ma'am, can you please hold on?  I need to ask

24   something of the interpreter.  Interpreter, please ask, do

25   these companies -- do these companies own any houses,

1    condominiums, land, real property?

2              MS. ELBERG:  No.  No, only medallions.

3              MR. KHODOROVSKI:  Would you like to sell these

4    medallions?

5              MS. ELBERG:  No.  Those medallions, they are like

6    my property.  Like, they have to bring me income just to put

7    bread on my table.

8              MR. KHODOROVSKI:  Last year in 2017, did these

9    companies sell anything or give anything to anybody?

10              MS. ELBERG:  No, no, they did not.

11              MR. KHODOROVSKI:  Okay.  After these companies

12    filed bankruptcy, have they made any payments to any of

13    their creditors?

14              MS. ELBERG:  No, no, they did not.

15              MR. KHODOROVSKI:  Okay.  So, Mr. Weiner?

16              MR. WEINER:  Yes?

17              MR. KHODOROVSKI:  Can you please turn -- hold on,

18    ma'am.  Just please wait.  I am speaking to your lawyer.

19    Mr. Weiner, please show to your client Schedule A/B in the

20    (Indiscernible) case Bracha Cab Corp, and please turn her to

21    Question 71, 7-1, in the Schedule A/B.  And please tell me

22    when you've shown it to her.  And actually show it -- just

23    leave it in front of her, if you can.  Thank you.

24              Okay, Interpreter, please ask her if she sees that

25    document in front of her.

1           MS. ELBERG:  Yes.

2           MR. KHODOROVSKI:  Okay.  So, you see there it says

3    that this company made a loan to your late husband of about

4    $1.2 million.  Do you see that?

5           MS. ELBERG:  Yes, I do.  I see that.

6           MR. KHODOROVSKI:  What is this loan?

7           MS. ELBERG:  I don't know.  This is just my

8    husband who took a loan from those banks.

9           MR. KHODOROVSKI:  No, no.  I'm not sure she

10   understands the question that I asked.  What I'm saying is -

11   - it says here that the company, Bracha Cab Corp, gave your

12   late husband a $1.2 million loan.  What happened to this

13   $1.2 million?

14          MS. ELBERG:  I don't know.  I was a housewife.

15   Only my husband was dealing with the business.  I don't know

16   that.

17          MR. KHODOROVSKI:  I understand.  Okay.  When your

18   husband passed away, was there an estate in Surrogate's

19   Court?

20          MS. ELBERG:  Okay.  There was only the will, which

21   he wrote, that after passing away, everything should have

22   come to me.

23          MR. KHODOROVSKI:  Okay, I understand.

24          MR. WEINER:  There is a contested proceeding in

25   Surrogate's Court.

1          MR. KHODOROVSKI:  There's a contested proceeding

2    in Surrogate's Court, okay.  Mr. Weiner, can you do me a

3    favor?  So, what I need to know is, regarding the

4    Surrogate's Court proceeding, if you can get me the index

5    number?

6          MR. WEINER:  Yes, we can do that.

7          MR. KHODOROVSKI:  I would appreciate it.  And the

8    docket, if possible.  If you can't get the docket it's okay,

9    just get me the index number, but docket if possible.  I'm

10   not giving you a deadline.  Just get it to me as soon as you

11   can.

12         MR. WEINER:  Okay.  I understand.

13         MR. PIKEN:  We will do that.

14         MR. KHODOROVSKI:  Okay.  Let me ask you this

15   question.  Why did these companies decide to file for

16   bankruptcy?

17         MS. ELBERG:  Bank doesn't give me loan.  They

18   promise me.  And they want to take my medallions.

19         MR. KHODOROVSKI:  I understand.

20         MS. ELBERG:  Even when was high, the medallions

21   price, they promise me and I wait two years.

22         WOMAN 1:  Three years.

23         MS. ELBERG:  Three years to get the answer from

24   them.

25         MR. KHODOROVSKI:  Okay.  Interpreter, please

1    translate this question.  As you sit here today, Ms. Elberg,

2    are you currently under any audit or investigation by any

3    government agencies?

4                    MS. ELBERG:  No.

5                    MR. KHODOROVSKI:  You don't need to translate.

6    She answered in English.  In the last five years, have you

7    been under any audit or investigation by any government

8    agency?  You personally?

9                    MS. ELBERG:  No.

10                   MR. KHODOROVSKI:  Have these companies been under

11   any audit or investigation by any government agency in the

12   last three years?  Okay, Interpreter, she's going to not

13   answer in...  So I'm going to repeat the question,

14   Interpreter.

15                   INTERPRETER:  Okay.

16                   MR. KHODOROVSKI:  Have these companies been under

17   any audit or investigation by any government agency in the

18   last three years?

19                   MS. ELBERG:  Merab Cab Corporation.

20                   MR. KHODOROVSKI:  What happened with Merab Cab?

21   Why was it under investigation or audit?

22                   MR. WEINER:  It might've been more than three

23   years ago.

24                   WOMAN 1:  It was four years ago.

25                   MS. ELBERG:  Four years ago.

1                 MR. KHODOROVSKI:  Okay, then...

2                 MR. PIKEN:  It was 2011.

3                 MR. KHODOROVSKI:  Okay, okay.  In 2011?  That was

4     seven years ago.

5                 WOMAN 1:  2010 and '11...

6                 MR. WEINER:  Well, it might've lasted into four

7     years ago.

8                 MR. PIKEN:  It did, yeah.

9                 WOMAN 1:  Yeah.  It was four years ago.

10                MR. PIKEN:  It was resolved four years ago.

11                MR. KHODOROVSKI:  Resolved four years ago.  Okay,

12    I asked about three years ago.

13                MR. PIKEN:  Sorry.

14                MR. KHODOROVSKI:  No problem.  That is okay, that

15    is okay.  As we sit here right now, are any of these

16    companies under any audit or investigation by any government

17    agency?

18                MS. ELBERG:  No.

19                MR. KHODOROVSKI:  Okay, Mr. Weiner, I'm going to

20    need to ask you some things.  So, if you remember, earlier

21    in this examination we discussed the salary that Mr. Elberg

22    gets, and remember, she indicated, you know, that she gets

23    salaries?  So, the -- so what's listed in Question 30,

24    that's basically, she gets a distribution in the management

25    fee, just so I understand?

```
 1              MR. WEINER:  Well, the way the companies have been
 2      operated in the past is that money would go into Esma
 3      Management, who would then pay some money to her and also to
 4      the bookkeeper as well as other expenses like the accountant
 5      and whatever taxes needed to be -- come due, rather than
 6      writing 15 individual checks.
 7              Since the filing, all the money has just gone into
 8      the 15 Debtor in Possession accounts; no money has been
 9      disbursed to anyone.  We're trying to -- we have, you know -
10      - pending trying to work out a budget with the bank and
11      trying to figure out what's the easiest way to do that.
12      Whether we should be now doing it 15 different ways or
13      continue to use Esma Management -- we haven't decided.  And
14      your thoughts on the matter would also be --
15              MR. KHODOROVSKI:  But does Esma -- let me just
16      sort of ask it in a different way.
17              MR. WEINER:  Yeah.
18              MR. KHODOROVSKI:  Does Esma get a management fee?
19      Is Esma still getting a management fee?
20              MR. WEINER:  No.  No, nobody has gotten anything
21      since the filing.
22              MR. KHODOROVSKI:  Okay.  But -- I apologize, I'm
23      speaking to Mr. Weiner right now.  I apologize, Ms. Elberg,
24      I just wanted to finish my conversation with him, and then
25      definitely you can discuss with him the issue that I'm
```

1    discussing with him right now.

2           My question is so, before -- so, since the filing

3    --

4           MR. WEINER:  Right.

5           MR. KHODOROVSKI:  -- since the filing, all the

6    money that's been made from the medallions have been going

7    to the Debtor in Possession accounts?

8           MR. WEINER:  Yes.  There's about --

9           MR. KHODOROVSKI:  And it's not been going to Esma?

10          MR. WEINER:  No.  It's all in the 15 Debtor in

11   Possession accounts.  There's about -- a little over

12   $101,000 as of the end of the day Wednesday.

13          MR. KHODOROVSKI:  So they're all going to the DIP

14   account, and nothing is going to Esma?

15          MR. WEINER:  Nothing is going to Esma or anybody

16   else.

17          MR. KHODOROVSKI:  Okay, that's what I wanted to

18   know right now.  But before the filing, there was a

19   distribution to Ms. Elberg and a management fee to Esma?

20          MR. WEINER:  Well, there was a distribution to

21   Esma and then she took some money out of Esma.

22          MR. KHODOROVSKI:  I understand now.  So, the

23   distribution came directly from the taxi medallion holders

24   to Esma...

25          MR. WEINER:  Right.

1          MR. KHODOROVSKI:  And then Ms. Elberg took a

2     distribution from that money?

3          MR. WEINER:  Yes.

4          MR. KHODOROVSKI:  Now I understand.  Okay.  Okay,

5     the next question is also for you.  So, businesswise, Mr.

6     Weiner, or legally --

7          MR. WEINER:  Yes?

8          MR. KHODOROVSKI:  -- what do these companies need

9     to do to get out of bankruptcy?

10         MR. WEINER:  Well, there's -- these companies on

11    their own, given the reduction both in the value of the

12    medallions and the income that they generate over the last

13    two or three years, as everybody is aware of in this

14    industry, cannot generate enough money to get out of it.

15    But there is a large amount of money sitting in an escrow

16    account from the sale of the buildings that her husband

17    owned in Queens.  And that money is tied up in the

18    litigation --

19         MR. KHODOROVSKI:  Folks, folks?  I apologize.  If

20    you could just let Mr. Weiner speak, because I need to have

21    him be heard for the record.

22         MR. WEINER:  And there's litigation pending both

23    in State Supreme Court and the Surrogate's Court regarding

24    this money, and we are hoping to be able to use that money

25    to pay -- to pay the bank.

1          Ideally, it would be to pay them down

2    significantly and have them refinance a much smaller

3    balance, something that the companies can afford to keep --

4    afford to pay.  Because these companies do generate -- they

5    do generate money every month, and there's a belief that the

6    taxi medallion business has sort of hit bottom and might

7    start to improve in the near future.  But even if it stayed

8    at its current level, these companies generate money and

9    could service a much smaller amount of debt with really --

10   you know, without any problems.

11          MR. KHODOROVSKI:  Well, let me ask something in a

12   slightly different way.  What I wanted to understand is --

13   so you said there's litigation regarding the proceeds from

14   the sale of the buildings in Queens?

15          MR. WEINER:  Yes.  Yes.

16          MR. KHODOROVSKI:  And that's tied up in

17   Surrogate's Court and what other court you said?

18          MR. WEINER:  And it's also in State Supreme Court.

19          MR. KHODOROVSKI:  State Supreme Court.  Which

20   county?

21          MR. WEINER:  New York.

22          MR. KHODOROVSKI:  Manhattan?

23          MR. WEINER:  Yes.

24          MR. KHODOROVSKI:  Okay.  So what I'd like to ask

25   you --

1              MR. WEINER:  The Surrogate's Court is in Brooklyn.

2              MR. KHODOROVSKI:  Brooklyn Surrogate's Court and

3      State Supreme in Manhattan?

4              MR. WEINER:  Yes.

5              MR. PIKEN:  Correct.

6              MR. KHODOROVSKI:  Okay, so what I'm going to need

7      from you is, regarding those -- the proceedings regarding

8      the buildings?

9              MR. WEINER:  Yes.

10             MR. KHODOROVSKI:  What I'd like to get are the

11     index numbers and dockets for those State Court proceedings,

12     okay?

13             MR. WEINER:  Okay.  We will do that, too.  It's

14     just the two cases, right?

15             MR. KHODOROVSKI:  Just the State Court cases, yes,

16     that's what I need.  Index numbers and dockets.  Okay?

17             MR. WEINER:  Yeah.  We will get that to you.

18             MR. KHODOROVSKI:  Okay.  Now, let me ask you this.

19     Are the companies going to continue paying Ms. Elberg

20     from...?

21             MR. WEINER:  We haven't figured out what the

22     proper thing to do...  Maybe it'd make more sense for her to

23     not get a salary but maybe get a small amount of rent every

24     month, and then she can live off -- she can use that as her

25     salary.  We will need to pay a salary to the bookkeeper,

Page 33

1    because the bookkeeper is doing --

2              WOMAN 1:  And the taxes.

3              MR. WEINER:  Because the bookkeeper is doing work,

4    you know, and then there is an accountant who will need to

5    be retained -- get a small fee just for preparing tax

6    returns.  The bookkeeper will be able to do all the

7    operating reports every...

8              MR. KHODOROVSKI:  The bookkeeper will stay on

9    salary?

10             MR. WEINER:  Right.

11             MR. KHODOROVSKI:  Okay.  So, now the issue of Ms.

12   Elberg's salary has not been figured out?

13             MR. WEINER:  We have not figured out what the best

14   way to --

15             MR. KHODOROVSKI:  And so you're going to have to

16   deal with a real cash collateral issue, obviously?

17             MR. WEINER:  Yes, we are.

18             MR. KHODOROVSKI:  Okay.

19             MR. WEINER:  Which is why, until this is worked

20   out, why all the money is just sitting there and nothing has

21   been disbursed.

22             MR. KHODOROVSKI:  I understand.  Okay.  Okay, so

23   let me and you discuss the issue of retentions.

24             MR. WEINER:  Yes.

25             MR. KHODOROVSKI:  So you're going to need to file

1    your retention application, right?

2              MR. WEINER:  Yes.

3              MR. KHODOROVSKI:  And you also need to file a

4    (Indiscernible) motion.

5              MR. WEINER:  We are going to do that also.  The

6    only thing that could delay that slightly is that it's come

7    to my attention just within the last week that there are

8    some other creditors out there who have unliquidated

9    disputed contingent claims that we don't anticipate ever

10   getting to the Debtor to have to pay, but they need to be

11   listed as creditors.

12             These creditors are -- when you have cabs out on

13   the street of New York, they get into accidents.

14             MR. KHODOROVSKI:  Personal injury claimants?

15             MR. PIKEN:  Unresolved tort claims.

16             MR. WEINER:  Some of them are property damage

17   claims, some of them are injury claims. They're unresolved,

18   and there has yet in the history of these companies to be a

19   claim that was not either, you know, resolved because their

20   claim was not valid or it wasn't paid by the insurance

21   company.  But there are -- at any given time, when somebody

22   gets hurt, they may assert a claim not only against the

23   driver and the owner of the car but also against the owner

24   of the medallion.  So --

25             MR. KHODOROVSKI:  I understand.  Okay.  My last

1    question for you, Mr. Weiner, is when do these companies

2    expect to file a plan?  30 days?  60 days?  90 days?  A

3    year?  Two years?  Three years?

4              MR. PIKEN:  Are you giving us those options?

5              MR. KHODOROVSKI:  I'm not giving you options.  I'm

6    just saying what's the estimate?

7              MR. WEINER:  It's really hard for me to do.  It

8    would be certainly more than three months and less than a

9    year but I can't --

10             MR. KHODOROVSKI:  So, in three months to a year?

11             MR. WEINER:  Yeah.

12             MR. KHODOROVSKI:  Okay, that's the kind of --

13   that's fine as far as answering the...  Okay.  So I'm done

14   with questions of Ms. Elberg.  What I'm going to do right

15   now is -- Interpreter, please translate this:  Ms. Elberg, I

16   have finished my questions of you.  I'm going to give you

17   some instructions.  So, Interpreter, please translate these

18   instructions.

19             Okay, every month these companies, each of these

20   companies is going to need to file what is known as a

21   monthly operating report.  And these reports have to comply

22   with guidelines made by my office, and your lawyer has a

23   copy of those guidelines.

24             Every quarter -- every quarter my office is going

25   to send each of these companies a bill for what is known as

1    the United States Trustee quarterly fees.  And as long as

2    this -- as long as these bankruptcy cases are open, each

3    quarter a bill will come.

4            And if you don't pay these fees -- and if these

5    companies...  Withdrawn.  If these companies don't pay these

6    bills on time, there will be interest assessed on unpaid

7    quarterly fees.  Do you understand these requirements?

8            MS. ELBERG:  Yes, I do.

9            MR. KHODOROVSKI:  Do you understand that if these

10   companies do not file their monthly operating reports on

11   time and do not pay their quarterly fees on time, that my

12   client, the United States Trustee, might ask the Court to

13   dismiss these cases to convert them to Chapter 7 to

14   liquidate these companies or to have -- to ask the Court to

15   appoint a trustee to run these companies instead of you?

16           MS. ELBERG:  Yes, I understand.

17           MR. KHODOROVSKI:  Okay.  So, Mr. Weiner --

18   Interpreter, you don't need to translate this -- Mr. Weiner,

19   again, I'm going to repeat the information I requested.  I

20   need the 2017 tax return as soon as filed; and as soon as

21   you can, I'm going to need the index number and docket

22   number for the Surrogate's case; index numbers and docket

23   numbers for the Brooklyn and Manhattan proceedings involving

24   the buildings.

25           MR. WEINER:  Yes.

1          MR. KHODOROVSKI:  Okay?  So, the United States

2    Trustee has completed questions of the Debtor.  At this time

3    I'm going to turn the floor over to Creditors.  Creditors,

4    please remember the instructions I've given you before.

5    Please address your questions to the interpreter, and you

6    may proceed.  Once -- before you ask your first question,

7    you need to identify yourself and explain who you represent.

8          MR. FORSTOT:  Thank you.  Jonathan Forstot of

9    Troutman Sanders on behalf of Capital One.

10         MR. KHODOROVSKI:  Interpreter, can you please

11   translate for Mr. Forstot as you did for me?  And please

12   translate his introduction.

13         MS. ELBERG:  I understand.

14         MR. KHODOROVSKI:  Go ahead, Mr. Forstot.

15         MR. FORSTOT:  Who is the decision maker for these

16   companies?

17         MR. KHODOROVSKI:  I'm sorry, I don't understand

18   your question.  What do you mean by that?  Like, who decides

19   -- makes decision on a daily basis?  I mean...

20         MR. FORSTOT:  Who makes any decisions for these

21   companies?

22         MR. KHODOROVSKI:  Okay.  So you can go ahead and

23   ask the interpreter.

24         MS. ELBERG:  I do.

25         MR. FORSTOT:  That's been the case since you took

1    over these companies after your husband's passing?

2              MS. ELBERG:  Yes.  Yes, it was.

3              MR. FORSTOT:  Does your daughter, who's in the

4    room with us today, have any position with any of these

5    companies?

6              MS. ELBERG:  She's an executor.

7              MR. FORSTOT:  But does she have any position with

8    these companies, not with the estate of your late husband

9    but with these companies that are in bankruptcy?

10             MS. ELBERG:  No.  No.  It's just -- she just helps

11   me.

12             MR. FORSTOT:  I'll also note for the record that

13   Ms. Elberg's daughter has been speaking throughout this

14   proceeding, coaching the answers, so I want to make that

15   clear on the record what she's been -- she's been speaking

16   in Georgian so I can't understand what she's been saying,

17   but she's been helping her mother answer all these

18   questions.

19             MR. KHODOROVSKI:  Please proceed with the

20   questions.

21             INTERPRETER:  Should I translate, sir?

22             MR. KHODOROVSKI:  Yes, you should.  Yeah, you can

23   translate, Interpreter, yes.

24             MR. FORSTOT:  In the schedules that you filed and

25   signed in these cases you used the value of $375,000 per

1   medallion, is that right?

2            INTERPRETER:  Okay, can you clarify, sir?

3            MR. FORSTOT:  Yes.  Maybe it's a good idea to look

4   at -- show your client the same one she was just looking at

5   from Bracha as an example.  Schedule A/B, Question 64.

6            MR. WEINER:  The value for two medallions.

7            MS. ELBERG:  750,000.

8            MR. WEINER:  For two?

9            MS. ELBERG:  For two.

10           MR. FORSTOT:  So, now that you've looked at that,

11  do you recall using the value of $375,000 per medallion?

12           MS. ELBERG:  Yes, that is correct.

13           MR. FORSTOT:  Where did you get that value from?

14           MS. ELBERG:  (Indiscernible)

15           MR. FORSTOT:  I'm sorry?

16           MS. ELBERG:  (Indiscernible) Limousine Commission.

17           MR. FORSTOT:  Again, Ms. Elberg's daughter is

18  giving her these answers.  Please translate.

19           MS. ELBERG:  So, that's how I was told -- that

20  this is the value.

21           MR. FORSTOT:  By whom were you told that this is

22  the value?

23           MS. ELBERG:  Okay, everybody who has medallions,

24  everybody knows that.

25           MR. FORSTOT:  Everybody knows that 375,000 is the

1    value?  Is that what you're saying?

2              MS. ELBERG:  Okay, it is now, but before it was

3    300...

4              INTERPRETER:  Okay, sorry, I could not understand

5    what she said.  301,000, I think?

6              MR. WEINER:  No, that's not what she said.

7              MS. ELBERG:  I said before was high price and now

8    is low.

9              INTERPRETER:  Okay, she means that this was the

10   highest price --

11             MR. WEINER:  No.

12             INTERPRETER:  Highest value of medallions but now

13   it is --

14             MR. KHODOROVSKI:  Interpreter, Interpreter, she

15   was speaking in English.  You don't need to translate.  She

16   was speaking in English.  Interpreter, you don't need to

17   translate from English to English.

18             MR. WEINER:  Especially incorrectly.

19             INTERPRETER:  Sorry for that.

20             MR. KHODOROVSKI:  Interpreter, you don't need to

21   translate from English to English.  You should translate

22   when she speaks Georgian.

23             MR. FORSTOT:  Let me ask it this way then.  What

24   do you believe today is the value of each medallion?

25             MS. ELBERG:  375.

1          MR. KHODOROVSKI:  She's answering fine...

2          MR. WEINER:  She's doing fine, let her answer.

3          MS. ELBERG:  (Indiscernible) it's cost $375,000.

4          MR. FORSTOT:  Okay, so you believe today it's

5    worth -- each one is worth $375,000?

6          MS. ELBERG:  I think so.

7          MR. FORSTOT:  Okay, and so back to my original

8    question -- where do you get that number from?  Why do you

9    think 375 as opposed to 350 or 450?

10         MS. ELBERG:  I hear people talks.  This price is

11   now.  Because they sell on the market.

12         MR. FORSTOT:  Okay, who -- when you say you hear

13   people talk, who are the people that you heard talk that led

14   you to that belief as to the value?

15         MS. ELBERG:  Whoever has medallions, whoever owns

16   medallions, they say.

17         MR. FORSTOT:  Other than what you just testified,

18   is there any other basis you have for saying these values --

19   that the medallions are worth 375,000?

20         MS. ELBERG:  I know -- I know that they were sold

21   for that price on the market.

22         MR. FORSTOT:  Okay.  What medallions were sold for

23   that price?

24         MS. ELBERG:  (Indiscernible)

25         MR. FORSTOT:  Can you give me the names of the

1      owners of the medallions that sold for that price?

2                MS. ELBERG:  I don't know this.

3                MR. FORSTOT:  Can you give me an auction that you

4      know of where they were sold for that price?

5                MR. KHODOROVSKI:  Okay, Counsel, I don't think you

6      need to -- you're asking the same question four different

7      times.  I think it's -- just limit yourself to one question.

8                MR. WEINER:  There was a schedule of recent sales

9      that she looked at, and there was a sale even for 400,000.

10               MR. FORSTOT:  Mr. Weiner, you're not under oath.

11     Let me ask the questions of the Debtor's representative that

12     you've tendered today at this meeting of creditors and we'll

13     get her testimony, not yours.

14               MR. WEINER:  Mine's more (Indiscernible).

15               MR. FORSTOT:  All right, so we'll move on to the

16     same schedule --

17               MR. KHODOROVSKI:  Mr. Weiner, I'm not sure that's

18     a reason for levity.

19               MR. WEINER:  No, no, I'm --

20               MR. KHODOROVSKI:  Mr. Weiner, I'm not sure that's

21     a reason for levity.  I'm a little confused.

22               MR. FORSTOT:  Why don't we move on to the

23     schedules to Number 71 that the attorney for the U.S.

24     Trustee had asked you about briefly before.  So, the loan.

25               MR. KHODOROVSKI:  Okay, Interpreter, can you

1    please interpret the question for her?

2              INTERPRETER:  Sure.  Can you repeat the question?

3    What was the question?

4              MR. KHODOROVSKI:  Yes.  Mr. Forstot, please repeat

5    the question and the interpreter will translate.

6              MR. FORSTOT:  We're turning in the same schedule

7    for Bracha to Question 71.  It's a question within the

8    schedules that the attorney for the U.S.  Trustee had

9    previously asked the Debtor's representative about.  Are you

10   there?  Do you see where I'm talking about?

11             MS. ELBERG:  Okay, I know that my husband was

12   taking loans but I don't know anything about those loans.

13             MR. FORSTOT:  Let me ask you this:  Is there any

14   document like a note that shows the terms of the loan?

15             WOMAN 1:  She didn't translate properly.  Could

16   you re-ask the question?

17             MR. FORSTOT:  Is there a note or other writing

18   that sets forth the terms of this loan?

19             MS. ELBERG:  No, I don't have anything.  I just

20   don't know.  My husband was doing that and I don't know

21   anything about that.

22             MR. FORSTOT:  Does the loan bear interest?

23             MR. KHODOROVSKI:  Okay, Counsel, can you ask in a

24   much simpler way so that the interpreter -- because using

25   words like "bear", I mean, it's a little complicated for the

1   interpreter.  Let me ask it somewhat differently.  Is there

2   any interest on the loan?

3           INTERPRETER:  That's fine.  I know the word

4   "bearing".

5           MS. ELBERG:  The loan was bearing like very high

6   interest.

7           MR. PIKEN?:  I'm sorry.  I don't think she

8   understood your question.

9           MR. WEINER:  I think she was talking about your

10  client's loan, not the --

11          MR. FORSTOT:  Okay, the loan --

12          MR. KHODOROVSKI:  I apologize, let me interrupt

13  you.  I'm going to ask the question.  I think I know what

14  you're looking to get.  The loan that your husband got from

15  this company, was there any interest that he had to pay back

16  to the company?

17          MS. ELBERG:  2 percent for tax returns, otherwise

18  I don't know anything.

19          MR. KHODOROVSKI:  2 percent for tax returns?  I'm

20  not following that.  Where did you get the number, 2 percent

21  interest from?

22          MS. ELBERG:  Okay, it was written on my tax

23  returns.

24          MR. KHODOROVSKI:  When is the loan due?  Have you

25  made a demand of the estate to pay that loan?

```
 1              MR. WEINER:  I know exactly what they're...  Don't

 2   worry.

 3              MR. KHODOROVSKI:  Have you asked the estate to pay

 4   the loan back -- your husband's estate?

 5              MS. ELBERG:  Okay, who should have paid me back,

 6   bank or who?

 7              MR. KHODOROVSKI:  Okay, let me ask it differently.

 8              MR. WEINER:  Yeah, because I think she's not

 9   understanding.

10              MR. KHODOROVSKI:  Okay, the loan -- the loan that

11   the company gave to your late husband, have you made any

12   request from your late husband's estate that this loan be

13   paid back?

14              MS. ELBERG:  I don't know anything about that.

15              MR. FORSTOT:  You see on the document we were just

16   looking at, Question 71...

17              MR. WEINER:  I don't know if I want them to know.

18              MR. FORSTOT:  Are you guys...?

19              MR. KHODOROVSKI:  I'm sorry, Counsel, do you want

20   a break or what are you...?

21              MR. WEINER:  No, I'm sorry.

22              MR. KHODOROVSKI:  Okay, so then please let Mr.

23   Forstot ask his questions.

24              MR. WEINER:  I apologize, Mr. Forstot.

25              MR. FORSTOT:  Thank you.  If you look at the
```

Page 46

1    document we were just looking at, please, above where it

2    says Doubtful or Uncollectable Amount, you wrote Zero, and

3    that's what you signed under oath.  What did you base that

4    on that there's zero part of this loan that is doubtful or

5    uncollectable?

6                MS. ELBERG:  Well, tell you the truth, I don't --

7    I'm not very knowledgeable in business affairs but whatever

8    I know -- I'm just answering whatever I know.

9                MR. FORSTOT:  Look at the same document, Question

10   30, please?

11               MR. KHODOROVSKI:  In which schedule?

12               MR. WEINER:  It's A/B again?

13               MR. FORSTOT:  Schedule A/B.  It's the same

14   document -- the same thing that the U.S.  Trustee's counsel

15   --

16               MR. KHODOROVSKI:  No, you're referring to the

17   Statement of Financial Affairs.  Because right now you're

18   looking at a different...

19               MR. WEINER:  I don't see a Question 30...

20               MR. KHODOROVSKI:  The Question 30 --

21               MR. FORSTOT:  It's in the SOFAs?

22               MR. KHODOROVSKI:  It's in the Statement of

23   Financial Affairs.

24               MR. FORSTOT:  Sorry.

25               MR. KHODOROVSKI:  Okay.  So please re-ask your

```
 1    question so the interpreter can understand it.  Just go --
 2              MR. WEINER:  So that I can find it for her.
 3              MR. KHODOROVSKI:  You know what?  Let me just make
 4    a suggestion.
 5              MR. WEINER:  Sure.
 6              MR. KHODOROVSKI:  If you could ask your questions
 7    in like, short one-sentence increments, make it very simple
 8    words so the interpreter can very easily and quickly
 9    translate, it just will make things go faster.
10              MR. FORSTOT:  Thank you.  We're looking at the
11    Statement of Financial Affairs, Question 30.  Do you see
12    that?
13              MS. ELBERG:  Yeah.
14              MR. FORSTOT:  Now, in 30 it says that you
15    personally took a distribution in May of 2017 of $21,000.
16    Do you see that?
17              MS. ELBERG:  I took for lawyers, to pay.
18              MR. KHODOROVSKI:  Okay, you need to answer the
19    question in Georgian, and the interpreter --
20              MS. ELBERG:  I took that money out because -- for
21    distribution to give to lawyers.  To pay lawyers.
22              MR. FORSTOT:  Who made the decision that it was
23    appropriate to take the money out of Bracha to do that?
24              MS. ELBERG:  I made the decision because it was --
25    it was mandatory just to pay people who were working for me.
```

1           MR. FORSTOT:  Who -- what lawyer did you use to

2     pay that money with?

3           MS. ELBERG:  I paid the lawyer.

4           MR. FORSTOT:  I'm not saying... All right, let me

5     ask it this way.  Let me ask it this way.  Was it a lawyer

6     for Bracha that you used that $21,000 to pay?

7           MS. ELBERG:  I don't know their names.  I just pay

8     lawyers who work for me.

9           MR. FORSTOT:  When you say work for me, work for

10    who?  Who do the lawyers represent?

11          MS. ELBERG:  I pay like -- I need lawyers who work

12    for me to help me and not to lose everything.

13          MR. FORSTOT:  And you said you don't know the

14    names of the lawyers that you paid?  When you say every

15    lawyers, can you name any of them that you paid with this

16    money?  When you say this -- just, we need a name.

17          MR. KHODOROVSKI:  Mr. Piken -- let the record

18    reflect that Ms. Elberg pointed to Mr. Piken.

19          MR. PIKEN:  There were other lawyers too, right?

20          MR. FORSTOT:  Any other lawyers you paid with that

21    money?  I'm sorry?

22          MS. ELBERG:  Who helps me.

23          MR. FORSTOT:  Who else besides Mr. Piken?

24          MR. WEINER:  Do you have the names of these

25    lawyers?

```
1                 MS. ELBERG:  I don't know everybody's name, but I
2       know all the lawyers.
3                 MR. KHODOROVSKI:  Okay, Interpreter, can you
4       please translate this for me?  Other than Mr. Piken, which
5       other lawyers did you pay in 2017?
6                 MS. ELBERG:  I have all papers here in front of
7       me.  I don't know exact names of them.
8                 MR. KHODOROVSKI:  Is Mr. Weiner one of them?
9                 MS. ELBERG:  Yes.
10                MR. KHODOROVSKI:  Okay.  Mr. Forstot, you may
11      continue.
12                MR. FORSTOT:  When did you start paying Mr.
13      Weiner?
14                MS. ELBERG:  When I filed for bankruptcy.
15                MR. FORSTOT:  The agreement with Wailing
16      Management, I want to ask you a question or two about that.
17                MR. KHODOROVSKI:  Okay, so ask her to turn to a
18      particular schedule and just go through it slowly.
19                MR. FORSTOT:  Okay, it's in the Schedule G.
20                MR. KHODOROVSKI:  Okay, Interpreter, can you
21      please -- Mr. Weiner, please turn your client to Schedule
22      Go, G as in George.
23                MR. WEINER:  Okay.
24                MR. KHODOROVSKI:  Mr. Weiner, is she looking in
25      Schedule G, G as in George?
```

1          MR. WEINER:  She is.

2          MR. KHODOROVSKI:  Okay.  Mr. Forstot, you may

3   continue.

4          MR. FORSTOT:  Did you negotiate this agreement

5   with Wailing Management?

6          MS. ELBERG:  Yes, I did.

7          MR. FORSTOT:  Okay.  How long is that agreement in

8   place for?

9          MS. ELBERG:  Three years.

10          MR. FORSTOT:  It has three more years or -- when

11   does it end?

12          MS. ELBERG:  Not too much...

13          WOMAN 1:  If you don't know, why don't you say

14   don't know?

15          MS. ELBERG:  I don't know.

16          MR. WEINER:  When it's over.

17          MS. ELBERG:  I can't say.

18          MR. FORSTOT:  How much per medallion do they pay

19   per month under that agreement?

20          MS. ELBERG:  Now they pay me 1,200.

21          MR. WEINER:  Each medallion.

22          MS. ELBERG:  Each medallion.

23          MR. FORSTOT:  1,200 per month per medallion?

24          MS. ELBERG:  Yes.

25          MR. FORSTOT:  There's another company I noticed in

1    the other schedules that you have an agreement with besides

2    Wailing --

3              MR. WEINER:  There's two other companies.

4              MR. FORSTOT:  Two other companies?

5              MR. KHODOROVSKI:  Just show her schedule and page

6    and...  Okay.

7              MR. WEINER:  There are three management companies:

8    There's Arthur Leasing, which manages for Dabri, Fit, Merab,

9    and Tamar; there's Wailing, which manages for Bracha,

10   Dovbear, and New York Genesis; and then there's Napasei Taxi

11   Management, which manages for Jackhel, Jarub, Lechaim, New

12   York Canteen, New York Energy, New York Stance, New York

13   Tint, and Somyash.

14             MR. FORSTOT:  Thank you.  Let me ask you the

15   questions about Arthur then.  I know the attorney for the

16   U.S.  Trustee had asked whether there was any relationship

17   between you or your companies other than the lease in

18   Wailing.  Do you want to translate that before I move on?

19             MR. KHODOROVSKI:  Interpreter?

20             INTERPRETER:  Oh, yes, yes.  Okay.  Can you speak

21   up, sir?

22             MR. WEINER:  Why don't you just simply ask her

23   whether she has any connection with any of the --

24             MR. KHODOROVSKI:  You know what?  Let me ask in a

25   very, very simple way.  Do you own any part of Arthur

1    Leasing?

2              MS. ELBERG:  No.

3              MR. FORSTOT:  Does anybody else that you're

4    related to have any interest in Arthur Leasing?

5              MS. ELBERG:  Nobody.  Nobody.

6              MR. FORSTOT:  Okay, and the same question for

7    Napiere?

8              SEVERAL: Napasei.

9              MR. FORSTOT:  I'm sorry, Napasei.

10             MS. ELBERG:  It's a black lady.  Nice lady.  I'm

11   not really like that.

12             MR. FORSTOT:  I guess, let me ask this to Mr.

13   Weiner.  I had similar questions obviously about the loans -

14   -

15             MR. WEINER:  Right.

16             MR. FORSTOT:  -- and about the distributions, and

17   about the valuations that appear repeatedly on each of

18   these.

19             MR. WEINER:  Right.

20             MR. FORSTOT:  I don't want to have to go

21   through...

22             MR. WEINER:  Right.  She would give similar

23   answers.

24             MR. FORSTOT:  She would give a similar answer on

25   each one, I assume?

1          MR. WEINER:  She would give similar answers, yes.

2          MR. FORSTOT:  All right.

3          MR. KHODOROVSKI:  Because, honestly, we can go

4     through them but that's going to take quite a while.

5          MR. FORSTOT:  Right, that's my point.  Okay, the

6     paper you have with you, what is -- who prepared that?  The

7     bookkeeping?

8          MS. ELBERG:  My bookkeeper.

9          MR. FORSTOT:  The bookkeeper.  Can I see it?

10         MR. WEINER:  Sure.

11         WOMAN 1:  Would you like a copy?

12         MR. WEINER:  It's just a list of all the -- we

13    broke down the management companies --

14         WOMAN 1:  Per medallion.

15         MR. WEINER:  -- per medallion.  How much each

16    month the medallion generates for the management company,

17    and how much the management company turns over to each of

18    the individual (Indiscernible).

19         MR. FORSTOT:  We'd be happy to give you that.

20    We've already supplied the --

21         MR. KHODOROVSKI:  I have a copy of it, yeah.

22         MR. FORSTOT:  Okay, I don't have anything further

23    at this time.

24         MR. KHODOROVSKI:  Okay.  Okay, so the United

25    States Trustee -- Interpreter, please translate for me.  The

1   United States Trustee and the creditors have completed

2   questions of this Debtor at this time.

3          Are there any parties -- other parties present who

4   want to ask questions now?  Hearing silence, I'm going to

5   note that there are no other parties present who want to ask

6   questions.  Therefore, this meeting of creditors is now

7   closed.  Please tell the Debtor this meeting of creditors is

8   now closed.

9          Please thank the Debtor for coming and please

10  inform her that we are now off the record.  And the time now

11  is 12:09 p.m. on the 12th of January, 2018.

12         Thank you to everyone for coming.  We are now off

13  the record.  Thank you.

14         (Whereupon these proceedings were concluded at

15  12:09 PM.)

16

17

18

19

20

21

22

23

24

25

1              C E R T I F I C A T I O N

2

3      I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6

7

8   Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  January 31, 2018

**&**

**&** 3:3 8:15,18

**1**

**1** 10:21,23 18:19
   25:22 26:24 27:5
   27:9 33:2 43:15
   50:13 53:11,14
**1,200** 50:20,23
**1,213** 7:1
**1-17-46613** 1:3
**1.2** 24:4,12,13
**10014** 3:15
**1006** 3:14
**101,000** 29:12
**10:24** 1:18 4:4
**10:50** 17:2
**11** 17:14
**11201** 1:15
**11213** 5:18
**11242** 3:6
**11501** 55:23
**11:09** 20:12
**11:14** 20:18
**12** 1:17
**12,300** 22:3
**1281** 5:17 13:2
   18:10,13
**12:09** 54:11,15
**12th** 4:3 17:2,14
   20:18 54:11
**13th** 7:8,10
**14** 9:24
**15** 28:6,8,12 29:10
**17** 17:13 19:2
**17-46613** 4:5
   20:17

**2**

**2** 44:17,19,20
**201** 3:14
**2010** 27:5
**2011** 27:2,3
**2013** 7:2 8:2
**2014** 8:4
**2016** 14:17 20:7
   20:20,24 22:15
**2017** 14:14 19:9
   20:1 22:1,11,19
   23:8 36:20 47:15
   49:5
**2018** 1:17 4:3 17:2
   17:15 20:18 54:11
   55:25
**21,000** 47:15 48:6
**21,500** 22:3
**2211** 3:5
**26** 3:5
**271** 1:14

**3**

**30** 27:23 35:2
   46:10,19,20 47:11
   47:14
**300** 40:3 55:22
**300,000** 20:2
**301,000** 40:5
**31** 55:25
**330** 55:21
**341** 2:1 4:10
**341a** 17:13 20:16
**350** 41:9
**375** 40:25 41:9
**375,000** 38:25
   39:11,25 41:3,5
   41:19

**4**

**40,000** 16:13
**400,000** 42:9
**450** 41:9
**46613** 17:14

**5**

**50,000** 21:1

**6**

**60** 35:2
**64** 39:5

**7**

**7** 36:13
**7,000** 22:3
**7-1** 23:21
**71** 23:21 42:23
   43:7 45:16
**750,000** 39:7

**9**

**90** 35:2

**a**

**a.m.** 4:4 17:2,14
   20:12,18
**able** 30:24 33:6
**absolutely** 19:18
**accidents** 34:13
**account** 19:10
   20:3,4,23 29:14
   30:16
**accountant** 28:4
   33:4
**accounts** 11:20
   12:1,7,13 28:8
   29:7,11
**accurate** 55:4
**address** 5:16 37:5
**administration**
   4:24
**affairs** 46:7,17,23
   47:11
**affirm** 4:9 5:7
**afford** 18:9 31:3,4
**agencies** 26:3
**agency** 26:8,11,17
   27:17
**ago** 26:23,24,25
   27:4,7,9,10,11,12
**agreement** 49:15
   50:4,7,19 51:1
**ahead** 5:10 13:21
   13:21 18:6 19:18
   37:14,22
**al** 4:5 17:13 20:17
**american** 12:21
**amount** 30:15
   31:9 32:23 46:2
**answer** 10:15 11:7
   14:5 19:15 22:1
   25:23 26:13 38:17
   41:2 47:18 52:24
**answered** 13:3
   21:24,25 26:6
**answering** 35:13
   41:1 46:8
**answers** 21:3
   38:14 39:18 52:23
   53:1
**anticipate** 34:9
**anybody** 23:9
   29:15 52:3
**apologize** 19:19
   19:23 28:22,23
   30:19 44:12 45:24
**appear** 5:1 52:17
**appearance** 8:14
**appearances** 8:23
**application** 34:1
**appoint** 36:15
**appreciate** 25:7
**appropriate**
   47:23
**arthur** 51:8,15,25
   52:4
**asked** 24:10 27:12
   42:24 43:9 45:3
   51:16
**asking** 6:16,18 9:5
   10:14 19:7 42:6
**assert** 34:22
**assessed** 36:6
**assigned** 4:6

**assume** 52:25
**attention** 34:7
**attorney** 3:4 4:21
    8:19 42:23 43:8
    51:15
**attorneys** 6:15
    8:16 19:20
**auction** 42:3
**audit** 26:2,7,11,17
    26:21 27:16
**aware** 30:13

**b**

**b** 1:23 23:19,21
    39:5 46:12,13
**back** 7:4,14,18
    11:7 13:7,13
    15:25 16:1,2
    17:12 20:15,16
    41:7 44:15 45:4,5
    45:13
**balance** 31:3
**bank** 11:20 12:1,7
    12:8,9,10,14 19:2
    19:5,5 20:3,4
    25:17 28:10 30:25
    45:6
**bankrupt** 5:5 9:8
    11:19
**bankruptcy** 1:1
    1:13 4:25,25 9:8
    10:1,10 11:2,9,13
    11:20,25 12:6
    14:23 15:13,14
    23:12 25:16 30:9
    36:2 38:9 49:14
**banks** 24:8
**base** 46:3
**basement** 18:16
    18:19
**basically** 27:24
**basis** 37:19 41:18
**bear** 43:22,25

**bearing** 44:4,5
**behalf** 8:25 37:9
**belief** 31:5 41:14
**believe** 40:24 41:4
**best** 33:13
**better** 7:14
**bill** 35:25 36:3
**bills** 36:6
**bit** 19:21
**black** 52:10
**bookkeeper** 17:20
    28:4 32:25 33:1,3
    33:6,8 53:8,9
**bookkeeping** 53:7
**bottom** 31:6
**bracha** 1:7 4:4
    6:24 7:22 17:13
    20:12,17 23:20
    24:11 39:5 43:7
    47:23 48:6 51:9
**bread** 23:7
**break** 16:21,24
    17:1,3,4,10 20:8
    20:10,11,14 45:20
**brief** 20:10
**briefly** 42:24
**bring** 22:2 23:6
**broke** 53:13
**brooklyn** 1:15 3:6
    3:12 5:17 32:1,2
    36:23
**bruce** 3:8
**brue** 8:15
**budget** 28:10
**building** 3:13
**buildings** 30:16
    31:14 32:8 36:24
**business** 6:25 10:5
    24:15 31:6 46:7
**businesses** 11:12
**businesswise** 30:5

**c**

**c** 1:14 3:1 4:1 55:1
    55:1
**cab** 1:7 4:4 6:24
    7:22 17:13 20:12
    20:17 23:20 24:11
    26:19,20
**cabs** 34:12
**cadman** 1:14
**canteen** 51:12
**can't** 10:23 25:8
    35:9 38:16 50:17
**capital** 8:25 9:1
    20:5 37:9
**car** 13:13 34:23
**carroll** 5:17 13:2
    18:10,13
**cars** 13:11
**case** 1:3 17:13
    20:17 23:20 36:22
    37:25
**cases** 4:4,5,25 5:2
    11:13,25 12:6
    32:14,15 36:2,13
    38:25
**cash** 33:16
**century** 7:8,10
**certainly** 35:8
**certified** 55:3
**chapter** 36:13
**check** 16:3
**checks** 28:6
**city** 18:8
**claim** 34:19,20,22
**claimants** 34:14
**claims** 34:9,15,17
    34:17
**clarification**
    14:10 16:8 18:3
**clarify** 39:2
**clear** 38:15
**clearly** 7:18

**client** 9:2 23:19
    36:12 39:4 49:21
**client's** 44:10
**closed** 54:7,8
**coaching** 38:14
**code** 4:25
**collateral** 33:16
**come** 24:22 28:5
    34:6 36:3
**coming** 54:9,12
**commission** 39:16
**companies** 6:24
    7:22,24 8:5,8 10:5
    10:9 11:11,13,20
    12:1,7,14,14,19
    12:23 13:5,7,18
    14:6,9,20,22,23
    15:12,13,14,17,20
    16:7 18:1 21:13
    22:8,10,15,25,25
    23:9,11 25:15
    26:10,16 27:16
    28:1 30:8,10 31:3
    31:4,8 32:19
    34:18 35:1,19,20
    35:25 36:5,5,10
    36:14,15 37:16,21
    38:1,5,8,9 51:3,4
    51:7,17 53:13
**companies'** 12:25
**company** 5:5
    17:25 21:9 24:3
    24:11 34:21 44:15
    44:16 45:11 50:25
    53:16,17
**company's** 9:8
**compensation**
    12:20
**completed** 37:2
    54:1
**complicated**
    43:25

**comply** 35:21
**concluded** 54:14
**condominiums** 23:1
**conduct** 4:22
**confused** 42:21
**connection** 51:23
**contested** 24:24 25:1
**contingent** 34:9
**continue** 21:19 28:13 32:19 49:11 50:3
**conversation** 28:24
**convert** 36:13
**copies** 22:19
**copy** 35:23 53:11 53:21
**corp** 1:7 4:5 6:24 7:22 17:13 20:17 23:20 24:11
**corporation** 26:19
**correct** 18:15 32:5 39:12
**correctly** 4:13
**cost** 19:3 41:3
**counsel** 6:2,3,6 8:13,17 21:10 42:5 43:23 45:19 46:14
**country** 55:21
**county** 31:20
**couple** 20:10
**course** 22:21
**court** 1:1,13 3:5 24:19,25 25:2,4 30:23,23 31:17,17 31:18,19 32:1,2 32:11,15 36:12,14
**creditor** 6:3 9:2,3
**creditors** 2:1 4:11 8:22 20:12 23:13
34:8,11,12 37:3,3 42:12 54:1,6,7
**current** 12:21,22 12:23,24 31:8
**currently** 12:14 26:2

**d**

**d** 4:1,20
**dabri** 51:8
**daily** 37:19
**damage** 34:16
**date** 4:3 55:25
**daughter** 10:7 15:10 38:3,13 39:17
**day** 29:12
**days** 35:2,2,2
**deadline** 25:10
**deal** 33:16
**dealing** 24:15
**debt** 31:9
**debtor** 1:9 3:4 7:7 7:18 12:13 28:8 29:7,10 34:10 37:2 54:2,7,9
**debtors** 4:25 5:3 8:16
**debtor's** 42:11 43:9
**december** 22:1,4
**decide** 25:15
**decided** 6:15 28:13
**decides** 37:18
**decision** 37:15,19 47:22,24
**decisions** 37:20
**definitely** 28:25
**delay** 34:6
**demand** 44:25
**denied** 19:5
**department** 4:21
**didn't** 43:15
**died** 14:19
**different** 6:11 11:24,25 19:8,8 21:7 28:12,16 31:12 42:6 46:18
**differently** 44:1 45:7
**dip** 29:13
**directed** 8:22
**directly** 29:23
**disbursed** 28:9 33:21
**discuss** 28:25 33:23
**discussed** 6:14 27:21
**discussing** 29:1
**dismiss** 36:13
**disputed** 34:9
**distribution** 27:24 29:19,20,23 30:2 47:15,21
**distributions** 52:16
**district** 1:2 3:12
**docket** 4:5 25:8,8 25:9 36:21,22
**dockets** 32:11,16
**document** 23:25 43:14 45:15 46:1 46:9,14
**doesn't** 5:23 6:17 6:19 25:17
**doing** 7:18 28:12 33:1,3 41:2 43:20
**don't** 5:15 8:20 10:23 13:4,11,11 14:4,15,18,24 18:4 22:9,12 24:7 24:14,15 26:5 34:9 36:4,5,18 37:17 40:15,16,20
42:2,5,22 43:12 43:19,20,20 44:7 44:18 45:1,14,17 46:6,19 48:7,13 49:1,7 50:13,13 50:14,15 51:22 52:20 53:22
**doubtful** 46:2,4
**dovbear** 51:10
**driver** 34:23
**due** 28:5 44:24

**e**

**e** 1:23,23 3:1,1 4:1 4:1 21:11 55:1
**earlier** 27:20
**easiest** 28:11
**easily** 47:8
**east** 1:14
**eastern** 1:2 3:12
**either** 34:19
**elberg** 4:18 5:9,11 5:14,14,17 6:16 6:19,23,25 7:11 7:12 8:1,6,9,12,19 9:6,6,9,25 10:3,4 10:7,12,17,20,25 11:3,4,5,10,14,18 12:2,3,8,10,16 13:2,6,10,16,19 13:25 14:3,3,7,12 14:15,18,21,24 15:5,9,16,19,22 16:2,5,9,13,16,21 16:22 17:19,23 18:4,7,15,22 19:1 19:10 20:2,5,22 21:1,8,17,21 22:3 22:6,9,12 23:2,5 23:10,14 24:1,5,7 24:14,20 25:17,20 25:23 26:1,4,9,19 26:25 27:18,21 28:23 29:19 30:1

32:19 35:14,15
36:8,16 37:13,24
38:2,6,10 39:7,9
39:12,14,16,19,23
40:2,7,25 41:3,6
41:10,15,20,24
42:2 43:11,19
44:5,17,22 45:5
45:14 46:6 47:13
47:17,20,24 48:3
48:7,11,18,22
49:1,6,9,14 50:6,9
50:12,15,17,20,22
50:24 52:2,5,10
53:8
**elberg's** 33:12
38:13 39:17
**elbert** 5:16
**employees** 15:15
15:18
**energy** 51:12
**english** 4:11,12
5:21 6:16,18,23
11:6,8 21:3,24,25
26:6 40:15,16,17
40:17,21,21
**escrow** 30:15
**esma** 5:14 8:19
14:25 15:1,4,4,7
15:13 16:18 17:18
17:22 28:2,13,15
28:18,19 29:9,14
29:15,19,21,21,24
**especially** 40:18
**estate** 24:18 38:8
44:25 45:3,4,12
**estimate** 35:6
**et** 4:5 17:13 20:17
**everybody** 30:13
39:23,24,25
**everybody's** 49:1
**exact** 49:7

**exactly** 45:1
**examination**
27:21
**examinations** 5:2
**examined** 5:1
**example** 39:5
**executor** 38:6
**expect** 35:2
**expenses** 16:7
28:4
**explain** 10:15
37:7
**extra** 16:2

## f

**f** 1:23 55:1
**familiar** 9:7 10:5
**far** 35:13
**faster** 47:9
**favor** 25:3
**federal** 3:13
**fee** 27:25 28:18,19
29:19 33:5
**fees** 36:1,4,7,11
**figure** 28:11
**figured** 32:21
33:12,13
**file** 25:15 33:25
34:3 35:2,20
36:10
**filed** 10:9 11:1,9
11:12,25 12:7
14:23 15:12,14
22:19 23:12 36:20
38:24 49:14
**filing** 28:7,21 29:2
29:5,18
**finances** 10:6
**financial** 12:25
46:17,23 47:11
**find** 47:2
**fine** 35:13 41:1,2
44:3

**finish** 10:14 19:13
28:24
**finished** 35:16
**finishes** 19:14
**first** 18:7,19 37:6
**fit** 51:8
**five** 26:6
**floor** 18:19 37:3
**folks** 30:19,19
**following** 44:20
**foregoing** 55:3
**form** 11:6
**forstot** 6:4 8:24
8:24 9:1,3 37:8,8
37:11,14,15,20,25
38:3,7,12,24 39:3
39:10,13,15,17,21
39:25 40:23 41:4
41:7,12,17,22,25
42:3,10,15,22
43:4,6,13,17,22
44:11 45:15,18,23
45:24,25 46:9,13
46:21,24 47:10,14
47:22 48:1,4,9,13
48:20,23 49:10,12
49:15,19 50:2,4,7
50:10,18,23,25
51:4,14 52:3,6,9
52:12,16,20,24
53:2,5,9,19,22
**forth** 43:18
**four** 12:23 26:24
26:25 27:6,9,10
27:11 42:6
**front** 23:23,25
49:6
**full** 5:13
**further** 53:22
**future** 31:7

## g

**g** 4:1 49:19,22,25
49:25
**general** 12:22
**generate** 30:12,14
31:4,5,8
**generates** 53:16
**genesis** 51:10
**george** 49:22,25
**georgian** 4:11,12
6:20 11:6,7 38:16
40:22 47:19
**getting** 28:19
34:10
**give** 4:10 5:16
6:11 23:9 25:17
35:16 41:25 42:3
47:21 52:22,24
53:1,19
**given** 30:11 34:21
37:4
**giving** 25:10 35:4
35:5 39:18
**go** 5:10 6:23 7:4
7:14,17 9:22
11:17 13:21,21
18:6 19:18 20:15
28:2 37:14,22
47:1,9 49:18,22
52:20 53:3
**going** 4:7 6:2,11
6:15,17,19 7:14
7:17 8:21 9:5,22
11:23,23,24 12:4
12:5 15:11 16:25
17:1,2,3,15 18:5
19:12,16,19,22,24
20:9,11,19 22:14
26:12,13 27:19
29:6,9,13,14,15
32:6,19 33:15,25
34:5 35:14,16,20
35:24 36:19,21

37:3 44:13 53:4
54:4
**good** 4:16,18
21:21,22 39:3
**gotten** 22:12
28:20
**government** 26:3
26:7,11,17 27:16
**green** 13:15
**guess** 15:23 52:12
**guidelines** 35:22
35:23
**guys** 45:18

**h**

**h** 4:20
**hand** 4:8,16 5:6
5:13
**happened** 24:12
26:20
**happy** 53:19
**hard** 35:7
**haven't** 28:13
32:21
**hear** 10:22,23,25
41:10,12
**heard** 30:21 41:13
**hearing** 2:1 4:23
54:4
**help** 10:7 15:10
48:12
**helping** 38:17
**helps** 10:8 38:10
48:22
**he's** 6:19
**high** 18:9 19:4
25:20 40:7 44:5
**highest** 40:10,12
**history** 34:18
**hit** 31:6
**hold** 7:23 19:11
19:11,11 22:23
23:17

**holders** 29:23
**honestly** 53:3
**hoping** 30:24
**house** 18:11,14,14
**houses** 22:25
**housewife** 24:14
**hurt** 34:22
**husband** 7:1,8,10
8:3 13:19,25
14:19 18:8,22
19:1 24:3,8,12,15
24:18 30:16 38:8
43:11,20 44:14
45:11
**husband's** 6:25
14:2 38:1 45:4,12
**hyde** 2:25 55:3,8

**i**

**idea** 39:3
**ideally** 31:1
**identifies** 8:23
**identify** 37:7
**improve** 31:7
**income** 15:22 23:6
30:12
**incorrectly** 40:18
**increments** 47:7
**index** 25:4,9
32:11,16 36:21,22
**indicate** 5:4
**indicated** 27:22
**indiscernible** 7:1
15:25 23:20 34:4
39:14,16 41:3,24
42:14 53:18
**individual** 8:19
28:6 53:18
**industry** 30:14
**inform** 54:10
**information** 9:7
36:19
**injury** 34:14,17

**instruction** 6:12
10:19
**instructions** 35:17
35:18 37:4
**insurance** 12:15
12:16,19,20,21,24
34:20
**interest** 8:23 36:6
43:22 44:2,6,15
44:21 52:4
**interpret** 4:13
19:22 20:20 43:1
**interpreter** 4:7,8
4:9,9,14,15 5:10
5:12,15,20,24 6:9
6:10,11,13,21 7:5
7:15,16,20 8:11
8:20 9:4 10:10,13
10:16 11:5,16,16
11:22 12:4,5,5
13:4,22,23 14:4
14:10 15:24,24
16:8,19,20,23,24
17:3,5,7,15 18:3,6
19:13,17,19,22
20:8,10,20 21:2,2
21:5,23,25 22:22
22:24,24 23:24
25:25 26:12,14,15
35:15,17 36:18
37:5,10,23 38:21
38:23 39:2 40:4,9
40:12,14,14,16,19
40:20 42:25 43:2
43:5,24 44:1,3
47:1,8,19 49:3,20
51:19,20 53:25
**interpreting**
19:13
**interrupt** 44:12
**introduction**
37:12

**investigation** 26:2
26:7,11,17,21
27:16
**involving** 36:23
**irs** 15:21,23
**island** 18:8
**issue** 28:25 33:11
33:16,23
**it'd** 32:22
**it's** 8:21 21:10
25:8 29:9,10
31:18 32:13 34:6
35:7 38:10 39:3
41:3,4 42:7 43:7
43:25 46:12,13,21
46:22 49:19 50:16
52:10 53:12
**i'd** 22:18 31:24
32:10
**i'll** 9:21 38:12
**i'm** 4:7 6:2,4,11
6:15,17 7:3,9,16
7:17 9:5,22 11:22
11:23,24 12:4,4
13:11 15:9,11
16:10 17:3,15
18:5 19:12,19,22
19:24 20:19 22:14
24:9,10 25:9
26:13 27:19 28:22
28:25 32:6 35:5,5
35:13,14,16 36:19
36:21 37:3,17
39:15 42:17,19,20
42:21 43:10 44:7
44:13,19 45:19,21
46:7,8 48:4,21
52:9,10 54:4
**i've** 6:14 37:4

**j**

**jackhel** 51:11
**jacob** 14:3

**january** 1:17 4:3
  17:2,14 20:18
  54:11 55:25
**jarub** 51:11
**jonathan** 8:24
  37:8
**judge** 4:6
**justice** 4:21

**k**

**k** 4:20,20
**keep** 31:3
**khodorovski** 1:24
  3:17 4:2,15,19,19
  4:20 5:10,12,15
  5:19,23 6:2,5,10
  6:14,22 7:3,7,12
  7:17,21 8:5,7,10
  8:13,17,20 9:1,4
  9:11,15,18,21,25
  10:4,9,13,18 11:1
  11:4,11,15,19,22
  12:3,9,11,17 13:3
  13:8,14,17,21
  14:2,4,8,13,16,19
  14:22 15:3,7,11
  15:17,20 16:4,6
  16:11,14,17,20,23
  16:25 17:6,8,11
  17:22,24 18:5,13
  18:17,20,24 19:7
  19:11,18 20:4,6,9
  20:15,24 21:2,6
  21:11,15,18,24
  22:4,7,10,14,18
  22:22 23:3,8,11
  23:15,17 24:2,6,9
  24:17,23 25:1,7
  25:14,19,25 26:5
  26:10,16,20 27:1
  27:3,11,14,19
  28:15,18,22 29:5
  29:9,13,17,22
  30:1,4,8,19 31:11

31:16,19,22,24
32:2,6,10,15,18
33:8,11,15,18,22
33:25 34:3,14,25
35:5,10,12 36:9
36:17 37:1,10,14
37:17,22 38:19,22
40:14,20 41:1
42:5,17,20,25
43:4,23 44:12,19
44:24 45:3,7,10
45:19,22 46:11,16
46:20,22,25 47:3
47:6,18 48:17
49:3,8,10,17,20
49:24 50:2 51:5
51:19,24 53:3,21
53:24
**kind** 13:8 16:7
  35:12
**know** 7:3 9:9
  14:15 18:4 22:9
  22:12 24:7,14,15
  25:3 27:22 28:9
  29:18 31:10 33:4
  34:19 41:20,20
  42:2,4 43:11,12
  43:20,20 44:3,13
  44:18 45:1,14,17
  45:17 46:8,8 47:3
  48:7,13 49:1,2,7
  50:13,14,15 51:15
  51:24
**knowledgeable**
  46:7
**known** 35:20,25
**knows** 39:24,25

**l**

**lady** 52:10,10
**land** 23:1
**large** 30:15
**lasted** 27:6

**late** 24:3,12 38:8
  45:11,12
**lawyer** 8:10 23:18
  35:22 48:1,3,5
**lawyers** 8:22
  47:17,21,21 48:8
  48:10,11,14,15,19
  48:20,25 49:2,5
**lease** 18:1 51:17
**leasing** 51:8 52:1
  52:4
**leave** 23:23
**lechaim** 51:11
**led** 41:13
**ledanski** 2:25 55:3
  55:8
**legal** 55:20
**legally** 30:6
**let's** 5:20
**level** 31:8
**levity** 42:18,21
**liability** 12:22
**light** 7:9
**limit** 42:7
**limousine** 39:16
**liquidate** 36:14
**list** 53:12
**listed** 9:7 27:23
  34:11
**litigation** 30:18,22
  31:13
**little** 19:21 29:11
  42:21 43:25
**live** 18:14 32:24
**llp** 3:3
**loan** 18:21,22,25
  19:2,5,9 24:3,6,8
  24:12 25:17 42:24
  43:14,18,22 44:2
  44:5,10,11,14,24
  44:25 45:4,10,10
  45:12 46:4

**loans** 19:25 20:7
  20:21 43:12,12
  52:13
**located** 13:1 17:25
  18:11
**long** 13:21 18:7
  36:1,2 50:7
**look** 39:3 45:25
  46:9
**looked** 39:10 42:9
**looking** 39:4
  44:14 45:16 46:1
  46:18 47:10 49:24
**lord** 4:6
**lose** 19:6 48:12
**loss** 22:8,9,11
**louder** 10:21
**low** 40:8
**lower** 4:15 5:13

**m**

**m** 21:11
**maker** 37:15
**making** 7:9 19:21
**manage** 21:19
**management**
  14:25 15:2,4,4,8
  15:13 16:18 17:18
  17:22 21:7,13,16
  21:19 27:24 28:3
  28:13,18,19 29:19
  49:16 50:5 51:7
  51:11 53:13,16,17
**manages** 51:8,9
  51:11
**mandatory** 47:25
**manhattan** 31:22
  32:3 36:23
**market** 41:11,21
**matter** 1:5 28:14
**ma'am** 11:15
  22:23 23:18
**mean** 37:18,19
  43:25

**means** 18:11 40:9
**meant** 7:2 15:1
**medallion** 8:2
  19:9,25 20:7
  29:23 31:6 34:24
  39:1,11 40:24
  50:18,21,22,23
  53:14,15,16
**medallions** 13:6,8
  13:9,10,14,15
  15:5 18:17,18,20
  18:21,25 19:3,4
  20:21 21:9,14,19
  22:2 23:2,4,5
  25:18,20 29:6
  30:12 39:6,23
  40:12 41:15,16,19
  41:22 42:1
**meeting** 2:1 4:11
  17:13 20:11,16
  42:12 54:6,7
**merab** 26:19,20
  51:8
**might've** 26:22
  27:6
**million** 24:4,12,13
**mineola** 55:23
**mine's** 42:14
**minutes** 20:10
**mistake** 7:19
**mom** 10:21
**money** 22:2 28:2
  28:3,7,8 29:6,21
  30:2,14,15,17,24
  30:24 31:5,8
  33:20 47:20,23
  48:2,16,21
**month** 21:1 22:1,5
  31:5 32:24 35:19
  50:19,23 53:16
**monthly** 20:24
  35:21 36:10

**months** 35:8,10
**morning** 4:17,18
  8:11 22:8
**mother** 38:17
**motion** 34:4
**move** 42:15,22
  51:18
**moved** 18:10
**moving** 19:20
**musso** 3:3 8:15

**n**

**n** 3:1 4:1,19 21:11
  21:11 55:1
**name** 4:4,19 5:13
  5:14 14:2 48:15
  48:16 49:1
**names** 5:3 41:25
  48:7,14,24 49:7
**nana** 6:11,17,22
  7:15,21 17:4
**napasei** 51:10
  52:8,9
**napiere** 52:7
**narar** 1:24 3:17
**nazar** 4:19,20
**near** 31:7
**need** 5:15 7:4 8:21
  13:4 14:4,10 16:8
  18:3 22:23 25:3
  26:5 27:20 30:8
  30:20 32:6,16,25
  33:4,25 34:3,10
  35:20 36:18,20,21
  37:7 40:15,16,20
  42:6 47:18 48:11
  48:16
**needed** 15:6 17:21
  28:5
**negotiate** 50:4
**never** 11:10
**new** 1:2 3:15 5:17
  11:20 12:1,7
  15:21 31:21 34:13

  51:10,11,12,12,12
**newman** 21:10,11
**nhl** 1:3
**nice** 52:10
**norman** 21:8
**note** 8:13,23
  38:12 43:14,17
  54:5
**noticed** 50:25
**number** 4:5 17:13
  20:17 25:5,9
  36:21,22 41:8
  42:23 44:20
**numbers** 13:12
  32:11,16 36:22,23
**ny** 1:15 3:6,12,15
  55:23

**o**

**o** 1:23 4:1,20,20
  4:20 55:1
**oath** 5:1 7:13
  42:10 46:3
**obviously** 33:16
  52:13
**office** 3:10,12,13
  4:22,24 17:25
  18:1,2,7,10,16
  35:22,24
**oh** 51:20
**okay** 4:15 5:19
  6:3,4,6,10,12,14
  6:20,21,23 7:3,6
  7:15,17,20 8:7,10
  8:20 9:4,4,21 10:4
  10:17 11:4,4,8,15
  11:19,22,22 12:4
  12:6,11,17,19
  13:17 15:11,13
  16:6,6,6,16,20,22
  16:25 17:4,5,24
  17:24 18:5,7,24
  19:1,7,15,15,17
  19:24 20:6,9,19

  21:2,5,6,8,23 22:1
  22:7,9,14,20,22
  23:11,15,24 24:2
  24:17,20,23 25:2
  25:8,12,14,25
  26:12,15 27:1,3,3
  27:11,14,15,19
  28:22 29:17 30:4
  30:4 31:24 32:6
  32:12,13,16,18
  33:11,18,22,22
  34:25 35:12,13,19
  36:17 37:1,22
  39:2,23 40:2,4,9
  41:4,7,12,22 42:5
  42:25 43:11,23
  44:11,22 45:5,7
  45:10,22 46:25
  47:18 49:3,10,17
  49:19,20,23 50:2
  50:7 51:6,20 52:6
  53:5,22,24,24
**old** 55:21
**once** 37:6
**open** 12:1,2,7 36:2
**opened** 11:20 12:8
**opening** 12:13
**operated** 28:2
**operates** 21:13
**operating** 33:7
  35:21 36:10
**opposed** 41:9
**options** 35:4,5
**original** 9:12,16
  9:17,23 41:7
**originals** 9:24
**owe** 15:17,20
**owned** 8:3 11:12
  18:8 30:17
**owner** 8:7 14:5
  15:7,9 34:23,23
**owners** 21:12 42:1

owns  7:23 41:15

**p**

p  3:1,1 4:1
p.m.  54:11
page  51:5
paid  15:6 17:21
  20:22 34:20 45:5
  45:13 48:3,14,15
  48:20
paper  53:6
papers  49:6
part  21:15 46:4
  51:25
particular  49:18
parties  8:22 54:3
  54:3,5
passed  7:8,10
  13:20,25 14:1
  24:18
passing  8:2 24:21
  38:1
pay  13:7 15:6
  16:2,9 28:3 30:25
  30:25 31:1,4
  32:25 34:10 36:4
  36:5,11 44:15,25
  45:3 47:17,21,25
  48:2,6,7,11 49:5
  50:18,20
paying  13:13
  16:10 17:19,21
  32:19 49:12
payment  18:25
  20:25
payments  19:9,25
  20:6,21 23:12
pending  28:10
  30:22
people  41:10,13
  41:13 47:25
percent  44:17,19
  44:20

personal  11:1,9
  34:14
personally  6:6
  10:5 26:8 47:15
persons  5:3
petition  9:8,12
  10:1
petitioners  9:13
piece  6:12
piken  6:5,7 8:18
  8:18,18,18 21:10
  25:13 27:2,8,10
  27:13 32:5 34:15
  35:4 44:7 48:17
  48:18,19,23 49:4
place  50:8
plan  35:2
plaza  1:14
please  4:8,16 5:6
  5:12,13 6:17,22
  7:12,21,23 8:11
  8:13 10:10,13,15
  10:18 11:5,5,15
  11:16 12:3 16:21
  17:11,15,16 18:6
  19:12 20:20 22:22
  22:23,24 23:17,18
  23:19,20,21,24
  25:25 35:15,17
  37:4,5,10,11
  38:19 39:18 43:1
  43:4 45:22 46:1
  46:10,25 49:4,21
  49:21 53:25 54:7
  54:9,9
plus  22:3
pm  54:15
point  5:23 6:16,18
  53:5
pointed  48:18
posed  11:20
position  38:4,7

possession  7:24
  12:13 28:8 29:7
  29:11
possible  25:8,9
prepared  53:6
preparing  33:5
present  54:3,5
previously  43:9
price  25:21 40:7
  40:10 41:10,21,23
  42:1,4
probably  6:9
problem  27:14
problems  31:10
proceed  37:6
  38:19
proceeding  24:24
  25:1,4 38:14
proceedings  32:7
  32:11 36:23 54:14
  55:4
proceeds  31:13
profit  22:8,11
promise  4:12
  25:18,21
proof  12:12,18,19
  12:20,21,24
proper  32:22
properly  43:15
property  23:1,6
  34:16
provided  12:12,18
put  23:6

**q**

quarter  35:24,24
  36:3
quarterly  36:1,7
  36:11
queens  30:17
  31:14
question  5:3 8:21
  10:14 11:6,21,23
  11:24 12:4 13:4

17:16 19:12,24
  20:19 21:4 23:21
  24:10 25:15 26:1
  26:13 27:23 29:2
  30:5 35:1 37:6,18
  39:5 41:8 42:6,7
  43:1,2,3,5,7,7,16
  44:8,13 45:16
  46:9,19,20 47:1
  47:11,19 49:16
  52:6
questions  5:21
  6:16,18 9:6 15:12
  35:14,16 37:2,5
  38:18,20 42:11
  45:23 47:6 51:15
  52:13 54:2,4,6
quickly  47:8
quite  53:4

**r**

r  1:23 3:1 4:1,20
  4:20 55:1
raise  4:8 5:6
real  23:1 33:16
really  31:9 35:7
  52:11
reason  42:18,21
recall  39:11
receive  14:8,13,16
  16:17 17:17
record  4:2 12:11
  12:17 17:8,12
  20:11,13,15,16
  30:21 38:12,15
  48:17 54:10,13
  55:4
recorded  5:2
records  12:25
reduction  30:11
referring  46:16
refinance  19:4
  31:2

**reflect**  4:2 12:11 12:17 48:18
**refund**  16:4,5
**regarding**  5:1 25:3 30:23 31:13 32:7,7
**related**  6:24 7:22 7:22 52:4
**relationship**  6:24 51:16
**remember**  14:18 27:20,22 37:4
**rent**  15:5 32:23
**rented**  13:6
**renting**  13:12 21:8
**repeat**  19:19 26:13 36:19 43:2 43:4
**repeatedly**  52:17
**report**  35:21
**reports**  33:7 35:21 36:10
**represent**  5:4 9:23 37:7 48:10
**representative**  5:5 42:11 43:9
**request**  45:12
**requested**  36:19
**required**  5:1
**requirements**  36:7
**resolved**  27:10,11 34:19
**retained**  33:5
**retention**  34:1
**retentions**  33:23
**return**  22:13 36:20
**returns**  22:16,19 33:6 44:17,19,23
**right**  4:7,8,16 5:4 5:6,13 15:16 17:1

18:14 20:15 22:5 22:7 27:15 28:23 29:1,4,18,25 32:14 33:10 34:1 35:14 39:1 42:15 46:17 48:4,19 52:15,19,22 53:2 53:5
**road**  55:21
**robert**  8:18
**room**  38:4
**rosenberg**  3:3 8:15
**run**  36:15
**running**  21:21

**s**

**s**  3:1 4:1,20 6:19
**salaries**  27:23
**salary**  14:8,11,12 14:13,16 15:18 16:9,11,18 17:18 17:19 27:21 32:23 32:25,25 33:9,12
**sale**  30:16 31:14 42:9
**sales**  42:8
**sanders**  8:24 37:9
**saying**  24:10 35:6 38:16 40:1 41:18 48:4
**says**  24:2,11 46:2 47:14
**schedule**  23:19,21 39:5 42:8,16 43:6 46:11,13 49:18,19 49:21,25 51:5
**schedules**  9:8 38:24 42:23 43:8 51:1
**second**  16:19
**secretary**  10:8 15:10 16:9,17 17:17,17,20

**secretary's**  16:11
**section**  4:10 17:12 20:16
**secured**  9:2,3
**see**  9:15 24:2,4,5 43:10 45:15 46:19 47:11,16 53:9
**sees**  23:24
**sell**  23:3,9 41:11
**send**  35:25
**sense**  6:1 32:22
**sent**  15:24,25 16:2
**sentence**  47:7
**serious**  7:19
**service**  31:9
**sets**  43:18
**seven**  27:4
**she's**  26:12 38:6 38:15,15,16,17 41:1,2 45:8
**short**  47:7
**show**  9:21,22 23:19,22 39:4 51:5
**showing**  10:2
**shown**  23:22
**shows**  43:14
**signature**  9:12,19 10:1,3
**signatures**  9:16 9:17
**signed**  38:25 46:3
**significantly**  31:2
**silence**  54:4
**similar**  52:13,22 52:24 53:1
**simple**  47:7 51:25
**simpler**  43:24
**simply**  51:22
**sir**  14:10 16:8 18:3 38:21 39:2 51:21

**sit**  22:7 26:1 27:15
**sitting**  30:15 33:20
**six**  21:9
**slightly**  31:12 34:6
**slowly**  49:18
**small**  32:23 33:5
**smaller**  31:2,9
**sofas**  46:21
**sold**  18:10 41:20 41:22 42:1,4
**sole**  15:9
**solutions**  55:20
**somebody**  8:8 13:12 15:8 21:20 34:21
**somewhat**  6:8 44:1
**somyash**  51:13
**sonya**  2:25 55:3,8
**soon**  22:18 25:10 36:20,20
**sorry**  7:3 27:13 37:17 39:15 40:4 40:19 44:7 45:19 45:21 46:24 48:21 52:9
**sort**  28:16 31:6
**speak**  10:21,22,23 30:20 51:20
**speaking**  15:24 19:14 23:18 28:23 38:13,15 40:15,16
**speaks**  40:22
**stance**  51:12
**stand**  6:17,22 17:3,4
**standing**  6:21
**start**  31:7 49:12
**started**  13:17,19 13:25 17:12

**state** 5:3,13 15:20
  30:23 31:18,19
  32:3,11,15
**statement** 46:17
  46:22 47:11
**states** 1:1,13 3:10
  4:21,22 12:12,18
  36:1,12 37:1
  53:25 54:1
**stay** 33:8
**stayed** 31:7
**step** 5:24
**street** 3:5,14 5:17
  13:2 18:11,13
  34:13
**suggestion** 47:4
**suite** 3:5,14 55:22
**supervises** 4:24
**supplied** 53:20
**supreme** 30:23
  31:18,19 32:3
**sure** 6:13,21 7:13
  17:7 24:9 42:17
  42:20 43:2 47:5
  53:10
**surrogate's** 24:18
  24:25 25:2,4
  30:23 31:17 32:1
  32:2 36:22
**swear** 4:9 5:7,9
**sworn** 5:5

**t**

**t** 55:1,1
**table** 19:21 23:7
**take** 16:21 17:1,3
  20:8,9,11 25:18
  47:23 53:4
**talk** 41:13,13
**talking** 43:10 44:9
**talks** 41:10
**tamar** 51:9
**tax** 15:22 18:20
  22:13,15 33:5

36:20 44:17,19,22
**taxes** 15:6,21
  16:10,14,15,16
  17:21 18:9 28:5
  33:2
**taxi** 13:9,14,15
  18:17 19:25 20:7
  20:21 29:23 31:6
  51:10
**taxicabs** 13:10,11
**td** 12:10,14
**technical** 6:8
**tell** 5:7 10:13
  23:21 46:6 54:7
**tendered** 42:12
**terms** 43:14,18
**testified** 7:8,9
  41:17
**testifying** 7:13
**testimony** 42:13
**thank** 10:16 15:4
  17:6,8 23:23 37:8
  45:25 47:10 51:14
  54:9,12,13
**that's** 9:23 12:21
  12:22 21:12 27:24
  29:6,17 31:16
  32:16 35:12,13
  37:25 39:19 40:6
  42:17,20 44:3
  46:3 53:4,5
**there's** 25:1 29:8
  29:11 30:10,22
  31:5,13 46:4
  50:25 51:3,8,9,10
**they're** 29:13
  34:17 45:1
**thing** 32:22 34:6
  46:14
**things** 27:20 47:9
**think** 7:2,4 13:3
  14:10 15:1 21:3
  40:5 41:6,9 42:5,7

44:7,9,13 45:8
**thoughts** 28:14
**three** 25:22,23
  26:12,18,22 27:12
  30:13 35:3,8,10
  50:9,10 51:7
**tied** 30:17 31:16
**time** 4:3 17:1,14
  18:24 19:3 20:12
  20:17 34:21 36:6
  36:11,11 37:2
  53:23 54:2,10
**times** 42:7
**tint** 51:13
**title** 7:24
**today** 4:3 10:11
  26:1 38:4 40:24
  41:4 42:12
**told** 39:19,21
**tort** 34:15
**total** 22:2
**transcribed** 2:25
**transcript** 55:4
**transit** 12:22
**translate** 4:16
  5:16 6:20 8:11,21
  9:5 10:15 11:7,16
  12:6 13:4,23 14:5
  17:16 18:6 19:15
  19:17 22:23 26:1
  26:5 35:15,17
  36:18 37:11,12
  38:21,23 39:18
  40:15,17,21,21
  43:5,15 47:9 49:4
  51:18 53:25
**translated** 4:13
**translates** 11:5
**translation** 4:10
**troutman** 8:24
  37:9
**true** 55:4

**truly** 19:23
**trustee** 1:25 3:10
  3:11 4:22 12:12
  12:18 36:1,12,15
  37:2 42:24 43:8
  51:16 53:25 54:1
**trustee's** 46:14
**truth** 5:7,8,8 46:6
**truthfully** 4:12
**try** 11:8
**trying** 28:9,10,11
**turn** 23:17,20
  37:3 49:17,21
**turning** 43:6
**turns** 53:17
**two** 25:21 30:13
  32:14 35:3 39:6,8
  39:9 49:16 51:3,4

**u**

**u.s.** 1:25 3:11,13
  42:23 43:8 46:14
  51:16
**uncollectable**
  46:2,5
**uncomfortable**
  19:21
**understand** 5:24
  6:17,19 16:6 18:5
  24:17,23 25:12,19
  27:25 29:22 30:4
  31:12 33:22 34:25
  36:7,9,16 37:13
  37:17 38:16 40:4
  47:1
**understanding**
  45:9
**understands**
  24:10
**understood** 9:9
  10:18 14:5 15:3
  21:3,25 44:8
**united** 1:1,13 3:10
  4:21,22 12:12,18

36:1,12 37:1
53:24 54:1
**unliquidated** 34:8
**unpaid** 15:18 36:6
**unresolved** 34:15
34:17
**unsecured** 9:2
**use** 14:11 28:13
30:24 32:24 48:1

**v**

**v** 4:20
**valid** 34:20
**valuations** 52:17
**value** 30:11 38:25
39:6,11,13,20,22
40:1,12,24 41:14
**values** 41:18
**varick** 3:14
**veritext** 55:20

**w**

**w** 8:18 21:11
**wailing** 21:7,15
21:18 49:15 50:5
51:2,9,18
**wait** 7:13 10:10
10:14 11:5,15
12:3 19:14 23:18
25:21
**want** 6:9 19:13
21:18,19 25:18
38:14 45:17,19
49:16 51:18 52:20
54:4,5
**wanted** 13:23
19:4 28:24 29:17
31:12
**wants** 16:24
**wasn't** 34:20
**way** 5:20 11:24,25
19:8 28:1,11,16
31:12 33:14 40:23
43:24 48:5,5
51:25

**ways** 28:12
**wednesday** 29:12
**week** 34:7
**weiner** 3:3,8 5:19
5:22,25 6:8 7:2,4
7:6 8:15,15,16
9:11,13,17,20,23
10:1,11,22 11:21
15:1,3 21:12
22:14,17,21 23:15
23:16,19 24:24
25:2,6,12 26:22
27:6,19 28:1,17
28:20,23 29:4,8
29:10,15,20,25
30:3,6,7,10,20,22
31:15,18,21,23
32:1,4,9,13,17,21
33:3,10,13,17,19
33:24 34:2,5,16
35:1,7,11 36:17
36:18,25 39:6,8
40:6,11,18 41:2
42:8,10,14,17,19
42:20 44:9 45:1,8
45:17,21,24 46:12
46:19 47:2,5
48:24 49:8,13,21
49:23,24 50:1,16
50:21 51:3,7,22
52:13,15,19,22
53:1,10,12,15
**went** 8:3 14:1
**wet** 9:19
**we'd** 53:19
**we'll** 9:22 11:16
17:11 42:12,15
**we're** 7:14 16:25
17:1,2,4,8 19:16
20:9,10,11,13,16
28:9 43:6 47:10
**we've** 53:20

**what's** 27:23
28:11 35:6
**who's** 38:3
**withdrawn** 36:5
**woman** 10:21,23
18:19 25:22 26:24
27:5,9 33:2 43:15
50:13 53:11,14
**word** 14:11 44:3
**words** 7:23 43:25
47:8
**work** 8:1 13:7
28:10 33:3 48:8,9
48:9,11
**worked** 33:19
**workers** 12:23
**working** 13:13
19:2 47:25
**worry** 45:2
**worth** 41:5,5,19
**writing** 28:6
43:17
**written** 44:22
**wrote** 24:21 46:2

**x**

**x** 1:4,10

**y**

**yeah** 8:12 27:8,9
28:17 32:17 35:11
38:22 45:8 47:13
53:21
**year** 14:14 16:13
19:25 22:10,11
23:8 35:3,9,10
**years** 19:3 25:21
25:22,23 26:6,12
26:18,23,24,25
27:4,7,9,10,11,12
30:13 35:3,3 50:9
50:10
**yellow** 13:14,16
**york** 1:2 3:15 5:18
15:21 31:21 34:13

51:10,12,12,12,12
**you're** 6:5 7:13
18:15 33:15,25
40:1 42:6,10
44:14 46:16,17
52:3
**you've** 23:22
39:10 42:12

**z**

**z** 4:20
**zero** 46:2,4

**,**

**'11** 27:5