EXHIBIT A

# BRENDA K. WHITACRE

(845) 857-7332(Cell)
bkwhitacre@live.com
www.linkedin.com/in/brenda-whitacre

## PROFILE   OFFICE MANAGER / BOOKKEEPER

I am a highly qualified and dedicated critical-thinker with over 20 years of experience in the construction industry. I am adept at negotiating contracts, budgeting, procurement, generating leads and managing business negotiations and sales operations towards the successful attainment of the organizational goals of maintaining good client relationships and furthering customer satisfaction.

## COMPETENCIES

Strong written and verbal communication skills; Motivated, hardworking and result oriented team leader
Project Management Administration covering all facets of construction billing including cost estimating, progress billing, expenses, etc.
Increased retail revenues – over 100% in 12 months for consumer electronics importer
Completed layout, ordering inventory, customs clearance, opening and managing new expanded retail consumer electronics and appliance center for direct importer in the Caribbean.
In-depth background in achieving ambitious projects on-time and on budget

## SKILLS AND EXPERTISE

| | | |
|---|---|---|
| MS Office | Bank Reconciliations | Bank Wires |
| QuickBooks Pro | Time Management | Contracts |
| Sage 100 | Purchasing | Proposals |
| AR/AP | Administrative Skills | Online Banking |
| Change Orders | Customer Service Skills | Lien Waivers |
| Payroll | DOB Documents | NY Notary Public |
| AIA Invoicing | Bank Deposits | Budget Management |

## PROFESSIONAL EXPERIENCE

**Esma Management/JEB Management/Royal Hotels & Resorts** | Long Island City, NY    Jan 2012 –Current
(Bookkeeper / Office Manager)
- Answered and directed phone calls, organized and scheduled appointments
- Accounts payable, accounts receivable, bank reconciliations and journal entries
- Rental Property Manager
- Efficiently planned meetings and took detailed minutes
- Wrote and distributed email, correspondence memos, letters, faxes and forms
- Developed and maintained a filing system and maintained office policies and procedures
- Updated data (invoices, billing, settlement agreements, etc.) in order to develop a coherent accounting system
- Ordered office supplies, researched new consultants and suppliers and acted as the insurance administrator

**Schiff Gold, LLC** | Precious Metals Company   New York, NY    Feb 2016 - Jun 2017
(Accounting Department/Operations)
- Accounts payable, accounts receivable
- Bank reconciliation
- Set up wire transfers
- Processed incoming and outgoing orders in Sage 100 and in the order management system
- Responsible for matching up incoming wire transfers with orders placed, sending out tracking #'s for orders,
- Ordering supplies, filing and scanning documents

**BRENDA WHITACRE**                                                                    (845) 857-7332 (Cell)

**Revolt Energy, LLC** | Retrofit Lighting ESCO   New York, NY          May 2015 - Feb 2016
(Bookkeeper/ Office Manager)
- Accounts Receivable and Accounts Payable
- Bank Reconciliations
- Verified that transactions are recorded in the correct day book, vendors ledger, and customer ledger
- Brought the books to the trial balance stage and performed partial checks of the posting process
- Entered data, maintained records and launched reports and financial statements
- Ordered supplies and made arrangements for service technicians

**TAG Consultants, Inc.** | Owners Representative New York, NY            Oct 2006 - Dec 2010
(Project Administrator/Office Manager)
- Recruited to serve in dual role for bookkeeper and office administration.
- Administrator for employee benefit programs
- Ensured standards and requirements were met through conducting quality assurance tests
- Reviewed Contractor Draw requests and administered payments
- Set up and administered wire transfers
- Accounts payable, accounts receivable, bank reconciliations on multiple bank accounts
- Facilitated compliance with safety & health standards and ensured maximum office operations productively
- Provided support to Superintendents and Project Managers.
- Arranged travel in conjunction with in-house affairs, and arranged local transportation when necessary

**Neiman Marcus Last Call** | Central Valley, NY                       Jan 2002 - May 2007
(Customer Service Manager)
- Administered Cash office procedures, and trained associates in cash office procedures
- Improved customer service experience, created engaged customers and facilitated organic growth
- Took ownership of customers issues and followed problems through to resolution
- Responsible for management and staff training in front end procedures
- Maintained an orderly workflow according to priorities

**Mohonk Mountain House** | New Paltz, NY                           Aug 2001 - Mar 2002
(Conference Center Administrator)
- Scheduled and managed all event bookings for internal and external clients
- Assisted clients with office requests and services
- Assisted conference services with setup, tear downs and scheduling of events
- Provided additional logistical support for Banquet and Sales departments
- Managed scheduling requirements of the conference center assistants
- Provided a high level of professional, friendly service and built strong proactive relationships with internal and external clients.

**EARLIER BACKGROUND**

Summer Restaurant Manager,
Consumer Electronics and Appliance Center Manager, Cayman Islands
Operations and Retail Manager for sole Beverage Importer, Cayman Islands
Construction Manager, Commercial and Federal construction company, ARC Systems
These developed my outstanding CM, operations, planning, coordination and customer service skills

**LISCENSES AND PROFESSIONAL MEMBERSHIPS**

Licensed New York Notary Public, New York County
National Notary Association
American Association of Notaries