UNITED STATES BANKRUPTCY COURT
EASTERN DISCTIRCT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                    Chapter 11

Bracha Cab Corp. et. al.,                                     Case No. 17-46613-nhl
                                                                              Jointly Administered

                            *Debtors.*
-----------------------------------------------------------X

Certificate of Service

I *hereby certify that the within* **Debtor's Reply and Exhibits** *have been served upon the parties listed below in the manner stated herein on March 8, 2018.*

**Email:**

Brian Thomas McCarthy
Bmccarthy@abramslaw.com

Alissa Kim Piccione
alissa.piccione@troutman.com

Nazar Khodorovsky
Nazar.Khodorovsky@usdoj.gov

                                                      /s/
                                             Jasmin Gomez

Sworn to before me this
8th day of March, 2018

   /s/
**NOTARY PUBLIC**