UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In Re:                                                           ::
                                                                 :: Chapter 11
BRACHA CAB CORP., et al.                                         ::
                                                                 :: Case No.
                                                                 :: 1-17-46613 (NHL)
                                                                 ::
                                                                 Jointly Administered

---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Brian Thomas McCarthy, being duly sworn, deposes and says:

That I am over 18 years of age, am an Associate at Abrams, Fensterman, Fensterman, Eisman Formato, Ferrara, Wolf & Carone, LLP, and am not a party to this action.

On the 8th day of March, 2018, I served a true and correct copy of the RESPONSE TO MOTION and ACCOMPANYING EXHIBITS via overnight courier on the above-captioned debtors addressed as follows:

> Barcha Cab Corp., et al.
> Attn: Esma Elberg
> 1281 Carroll Street
> Brooklyn, New York 11213

On the 8th day of March 2018, I also served a true and correct copy of the Response via overnight courier as indicated on the attached service lists.

Sworn to before me this
8th day of March, 2018

_____
BRIAN THOMAS MCCARTHY

_____
Notary Public

CHRISTOPHER A. RENKE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RE6224313
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES JUNE 28, 2018

**Federal Express**

Bruce Weiner
Counsel for the Debtors
Rosenberg Musso & Weiner, LLP
26 Court Street – Suite 2211
Brooklyn, New York 11242

U.S. Trustee
Office of the United States Trustee
Eastern District of New York (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street – Suite 1006
New York, New York 10014

Robert W. Piken
Counsel for Esma Elberg
Piken & Piken
630 Third Avenue – 23rd Floor
New York, New York 10017

Charles D. Liebman
Counsel for Tamara Pewzner
Johnson Liebman, LLP
305 Broadway – Suite 801
New York, New York 10007

Jonathan Forstot
Troutman Sanders
875 Third Avenue
New York, New York 10022

Courtney Congjuico
c/o Goldfarb & Gerzog
Ira Goldfarb
233 Broadway – Suite 2220
New York, New York 10279

Lancer Insurance Co. A/S/O
Limo and Livery Services
c/o Carmn Callahan & Ingham
266 Main Street
Farmingdale, New York 11735

N.Y. O'Hare Corp.
c/o Newman O'Malley & Epstein, LLC
217 Broadway – Suite 500
New York, New York 10007

NYS Dept. of Taxation & Finance
Bankruptcy Unit – TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, New York 12227

NYC Department of Finance
345 Adams Street – 3rd Floor
Brooklyn, New York 11201
Attn: Legal Affairs Division

United States Attorney's Office
Eastern District of New York
Civil Division, Bankruptcy Processing
271-A Cadman Plaza East
Brooklyn, New York 11201
Attn: Bonni Perlin
Bankruptcy Coordinator

Joo Y. Song
c/o Michael Vaccaro
Kearns & Duffy P.C.
3648 Valley Corner
Liberty Corner, NJ 07938

Ronald Pierre
c/o Mallilo & Grossman
163-09 Northern Blvd.
Flushing, New York 11358

Sodhi Renu
c/o Raskin & Kremins
160 Broadway
New York, New York 10038

Immanuel Cleofe
c/o Rosales Del Rosario P.C.
J. Joshua Rosario
39-01 Main Street – Suite 302
Flushing, New York 11354

Mohamad Abulawi
c/o Bader & Yakaitis
1430 Broadway – Suite 1802
New York, New York 10018

Cheryl Worrel
c/o Burns and Harris
233 Broadway – Suite 900
New York, New York 10279

Douglas Arevalo
c/o Michael Redenburg
32 Broadway – Suite 811
New York, New York 10004

Karl DeVoc
c/o Barasch McGarry
Salzman & Penson
11 Park Place – Suite 1801
New York, New York 10007

Marc Augstin
c/o Krentsel & Guzman
17 Battery Place – Suite 604
New York, New York 10004

Jack Margossian
c/o Gerard N. Misk
215-48 Jamaica Avenue
Queens Village, New York 11428

**U.S. Postal Service Express Mail**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101