UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
BRACHA CAB CORP., *et al.*,                                      :   Case No. 1-17-46613 (NHL)
                                                                 :
                                                                 :   *Jointly Administered*
                           Debtors.                              :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      }
                       } ss:
COUNTY OF NEW YORK     }

I, John C. Murphy, being duly sworn, deposes and says:

That I am over eighteen years of age, am employed by Troutman Sanders LLP, and am not a party to this action.

On the 9th day of March 2018, I served the *Motion of Capital One Equipment Finance Corp. to Vacate the Automatic Stay or, in the Alternative, Dismiss or Convert the Debtors' Cases or Appoint a Chapter 11 Trustee* and all supporting documents thereto [ECF. Nos. 23- 26] (the "Motion") on each debtor in the above-captioned case by mailing a true and correct copy of the Motion via first class mail to the addresses set forth in each of the debtors' chapter 11 petitions as follows:

Bracha Cab Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

Dovber Cab Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

Tamar Cab Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

NY Genesis Taxi Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

Dabri Trans Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

Merab Cab Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

Fit Taxi Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

Jarub Trans Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

Somyash Taxi Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

NY Tint Taxi Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

NY Stance Taxi Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

NY Canteen Taxi Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

NY Energy Taxi Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

Jackhel Cab Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

Lechaim Cab Corp.
Attn: Esma Elberg
1281 Carroll Street
Brooklyn, NY 11213

_____
John C. Murphy

Sworn to before me this
9th day of March 2018

_____
Notary Public

CAROL J. PINTO
Notary Public, State of New York
No. 01PI4725252
Qualified in New York County
Commission Expires September 30, 20_18_