UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **Bracha Cab Corp,** *et al.,* | **CASE NO.: 1-17-46613-nhl** |
| **Debtor.** | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
                 : ss.:
COUNTY OF KINGS )

The undersigned, being duly sworn, deposes and says:

1. I am over the age of eighteen, I am not a party in this case or proceeding and I reside at **STATEN ISLAND, NEW YORK.**

2. On March 12. 2018, I served the **Notice and Order Establishing Deadline for Filing Proofs of Claims** upon the persons listed below\*, those persons being all persons entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(1), by mailing a true copy of same enclosed in a pre-address sealed wrapper with postage affixed in a post box maintained under the exclusive care and custody of the United States Postal Service in the State of New York.

                                                _/s/_
                                                Jasmin Gomez

Sworn to before me this
12th day of March, 2018

_/s/_
NOTARY PUBLIC

\* SEE LIST ATTACHED\*

Bracha Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Dabri Trans Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Dovber Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Pit Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Jackhel Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Jarub Trans Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Lechaim Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Merab Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Canteen Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Energy Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Genesis Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Stance Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Tint Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Somyash Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Tamar Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Capital One Equipment Finance Corp.
c/o Troutman Sanders LLP
875 Third Avenue
New York, NY 10022-6225

Capital One TMF
c/o Skadden Arps Slate
Meagher & Flom LLP
4 Times Square
New York, NY 10036-6518

Capital One Taxi
Medallion Finance
275 Broadhollow Rd
Melville, NY 11747-4808

Cheryl Worrel
c/o Burns and Harris
233 Broadway, Ste. 900
New York, NY 10279-0999

Douglas Arevalo
c/o Harold Chetrick P.C.
60 East 42nd Street
Suite 445
New York, NY 10165-0443

Esma Elberg
c/o Robert W. Piken
Piken & Piken
630 Third Ave., 23rd Floor
New York, New York 10017-6731

Jacob Elberg
c/o Abrams, Fensterman, Fensterman, Eism
630 Third Avenue, Fifth Floor
New York, New York 10017. 10017-6705

Jarub Trans. Corp
c/o Abrams, Fensterman, Fensterman, Eism
630 Third Avenue, Fifth Floor
New York, New York 10017. 10017-6705

Karl DeVoc
c/oBarasch McGarry
Salzman & Penson
11 Park Place Ste 1801
New York, NY 10007-2811

Marc Augstin
c/o Krentsel & Guzman
17 Battery Place, Ste 604
New York, NY 10004-1135

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-9449

Progressive Insurance Co
c/o Feldman & Feldman, LLP
Attn: Jodi P. Feldman, Esq.
811 West Jericho Turnpike, Ste 201W
Smithtown, New York 11787-3227

Ruben Elberg
1523 President Street
Brooklyn, NY 11213-4542

Ruben Elberg
c/o Abrams, Fensterman, Fensterman, Eism
630 Third Avenue, Fifth Floor
New York, New York 10017. 10017-6705

Esma Elberg
1281 Carrol Street
Brooklyn, NY 11213-4207

Jack Margossian
301 Fieldstone Terrace
Wyckoff, NJ 07481-3503

Immanuel Cleofe
c/o Rosales Del Rosario PC
J. Joshua Rosario
39-01 Main Street, Suite 302
Flushing, New York 11354

New York State Department of
Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, New York 12205

Sodhi Renu
c/o Raskin & Kremins
160 Broadway
New York, New York 10038

Jack Margossian
c/o Gerard N. Misk, Esq.
215-48 Jamaica Avenue
Queens Village, New York 11428

Mohamad Abulawi
c/o Bader & Yakaitis
1430 Broadway, Suite 1802
New York, New York 10018

N.Y. O'Hare Corp
c/o Newman O'Malley & Epstein LLC
217 Broadway, Suite 500
New York, NY 10007

Ronald Pierre
c/o Mallilo & Grossman
163-09 Northern Blvd.
Flushing, New York 11358

Lancer Insurance Co A/§o
Limo and Livery Services
c/o Carman Callahan & Ingham
266 Main Street
Farmingdale, New York 11735

NYC Department of Finance Tax,
Audit & Enforcement Divisions
345 Adams Street, 10th Floor
Brooklyn, New York 11201
Attn: Bankruptcy Unit

Joo Y. Song
c/o Michael Vaccaro
Kearns & Duffy PC
3648 Valley Corner
Liberty Corner, NJ 07938

Courtney Conjuico
c/o Goldfard & Gerzog
Ira Goldfard, Esq.
233 Broadway, Suite 2220
New York, New York 10279

Travis Davis and Barbara Malloy
c/o Birzon Strang Bazarsky
222 E. Main Street, Suite 212
Smithtown, New York 11787