Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



---

Jonathan D. Forstot
jonathan.forstot@troutman.com

March 12, 2018

**E-MAIL AND FEDERAL EXPRESS**

Bruce Weiner, Esq.
Rosenberg, Musso & Weiner LLP
26 Court Street
Ste. 2211
Brooklyn, NY  11242

Re:   *In re Bracha Cab Corp. et al.,* Case No. 1-17-46613 (NHL)

Dear Mr. Weiner:

As you are aware, our firm represents Capital One Equipment Finance Corp. f/k/a All Points Capital Corp., d/b/a Capital One Taxi Medallion Finance ("COTMF"), the secured creditor in the referenced cases.

Further to the Court's direction at the March 9, 2018 hearing, this is to memorialize that the Debtors are to pay, collectively, the sum of $140,000.00 to COTMF as an initial adequate protection payment, subject to written acknowledgement of COTMF's reservation of rights

Within three days from the date hereof, the Debtors will collectively pay COTMF the sum of $140,000. If paying by a check, make each of the checks payable to Capital One Taxi Medallion Finance and include in the memo section the payor Debtor's name and relevant loan number. The checks should be mailed to:

>   Capital One Taxi Medallion Finance
>   PO Box 2256
>   Hicksville, NY 11802

If paying by wire transfer, the Debtors should wire the funds according to the following wiring instructions:

Bruce Weiner, Esq.
March 12, 2018
Page 2



        Capital One Equipment Finance Corp.
        ABA: 065000090
        Account: 2082409974
        Account Name: COEF Taxi Medallion Corp
        Attn: Special Assets Taxi
        Ref: **[DEBTOR NAME]**

Notwithstanding the forgoing, COTMF does not agree that its interests are adequately protected or will be adequately protected by the payments reference herein.

Moreover, by agreeing to accept the payments referenced herein, COTMF does not waive, and expressly reserves, all of its rights and claims, including those asserted in its pending motions and its objection to the use of cash collateral in these cases.

Please indicate on behalf of the Debtors their acknowledgement and agreement to the above by countersigning below and returning a fully signed copy to me.

Very truly yours,

Jonathan D. Forstot
TROUTMAN SANDERS LLP
*Attorneys for Capital One Equipment Finance Corp.,*
*f/k/a All Points Capital Corp. d/b/a*
*Capital One Taxi Medallion Finance*

ACKNOWLEDGED AND AGREED:

/Bruce Weiner
ROSENBERG, MUSSO & WEINER, LLP
*Attorneys for the Debtors*