# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: adobson | Date Created: 3/19/2018 |
| Case: 1−17−46613−nhl | Form ID: 295 | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        Capital One Equipment Finance Corp. f/k/a All Points Capital Corp. d/b/a Capital One Taxi Medallion Finance
cr        Ruben Elberg
cr        Ronald Jean−Pierre

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
aty       Alissa Kim Piccione        alissa.piccione@troutman.com
aty       Brian Thomas McCarthy        bmccarthy@abramslaw.com
aty       Bruce Weiner        courts@nybankruptcy.net
aty       Francesco Pomara, Jr        fpomara@malliloandgrossman.com
aty       Joseph Gillette        jgillette@gmlawyers.net
aty       Robert W Piken        rwp@pikenandpiken.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Bracha Cab Corp        1281 Carroll Street        Brooklyn, NY 11213
stkhld    Esma Elberg        1281 Carrol Street        Brooklyn, NY 11213
cr        Jack Margossian        301 Fieldstone Terrace        Wyckoff, NJ 07481

TOTAL: 3