# TD Bank

**America's Most Convenient Bank®**

T        STATEMENT OF ACCOUNT

000106111 01 AV    0.375 MTD010400302181131111 0017 11 09
BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| Page: | 1 of 2 |
|---|---|
| Statement Period: | Feb 01 2018-Feb 28 2018 |
| Cust Ref #: | . |
| Primary Account #: | |

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,966.56 | Average Collected Balance | 6,166.56 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 6,166.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,200.00 |
| | Subtotal: | 2,200.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 3,966.56 | 02/01 | 6,166.56 |





**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT



000106107 01 AV    0.375  MTD01040030218113111 0017 11 09
DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2018-Feb 28 2018 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,166.56 | Average Collected Balance | 11,266.56 |
| Electronic Deposits | 2,800.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 13,966.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/28 | CCD DEPOSIT, ACL MEDALLION CORP PAY 442 443 | | 2,800.00 |
| | | Subtotal: | 2,800.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 11,166.56 | 02/28 | 13,966.56 |



Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000106112 01 AV    0.375 MTD0104003021811311 0017 11 09
DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2018-Feb 28 2018 |
| Cust Ref #: | |
| Primary Account #: | |

ılıılı|ı|lıılıılllıııllıılııllı|ııllıılılıllllıılllıllllı

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 4,366.56 | | Average Collected Balance | 6,766.56 |
| Electronic Deposits | 2,400.00 | | Interest Earned This Period | 0.00 |
| | | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 6,766.56 | | Annual Percentage Yield Earned | 0.00% |
| | | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | | 2,400.00 |
| | | Subtotal: | 2,400.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 4,366.56 | 02/01 | 6,766.56 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT



000106113 01 AV    0.375  MTD01040030218113111 0017 11 09
FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                    1 of 2
Statement Period:    Feb 01 2018-Feb 28 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,166.56 | Average Collected Balance | 12,273.70 |
| Electronic Deposits | 3,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 15,166.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/28 | CCD DEPOSIT, ACL MEDALLION CORP PAY 450 451 452 | | 3,000.00 |
| | | Subtotal: | 3,000.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 12,166.56 | 02/28 | 15,166.56 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000106110 01 AV   0.375  MTD010400302181131111 0017 11 09
JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                          1 of 2
Statement Period:     Feb 01 2018-Feb 28 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,566.57 | Average Collected Balance | 11,441.57 |
| Electronic Deposits | 2,500.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 12,066.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/08 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5032569288 | | 2,500.00 |
| | | Subtotal: | 2,500.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 9,566.57 | 02/08 | 12,066.57 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000106109 01 AV   0.375  MTD010400030218113111 0017 11 09

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2018-Feb 28 2018 |
| Cust Ref #: | |
| Primary Account #: | |

․․|․lııı|ılılıᵗᵘᵗᵘ|ᵗ|ıⱼlılıⱼⱼlⱼⱼᵗᵘᵗ|ⱼⱼⱼ||||ıⱼⱼlⱼlⱼl

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account # ·

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,716.56 | Average Collected Balance | 4,966.56 |
| Electronic Deposits | 3,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 5,716.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/08 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5032569295 | 3,000.00 |
| | Subtotal: | 3,000.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 2,716.56 | 02/08 | 5,716.56 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to **www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender




**Capital One Bank**
Commercial Banking Group

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

UPGR
Z98917

▶ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

## ACCOUNT SUMMARY   FOR PERIOD FEBRUARY 01, 2018 - FEBRUARY 28, 2018

### Commercial Checking                                                     JARUB TRANS CORP

| | | | |
|---|---|---|---|
| Previous Balance 01/31/18 | $1,226.00 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,214.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,226.00 |
| Service Charges | ($12.00) | | |
| Ending Balance 02/28/18 | $1,214.00 | | |

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 01, 2018 - FEBRUARY 28, 2018

### Commercial Checking 0                                                    JARUB TRANS CORP

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 02/28 | Maintenance charge | | $12.00 | $1,214.00 |
| Total | | $0.00 | $12.00 | |

### Commercial Checking                                                      JARUB TRANS CORP

#### SERVICE CHARGES

| Date | Service Description | Number of Items | Fee per Item | Total |
|---|---|---|---|---|
| 02/28 | Maintenance charge | | | ($12.00) |
| | Total Cycle Service Charge | | | ($12.00) |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

 
MEMBER FDIC   EQUAL HOUSING LENDER



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000106108 01 AV    0.375  MTD010400302181131110017 11 09
LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| Page: | 1 of 2 |
|---|---|
| Statement Period: | Feb 01 2018-Feb 28 2018 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,566.57 | Average Collected Balance | 13,816.57 |
| Electronic Deposits | 3,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 14,566.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/08 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5032569265 | 3,000.00 |
| | Subtotal: | 3,000.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 11,566.57 | 02/08 | 14,566.57 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000106114 01 AV    0.375  MTD010400302181131111 0017 11 09
MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page:                                                          1 of 2
Statement Period:          Feb 01 2018-Feb 28 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,166.56 | Average Collected Balance | 11,266.56 |
| Electronic Deposits | 2,800.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 13,966.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | CCD DEPOSIT, ACL MEDALLION CORP PAY 438 439 | 2,800.00 |
| | Subtotal: | 2,800.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 11,166.56 | 02/28 | 13,966.56 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®                T        STATEMENT OF ACCOUNT

000106106 01 AV   0.375 MTD01040030218113111 0017 11 09
NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page:                                    1 of 2
Statement Period:     Feb 01 2018-Feb 28 2018
Cust Ref #:
Primary Account #:

|ı|ıllılıl|||ılıı|ıl|ı|ııııılı||ılılı||lılı|ıııl|ılılılıp|ılıp||ıll

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account :

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,566.57 | Average Collected Balance | 13,441.57 |
| Electronic Deposits | 2,500.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 14,066.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/08 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5032569271 | 2,500.00 |
| | Subtotal: | 2,500.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 11,566.57 | 02/08 | 14,066.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠





**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000106115 01 AV   0.375 MTD01040030218113111 0017 11 09
NY ENERGY TAXI CORP
DIP CASE 17-44645 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2018-Feb 28 2018 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,558.57 | Average Collected Balance | 11,433.57 |
| Electronic Deposits | 2,500.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 12,058.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/08 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5032569272 | | 2,500.00 |
| | | Subtotal: | 2,500.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 9,558.57 | 02/08 | 12,058.57 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

T    STATEMENT OF ACCOUNT

000106120 01 AV   0.375  MTD01040030218113111 0017 11 09
NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page:                                          1 of 2
Statement Period:      Feb 01 2018-Feb 28 2018
Cust Ref #:                                      :
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,366.56 | Average Collected Balance | 4,766.56 |
| Electronic Deposits | 1,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 4,766.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | | 1,400.00 |
| | | Subtotal: | 1,400.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 3,366.56 | 02/01 | 4,766.56 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT



000106116 01 AV    0.375 MTD010400302181131111 0017 11 09
NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2018-Feb 28 2018 |
| Cust Ref #: | |
| Primary Account #: | |

ı111ʰıₗılıₗılˡılˡıₗılₗılıₗılˡılˡılˡ11ʰ1ₗ11ll11lʰ1ₗₗ1ₗ1l

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,566.57 | Average Collected Balance | 11,441.57 |
| Electronic Deposits | 2,500.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 12,066.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/08 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5032569277 | | 2,500.00 |
| | | Subtotal: | 2,500.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 9,566.57 | 02/08 | 12,066.57 |



 **Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000106117 01 AV    0.375  MTD01040030218113111 0017 11 09
NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2018-Feb 28 2018 |
| Cust Ref #: | 4 |
| Primary Account #: | |

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,566.57 | Average Collected Balance | 9,566.57 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 9,566.57 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

---

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT



000106118 01 AV    0.375  MTD01040030218113111 0017 11 09
SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2018-Feb 28 2018 |
| Cust Ref #: | # |
| Primary Account #: | |

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account # 4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,504.57 | Average Collected Balance | 13,754.57 |
| Electronic Deposits | 3,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 14,504.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/08 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5032569276 | 3,000.00 |
| | Subtotal: | 3,000.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 11,504.57 | 02/08 | 14,504.57 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

000106119 01 AV    0.375  MTD01040030218113111 0017 I1 09
TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2018 ~~Feb 28 2018~~ |
| Cust Ref #: | 4~~...~~ |
| Primary Account #: | ~~...~~ |

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,166.56 | Average Collected Balance | 11,266.56 |
| Electronic Deposits | 2,800.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 13,966.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | CCD DEPOSIT, ACL MEDALLION CORP PAY 440 441 | 2,800.00 |
| | Subtotal: | 2,800.00 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 11,166.56 | 02/28 | 13,966.56 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

