```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                                Case No. 17-46613-nhl
Bracha Cab Corp                                                       Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: adobson               Page 1 of 2              Date Rcvd: Mar 19, 2018
                              Form ID: 295                Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
```
db             +Bracha Cab Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
stkhld         +Esma Elberg,    1281 Carrol Street,    Brooklyn, NY 11213-4207
cr             +Jack Margossian,    301 Fieldstone Terrace,    Wyckoff, NJ 07481-3503
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Equipment Finance Corp. f/k/a All Poin
cr              Ronald Jean-Pierre
cr              Ruben Elberg
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
```
              Alissa Kim Piccione    on behalf of Creditor    Capital One Equipment Finance Corp. f/k/a All
               Points Capital Corp. d/b/a Capital One Taxi Medallion Finance alissa.piccione@troutman.com,
               john.murphy@troutman.com
              Brian Thomas McCarthy    on behalf of Creditor Ruben  Elberg bmccarthy@abramslaw.com
              Bruce   Weiner    on behalf of Debtor    Bracha Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    Jackhel Cab Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    Somyash Taxi Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    NY Tint Taxi Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    NY Canteen Taxi Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Jarub Trans Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    Lechaim Cab Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    Fit Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Fit Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Dovber Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    NY Energy Taxi Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    Tamar Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    NY Stance Taxi Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    NY Genesis Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    NY Genesis Taxi Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Lechaim Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
```

```
District/off: 0207-1          User: adobson              Page 2 of 2            Date Rcvd: Mar 19, 2018
                              Form ID: 295               Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Bruce   Weiner    on behalf of Debtor    Jackhel Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Debtor    NY Canteen Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Debtor    NY Stance Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Debtor    NY Tint Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Jointly Administered Debtor    Merab Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Jointly Administered Debtor    Jarub Trans Corp courts@nybankruptcy.net,   courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Debtor    Tamar Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Debtor    Merab Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Jointly Administered Debtor    Dovber Cab Corp courts@nybankruptcy.net,   courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Debtor    Somyash Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Debtor    Dabri Trans Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Debtor    NY Energy Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce   Weiner    on behalf of Jointly Administered Debtor    Dabri Trans Corp courts@nybankruptcy.net,   courts@nybankruptcy.net
          Francesco   Pomara, Jr    on behalf of Creditor Ronald   Jean-Pierre fpomara@malliloandgrossman.com
          Joseph   Gillette    on behalf of Creditor Jack   Margossian jgillette@gmlawyers.net
          Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
          Robert W Piken    on behalf of Stockholder Esma   Elberg rwp@pikenandpiken.com

                                                                                                                                                           TOTAL: 35

| **Information to identify the case:** | |
|---|---|
| Debtor **Bracha Cab Corp** <br> Name | EIN **11–3000724** |
| United States Bankruptcy Court **Eastern District of New York** <br> Case number: **1–17–46613–nhl** | Date case filed for chapter **11**  **12/8/17** |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 3/9/18 was filed on 3/16/18.

The following deadlines apply:

The parties have until March 23, 2018 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is April 6, 2018.

If a Transcript Redaction Request is filed, the redacted transcript is due April 16, 2018.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is June 14, 2018, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext Legal Solutions at Veritext or you may view the document at the public terminal at the Office of the Clerk.

Dated: March 19, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]