EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re:
Bracha Cab Corp. et. al.,                          Chapter 11
        Debtors.                            Case No. 17-46613-nhl
                                  Jointly Administered
-------------------------------------------------x

## ORDER INCREASING EXCLUSIVE TIME TO FILE PLAN

Bracha Cab Corp., Dovber Cab Corp., Dabri Trans Corp., Merab Cab Corp., Fit Taxi Corp., Jarub Trans Corp., Somyash Taxi Corp., NY Canteen Taxi Corp., Lechaim Cab Corp., Tamar Cab Corp., NY Genesis Taxi Corp., NY Tint Taxi Corp., NY Stance Taxi Corp., NY Energy Taxi Corp., Jackhel Cab Corp., debtors and debtors and debtor-in-possession, ("Debtors"), having moved this Court pursuant to 11 U.S.C. §1121(d) for an order increasing the Debtors' exclusive period to file its plan of reorganization and for soliciting acceptances to its plan for a period of sixty (60) days and the motion having been served on the Office of the United States Trustee and all creditors and parties in interest, and the matter having come before the Court on April 26, 2018, and the Debtor having appeared by Rosenberg, Musso & Weiner, LLP, in support of the motion, and _____ appearing in opposition, and upon the Debtor's motion and the hearing held before the Court, it is

ORDERED, that pursuant to 11 U.S.C. §1121(d), the Debtor's exclusive time under 11 U.S.C. §1121(b) to file a plan of reorganization is increased to and including July 6, 2018.