UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

                                                     Chapter 7

Vanessa D. Calloway-Smith,

                                                     Case No. 16-44302-cec

                            Debtor.
-----------------------------------------------------------x

Certificate of Service

I hereby certify that the within **Second Amended Plan of Reorganization, Second Amended Disclosure Statement and Exhibits** has been served upon the parties listed below in the manner stated herein on April 6, 2018.

**Email:**

Mary Diane Duszak, Esq.                   Nazar Khodorvosky, Esq.
Dduszak@flwlaw.com                     Nazar.Khodorovsky@usdoj.gov

David A. Paul, Esq.
dpaul@cantor.com

                                                                                   /s/
                                                                           Jasmin Gomez

Sworn to before me this
6th day of April, 2018

    /s/
**NOTARY PUBLIC**