# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

000292147 01 AV    0.375   MTD01040040118113230 0036 26 16

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:  Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,166.56 | Average Collected Balance | 5,933.55 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 4,166.56 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,175.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 1002 | 4,166.56 |
| | Subtotal: | 4,166.56 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687516 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 6,166.56 | 03/14 | 4,200.00 |
| 03/01 | 8,366.56 | 03/15 | 4,175.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

000292143 01 AV   0.375   MTD01040040118113230 0036 26 16

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,966.56 | Average Collected Balance | 7,172.26 |
| Electronic Deposits | 2,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 11,966.56 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,575.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30 | CCD DEPOSIT, ACL MEDALLION CORP PAY 442 443 | 2,600.00 |
| | Subtotal: | 2,600.00 |

**Checks Paid**  No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 1003 | 11,966.56 |
| | Subtotal: | 11,966.56 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687494 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 13,966.56 | 03/15 | 1,975.00 |
| 03/14 | 2,000.00 | 03/30 | 4,575.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

000292148 01 AV   0.375   MTD010400401181113230 0036 26 16
DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:   Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account # 4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,766.56 | Average Collected Balance | 6,385.17 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 4,766.56 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,375.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 1002 | 4,766.56 |
| | Subtotal: | 4,766.56 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687487 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 6,766.56 | 03/14 | 4,400.00 |
| 03/01 | 9,166.56 | 03/15 | 4,375.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®         T         STATEMENT OF ACCOUNT

000292149 01 AV   0.375   MTD01040040118113230 0036 26 16

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Mar 01 2018-Mar 31 2018 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,166.56 | Average Collected Balance | 7,501.23 |
| Electronic Deposits | 2,900.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 13,500.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,541.56 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30 | CCD DEPOSIT, ACL MEDALLION CORP PAY 450 451 452 | 2,900.00 |
| | Subtotal: | 2,900.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 1003 | 13,500.00 |
| | Subtotal: | 13,500.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687463 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 15,166.56 | 03/15 | 1,641.56 |
| 03/14 | 1,666.56 | 03/30 | 4,541.56 |



# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

000292146 01 AV   0.375 MTD010400401181132300036 26 16

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,066.57 | Average Collected Balance | 7,981.94 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 10,066.57 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,175.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5034070068 | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 1002 | 10,066.57 |
| | Subtotal: | 10,066.57 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687514 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 12,066.57 | 03/14 | 4,200.00 |
| 03/07 | 14,266.57 | 03/15 | 4,175.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,716.56 | Average Collected Balance | 5,480.33 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 3,716.56 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,375.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5034070074 | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid** No. Checks: 1  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 99 | 3,716.56 |
| | Subtotal: | 3,716.56 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687493 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 5,716.56 | 03/14 | 4,400.00 |
| 03/07 | 8,116.56 | 03/15 | 4,375.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured I TD Bank, N.A. I Equal Housing Lender

# Capital One Bank
Commercial Banking Group

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

UPGR
57954

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD MARCH 01, 2018 - MARCH 30, 2018

**Commercial Checking**                                          **JARUB TRANS CORP**

| | | | |
|---|---|---|---|
| Previous Balance 02/28/18 | $1,214.00 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,202.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,214.00 |
| Service Charges | ($12.00) | | |
| Ending Balance 03/30/18 | $1,202.00 | | |

## ACCOUNT DETAIL   FOR PERIOD MARCH 01, 2018 - MARCH 30, 2018

**Commercial Checking**                                          **JARUB TRANS CORP**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 03/31 | Maintenance charge | | $12.00 | $1,202.00 |
| Total | | $0.00 | $12.00 | |

**Commercial Checking**                                          **JARUB TRANS CORP**

### SERVICE CHARGES

| Date | Service Description | Number of Items | Fee per Item | Total |
|---|---|---|---|---|
| 03/31 | Maintenance charge | | | ($12.00) |
| | Total Cycle Service Charge | | | ($12.00) |

*Thank you for banking with us.*                                       PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

MEMBER FDIC  

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,566.57 | Average Collected Balance | 9,143.18 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 12,650.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,291.57 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5034070036 | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 1002 | 12,650.00 |
| | Subtotal: | 12,650.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687488 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 14,566.57 | 03/14 | 4,316.57 |
| 03/07 | 16,966.57 | 03/15 | 4,291.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,966.56 | Average Collected Balance | 7,172.26 |
| Electronic Deposits | 2,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 11,966.56 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,575.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30 | CCD DEPOSIT, ACL MEDALLION CORP PAY 438 439 | 2,600.00 |
| | Subtotal: | 2,600.00 |

**Checks Paid**  No. Checks: 1  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 98 | 11,966.56 |
| | Subtotal: | 11,966.56 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687518 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 13,966.56 | 03/15 | 1,975.00 |
| 03/14 | 2,000.00 | 03/30 | 4,575.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®    **STATEMENT OF ACCOUNT**

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 14,066.57 | Average Collected Balance | 8,933.50 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 12,150.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,291.57 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/07 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5034070048 | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---:|
| 03/14 | 98 | 12,150.00 |
| | Subtotal: | 12,150.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687443 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 02/28 | 14,066.57 | 03/14 | 4,316.57 |
| 03/07 | 16,466.57 | 03/15 | 4,291.57 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account # 4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,058.57 | Average Collected Balance | 7,978.59 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 10,058.57 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,175.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5034070050 | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**  No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 99 | 10,058.57 |
| | Subtotal: | 10,058.57 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687447 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 12,058.57 | 03/14 | 4,200.00 |
| 03/07 | 14,258.57 | 03/15 | 4,175.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT



NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,766.56 | Average Collected Balance | 7,546.46 |
| Electronic Deposits | 4,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 2,766.56 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 6,375.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 4,400.00 |
| | Subtotal: | 4,400.00 |

**Checks Paid**  No. Checks: 1  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 1002 | 2,766.56 |
| | Subtotal: | 2,766.56 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687469 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 4,766.56 | 03/14 | 6,400.00 |
| 03/01 | 9,166.56 | 03/15 | 6,375.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank

America's Most Convenient Bank®     T    STATEMENT OF ACCOUNT

000292152 01 AV    0.375   MTD01040040118113230 0036 26 16
NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,066.57 | Average Collected Balance | 7,981.94 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 10,066.57 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,175.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5034070060 | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**  No. Checks: 1     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 98 | 10,066.57 |
| | Subtotal: | 10,066.57 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687438 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 12,066.57 | 03/14 | 4,200.00 |
| 03/07 | 14,266.57 | 03/15 | 4,175.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000292153 01 AV    0.375  MTD01040040118113230 0036 26 16
NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,566.57 | Average Collected Balance | 6,933.56 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 7,566.57 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,175.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5034070069 | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 1002 | 7,566.57 |
| | Subtotal: | 7,566.57 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687439 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 9,566.57 | 03/14 | 4,200.00 |
| 03/07 | 11,766.57 | 03/15 | 4,175.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account # 4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,504.57 | Average Collected Balance | 9,110.21 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 12,600.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,279.57 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5034070058 | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid** No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 1002 | 12,600.00 |
| | Subtotal: | 12,600.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687466 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 14,504.57 | 03/14 | 4,304.57 |
| 03/07 | 16,904.57 | 03/15 | 4,279.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000292155 01 AV   0.375  MTD010400401181132300036 26 16
TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page:                               1 of 2
Statement Period:   Mar 01 2018-Mar 31 2018
Cust Ref #:                         4
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,966.56 | Average Collected Balance | 7,157.28 |
| Electronic Deposits | 2,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 11,992.36 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 25.00 | Days in Period | 31 |
| Ending Balance | 4,549.20 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30 | CCD DEPOSIT, ACL MEDALLION CORP PAY 440 441 | 2,600.00 |
| | Subtotal: | 2,600.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/14 | 1002 | 11,992.36 |
| | Subtotal: | 11,992.36 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000028687465 | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 13,966.56 | 03/15 | 1,949.20 |
| 03/14 | 1,974.20 | 03/30 | 4,549.20 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender