UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
BRACHA CAB CORP., *et al.*,                                      :   Case No. 1-17-46613 (NHL)
                                                                 :
                                                                 :   *Jointly Administered*
                            Debtors.                             :
                                                                 x
----------------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    }
                     } ss:
COUNTY OF NEW YORK   }

I, Alissa K. Piccione, being duly sworn, deposes and says:

That I am over eighteen years of age, am an associate at Troutman Sanders LLP, and am not a party to this action.

That on the 18th day of April 2018, I served true and correct copies of *Capital One Equipment Finance Corp.'s Objection to Debtors' Motion to Increase Exclusive Period to File Plan* [ECF No. 54] (the "Objection") via Federal Express Overnight Courier upon:

> Rosenberg Musso & Weiner LLP
> Attn: Bruce Weiner
> 26 Court Street
> Suite 2211
> Brooklyn, NY 11242

> Bracha Cab Corp.
> Attn: Esma Elberg
> 1281 Carroll Street
> Brooklyn, NY 11213-4207

> Office of the United States Trustee
> Eastern District of NY
> U.S. Federal Office Building
> 201 Varick Street, Suite 1006
> New York, NY 10014

34902437v2

Case 1-17-46613-nhl    Doc 55    Filed 04/19/18    Entered 04/19/18 12:46:34

      That on the 18th day of April 2018, I also served true and correct copies of the Objection via email upon the parties on the attached service list.

*Alissa K. Piccione*

Alissa K. Piccione

Sworn to before me this
19th day of April 2018

_____
Notary Public

JOHN C MURPHY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6346875
Qualified In Nassau County
My Commission Expires 08-22-2020

34902437v2

**Email Service List**

Bruce Weiner
Counsel for the Debtors
Email: bweiner@nybankruptcy.net

Robert W. Piken
Counsel for Esma Elberg
Email: rwp@pikenandpiken.com

Charles D. Liebman
Counsel for Tamara Pewzner
Email: Charles.Liebman@Johnsonliebman.com
       chaslieb@yahoo.com

Robert Abrams
Counsel for Ruben Elberg
Email: babrams@abramslaw.com

Brian Thomas McCarthy
Counsel for Ruben Elberg
Email: bmccarthy@abramslaw.com

Gerard N. Misk
Counsel for Jack Margossian
Email: gmisk@gmlawyers.net
       jgillette@gmlawyers.net

Nazar Khodorovsky
Counsel for the U.S. Trustee
Email: Nazar.Khodorovsky@usdoj.gov

Francesco Pomara, Jr.
Counsel for Ronald Jean Pierre
Email: fpomara@malliloandgrossman.com

34902437v2