

**NEW YORK CITY TAXI & LIMOUSINE COMMISSION**

Medallion Licensing Unit
32-02 Queens Boulevard, 2nd Floor
Long Island City, New York 11101-2324
Tel: 718-391-5745, Fax: 718-391-5695

Matthew W. Daus, Commissioner/Chair

Issuance # **3412**

Date **2·25·08**

## TO WHOM IT MAY CONCERN:

Please accept this sealed document as a current reflection of the New York City Taxi & Limousine Commission records for:

Corporation Name **Spindle Cob Corp**

Medallion Number (s) **1K44    1K47**

**The Officers and Stockholders Are As Follows:**

| Officer's Name | | Number of Shares |
|---|---|---|
| President | Ruben Elberg | 200 |
| V. President: | | |
| Secretary: | Jacob Elberg | |
| | | |

Medallion Licensing

RESTRICTED MEDALLION NUMBERS:

| 7T10 – 7T50 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
|---|---|
| 8T10 & 8T11 | INDIVIDUAL (ACCESSIBLE VEHICLES ONLY) |
| 9T10 - 9T99 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
| 7V10 – 7V61 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL VEHICLES ONLY) |
| 8V10 – 8V88 | MINI-FLEET CORPORATION (ACCESSIBLE VEHICLES ONLY) |
| 9V10 – 9V99 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL ONLY) |



Government Services & Information for NYC
www.nyc.gov/taxi



**NEW YORK CITY TAXI & LIMOUSINE COMMISSION**

Medallion Licensing Unit
32-02 Queens Boulevard, 2nd Floor
Long Island City, New York 11101-2324
Tel: 718-391-5745, Fax: 718-391-5695

Matthew W. Daus, Commissioner/Chair

Issuance # **3427**

Date **2.27.08**

## TO WHOM IT MAY CONCERN:

Please accept this sealed document as a current reflection of the New York City Taxi & Limousine Commission records for:

Corporation Name **Merill Transit Inc.**

Medallion Number (s) **5P65    5P66**

### The Officers and Stockholders Are As Follows:

| Officer's Name | | Number of Shares |
|---|---|---|
| President | Jacob Elberg | — |
| V. President: | | |
| Secretary: | Ruben Elberg | 200 |
| | | |

_____
Medallion Licensing

**RESTRICTED MEDALLION NUMBERS:**

| 7T10 – 7T50 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
|---|---|
| 8T10 & 8T11 | INDIVIDUAL (ACCESSIBLE VEHICLES ONLY) |
| 9T10 - 9T99 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
| 7V10 – 7V61 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL VEHICLES ONLY) |
| 8V10 – 8V88 | MINI-FLEET CORPORATION (ACCESSIBLE VEHICLES ONLY) |
| 9V10 – 9V99 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL ONLY) |



Government Services & Information for NYC
www.nyc.gov/taxi

> Exhibit 3 Sealed Documents Refelecting Records of TLC - February 25, 2008 [3-9]



**NEW YORK CITY TAXI & LIMOUSINE COMMISSION**

Medallion Licensing Unit
32-02 Queens Boulevard, 2nd Floor
Long Island City, New York 11101-2324
Tel: 718-391-5745, Fax: 718-391-5695

Matthew W. Daus, Commissioner/Chair

Issuance # **3414**

Date **2·25·08**

## TO WHOM IT MAY CONCERN:

Please accept this sealed document as a current reflection of the New York City Taxi & Limousine Commission records for:

Corporation Name _Jarub Trans Corp_

Medallion Number (s) _9J67    9J68_

### The Officers and Stockholders Are As Follows:

| Officer's Name | | Number of Shares |
|---|---|---|
| President | Ruben Elberg | 100 |
| V. President: | | |
| Secretary: | Jacob Elberg | 100 |

Medallion Licensing

**RESTRICTED MEDALLION NUMBERS:**

| 7T10 – 7T50 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
|---|---|
| 8T10 & 8T11 | INDIVIDUAL (ACCESSIBLE VEHICLES ONLY) |
| 9T10 - 9T99 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
| 7V10 – 7V61 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL VEHICLES ONLY) |
| 8V10 – 8V88 | MINI-FLEET CORPORATION (ACCESSIBLE VEHICLES ONLY) |
| 9V10 – 9V99 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL ONLY) |



Government Services & Information for NYC

www.nyc.gov/taxi

**NYC Taxi & Limousine Commission**

David Yassky Commissioner
Licensing and Standards
32-02 Queens Boulevard
Long Island City, NY 11101
+1 212 227 6324 tel
+1 718 391 5615 fax

Issuance # 0690

Date 7·13·12

TO WHOM IT MAY CONCERN:

Please accept this sealed document as a current reflection of the New York City Taxi & Limousine Commission records for:

Corporation Name: Merill Transit Inc.

Medallion Numbers: 5P65    5P66

### The Officers and Stockholders are as follows:

| Officer's Name | | Number of Shares |
|---|---|---|
| President | Jacob Elberg | —0— |
| V. President: | | |
| Secretary: | Ruben Elberg | 200 |
| Stockholder: | | |

_____
Medallion Licensing

**RESTRICTED MEDALLION NUMBERS:**

| 7T10 - 7T50 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
|---|---|
| 8T10 - 8T75 | INDIVIDUAL (ACCESSIBLE VEHICLES ONLY) |
| 9T10 - 9T99 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
| 6V10 - 6V84 | MINI-FLEET CORPORATION (ACCESSIBLE VEHICLES ONLY) |
| 7V10 - 7V61 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL VEHICLES ONLY) |
| 8V10 - 8V88 | MINI-FLEET CORPORATION (ACCESSIBLE VEHICLES ONLY) |
| 9V10 - 9V99 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL ONLY) |

Printed on paper containing 30% post consumer material.



**Taxi & Limousine Commission**

David Yassky Commissioner

Licensing and Standards
32-02 Queens Boulevard
Long Island City, NY 11101

+1 212 227 6324 tel
+1 718 391 6615 fax

**Issuance # 0691**

Date 7·13·12

TO WHOM IT MAY CONCERN:

Please accept this sealed document as a current reflection of the New York City Taxi & Limousine Commission records for:

Corporation Name: Spindle Cab Corp.

Medallion Numbers: 1K44    1K47

| The Officers and Stockholders are as follows: | |
|---|---|
| **Officer's Name** | **Number of Shares** |
| President: Ruben Elberg | 200 |
| V. President: | |
| Secretary: Jacob Elberg | — |
| Stockholder: | |

_____
Medallion Licensing

**RESTRICTED MEDALLION NUMBERS:**

| 7T10 - 7T50 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
| 8T10 - 8T75 | INDIVIDUAL (ACCESSIBLE VEHICLES ONLY) |
| 9T10 - 9T99 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
| 6V10 - 6V84 | MINI-FLEET CORPORATION (ACCESSIBLE VEHICLES ONLY) |
| 7V10 - 7V61 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL VEHICLES ONLY) |
| 8V10 - 8V88 | MINI-FLEET CORPORATION (ACCESSIBLE VEHICLES ONLY) |
| 9V10 - 9V99 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL ONLY) |

Printed on paper containing 30% post consumer material



**Taxi & Limousine Commission**

David Yassky Commissioner

Licensing and Standards
32-02 Queens Boulevard
Long Island City, NY 11101

+1 212 227 6324 tel
+1 718 391 5616 fax

Issuance # 0680

Date 7·13·12

TO WHOM IT MAY CONCERN:

Please accept this sealed document as a current reflection of the New York City Taxi & Limousine Commission records for:

Corporation Name: Jarub Trans Corp

Medallion Numbers: 9J67   9J68

| The Officers and Stockholders are as follows: | |
|---|---|
| **Officer's Name** | **Number of Shares** |
| President: Ruben Elberg | 100 |
| V. President: | |
| Secretary: Jacob Elberg | 100 |
| Stockholder: | |

Medallion Licensing

**RESTRICTED MEDALLION NUMBERS:**

| 7T10 - 7T50 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
| 8T10 - 8T75 | INDIVIDUAL (ACCESSIBLE VEHICLES ONLY) |
| 9T10 - 9T99 | INDIVIDUAL (ALTERNATIVE FUEL VEHICLES ONLY) |
| 6V10 - 6V84 | MINI-FLEET CORPORATION (ACCESSIBLE VEHICLES ONLY) |
| 7V10 - 7V61 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL VEHICLES ONLY) |
| 8V10 - 8V88 | MINI-FLEET CORPORATION (ACCESSIBLE VEHICLES ONLY) |
| 9V10 - 9V99 | MINI-FLEET CORPORATION (ALTERNATIVE FUEL ONLY) |

- 574 -

> Exhibit 3 Sealed Documents Refelecting Records of TLC - February 25, 2008 [7-9]



**Taxi & Limousine Commission**

Licensing and Standards Division
32-02 Queens Boulevard
Long Island City, NY 11101-2324

+1 718 391 5501 tel. www.nyc.gov/tlc

Issuance # 4357

Date: October 9, 2014

To Whom It May Concern:

Please accept this sealed document as a current reflection of the New York City Taxi & Limousine Commission records showing that **MERILL TRANSIT INC.** (Name of Corporation) is the Owner of Medallion #(s) **5P65** and **5P66**.

New York City Taxi & Limousine Commission
Medallion Licensing Unit

| The Officers and Stockholders on record are as follows: | | |
|---|---|---|
| If Applicable: | Name: | Shares: |
| President | Elberg, Jacob | 0 |
| Secretary | Elberg, Ruben | 200 |
| Vice President | | |
| Treasurer | | |
| Stockholder | | |

For a complete listing of all Restricted Medallions please visit our website at www.nyc.gov/tlc

Medallion Owner Verification – Corporate 6/12/14



**Taxi & Limousine Commission**

Licensing and Standards Division
32-02 Queens Boulevard
Long Island City, NY 11101-2324

+1 718 391 5501 tel. www.nyc.gov/tlc

Issuance # 4356

Date: October 9, 2014

To Whom It May Concern:

Please accept this sealed document as a current reflection of the New York City Taxi & Limousine Commission records showing that **SPINDLE CAB CORP.**
(Name of Corporation)
is the Owner of Medallion #(s) **1K44** and **1K47**.

New York City Taxi & Limousine Commission
Medallion Licensing Unit

| The Officers and Stockholders on record are as follows: |||
|---|---|---|
| If Applicable: | Name: | Shares: |
| President | Elberg, Ruben | 200 |
| Secretary | Elberg, Jacob | 0 |
| Vice President | | |
| Treasurer | | |
| Stockholder | | |

For a complete listing of all Restricted Medallions please visit our website at www.nyc.gov/tlc

Medallion Owner Verification – Corporate 6/12/14



**Taxi & Limousine Commission**

Licensing and Standards Division
32-02 Queens Boulevard
Long Island City, NY 11101-2324

+1 718 391 5501 tel, www.nyc.gov/tlc

Issuance # 4355

Date: October 9, 2014

To Whom It May Concern:

Please accept this sealed document as a current reflection of the New York City Taxi & Limousine Commission records showing that _____**JARUB TRANS CORP.**_____
(Name of Corporation)
is the Owner of Medallion #(s) **9J67** and **9J68**.

New York City Taxi & Limousine Commission
Medallion Licensing Unit

| The Officers and Stockholders on record are as follows: | | |
|---|---|---|
| If Applicable: | Name: | Shares: |
| President | Elberg, Ruben | 100 |
| Secretary | Elberg, Esma | 100 |
| Vice President | | |
| Treasurer | | |
| Stockholder | | |

For a complete listing of all Restricted Medallions please visit our website at www.nyc.gov/tlc