

- 619 -
> Exhibit 3a: UCC Filing by Mark S. Gallagher, April 30, 2008 [4346]



> Exhibit 3c: UCC Filing by Mark S. Gallagher, April 30, 2008 [46-50]



> Exhibit 3c: UCC Filing by Mark S. Gallagher, April 30, 2008 [47-50]

