# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: adobson | Date Created: 4/24/2018 |
| Case: 1−17−46613−nhl | Form ID: 295 | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Capital One Equipment Finance Corp. f/k/a All Points Capital Corp. d/b/a Capital One Taxi Medallion Finance
cr          Ruben Elberg
cr          Ronald Jean−Pierre

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
aty         Alissa Kim Piccione        alissa.piccione@troutman.com
aty         Brian Thomas McCarthy      bmccarthy@abramslaw.com
aty         Bruce Weiner               courts@nybankruptcy.net
aty         Francesco Pomara, Jr       fpomara@malliloandgrossman.com
aty         Joseph Gillette            jgillette@gmlawyers.net
aty         Robert W Piken             rwp@pikenandpiken.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Bracha Cab Corp            1281 Carroll Street        Brooklyn, NY 11213
stkhld      Esma Elberg                1281 Carrol Street         Brooklyn, NY 11213
cr          Jack Margossian            301 Fieldstone Terrace     Wyckoff, NJ 07481

TOTAL: 3