UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re:                               :    Chapter 11
                                    : 

BRACHA CAB CORP., et al.        :    Case No.
                                    :    1-17-46613 (NHL)
                                    : 
                                    :    AFFIDAVIT OF
                                    :    SERVICE
                                    : 
                                    :    Jointly Administered

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK     )
                        ) ss:
COUNTY OF NEW YORK  )

      MARIA KEFALAS, being duly sworn, deposes and says:

      I am not a party to this action. I am over 18 years of age. I reside within the State of New York.

      That on the 20th day of April 2018, I served a copy of the *Response and Objections to Notice of Motion* with respect to the above-captioned matter upon the person listed below by mailing true copies of same in a securely sealed, post-paid envelope addressed to said person at the address listed below, BY FIRST CLASS MAIL.

      Rosenberg Musso & Weiner LLP
      Attn: Bruce Weiner
      26 Court Street
      Suite 2211
      Brooklyn, NY 11242

      Bracha Cab Corp.
      Attn: Esma Elberg
      1281 Carroll Street
      Brooklyn, NY 11213-4207

      Office of the United States Trustee
      Eastern District of NY
      U.S. Federal Office Building
      201 Varick Street, Suite 1006
      New York, NY 10014

Deponent deposited the envelopes with the appropriate postage affixed in an official depository under the exclusive care and control of the United States Postal Service within the State of New York.

MARIA KEFALAS

Sworn to before me this
20th day of April, 2018

Notary Public

SARA M. CLARK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CL6133235
Qualified in New York County
My Commission Expires September 12, 2021