UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In Re:                                                          :   Chapter 11
                                                                :
BRACHA CAB CORP., et al.                                        :   Case No.
                                                                :   1-17-46613 (NHL)
                                                                :
                                                                :   AFFIDAVIT OF
                                                                :   SERVICE
                                                                :
                                                                :   Jointly Administered
---------------------------------------------------------------- X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

    BRIAN T. MCCARTHY, being duly sworn, deposes and says:

    I am not a party to this action. I am over 18 years of age. I reside within the State of New York.

    On the 19th day of April 2018, I served a copy of the *Response and Objections to Notice of Motion* with respect to the above-captioned matter upon the person listed on the attached service list by electronic mail.

                                               BRIAN T. MCCARTHY

Sworn to before me this
20th day of April, 2018

Notary Public

CHRISTOPHER A. RENKE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RE6224313
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES JUNE 28, 2018

# **EMAIL SERVICE LIST**

Bruce Weiner
Counsel for the Debtors
Email: bweiner@nybankruptcy.net

Robert W. Piken
Counsel for Esma Elberg
Email: rwp@pikenandpiken.com

Charles D. Liebman
Counsel for Tamara Pewzner
Email: Charles.Liebman@Johnsonliebman.com
       chaslieb@yahoo.com

Gerard N. Misk
Counsel for Jack Margossian
Email: gmisk@gmlawyers.net
       jgillette@gmlawyers.net

Nazar Khodorovsky
Counsel for the U.S. Trustee
Email: Nazar.Khodorovsky@usdoj.gov

Francesco Pomara, Jr.
Counsel for Ronald Jean Pierre
Email: fpomara@malliloandgrossman