Troutman Sanders LLP
875 Third Avenue
New York, New York 10022



troutman.com

---

**Alissa Kim Piccione**
D 212.704.6074
F 212.704.6288
alissa.piccione@troutman.com

April 24, 2018

**VIA ECF**

Hon. Nancy Hershey Lord
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East – Suite 1595
Brooklyn, New York 11201

    Re:    <u>**Bracha Cab Corp. et al., Case No. 1-17-46613 (NHL)**</u>

Dear Judge Lord:

    Please allow this letter to confirm that the following matters that were scheduled for April 26, 2018 at 11:00 a.m. have been adjourned on consent of all parties in interest to May 31, 2018 at 2:30 p.m.:

- *Motion of Capital One Equipment Finance Corp. to Vacate the Automatic Stay or, in the Alternative, Dismiss or Convert the Debtors' Cases or Appoint a Chapter 11 Trustee* [ECF No. 23];

- *Debtors' Motion for Authorization to Use Cash Collateral* [ECF No. 29];

- *Debtors' Motion to Increase Exclusive Period to File Plan* [ECF No. 51]; and

- *Case Management Conference.*

    Thank you for Your Honor's attention to this matter. If Your Honor has any questions, please do not hesitate to contact the undersigned.

                                        Respectfully submitted,

                                        Alissa K. Piccione

cc: All Counsel of Record (via ECF)
    Angela Howard (via email)