EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:
Bracha Cab Corp., et. al.,                                             Chapter 11
                                                                       Case No. 17-46613-nhl
                      Debtors.                                 Jointly Administered
-----------------------------------------------------------x
Bracha Cab Corp, Dabri Trans Corp, Dovber Cab Corp,
Fit Taxi, Corp, Jackhel Cab Corp, Jarub Tans Corp, Lechaim
Cab Corp, Merab Cab Corp, NY Canteen Taxi Corp,
NY Energy Taxi Corp, NY Genesis Taxi Corp,
NY Stance Taxi Corp, NY Tint Taxi Corp,
Somyash Taxi Corp, and Tamar Cab Corp,

                              Plaintiffs,

      v.

The Estate of Jacob Elberg, JEB Management Corp,
SHEFA Funding LLC, Royal One Real Estate LLC, and
Royal Real Estate Management, LLC,

                              Defendants.
-----------------------------------------------------------x

## AFFIRMATION IN SUPPORT OF MOTION OF DEBTORS FOR AN ORDER APPROVING THE SETTLEMENT BETWEEN THE DEBTORS, THE DEFENDANTS AND CAPITAL ONE EQUIPMENT FINANCE CORP.

1. I am the attorney for Esma Elberg, the sole shareholder of the Debtor Corporations and I make this affirmation in support of debtor's motion to approve the settlement between the debtors on the one hand and Capital One on the other.

2. Esma Elberg, individually and on behalf of the Debtor Corporations, approves the settlement after having participated, through counsel, in the mediation process.

3. Further, as sole shareholder, Esma Elberg does herein agree to withdraw the adversary proceeding previously brought, contingent only upon the approval of the Court of the underlying settlement.

4. As a result all the foregoing, Esma Elberg joins in the application to approve the settlement and upon such approval, withdraws the adversary proceeding.

Dated: New York, New York
June 3, 2019

                                            PIKEN & PIKEN
                                            Attorneys for Esma Elberg

                                            By: Robert W. Piken
                                            630 Third Avenue, 21st Floor
                                            New York, New York 10017
                                            (212) 682-5522
                                            rwp@pikenandpiken.com