UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:

Bracha Cab Corp., et al.

                        Debtors.
------------------------------------------------------x

Chapter 11

Case No. 17-46613
Jointly Administered

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF KINGS     )

The undersigned, being duly sworn, deposes and says:

   1. I am over the age of eighteen, I am not a party in this case or proceeding and I reside at STATEN ISLAND, NEW YORK.

   2. On June 25, 2019, I hereby certify the within **Affidavit and Exhibits** have been served via the Court's ECF system on the individuals below.

Brett A. Berman
Bbberman@foxrothschild.com

Brian Thomas McCarthy
bmccarthy@abramslaw.com

Alissa Kim Piccione
Alissa.piccione@troutman.com, john.murphy@troutman.com

Robert W. Piken
rwp@pikenandpiken.com

                                            /s/
                                            Jasmin Gomez

Sworn to before me this
25th day of June, 2019

/s/
NOTARY PUBLIC