# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:                                                                                              CASE NO: 1−17−46613−nhl

Bracha Cab Corp
11−3000724

          DEBTOR(s)

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 6/27/19 was filed on 7/15/19.

The following deadlines apply:

The parties have until July 22, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is August 5, 2019.

If a Transcript Redaction Request is filed, the redacted transcript is due August 15, 2019.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is October 15, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Transcription Services at 2124200771 or you may view the document at the public terminal at the Office of the Clerk.

Dated: July 17, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftransap2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17