# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: adobson | Date Created: 7/17/2019 |
| Case: 1−17−46613−nhl | Form ID: 296 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
aty     Brian Thomas McCarthy     bmccarthy@abramslaw.com
aty     Robert W Piken     rwp@pikenandpiken.com
aty     Stuart I Gordon     stuart.gordon@rivkin.com

                                                                                              TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Bracha Cab Corp     1281 Carroll Street     Brooklyn, NY 11213
        ABRAMS, FENSTERMAN,     FENSTERMAN, EISMAN, et al.     BY: ROBERT ABRAMS, ESQ.     1 MetroTech Center, Suite 1701     Brooklyn, New York 11201
        TROUTMAN SANDERS LLP     Capital One BY: DAVID PISCIOTTA, ESQ.     875 Third Avenue     New York, New York 10022
        JOHNSON LIEBMAN, LLP     BY: CHARLES LIEBMAN, ESQ.     305 Broadway, Suite 801     New York, New York 10007
        FOX ROTHSCHILD LLP     BY: BRETT BERMAN, ESQ.     2000 Market Street, 20th Floor     Philadelphia, Pennsylvania 19103

                                                                                              TOTAL: 5