

Activity in Case 1:19-cv-04077-KAM Bracha Cab Corp. et al v. Elberg Bankruptcy Appealecf_bounces to: nobody 07/16/2019 01:49 PM
From: ecf_bounces@nyed.uscourts.gov
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 7/16/2019 at 1:48 PM EDT and filed on 7/16/2019
**Case Name:**       Bracha Cab Corp. et al v. Elberg
**Case Number:**     1:19-cv-04077-KAM
**Filer:**           Ruben Elberg
**Document Number:** 1

**Docket Text:**
**Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 1-17-46613., filed by Ruben Elberg. (Attachments: # (1) #125 Order on Motion, # (2) #132 Cover Sheet, # (3) #134 Transmittal, # (4) #134-1 BK documents, # (5) #134-2 Transmittal Notice of Appeal, # (6) #134-3 Notice of Recipients) (Bowens, Priscilla)**

**1:19-cv-04077-KAM Notice has been electronically mailed to:**

Bruce L. Weiner     courts@nybankruptcy.net, bweiner@nybankruptcy.net

Brian T. McCarthy     bmccarthy@abramslaw.com

**1:19-cv-04077-KAM Notice will not be electronically mailed to:**

Dabri Trans Corp.


Dovber Cab Corp.


Fit Taxi Corp.

Jackhel Cab Corp.

Jarub Trans Corp.

Lechaim Cab Corp.

Merab Cab Corp.

NY Canteen Taxi Corp.

NY Energy Tax Corp.

NY Genesis Taxi Corp.

NY Stance Taxi Corp.

NY Tint Taxi Corp.

Somyash Taxi Corp.

Tamar Cab Corp.

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/16/2019] [FileNumber=14059494-0]
[de7fbc333cd576bc69c1861ad62f094e9da66ed680a9156dce5222f5f72b451b87b5
f28c3b70563d9f1213807122ceac67cb8d479252b3f129b6bd7a934dfe05]]
**Document description:** #125 Order on Motion
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/16/2019] [FileNumber=14059494-1]
[7953755a0bb1326f081fa6d81cbf1617cf2f56d4754dd7cff23726e3ce1ae333e438
1b26675ec4ce5d46616533ca21144b70e1d821c103391a80dfa07670a154]]
**Document description:** #132 Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/16/2019] [FileNumber=14059494-2]
[920706136e26785154342995a1ee89cc414a598a9279db39b8c433c5a9a57853ed8a

7e15590ed1153017fae8551d3416e4647f80aa7374cb1215bc6d0c87c5ea]]
**Document description:** #134 Transmittal
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/16/2019] [FileNumber=14059494-3]
[8ee318043d13b86d622c0653ac39f1f97ec6d8364350962a125001c596630548d2b8
8dafdd33cca9a5d540b659bf089f662766722298929c0b03fb8fd5e1c929]]
**Document description:** #134-1 BK documents
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/16/2019] [FileNumber=14059494-4]
[450e65cee701041c1d39658a0a7c87000b0e9a220c3ac6dc61fd4d84f0fe605db020
2e4f87d6d24db72c5c2aa4f52b1d1a97c5994b69e3dbed1c6506fc164e7a]]
**Document description:** #134-2 Transmittal Notice of Appeal
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/16/2019] [FileNumber=14059494-5]
[a49e9a0edbc7a7708071ee9366af0531c2c71d51d244348727cc1d89143017e8df8f
f6c52ffda3c37ad481e12946ff2065c726989efbf3270c11f7f9be0e3667]]
**Document description:** #134-3 Notice of Recipients
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/16/2019] [FileNumber=14059494-6]
[c8a5ae94b5f87844397aae7bb62202668fb8bdb795e71dfd1f78b4775fb40c113ee3
53a6cb160e8b55d7c9ee67be470e4fb1b7ec35f9c5811c0056b946e6e516]]