United States Bankruptcy Court
Eastern District of New York

In re:                                                                            Case No. 17-46613-nhl
Bracha Cab Corp                                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1          User: adobson            Page 1 of 2              Date Rcvd: Jul 15, 2019
                              Form ID: 772             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db              +Bracha Cab Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
                +Reuben Elberg,   1523 President Street,    Brooklyn, NY 11213-4542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Alissa Kim Piccione    on behalf of Creditor    Capital One Equipment Finance Corp. f/k/a All
               Points Capital Corp. d/b/a Capital One Taxi Medallion Finance alissa.piccione@troutman.com,
               john.murphy@troutman.com
              Brett A Berman    on behalf of Defendant    The Estate of Jacob Elberg bberman@foxrothschild.com
              Brian Thomas McCarthy    on behalf of Defendant    The Estate of Jacob Elberg
               bmccarthy@abramslaw.com
              Brian Thomas McCarthy    on behalf of Creditor Ruben  Elberg bmccarthy@abramslaw.com
              Bruce   Weiner    on behalf of Jointly Administered Debtor    Somyash Taxi Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    NY Tint Taxi Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    NY Canteen Taxi Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Jarub Trans Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Plaintiff    Tamar Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Plaintiff    NY Genesis Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Plaintiff    Jarub Trans Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Plaintiff    NY Stance Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Plaintiff    NY Canteen Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    Lechaim Cab Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    Fit Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Debtor    Fit Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Plaintiff    Somyash Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf Of Debtor    Dovber Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    NY Energy Taxi Corp
               courts@nybankruptcy.net, courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Plaintiff    Dabri Trans Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce   Weiner    on behalf of Jointly Administered Debtor    Tamar Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net

```
District/off: 0207-1           User: adobson                Page 2 of 2                  Date Rcvd: Jul 15, 2019
                               Form ID: 772                 Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Bruce Weiner   on behalf of Jointly Administered Debtor    NY Stance Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    NY Genesis Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Plaintiff    Lechaim Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Plaintiff    Bracha Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Jointly Administered Debtor    NY Genesis Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    Lechaim Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Plaintiff    Jackhel Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Plaintiff    Fit Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    Jackhel Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Plaintiff    NY Tint Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Plaintiff    Merab Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    NY Canteen Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    NY Stance Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Plaintiff    NY Energy Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Plaintiff    Dovber Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Jointly Administered Debtor    Merab Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    NY Tint Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    NY Energy Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Jointly Administered Debtor    Jarub Trans Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    Tamar Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    Merab Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Jointly Administered Debtor    Dovber Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    Somyash Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    Dabri Trans Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Jointly Administered Debtor    Dabri Trans Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Debtor    Bracha Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Bruce Weiner   on behalf of Jointly Administered Debtor    Jackhel Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
        Francesco Pomara, Jr   on behalf of Creditor Ronald Jean-Pierre fpomara@malliloandgrossman.com
        Jeffrey K Cymbler   on behalf of Creditor    NY State Department of Taxation & Finance jeffrey.cymbler@tax.ny.gov
        Joseph Gillette   on behalf of Creditor Jack Margossian jgillette@gmlawyers.net
        Matthew V Spero   on behalf of Interested Party Sholom Elberg matthew.spero@rivkin.com
        Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
        Robert W Piken   on behalf of Stockholder Esma Elberg rwp@pikenandpiken.com
        Stuart I Gordon   on behalf of Interested Party Sholom Elberg stuart.gordon@rivkin.com

                                                                                                              TOTAL: 55

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Bracha Cab Corp** <br> Name | EIN  **11–3000724** |
| United States Bankruptcy Court  **Eastern District of New York** <br> Case number:  **1–17–46613–nhl** | | Date case filed for chapter  **11**   **12/8/17** |

# NOTICE TO PARTIES CONCERNING APPEAL (ECF CASE)

A Notice of Appeal was filed on July 12, 2019, in the above case by Brian Thomas McCarthy, regarding Order Authorizing and Approving Settlement Agreement dated June 30, 2019, document number 125.

Effective December 1, 2014, Part VIII of the Federal Rules of Bankruptcy Procedure governing bankruptcy appeals was substantially revised in order to align those rules with the Federal Rules of Appellate Procedure and updated to include electronic transmission, filing, and service.

This notice must be read together with the Federal Rules of Civil Procedure (FRCP), the Federal Rules of Bankruptcy Procedure (FRBP), the Local Rules of the Eastern District of New York, and this Court's Local Rules and Procedures.

1. **Service of Notice:** The appellant must provide the Clerk with the email address of each party to be served; to the extent that there are parties to the appeal who are not equipped to receive email noticification, the appellant must provide the Clerk with the address for all parties to be served.
2. **Appellant's Designation:** Appellant's designation of record on appeal and statement of issues to be presented on appeal are due within fourteen (14) days from the date of the filing of the Notice of Appeal. The designation must include a list of items to be included in the record on appeal. A copy of the designation and statement shall be served by the appellant on the appellee. A certificate of service must be filed with the bankruptcy court as proof that proper service was made.
3. **Appellee's Designation:** Within fourteen (14) days after service of the appellant's designation and statement, the appellee may file with the bankruptcy court and serve on the appellant a designation of additional items to be included in the record on appeal.
4. **Transcripts:** If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall, immediately after filing the designation, call one of the court approved transcription service agencies to request a copy of a transcript. The written request for the transcript shall be filed with the bankruptcy court. The party requesting the transcript is responsible for the cost of transcription. Designated transcripts must be provided to this office in PDF format.
5. **ECF Registration (*Attorneys Only*):** Documents must be filed electronically relative to this matter, both in the Bankruptcy Court and, once the record has been transmitted, in the District Court. For information on ECF registration in the Bankruptcy Court, please visit: www.nyeb.uscourts.gov/electronic–filing–procedures; in the District Court, visit: https://www.nyed.uscourts.gov/cmecf.
6. **Transmittal of Record on Appeal:** Generally the record on appeal will be transmitted thirty (30) days from the date of the filing with the Court of the Notice of Appeal.

Dated: July 15, 2019

FOR THE COURT

By: A Dobson
_____
Deputy Clerk

**BLntcparties.jsp** [Notice to Parties 04/17/17]