```
                          United States Bankruptcy Court
                           Eastern District of New York

In re:                                                             Case No. 17-46613-nhl
Bracha Cab Corp                                                    Chapter 11
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0207-1           User: adobson              Page 1 of 3              Date Rcvd: Jul 15, 2019
                               Form ID: pdf000            Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db             +Bracha Cab Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +Dabri Trans Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +Dovber Cab Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
stkhld         +Esma Elberg,    1281 Carrol Street,    Brooklyn, NY 11213-4207
jtadmdb        +Fit Taxi Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
acc            +Fred Roth, CPA,    333 Jericho Turnpike,    Suite 122,    Jericho, NY 11753-1104
cr             +Jack Margossian,    301 Fieldstone Terrace,    Wyckoff, NJ 07481-3503
jtadmdb        +Jackhel Cab Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +Jarub Trans Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +Lechaim Cab Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +Merab Cab Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +NY Canteen Taxi Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +NY Energy Taxi Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +NY Genesis Taxi Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +NY Stance Taxi Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +NY Tint Taxi Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +Somyash Taxi Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
jtadmdb        +Tamar Cab Corp,    1281 Carroll Street,    Brooklyn, NY 11213-4207
9264952        +Capital One Equipment Finance Corp.,    C/O Troutman Sanders LLP,    Attn: Jonathan Forstot,
                 875 Third Avenue,    New York, NY 10022-7254
9160840        +Capital One Equipment Finance Corp.,    c/o Troutman Sanders LLP,    875 Third Avenue,
                 New York, NY 10022-6225
9159238        +Capital One TMF,    c/o Skadden Arps Slate,    Meagher & Flom LLP,    4 Times Square,
                 New York, NY 10036-6518
9159239         Capital One TMF,    c/o Skadden Arps Slate,    Meagher & Flom, LLP,    4 Times Square,
                 Brooklyn, NY 11213
9159237        +Capital One Taxi,    Medallion Finance,    275 Broadhallow Rd,    Melville, NY 11747-4808
9159236        +Capital One Taxi,    Medallion Finance,    275 Broadhollow Rd,    Melville, NY 11747-4808
9196371        +Cheryl Worrel,    c/o Burns and Harris,    233 Broadway, Ste. 900,    New York, NY 10279-0999
9179785       #+Esma Elberg,    c/o Robert W. Piken,    Piken & Piken,    630 Third Ave., 23rd Floor,
                 New York, New York 10017-6731
9207630        +Jacob Elberg,    c/o Abrams, Fensterman, Fensterman, Eism,    630 Third Avenue, Fifth Floor,
                 New York, New York 10017. 10017-6705
9207628        +Jarub Trans. Corp,    c/o Abrams, Fensterman, Fensterman, Eism,    630 Third Avenue, Fifth Floor,
                 New York, New York 10017. 10017-6705
9196368        +Karl DeVoc,    c/oBarasch McGarry,    Salzman & Penson,    11 Park Place Ste 1801,
                 New York, NY 10007-2811
9196369        +Marc Augstin,    c/o Krentsel & Guzman,    17 Battery Place, Ste 604,    New York, NY 10004-1135
9222469        +NYC Department of Finance,    Tax, Audit and Enforcement Division,
                 345 Adams Street, 10th Floor,    Brooklyn, New York 11201-3739,    Attn: Bankruptcy Unit
9210363        +Progressive Insurance Co,    c/o Feldman & Feldman, LLP,    Attn: Jodi P. Feldman, Esq.,
                 811 West Jericho Turnpike, Ste 201W,    Smithtown, New York 11787-3227
9204218        +Ruben Elberg,    1523 President Street,    Brooklyn, NY 11213-4542
9264822        +Ruben Elberg,    1523 President Street,    Brooklyn, New York 11213-4542
9207631        +Ruben Elberg,    c/o Abrams, Fensterman, Fensterman, Eism,    630 Third Avenue, Fifth Floor,
                 New York, New York 10017. 10017-6705
9586914        +Sholom Elberg,    c/o Rivkin Radler LLP,    926 RXR Plaza,    Uniondale, NY 11556-0926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
md             +E-mail/Text: ljones@jonespllc.com Jul 15 2019 18:34:07      Lori Lapin Jones,
                 98 Cutter Mill Road,    Suite 201 North,    Great Neck, NY 11021-3010
cr             +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 15 2019 18:33:56
                 NY State Department of Taxation & Finance,    15 MetroTech Center,    Brooklyn, NY 11201-3818
9314969        +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 15 2019 18:33:56
                 NYS Department of Taxation & Finance,    Amanda Hiller,    Deputy Commissioner and Counsel,
                 15 MetroTech Center,    Brooklyn, NY 11201-3818
9478119         E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 15 2019 18:33:56
                 New York State Department of Taxation & Finance,    Bankruptcy Section,    P O Box 5300,
                 Albany New York 12205-0300
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Equipment Finance Corp. f/k/a All Poin
cr              Ronald Jean-Pierre
cr              Ruben Elberg
9196868         JACK MARGOSSIAN, 301 Fieldstone Ter, Wyckoff, NJ
intp*          +Sholom Elberg,    c/o Rivkin Radler LLP,    926 RXR Plaza,    Uniondale, NY 11556-0926
9159705*       +Capital One TMF,    c/o Skadden Arps Slate,    Meagher & Flom LLP,    4 Times Square,
                 New York, NY 10036-6518
9159706*        Capital One TMF,    c/o Skadden Arps Slate,    Meagher & Flom, LLP,    4 Times Square,
                 Brooklyn, NY 11213
9159704*       +Capital One Taxi,    Medallion Finance,    275 Broadhallow Rd,    Melville, NY 11747-4808
9159703*       +Capital One Taxi,    Medallion Finance,    275 Broadhollow Rd,    Melville, NY 11747-4808
9586915*       +Sholom Elberg,    c/o Rivkin Radler LLP,    926 RXR Plaza,    Uniondale, NY 11556-0926
```

```
District/off: 0207-1           User: adobson                Page 2 of 3                  Date Rcvd: Jul 15, 2019
                               Form ID: pdf000              Total Noticed: 40

9196370       ##+Douglas Arevalo,    c/o Harold Chetrick P.C.,    60 East 42nd Street,    Suite 445,
                 New York, NY 10165-0443
                                                                                              TOTALS: 4, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
              Alissa Kim Piccione    on behalf of Creditor   Capital One Equipment Finance Corp. f/k/a All
               Points Capital Corp. d/b/a Capital One Taxi Medallion Finance alissa.piccione@troutman.com,
               john.murphy@troutman.com
              Brett A Berman    on behalf of Defendant   The Estate of Jacob Elberg bberman@foxrothschild.com
              Brian Thomas McCarthy    on behalf of Defendant   The Estate of Jacob Elberg
               bmccarthy@abramslaw.com
              Brian Thomas McCarthy    on behalf of Creditor Ruben  Elberg bmccarthy@abramslaw.com
              Bruce  Weiner    on behalf of Debtor   Tamar Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Debtor   Merab Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Jointly Administered Debtor   Dovber Cab Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Debtor   Somyash Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Debtor    Dabri Trans Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Debtor    NY Energy Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Jointly Administered Debtor   Dabri Trans Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Debtor    Bracha Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Jointly Administered Debtor    Jackhel Cab Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Jointly Administered Debtor    Somyash Taxi Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Jointly Administered Debtor    NY Tint Taxi Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Jointly Administered Debtor    NY Canteen Taxi Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Debtor    Jarub Trans Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Plaintiff    Tamar Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Plaintiff    NY Genesis Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Plaintiff    Jarub Trans Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Plaintiff    NY Stance Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Plaintiff    NY Canteen Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner    on behalf of Jointly Administered Debtor    Lechaim Cab Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net

```
District/off: 0207-1           User: adobson               Page 3 of 3                  Date Rcvd: Jul 15, 2019
                               Form ID: pdf000             Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Bruce  Weiner    on behalf of Jointly Administered Debtor    Fit Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Debtor    Fit Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Plaintiff    Somyash Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Debtor    Dovber Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Jointly Administered Debtor    NY Energy Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Plaintiff    Dabri Trans Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Jointly Administered Debtor    Tamar Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Jointly Administered Debtor    NY Stance Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Debtor    NY Genesis Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Plaintiff    Lechaim Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Plaintiff    Bracha Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Jointly Administered Debtor    NY Genesis Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Debtor    Lechaim Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Plaintiff    Jackhel Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Plaintiff    Fit Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Debtor    Jackhel Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Plaintiff    NY Tint Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Plaintiff    Merab Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Debtor    NY Canteen Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Debtor    NY Stance Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Plaintiff    NY Energy Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Plaintiff    Dovber Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Jointly Administered Debtor    Merab Cab Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Debtor    NY Tint Taxi Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Bruce  Weiner    on behalf of Jointly Administered Debtor    Jarub Trans Corp courts@nybankruptcy.net, courts@nybankruptcy.net
          Francesco  Pomara, Jr    on behalf of Creditor Ronald  Jean-Pierre fpomara@malliloandgrossman.com
          Jeffrey K Cymbler    on behalf of Creditor    NY State Department of Taxation & Finance jeffrey.cymbler@tax.ny.gov
          Joseph  Gillette    on behalf of Creditor Jack  Margossian jgillette@gmlawyers.net
          Matthew V Spero    on behalf of Interested Party Sholom  Elberg matthew.spero@rivkin.com
          Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
          Robert W Piken    on behalf of Stockholder Esma  Elberg rwp@pikenandpiken.com
          Stuart I Gordon    on behalf of Interested Party Sholom  Elberg stuart.gordon@rivkin.com

                                                                                                             TOTAL: 55

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ X
In Re:                                           : Chapter 11
                                                 :
BRACHA CAB CORP., et al.                         : Case No.1-17-46613(NHL)
                                                 :
                                                 : **NOTICE OF APPEAL**
                                                 :
                                                 : Jointly Administered
                                                 :
                                                 :
                                                 :
                                                 :
                                                 :
------------------------------------------------ X

Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Ruben Elberg**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Order Authorizing and Approving Settlement Agreement**

2. State the date on which the judgment, order, or decree was entered: **7/1/2019**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary): **See Attached list**

1. Party: _____  Attorney: _____

2. Party: _____  Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_D. McAtty (BM-4808)_        Date: 7/12/19
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Label Matrix for local noticing
0207-1
Case 1-17-46613-nhl
Eastern District of New York
Brooklyn
Fri Jul 12 09:17:15 EDT 2019

Bracha Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Dabri Trans Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Dovber Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Fit Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Fred Roth, CPA
333 Jericho Turnpike
Suite 122
Jericho, NY  11753-1104

Jackhel Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Jarub Trans Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Lechaim Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Merab Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Canteen Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Energy Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Genesis Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY Stance Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

NY State Department of Taxation & Finance
15 MetroTech Center
Brooklyn, NY 11201-3818

NY Tint Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Somyash Taxi Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

Tamar Cab Corp
1281 Carroll Street
Brooklyn, NY 11213-4207

271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1801

Capital One Equipment Finance Corp.
C/O Troutman Sanders LLP
Attn: Jonathan Forstot
875 Third Avenue
New York, NY 10022-7254

Capital One Equipment Finance Corp.
c/o Troutman Sanders LLP
875 Third Avenue
New York, NY 10022-6225

Capital One TMF
c/o Skadden Arps Slate
Meagher & Flom LLP
4 Times Square
New York, NY 10036-6518

Capital One TMF
c/o Skadden Arps Slate
Meagher & Flom, LLP
4 Times Square
Brooklyn, NY 11213

Capital One Taxi
Medallion Finance
275 Broadhallow Rd
Melville, NY 11747-4808

Capital One Taxi
Medallion Finance
275 Broadhollow Rd
Melville, NY 11747-4808

Cheryl Worrel
c/o Burns and Harris
233 Broadway, Ste. 900
New York, NY 10279-0999

Douglas Arevalo
c/o Harold Chetrick P.C.
60 East 42nd Street
Suite 445
New York, NY 10165-0443

Esma Elberg
c/o Robert W. Piken
Piken & Piken
630 Third Ave., 23rd Floor
New York, New York 10017-6731

Jacob Elberg
c/o Abrams, Fensterman, Fensterman, Eism
630 Third Avenue, Fifth Floor
New York, New York 10017. 10017-6705

Jarub Trans. Corp
c/o Abrams, Fensterman, Fensterman, Eism
630 Third Avenue, Fifth Floor
New York, New York 10017. 10017-6705

| | | |
|---|---|---|
| Karl DeVoc<br>c/oBarasch McGarry<br>Salzman & Penson<br>11 Park Place Ste 1801<br>New York, NY 10007-2811 | Marc Augstin<br>c/o Krentsel & Guzman<br>17 Battery Place, Ste 604<br>New York, NY 10004-1135 | NYC Department of Finance<br>Tax, Audit and Enforcement Division<br>345 Adams Street, 10th Floor<br>Brooklyn, New York 11201-3739<br>Attn: Bankruptcy Unit |
| NYS Department of Taxation & Finance<br>Amanda Hiller<br>Deputy Commissioner and Counsel<br>15 MetroTech Center<br>Brooklyn, NY 11201-3818 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-9449 |
| Progressive Insurance Co<br>c/o Feldman & Feldman, LLP<br>Attn: Jodi P. Feldman, Esq.<br>811 West Jericho Turnpike, Ste 201W<br>Smithtown, New York 11787-3227 | Ruben Elberg<br>1523 President Street<br>Brooklyn, NY 11213-4542 | Ruben Elberg<br>1523 President Street<br>Brooklyn, New York 11213-4542 |
| Ruben Elberg<br>c/o Abrams, Fensterman, Fensterman, Eism<br>630 Third Avenue, Fifth Floor<br>New York, New York 10017. 10017-6705 | Sholom Elberg<br>c/o Rivkin Radler LLP<br>926 RXR Plaza<br>Uniondale, NY 11556-0926 | Bruce Weiner<br>Rosenberg Musso & Weiner LLP<br>26 Court Street<br>Suite 2211<br>Brooklyn, NY 11242-1122 |
| Esma Elberg<br>1281 Carrol Street<br>Brooklyn, NY 11213-4207 | Jack Margossian<br>301 Fieldstone Terrace<br>Wyckoff, NJ 07481-3503 | Lori Lapin Jones<br>98 Cutter Mill Road<br>Suite 201 North<br>Great Neck, NY 11021-3010 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Capital One Equipment Finance Corp. f/k/a | (u)JACK MARGOSSIAN, 301 Fieldstone Ter, Wycko | (u)Ronald Jean-Pierre |
| (u)Ruben Elberg | (d)Sholom Elberg<br>c/o Rivkin Radler LLP<br>926 RXR Plaza<br>Uniondale, NY 11556-0926 | End of Label Matrix<br>Mailable recipients   44<br>Bypassed recipients    5<br>Total                 49 |