United States Bankruptcy Court
Eastern District of New York

In re:                                                                      Case No. 17-46613-nhl
Bracha Cab Corp                                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: adobson          Page 1 of 2          Date Rcvd: Jul 17, 2019
                              Form ID: 296            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db          +Bracha Cab Corp,   1281 Carroll Street,   Brooklyn, NY 11213-4207
            +ABRAMS, FENSTERMAN,,   FENSTERMAN, EISMAN, et al.,   BY: ROBERT ABRAMS, ESQ.,
             1 MetroTech Center, Suite 1701,   Brooklyn, New York 11201-3949
            +FOX ROTHSCHILD LLP,   BY: BRETT BERMAN, ESQ.,   2000 Market Street, 20th Floor,
             Philadelphia, Pennsylvania 19103-3222
            +JOHNSON LIEBMAN, LLP,   BY: CHARLES LIEBMAN, ESQ.,   305 Broadway, Suite 801,
             New York, New York 10007-1161
            +TROUTMAN SANDERS LLP,   Capital One BY: DAVID PISCIOTTA, ESQ.,   875 Third Avenue,
             New York, New York 10022-7254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                  Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
            Alissa Kim Piccione   on behalf of Creditor   Capital One Equipment Finance Corp. f/k/a All
             Points Capital Corp. d/b/a Capital One Taxi Medallion Finance alissa.piccione@troutman.com,
             john.murphy@troutman.com
            Brett A Berman   on behalf of Defendant   The Estate of Jacob Elberg bberman@foxrothschild.com
            Brian Thomas McCarthy   on behalf of Defendant   The Estate of Jacob Elberg
             bmccarthy@abramslaw.com
            Brian Thomas McCarthy   on behalf of Creditor Ruben  Elberg bmccarthy@abramslaw.com
            Bruce  Weiner   on behalf of Debtor   Bracha Cab Corp courts@nybankruptcy.net,
             courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Jointly Administered Debtor   Jackhel Cab Corp
             courts@nybankruptcy.net,  courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Jointly Administered Debtor   Somyash Taxi Corp
             courts@nybankruptcy.net,  courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Jointly Administered Debtor   NY Tint Taxi Corp
             courts@nybankruptcy.net,  courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Jointly Administered Debtor   NY Canteen Taxi Corp
             courts@nybankruptcy.net,  courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Debtor   Jarub Trans Corp courts@nybankruptcy.net,
             courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Plaintiff   Tamar Cab Corp courts@nybankruptcy.net,
             courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Plaintiff   NY Genesis Taxi Corp courts@nybankruptcy.net,
             courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Plaintiff   Jarub Trans Corp courts@nybankruptcy.net,
             courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Plaintiff   NY Stance Taxi Corp courts@nybankruptcy.net,
             courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Plaintiff   NY Canteen Taxi Corp courts@nybankruptcy.net,
             courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Jointly Administered Debtor   Lechaim Cab Corp
             courts@nybankruptcy.net,  courts@nybankruptcy.net
            Bruce  Weiner   on behalf of Jointly Administered Debtor   Fit Taxi Corp courts@nybankruptcy.net,
             courts@nybankruptcy.net

District/off: 0207-1          User: adobson          Page 2 of 2          Date Rcvd: Jul 17, 2019
                              Form ID: 296           Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Bruce  Weiner   on behalf of Debtor   Fit Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Plaintiff   Somyash Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   Dovber Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Jointly Administered Debtor   NY Energy Taxi Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Plaintiff   Dabri Trans Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Jointly Administered Debtor   Tamar Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Jointly Administered Debtor   NY Stance Taxi Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   NY Genesis Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Plaintiff   Lechaim Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Plaintiff   Bracha Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Jointly Administered Debtor   NY Genesis Taxi Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   Lechaim Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Plaintiff   Jackhel Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Plaintiff   Fit Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   Jackhel Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Plaintiff   NY Tint Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Plaintiff   Merab Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   NY Canteen Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   NY Stance Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Plaintiff   NY Energy Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Plaintiff   Dovber Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Jointly Administered Debtor   Merab Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   NY Tint Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Jointly Administered Debtor   Jarub Trans Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   Tamar Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   Merab Cab Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Jointly Administered Debtor   Dovber Cab Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   Somyash Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   Dabri Trans Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Debtor   NY Energy Taxi Corp courts@nybankruptcy.net,
               courts@nybankruptcy.net
              Bruce  Weiner   on behalf of Jointly Administered Debtor   Dabri Trans Corp
               courts@nybankruptcy.net,  courts@nybankruptcy.net
              Francesco  Pomara, Jr   on behalf of Creditor Ronald  Jean-Pierre fpomara@malliloandgrossman.com
              Jeffrey K Cymbler   on behalf of Creditor   NY State Department of Taxation & Finance
               jeffrey.cymbler@tax.ny.gov
              Joseph  Gillette   on behalf of Creditor Jack  Margossian jgillette@gmlawyers.net
              Matthew V Spero   on behalf of Interested Party Sholom  Elberg matthew.spero@rivkin.com
              Office of the United States Trustee   USTPRegion02.BR.ECF@usdoj.gov
              Robert W Piken   on behalf of Stockholder Esma  Elberg rwp@pikenandpiken.com
              Stuart I Gordon   on behalf of Interested Party Sholom  Elberg stuart.gordon@rivkin.com
                                                                                      TOTAL: 55

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:                                                              CASE NO: 1−17−46613−nhl

Bracha Cab Corp

11−3000724

DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 6/27/19 was filed on 7/15/19.

The following deadlines apply:

The parties have until July 22, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is August 5, 2019.

If a Transcript Redaction Request is filed, the redacted transcript is due August 15, 2019.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is October 15, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Transcription Services at 2124200771 or you may view the document at the public terminal at the Office of the Clerk.

Dated: July 17, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftransap2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]