UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Bracha Cab Corp. et. al.,                          Chapter 11
                                                   Case No. 17-46613-nhl
         Debtors.                                  Jointly Administered

-----------------------------------------------------------x

## APPELLEE'S DESIGNATION OF
## RECORD AND ISSUES ON APPEAL

Appellee, Bracha Cab Corp. et. al. ("Debtors" or "Appellee"), pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure as and for their Designation of Record and Statement of Issues on appeal from this Court's order dated June 30, 2019 approving the Debtors' settlement agreement with Capital One Equipment Finance Corp. f/k/a All Points Capital Corp, d/b/a Capital One Taxi Medallion Finance and the defendants to the adversary proceeding commenced by the Debtors, respectfully designates the following matters for the record and states the following issues on appeal:

I. DESIGNATION OF RECORD ON APPEAL:

| No. | Date | Description |
| --- | --- | --- |
| 32 | 03/7/18 | Notice of Appearance on behalf of Ruben Elberg |
| 57 | 04/20/18 | Transcript of April 18, 2018 hearing |
| 58 | 04/20/18 | Transcript of April 18, 2018 hearing |
| 64 | 05/17/18 | Notice of Proposed Stipulation for Use of Cash Collateral |
| 65 | 05/25/18 | Ruben Elberg Declaration in Response to Stipulation for Use of Cash Collateral |
| 69 | 05/25/18 | Capital One Response to Ruben Elberg Declaration |

| 70 | 05/25/18 | Debtors' Reply to Ruben Elberg Declaration |
| 73 | 06/4/18 | Stipulation and Order authorizing Use of Cash Collateral |

## II. STATEMENT OF ISSUES:

1. Did the Bankruptcy Court err in granting the Debtors' motion to approve the settlement as a valid exercise of the Debtors' business judgment?

2. Did the Bankruptcy Court err in overruling Ruben Elberg's objection to the settlement and approving the settlement by finding that approval of the settlement met the criteria set forth in Federal Rule Bankruptcy Procedure 9019 and satisfied the factors used by courts in this Circuit for approval of settlements in the Bankruptcy Court?

3. Did the Bankruptcy Court err in finding that the settlement was above the lowest level of reasonableness and was fair, equitable, and in the best interests of the Debtors' estates?

4. Did the Bankruptcy Court err in approving the settlement when a third party came forward with the funds necessary to fund the settlement?

5. Did Debtors' counsel follow the proper procedure for submission of orders when it submitted the Order Authorizing and Approving Settlement Agreement?

Dated: Brooklyn, New York
       July 30, 2019

55ROSENBERG, MUSSO & WEINER, LLP
Attorneys for Appellee Debtors

By: /s/ _____
Bruce Weiner
Office & P.O. Address
26 Court Street (Suite 2211)
Brooklyn, New York 11242
Tel. No. (718) 855-6840