**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**In re:**

                                                      **Chapter 11**

**Bracha Cab Corp, et al.,**

                                                      **Case No. 17-46613-nhl**
                                                      **Jointly Administered**

                           **Debtors.**
-----------------------------------------------------------X       **AFFIDAVIT OF SERVICE**


**STATE OF NEW YORK**    )
                                   : ss.:
**COUNTY OF KINGS**      )

The undersigned, being duly sworn, deposes and says:

      1. I am over the age of eighteen, I am not a party in this case or proceeding and I reside at **STATEN ISLAND, NEW YORK.**

      2. On August 2, 2019**,** I served the **Appellee's Designation of Record and Issues on Appeal** upon the persons listed below\*, those persons being all persons entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(1), by mailing a true copy of same enclosed in a pre-address sealed wrapper with postage affixed in a post box maintained under the exclusive care and custody of the United States Postal Service in the State of New York.


                                                                            _/s/_
                                                                          Jasmin Gomez

Sworn to before me this
2nd day of August, 2019


  _/s/_
NOTARY PUBLIC


                                      \* SEE LIST ATTACHED\*

Brian Thomas McCarthy, Esq.
Abrams, Fensterman, Fensterman, Eisman,
Formato, Ferrara, Wolf & Carone, LLP
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201