UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:  Case No. 17-46613-nhl

Chapter: 11

**Bracha Cab Corp**

**Debtor**  CV# 19-cv-04077-KAM

-----------------------------------------------------------------x

## TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal having been filed herein by Brian Thomas McCarthy on behalf of Ruben Elberg **on July 12, 2019 re: Order Authorizing and Approving Settlement Agreement.**

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 8010(b)(1):

1. Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues
2. Affidavit of Service re: Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues
3. Appellee Designation of Contents For Inclusion in Record On Appeal & Statement of Issues

**Robert A. Gavin, Jr.**
**Clerk of Court**

Dated: **Brooklyn, New York**
   **August 14, 2019**

**By**: **A Dobson**
*Appeals Clerk*