| Information to identify the case: | | |
|---|---|---|
| Debtor **Bracha Cab Corp** Name | | EIN **11–3000724** |
| United States Bankruptcy Court **Eastern District of New York** Case number: **1–17–46613–nhl** | | Date case filed for chapter **11   12/8/17** |

# TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on July 12, 2019 by Brian Thomas McCarthy, appealing Order Authorizing and Approving Settlement Agreement, document number 125.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

1. Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues
2. Affidavit of Service re: Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues
3. Appellee Designation of Contents For Inclusion in Record On Appeal & Statement of Issues

Dated: August 14, 2019

Robert A. Gavin, Jr., Clerk of Court

By: A Dobson

Deputy Clerk

**BLadroap.jsp** [Transmittal of Additional Record on Appeal 04/17/17]