# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: adobson | Date Created: 8/14/2019 |
| Case: 1−17−46613−nhl | Form ID: 770 | Total: 34 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Capital One Equipment Finance Corp. f/k/a All Points Capital Corp. d/b/a Capital One Taxi Medallion Finance
cr          Ruben Elberg
cr          Ronald Jean−Pierre

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov
aty         Alissa Kim Piccione        alissa.piccione@troutman.com
aty         Brian Thomas McCarthy        bmccarthy@abramslaw.com
aty         Bruce Weiner        courts@nybankruptcy.net
aty         Francesco Pomara, Jr        fpomara@malliloandgrossman.com
aty         Jeffrey K Cymbler        jeffrey.cymbler@tax.ny.gov
aty         Joseph Gillette        jgillette@gmlawyers.net
aty         Matthew V Spero        matthew.spero@rivkin.com
aty         Robert W Piken        rwp@pikenandpiken.com
aty         Stuart I Gordon        stuart.gordon@rivkin.com

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Bracha Cab Corp        1281 Carroll Street        Brooklyn, NY 11213
stkhld      Esma Elberg        1281 Carrol Street        Brooklyn, NY 11213
jtadmdb     Dovber Cab Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     Tamar Cab Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     NY Genesis Taxi Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     Dabri Trans Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     Merab Cab Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     Fit Taxi Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     Jarub Trans Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     Somyash Taxi Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     NY Tint Taxi Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     NY Stance Taxi Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     NY Canteen Taxi Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     NY Energy Taxi Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     Jackhel Cab Corp        1281 Carroll Street        Brooklyn, NY 11213
jtadmdb     Lechaim Cab Corp        1281 Carroll Street        Brooklyn, NY 11213
cr          Jack Margossian        301 Fieldstone Terrace        Wyckoff, NJ 07481
acc         Fred Roth, CPA        333 Jericho Turnpike        Suite 122        Jericho, NY
cr          NY State Department of Taxation & Finance        15 MetroTech Center        Brooklyn, NY 11201
md          Lori Lapin Jones        98 Cutter Mill Road        Suite 201 North        Great Neck, NY 11021
intp        Sholom Elberg        c/o Rivkin Radler LLP        926 RXR Plaza        Uniondale, NY 11556

TOTAL: 21