

**Bank**

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

BRACHA CAB CORP  
DIP CASE 17-46613 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period:   Jul 01 2019-Jul 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP  
DIP CASE 17-46613 EDNY

Account #\

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 8,725.00 | Average Collected Balance | 10,620.16 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 10,335.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1048 | 325.00 | 07/15 | 1050 | 175.00 |
| 07/17 | 1049 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 8,725.00 | 07/17 | 10,660.00 |
| 07/02 | 10,925.00 | 07/23 | 10,335.00 |
| 07/15 | 10,750.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP                                                              Account #
DIP CASE 17-46618 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,025.00 | Average Collected Balance | 8,891.12 |
| Electronic Deposits | 4,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 10,635.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | CCD DEPOSIT, ACL MEDALLION CORP PAY 442 443 | 2,100.00 |
| 07/31 | CCD DEPOSIT, ACL MEDALLION CORP PAY 442 443 | 2,100.00 |
| | Subtotal: | 4,200.00 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1050 | 325.00 | 07/15 | 1053 | 175.00 |
| 07/17 | 1052* | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 7,025.00 | 07/17 | 8,860.00 |
| 07/02 | 9,125.00 | 07/23 | 8,535.00 |
| 07/15 | 8,950.00 | 07/31 | 10,635.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank® T STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,325.00 | Average Collected Balance | 11,413.70 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 11,135.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**  No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1048 | 325.00 | 07/15 | 1050 | 175.00 |
| 07/17 | 1049 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 9,325.00 | 07/17 | 11,460.00 |
| 07/02 | 11,725.00 | 07/23 | 11,135.00 |
| 07/15 | 11,550.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,791.56 | Average Collected Balance | 4,557.68 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 590.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 4,201.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1049 | 325.00 | 07/15 | 1051 | 175.00 |
| 07/17 | 1050 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 4,791.56 | 07/17 | 4,526.56 |
| 07/15 | 4,616.56 | 07/23 | 4,201.56 |



# Bank
America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

JACKHEL CAB CORP  
DIP CASE 17-46646 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Jul 01 2019-Jul 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP  
DIP CASE 17-46646 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,925.00 | Average Collected Balance | 3,881.67 |
| Deposits | 3,555.81 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 5,890.81 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | DEPOSIT | 1,355.81 |
| 07/31 | DEPOSIT | 2,200.00 |
| | Subtotal: | 3,555.81 |

**Checks Paid**  No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1048 | 325.00 | 07/15 | 1050 | 175.00 |
| 07/17 | 1049 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 2,925.00 | 07/17 | 4,015.81 |
| 07/03 | 4,280.81 | 07/23 | 3,690.81 |
| 07/15 | 4,105.81 | 07/31 | 5,890.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

JARUB TRANS CORP  
DIP CASE 17-46639 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Jul 01 2019-Jul 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP  
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,749.48 | Average Collected Balance | 6,870.44 |
| Electronic Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 7,159.48 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/11 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5223367455 | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1199 | 325.00 | 07/15 | 1201 | 175.00 |
| 07/17 | 1200 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 5,749.48 | 07/17 | 7,484.48 |
| 07/11 | 7,749.48 | 07/23 | 7,159.48 |
| 07/15 | 7,574.48 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

UPGR
000069529

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD JULY 01, 2019 - JULY 31, 2019

**Commercial Checking**                                                         JARUB TRANS CORP

| | | | |
|---|---|---|---|
| Previous Balance 06/30/19 | $1,250.00 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 07/31/19 | $1,250.00 | | |

## ACCOUNT DETAIL    FOR PERIOD JULY 01, 2019 - JULY 31, 2019

**Commercial Checking**                                                         JARUB TRANS CORP

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 07/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 07/31 | | | | $1,250.00 |
| Total | | $0.00 | $0.00 | |

No Items Processed

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.

MEMBER FDIC   EQUAL HOUSING LENDER



# Bank
America's Most Convenient Bank®                    T         STATEMENT OF ACCOUNT

LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page:                            1 of 2  
Statement Period:    Jul 01 2019-Jul 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP                                        Account #
DIP CASE 17-46647 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,691.57 | Average Collected Balance | 1,457.69 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 590.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 1,101.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1049 | 325.00 | 07/15 | 1051 | 175.00 |
| 07/17 | 1050 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 1,691.57 | 07/17 | 1,426.57 |
| 07/15 | 1,516.57 | 07/23 | 1,101.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

 **Bank**

America's Most Convenient Bank®         T        STATEMENT OF ACCOUNT

MERAB CAB CORP  
DIP CASE 17-46619 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Jul 01 2019-Jul 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP  
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,497.15 | Average Collected Balance | 9,363.27 |
| Electronic Deposits | 4,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 11,107.15 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | CCD DEPOSIT, ACL MEDALLION CORP PAY 438 439 | 2,100.00 |
| 07/31 | CCD DEPOSIT, ACL MEDALLION CORP PAY 438 439 | 2,100.00 |
| | Subtotal: | 4,200.00 |

**Checks Paid**  No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1196 | 325.00 | 07/15 | 1198 | 175.00 |
| 07/17 | 1197 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 7,497.15 | 07/17 | 9,332.15 |
| 07/02 | 9,597.15 | 07/23 | 9,007.15 |
| 07/15 | 9,422.15 | 07/31 | 11,107.15 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:   Jul 01 2019-Jul 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,714.17 | Average Collected Balance | 5,419.00 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 5,124.17 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**  No. Checks: 3     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1189 | 325.00 | 07/15 | 1191 | 175.00 |
| 07/17 | 1190 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 3,714.17 | 07/17 | 5,449.17 |
| 07/01 | 5,714.17 | 07/23 | 5,124.17 |
| 07/15 | 5,539.17 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

Case 1-17-46613-nhl    Doc 148-1    Filed 08/20/19    Entered 08/20/19 11:03:40



**Bank**

America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP  
DIP CASE 17-44645  
1281 CARROLL ST  
BROOKLYN NY  11213

Page:                                          1 of 2  
Statement Period:     Jul 01 2019-Jul 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP  
DIP CASE 17-44645

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,933.00 | Average Collected Balance | 2,699.12 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 590.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 2,343.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1196 | 325.00 | 07/15 | 1199 | 175.00 |
| 07/17 | 1198* | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 2,933.00 | 07/17 | 2,668.00 |
| 07/15 | 2,758.00 | 07/23 | 2,343.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®            T         STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP  
DIP CASE 17-46617 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period:  Jul 01 2019-Jul 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP  
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,099.55 | Average Collected Balance | 13,188.25 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 12,909.55 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**  No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1051 | 325.00 | 07/15 | 1053 | 175.00 |
| 07/17 | 1052 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 11,099.55 | 07/17 | 13,234.55 |
| 07/02 | 13,499.55 | 07/23 | 12,909.55 |
| 07/15 | 13,324.55 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank® STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jul 01 2019-Jul 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 725.00 | Average Collected Balance | 491.12 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 590.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 135.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1197 | 325.00 | 07/15 | 1199 | 175.00 |
| 07/17 | 1198 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 725.00 | 07/17 | 460.00 |
| 07/15 | 550.00 | 07/23 | 135.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®                    T        STATEMENT OF ACCOUNT

NY TINT TAXI CORP  
DIP CASE 17-46641 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Jul 01 2019-Jul 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP  
DIP CASE 17-46641 EDNY                                                        Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,925.00 | Average Collected Balance | 2,691.12 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 590.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 2,335.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1049 | 325.00 | 07/15 | 1051 | 175.00 |
| 07/17 | 1050 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 2,925.00 | 07/17 | 2,660.00 |
| 07/15 | 2,750.00 | 07/23 | 2,335.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# Bank
America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jul 01 2019- Jul 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,837.57 | Average Collected Balance | 6,542.40 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 6,247.57 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**  No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1043 | 325.00 | 07/15 | 1045 | 175.00 |
| 07/17 | 1044 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 4,837.57 | 07/17 | 6,572.57 |
| 07/01 | 6,837.57 | 07/23 | 6,247.57 |
| 07/15 | 6,662.57 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

TAMAR CAB CORP  
DIP CASE 17-46616 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Jul 01 2019-Jul 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP  
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,499.20 | Average Collected Balance | 9,365.32 |
| Electronic Deposits | 4,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 11,109.20 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | CCD DEPOSIT, ACL MEDALLION CORP PAY 440 441 | 2,100.00 |
| 07/31 | CCD DEPOSIT, ACL MEDALLION CORP PAY 440 441 | 2,100.00 |
| | Subtotal: | 4,200.00 |

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/23 | 1048 | 325.00 | 07/15 | 1050 | 175.00 |
| 07/17 | 1049 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 7,499.20 | 07/17 | 9,334.20 |
| 07/02 | 9,599.20 | 07/23 | 9,009.20 |
| 07/15 | 9,424.20 | 07/31 | 11,109.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender