# ROSENBERG, MUSSO & WEINER, LLP
## Attorneys At Law

**BRUCE WEINER**
**ROBERT J. MUSSO**

**LOUIS P. ROSENBERG**
(1908-1997)

**ROBERT NADEL**

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242

(718) 855-6840
FAX NO. (718) 625-1966

August 27, 2019

**E-File**
Honorable Nancy Hershey Lord
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:  Bracha Cab Corp, et al
**Bankruptcy Case No. 17-46613**

Dear Judge Lord:

This will confirm that the status conference and all other matters scheduled on August 29, 2019 are adjourned to November 19, 2019 at 11:00 a.m.

Very truly yours,

Bruce Weiner

BW:jg

cc.  David.Pisciotta@troutman.com
BBerman@foxrothschild.com
rwp@pikenandpiken.com
Jonathan.Forstot@troutman.com
BMcCarthy@abramslaw.com
gfreidman@gss-law.com
charles.liebman@johnsonliebman.com
esther@pikenandpiken.com
Nazar.Khodorovsky@usdoj.gov