
**Bank**
America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                              1 of 2
Statement Period:    Aug 01 2019-Aug 31 2019
Cust Ref #:                       4
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,335.00 | Average Collected Balance | 12,409.83 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 12,270.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**    No. Checks: 2     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1051 | 90.00 |
| 08/16 | 1052 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 10,335.00 | 08/16 | 12,360.00 |
| 08/01 | 12,535.00 | 08/20 | 12,270.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #:

### Chapter 11 Checking
DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account

### TD now accepts Real Time Payments!
We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,635.00 | Average Collected Balance | 10,645.32 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 12,470.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5226710785 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**     No. Checks: 2     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1054 | 90.00 |
| 08/16 | 1055 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 10,635.00 | 08/20 | 10,370.00 |
| 08/16 | 10,460.00 | 08/30 | 12,470.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:  Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking
DOVBER CAB CORP                                              Account #
DIP CASE 17-46614 EDNY

### TD now accepts Real Time Payments!
We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,135.00 | Average Collected Balance | 13,409.83 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 13,270.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**   No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1051 | 90.00 |
| 08/16 | 1052 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 11,135.00 | 08/16 | 13,360.00 |
| 08/01 | 13,535.00 | 08/20 | 13,270.00 |



# Bank
America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

FIT TAXI CORP  
DIP CASE 17-44620 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Aug 01 2019-Aug 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP  
DIP CASE 17-44620 EDNY

Account #

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,201.56 | Average Collected Balance | 4,076.39 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 3,936.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1052 | 90.00 |
| 08/16 | 1053 | 175.00 |

Subtotal: 265.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 4,201.56 | 08/20 | 3,936.56 |
| 08/16 | 4,026.56 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

JACKHEL CAB CORP  
DIP CASE 17-46646 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period:    Aug 01 2019-Aug 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP  
DIP CASE 17-46646 EDNY

Account #

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| Beginning Balance | 5,890.81 | Average Collected Balance | 5,772.10 |
| Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 7,825.81 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | DEPOSIT | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1051 | 90.00 |
| 08/16 | 1052 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 5,890.81 | 08/20 | 5,625.81 |
| 08/16 | 5,715.81 | 08/30 | 7,825.81 |

 **Bank**

America's Most Convenient Bank®                    T            STATEMENT OF ACCOUNT

JARUB TRANS CORP                                         Page:                                    1 of 2
DIP CASE 17-46639 EDNY                              Statement Period:    Aug 01 2019-Aug 31 2019
1281 CARROLL ST                                          Cust Ref #:                         '              #
BROOKLYN NY  11213                                    Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP                                                                       Account #
DIP CASE 17-46639 EDNY

TD now accepts Real Time Payments!
We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| Beginning Balance | 7,159.48 | Average Collected Balance | 8,427.86 |
| Electronic Deposits | 1,800.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 8,694.48 | Days in Period | 31 |

| DAILY ACCOUNT ACTIVITY | | |
|---|---|---|
| **Electronic Deposits** | | |
| POSTING DATE | DESCRIPTION | AMOUNT |
| 08/08 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5225771024 | 1,800.00 |
| | Subtotal: | 1,800.00 |

| **Checks Paid** | No. Checks: 2 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | |
|---|---|---|---|
| DATE | SERIAL NO. | AMOUNT | |
| 08/20 | 1202 | 90.00 | |
| 08/16 | 1203 | 175.00 | |
| | | Subtotal: | 265.00 |

| DAILY BALANCE SUMMARY | | | |
|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE |
| 07/31 | 7,159.48 | 08/16 | 8,784.48 |
| 08/08 | 8,959.48 | 08/20 | 8,694.48 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

UPGR
000316287

▶ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD AUGUST 01, 2019 - AUGUST 30, 2019

**Commercial Checking**                                                           **JARUB TRANS CORP**

| | | | |
|---|---|---|---|
| Previous Balance 07/31/19 | $1,250.00 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 08/30/19 | $1,250.00 | | |

## ACCOUNT DETAIL    FOR PERIOD AUGUST 01, 2019 - AUGUST 30, 2019

**Commercial Checking**                                                           **JARUB TRANS CORP**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 08/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 08/30 | | | | $1,250.00 |
| Total | | $0.00 | $0.00 | |

No Items Processed

*Thank you for banking with us.*                                                           PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.





# Bank
America's Most Convenient Bank®         T         STATEMENT OF ACCOUNT

LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY  
1281 CARROLL ST  
BROOKLYN NY 11213

Page: 1 of 2  
Statement Period: Aug 01 2019-Aug 31 2019  
Cust Ref #: 43        ##  
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP                                          Account #  
DIP CASE 17-46647 EDNY

TD now accepts Real Time Payments!
We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,101.57 | Average Collected Balance | 976.40 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 836.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1052 | 90.00 |
| 08/16 | 1053 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 1,101.57 | 08/20 | 836.57 |
| 08/16 | 926.57 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,107.15 | Average Collected Balance | 11,117.47 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 12,942.15 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5226710626 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1199 | 90.00 |
| 08/16 | 1200 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 11,107.15 | 08/20 | 10,842.15 |
| 08/16 | 10,932.15 | 08/30 | 12,942.15 |

Case 1-17-46613-nhl    Doc 150-1    Filed 09/23/19    Entered 09/23/19 15:39:28



# Bank
America's Most Convenient Bank®        T        STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:    Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking
NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #

### TD now accepts Real Time Payments!
We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,124.17 | Average Collected Balance | 6,937.71 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 6,859.17 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1192 | 90.00 |
| 08/16 | 1193 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 5,124.17 | 08/16 | 6,949.17 |
| 08/01 | 7,124.17 | 08/20 | 6,859.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP  
DIP CASE 17-44645  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period:  Aug 01 2019-Aug 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP  
DIP CASE 17-44645

Account # 433-_____

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,343.00 | Average Collected Balance | 2,217.83 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 2,078.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1200 | 90.00 |
| 08/16 | 1201 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 2,343.00 | 08/20 | 2,078.00 |
| 08/16 | 2,168.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking
NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### TD now accepts Real Time Payments!
We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,909.55 | Average Collected Balance | 15,184.38 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 15,044.55 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1054 | 90.00 |
| 08/16 | 1055 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 12,909.55 | 08/16 | 15,134.55 |
| 08/01 | 15,309.55 | 08/20 | 15,044.55 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account #

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 135.00 | Average Collected Balance | 1,216.29 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 2,070.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15 | eTransfer Credit, Online Xfer Transfer from CK 4339212287 | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**  No. Checks: 2  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1200 | 90.00 |
| 08/16 | 1201 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 135.00 | 08/16 | 2,160.00 |
| 08/15 | 2,335.00 | 08/20 | 2,070.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

NY TINT TAXI CORP  
DIP CASE 17-46641 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page:                                 1 of 2  
Statement Period:    Aug 01 2019-Aug 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP  
DIP CASE 17-46641 EDNY

Account # ·

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,335.00 | Average Collected Balance | 2,638.87 |
| Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 2,200.00 | Days in Period | 31 |
| Ending Balance | 2,070.00 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/08 | DEPOSIT | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1052 | 90.00 |
| 08/16 | 1053 | 175.00 |
| | Subtotal: | 265.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15 | eTransfer Debit, Online Xfer Transfer to CK 4339212279 | 2,200.00 |
| | Subtotal: | 2,200.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 2,335.00 | 08/16 | 2,160.00 |
| 08/08 | 4,535.00 | 08/20 | 2,070.00 |
| 08/15 | 2,335.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:     1 of 2
Statement Period:     Aug 01 2019-Aug 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC                 Account
DIP CASE 17-46640 EDNY

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,247.57 | Average Collected Balance | 8,061.11 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 7,982.57 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1046 | 90.00 |
| 08/16 | 1047 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 6,247.57 | 08/16 | 8,072.57 |
| 08/01 | 8,247.57 | 08/20 | 7,982.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Case 1-17-46613-nhl    Doc 150-1    Filed 09/23/19    Entered 09/23/19 15:39:28



# Bank
America's Most Convenient Bank®       T       STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                         1 of 2
Statement Period:     Aug 01 2019-Aug 31 2019
Cust Ref #:                                    t
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,109.20 | Average Collected Balance | 11,119.52 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 12,944.20 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5226710733 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/20 | 1051 | 90.00 |
| 08/16 | 1052 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 11,109.20 | 08/20 | 10,844.20 |
| 08/16 | 10,934.20 | 08/30 | 12,944.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender