**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                      1 of 2
Statement Period:        Sep 01 2019-Sep 30 2019
Cust Ref #:
Primary Account #:

**TD now accepts Real Time Payments!**

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account # 4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,270.00 | Average Collected Balance | 14,123.50 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 14,205.00 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,200.00 |
| | Subtotal: | 2,200.00 |

| **Checks Paid** | No. Checks: 2 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | |
|---|---|---|---|
| DATE | SERIAL NO | AMOUNT | |
| 09/18 | 1053 | 90.00 | |
| 09/16 | 1054 | 175.00 | |
| | | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 12,270.00 | 09/16 | 14,295.00 |
| 09/04 | 14,470.00 | 09/18 | 14,205.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | |
| Primary Account #: | |

**TD now accepts Real Time Payments!**
We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,470.00 | Average Collected Balance | 12,413.50 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 14,305.00 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5227525954 | 2,100.00 |
| | Subtotal: | 2,100.00 |

| **Checks Paid** | No. Checks: 2 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | |
|---|---|---|---|
| DATE | SERIAL NO. | AMOUNT | |
| 09/18 | 1056 | 90.00 | |
| 09/16 | 1057 | 175.00 | |
| | | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 12,470.00 | 09/18 | 12,205.00 |
| 09/16 | 12,295.00 | 09/30 | 14,305.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

| | |
|---|---|
| DOVBER CAB CORP | Page: 1 of 2 |
| DIP CASE 17-46614 EDNY | Statement Period: Sep 01 2019-Sep 30 2019 |
| 1281 CARROLL ST | Cust Ref #: |
| BROOKLYN NY 11213 | Primary Account #: |

## TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,270.00 | Average Collected Balance | 15,303.50 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 15,405.00 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1053 | 90.00 |
| 09/16 | 1054 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 13,270.00 | 09/16 | 15,495.00 |
| 09/04 | 15,670.00 | 09/18 | 15,405.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | |
| Primary Account #: | |

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,936.56 | Average Collected Balance | 3,810.06 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 3,671.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**     No. Checks: 2     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1054 | 90.00 |
| 09/16 | 1055 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 3,936.56 | 09/18 | 3,671.56 |
| 09/16 | 3,761.56 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

| | |
|---|---|
| JACKHEL CAB CORP | Page: 1 of 2 |
| DIP CASE 17-46646 EDNY | Statement Period: Sep 01 2019-Sep 30 2019 |
| 1281 CARROLL ST | Cust Ref #: |
| BROOKLYN NY 11213 | Primary Account #: |

**TD now accepts Real Time Payments!**

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY                                                              Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,825.81 | Average Collected Balance | 7,562.64 |
| Deposits | 1,800.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 9,360.81 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | DEPOSIT | 1,800.00 |
| | Subtotal: | 1,800.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1053 | 90.00 |
| 09/16 | 1054 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 7,825.81 | 09/18 | 7,560.81 |
| 09/16 | 7,650.81 | 09/30 | 9,360.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank
**America's Most Convenient Bank®**

T    STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | |
| Primary Account #: | . |

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account # .

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 8,694.48 | Average Collected Balance | 9,767.98 |
| Electronic Deposits | 1,800.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 10,229.48 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/11 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5228524346 | 1,800.00 |
| | Subtotal: | 1,800.00 |

| **Checks Paid** | No. Checks: 2 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | |
|---|---|---|---|
| DATE | SERIAL NO. | AMOUNT | |
| 09/18 | 1204 | 90.00 | |
| 09/16 | 1205 | 175.00 | |
| | | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 8,694.48 | 09/16 | 10,319.48 |
| 09/11 | 10,494.48 | 09/18 | 10,229.48 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

UPGR

000344496

▸ Contact your Relationship Manager to discuss
  targeted solutions for your evolving business needs.

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

||l|ı|ı|ı·||l·ı|ı||l·lıııı||l·lı|ı·lıı·ll·ı|ıl|ı||lı|ı··

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 01, 2019 - SEPTEMBER 30, 2019

**Commercial Checking** _____                                  **JARUB TRANS CORP**

| | | | |
|---|---|---|---|
| Previous Balance 08/31/19 | $1,250.00 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 09/30/19 | $1,250.00 | | |

## ACCOUNT DETAIL   FOR PERIOD SEPTEMBER 01, 2019 - SEPTEMBER 30, 2019

**Commercial Checking**                                                   **JARUB TRANS CORP**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 09/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 09/30 | | | | $1,250.00 |
| Total | | $0.00 | $0.00 | |

No Items Processed

*Thank you for banking with us.*                                          PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.

 



**Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | |
| Primary Account #: | |

**TD now accepts Real Time Payments!**

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 836.57 | Average Collected Balance | 710.07 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 571.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1054 | 90.00 |
| 09/16 | 1055 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 836.57 | 09/18 | 571.57 |
| 09/16 | 661.57 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | |
| Primary Account #: | |

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,942.15 | Average Collected Balance | 12,885.65 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 14,777.15 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5227525952 | 2,100.00 |
| | Subtotal: | 2,100.00 |

| **Checks Paid** | No. Checks: 2 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | |
|---|---|---|---|
| DATE | SERIAL NO. | AMOUNT | |
| 09/18 | 1201 | 90.00 | |
| 09/16 | 1202 | 175.00 | |
| | | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 12,942.15 | 09/18 | 12,677.15 |
| 09/16 | 12,767.15 | 09/30 | 14,777.15 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | |
| Primary Account #: | --- |

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,859.17 | Average Collected Balance | 8,541.83 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 8,594.17 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

| **Checks Paid** | No. Checks: 2 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | |
|---|---|---|---|
| DATE | SERIAL NO. | AMOUNT | |
| 09/18 | 1194 | 90.00 | |
| 09/17 | 1195 | 175.00 | |
| | | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 6,859.17 | 09/17 | 8,684.17 |
| 09/03 | 8,859.17 | 09/18 | 8,594.17 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                    1 of 2
Statement Period:     Sep 01 2019-Sep 30 2019
Cust Ref #:
Primary Account #:

**TD now accepts Real Time Payments.**

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,078.00 | Average Collected Balance | 1,957.33 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 1,813.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1202 | 90.00 |
| 09/17 | 1203 | 175.00 |

Subtotal:          265.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 2,078.00 | 09/18 | 1,813.00 |
| 09/17 | 1,903.00 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T      STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | ·· |
| Primary Account #: | |

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,044.55 | Average Collected Balance | 17,083.88 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 17,179.55 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**      No. Checks: 2          *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1056 | 90.00 |
| 09/17 | 1057 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 15,044.55 | 09/17 | 17,269.55 |
| 09/04 | 17,444.55 | 09/18 | 17,179.55 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

T                   STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | |
| Primary Account #: | |

**TD now accepts Real Time Payments!**

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

NY STANCE TAXI CORP                                                                       Account #
DIP CASE I7-46642 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,070.00 | Average Collected Balance | 3,786.00 |
| Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 4,005.00 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | DEPOSIT | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**    No. Checks: 2          *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1202 | 90.00 |
| 09/17 | 1203 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 2,070.00 | 09/17 | 4,095.00 |
| 09/05 | 4,270.00 | 09/18 | 4,005.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | |
| Primary Account #: | |

**TD now accepts Real Time Payments!**

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,070.00 | Average Collected Balance | 1,943.50 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 1,805.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1054 | 90.00 |
| 09/16 | 1055 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 2,070.00 | 09/18 | 1,805.00 |
| 09/16 | 1,895.00 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | |
| Primary Account #: | |

**TD now accepts Real Time Payments!**

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account # ‹

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,982.57 | Average Collected Balance | 9,659.40 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 9,717.57 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1048 | 90.00 |
| 09/16 | 1049 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 7,982.57 | 09/16 | 9,807.57 |
| 09/03 | 9,982.57 | 09/18 | 9,717.57 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | . |
| Primary Account #: | |

**TD now accepts Real Time Payments!**

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account # ˙ ˙ ˙

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,944.20 | Average Collected Balance | 12,887.70 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 14,779.20 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5227525953 | 2,100.00 |
| | Subtotal: | 2,100.00 |

| **Checks Paid** | No. Checks: 2 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | |
|---|---|---|---|
| DATE | SERIAL NO. | AMOUNT | |
| 09/18 | 1053 | 90.00 | |
| 09/16 | 1054 | 175.00 | |
| | | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 12,944.20 | 09/18 | 12,679.20 |
| 09/16 | 12,769.20 | 09/30 | 14,779.20 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender