Case 1-17-46613-nhl   Doc 154   Filed 09/13/19   Entered 10/30/19 10:36:41
Case 1:19-cv-04077-KAM   Document 4   Filed 09/16/19   Page 1 of 1 PageID #: 2984
Case 1:19-cv-04077-KAM   Document 3   Filed 09/12/19   Page 1 of 1 PageID #: 2983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------ x
BRACHA CAB CORP. et al,      :
         PLAINTIFFS,
Vs.                                     :

RUBEN ELBERG,               :      No. 1:19-cv-04077-KAM
         DEFENDANT.
                                :

------------------------------------------ x

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 & BANK. R. 8023

      Pursuant to F.R.C.P. 41 and Bank. R. 8023, Defendant[1] Ruben Elberg, by his counsel, hereby give notice that the above captioned appeal is voluntarily dismissed, that all filing fees have been paid by Ruben Elberg, that no counsel have filed notices of appearance in this appeal for any of the Plaintiffs and Ruben Elberg shall bear his own costs in this appeal.

Dated: September 12, 2019

                                  ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
                                  FORMATO, FERRARA, WOLF & CARONE, LLP.

                                    s/ Brian Thomas McCarthy
                                  Brian Thomas McCarthy, Esq. (BM-4808)
                                  3 Dakota Drive – Suite 300
                                  Lake Success, New York 11042
                                  (516) 328-2300
                                  bmccarthy@abramslaw.com
                                  *Counsel for Defendant*

                                  /s/ USDJ KIYO A. MATSUMOTO
So Ordered:_____
                              Kiyo A. Matsumoto
                              U.S. District Judge   9/13/19

---

[1] The caption for this appeal is incorrect as the Appellant is Ruben Elberg and he is not a Defendant in this action. No Cross-Appeals have been filed in this action.

1