# Rosenberg, Musso & Weiner, LLP
## *Attorneys At Law*

**BRUCE WEINER**
**ROBERT J. MUSSO**

**LOUIS P. ROSENBERG**
**(1908-1997)**

**ROBERT NADEL**

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242

(718) 855-6840
FAX NO. (718) 625-1966

November 7, 2019

**E-File**
Honorable Nancy Hershey Lord
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:    Bracha Cab Corp, et al
       **Bankruptcy Case No. 17-46613**

Dear Judge Lord:

This will confirm that all other matters scheduled on November 19, 2019 are adjourned to January 8, 2020 at 11:00 a.m.

Very truly yours,

/s/Bruce Weiner
Bruce Weiner

BW:jg