## ROSENBERG, MUSSO & WEINER, LLP
### *Attorneys At Law*

BRUCE WEINER
ROBERT J. MUSSO

LOUIS P. ROSENBERG
(1908-1997)

ROBERT NADEL

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242

(718) 855-6840
FAX NO. (718) 625-1966

December 18, 2019

<u>E-File</u>
Honorable Nancy Hershey Lord
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

> Re:   Bracha Cab Corp, et al
> **<u>Bankruptcy Case No. 17-46613</u>**

Dear Judge Lord:

This will confirm that all other matters scheduled on January 8, 2020 are adjourned to February 11, 2020 at 11:00 a.m.

Very truly yours,

/s/Bruce Weiner
Bruce Weiner

BW:jg

cc.   David.Pisciotta@troutman.com
BBerman@foxrothschild.com
rwp@pikenandpiken.com
Jonathan.Forstot@troutman.com
BMcCarthy@abramslaw.com
gfreidman@gss-law.com
charles.liebman@johnsonliebman.com
esther@pikenandpiken.com
Nazar.Khodorovsky@usdoj.gov