

## TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

### Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #:

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 15,815.00 | Average Collected Balance | 18,161.16 |
| Electronic Deposits | 4,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 19,950.00 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,200.00 |
| 11/27 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2L35/2L36 | 2,200.00 |
| | Subtotal: | 4,400.00 |

**Checks Paid**  No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---:|
| 11/15 | 1058 | 90.00 |
| 11/14 | 1059 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 10/31 | 15,815.00 | 11/15 | 17,750.00 |
| 11/01 | 18,015.00 | 11/27 | 19,950.00 |
| 11/14 | 17,840.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,815.00 | Average Collected Balance | 15,807.83 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 17,650.00 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5232742331 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1061 | 90.00 |
| 11/14 | 1062 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 15,815.00 | 11/15 | 15,550.00 |
| 11/14 | 15,640.00 | 11/29 | 17,650.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**
America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,215.00 | Average Collected Balance | 19,787.83 |
| Electronic Deposits | 4,800.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 21,750.00 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,400.00 |
| 11/27 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2J71/2J72 | 2,400.00 |
| | Subtotal: | 4,800.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1058 | 90.00 |
| 11/14 | 1059 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 17,215.00 | 11/15 | 19,350.00 |
| 11/01 | 19,615.00 | 11/27 | 21,750.00 |
| 11/14 | 19,440.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,081.56 | Average Collected Balance | 2,934.39 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 2,816.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1059 | 90.00 |
| 11/14 | 1060 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 3,081.56 | 11/15 | 2,816.56 |
| 11/14 | 2,906.56 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:  Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,570.81 | Average Collected Balance | 10,666.97 |
| Deposits | 1,800.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 12,105.81 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | DEPOSIT | 1,800.00 |
| | Subtotal: | 1,800.00 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1058 | 90.00 |
| 11/14 | 1059 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 10,570.81 | 11/15 | 10,305.81 |
| 11/14 | 10,395.81 | 11/26 | 12,105.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

JARUB TRANS CORP  
DIP CASE 17-46639 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Nov 01 2019-Nov 30 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP  
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,639.48 | Average Collected Balance | 13,025.64 |
| Electronic Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 13,374.48 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/08 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5233576509 | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1209 | 90.00 |
| 11/14 | 1210 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 11,639.48 | 11/14 | 13,464.48 |
| 11/08 | 13,639.48 | 11/15 | 13,374.48 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

UPGR
000086530

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD NOVEMBER 01, 2019 - NOVEMBER 29, 2019

**Commercial Checking**                                                                 **JARUB TRANS CORP**

| | | | |
|---|---|---|---|
| Previous Balance 10/31/19 | $1,250.00 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 11/29/19 | $1,250.00 | | |

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 01, 2019 - NOVEMBER 29, 2019

**Commercial Checking**                                                                 **JARUB TRANS CORP**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 11/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 11/29 | | | | $1,250.00 |
| Total | | $0.00 | $0.00 | |
| No Items Processed | | | | |

Thank you for banking with us.

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.




**Bank**
America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                   1 of 2
Statement Period:   Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 246.57 | Average Collected Balance | 246.57 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 246.57 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,287.15 | Average Collected Balance | 16,279.98 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 18,122.15 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5232742334 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**  No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1206 | 90.00 |
| 11/14 | 1207 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 16,287.15 | 11/15 | 16,022.15 |
| 11/14 | 16,112.15 | 11/29 | 18,122.15 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,004.17 | Average Collected Balance | 11,667.00 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 11,739.17 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1199 | 90.00 |
| 11/14 | 1201* | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 10,004.17 | 11/14 | 11,829.17 |
| 11/01 | 12,004.17 | 11/15 | 11,739.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP  
DIP CASE 17-44645  
1281 CARROLL ST  
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | ## |
| Primary Account #: | 1 |

## Chapter 11 Checking

NY ENERGY TAXI CORP  
DIP CASE 17-44645

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,223.00 | Average Collected Balance | 1,075.83 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 958.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**     No. Checks: 2      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1207 | 90.00 |
| 11/14 | 1208 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 1,223.00 | 11/15 | 958.00 |
| 11/14 | 1,048.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®        T        STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                        1 of 2
Statement Period:    Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP                                                                 Account #
DIP CASE 17-46617 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 18,989.55 | Average Collected Balance | 21,562.38 |
| Electronic Deposits | 4,800.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 23,524.55 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | CCD DEPOSIT, WAILING MGMT LESEE FEES | 2,400.00 |
| 11/27 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2Y44/2Y45 | 2,400.00 |
| | Subtotal: | 4,800.00 |

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1061 | 90.00 |
| 11/14 | 1062 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 18,989.55 | 11/15 | 21,124.55 |
| 11/01 | 21,389.55 | 11/27 | 23,524.55 |
| 11/14 | 21,214.55 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank

America's Most Convenient Bank®       T       STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP                                          Account #
DIP CASE 17-46642 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,015.00 | Average Collected Balance | 6,873.66 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 6,750.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1207 | 90.00 |
| 11/15 | 1208 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 7,015.00 | 11/15 | 6,750.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,215.00 | Average Collected Balance | 1,073.66 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 950.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1059 | 90.00 |
| 11/15 | 1060 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 1,215.00 | 11/15 | 950.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,127.57 | Average Collected Balance | 12,796.23 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 12,862.57 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1053 | 90.00 |
| 11/15 | 1054 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 11,127.57 | 11/15 | 12,862.57 |
| 11/01 | 13,127.57 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

T     STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,289.20 | Average Collected Balance | 16,287.86 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 18,124.20 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5232742335 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**  No. Checks: 2      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/15 | 1058 | 90.00 |
| 11/15 | 1059 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 16,289.20 | 11/29 | 18,124.20 |
| 11/15 | 16,024.20 | | |