
**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2019-Dec 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,950.00 | Average Collected Balance | 19,972.41 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 21,885.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2L35/2L36 | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1060 | 90.00 |
| 12/17 | 1061 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 19,950.00 | 12/20 | 19,685.00 |
| 12/17 | 19,775.00 | 12/30 | 21,885.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                               1 of 2
Statement Period:   Dec 01 2019-Dec 31 2019
Cust Ref #:                                ###
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,650.00 | Average Collected Balance | 17,598.22 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 19,485.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5235310660 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**  No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1063 | 90.00 |
| 12/17 | 1064 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 17,650.00 | 12/20 | 17,385.00 |
| 12/17 | 17,475.00 | 12/31 | 19,485.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## Bank

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                   1 of 2
Statement Period:    Dec 01 2019-Dec 31 2019
Cust Ref #:          4                       #
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account # 4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,750.00 | Average Collected Balance | 21,785.32 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 23,885.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2J71/2J72 | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1060 | 90.00 |
| 12/17 | 1061 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 21,750.00 | 12/20 | 21,485.00 |
| 12/17 | 21,575.00 | 12/30 | 23,885.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®       T       STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                       1 of 2
Statement Period:    Dec 01 2019-Dec 31 2019
Cust Ref #:                                     #
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,816.56 | Average Collected Balance | 2,697.04 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 2,551.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1061 | 90.00 |
| 12/17 | 1062 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 2,816.56 | 12/20 | 2,551.56 |
| 12/17 | 2,641.56 | | |


**Bank**
America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:   Dec 01 2019-Dec 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,105.81 | Average Collected Balance | 12,608.87 |
| Deposits | 1,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 13,440.81 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/19 | DEPOSIT | 1,600.00 |
| | Subtotal: | 1,600.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1060 | 90.00 |
| 12/17 | 1061 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 12,105.81 | 12/19 | 13,530.81 |
| 12/17 | 11,930.81 | 12/20 | 13,440.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:  Dec 01 2019-Dec 31 2019
Cust Ref #:  4  ##
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,374.48 | Average Collected Balance | 14,674.31 |
| Electronic Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 15,109.48 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5236301226 | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1211 | 90.00 |
| 12/17 | 1212 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 13,374.48 | 12/17 | 15,199.48 |
| 12/10 | 15,374.48 | 12/20 | 15,109.48 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

UPGR
000132654

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

▶ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD DECEMBER 01, 2019 - DECEMBER 31, 2019

**Commercial Checking**                                                                  JARUB TRANS CORP

| | | | |
|---|---|---|---|
| Previous Balance 11/30/19 | $1,250.00 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 12/31/19 | $1,250.00 | | |

## ACCOUNT DETAIL   FOR PERIOD DECEMBER 01, 2019 - DECEMBER 31, 2019

**Commercial Checking**                                                                  JARUB TRANS CORP

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 12/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 12/31 | | | | $1,250.00 |
| Total | | $0.00 | $0.00 | |// 

No Items Processed

*Thank you for banking with us.*                                                         PAGE 1 OF 2
Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.



MEMBER FDIC



# TD Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2019-Dec 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 246.57 | Average Collected Balance | 1,681.89 |
| Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 2,381.57 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | DEPOSIT | 800.00 |
| 12/12 | DEPOSIT | 1,600.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1057 | 90.00 |
| 12/17 | 1058 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 246.57 | 12/17 | 2,471.57 |
| 12/09 | 1,046.57 | 12/20 | 2,381.57 |
| 12/12 | 2,646.57 | | |



# Bank

America's Most Convenient Bank®            T            STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2019-Dec 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 18,122.15 | Average Collected Balance | 18,070.37 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 19,957.15 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5235310658 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**    No. Checks: 2     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1208 | 90.00 |
| 12/17 | 1209 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 18,122.15 | 12/20 | 17,857.15 |
| 12/17 | 17,947.15 | 12/31 | 19,957.15 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank

America's Most Convenient Bank®   T    STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP  
DIP CASE 17-46644 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Dec 01 2019-Dec 31 2019  
Cust Ref #:  
Primary Account #:

### Chapter 11 Checking

NY CANTEEN TAXI CORP  
DIP CASE 17-46644 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,739.17 | Average Collected Balance | 13,493.84 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 13,474.17 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1202 | 90.00 |
| 12/17 | 1204* | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 11,739.17 | 12/17 | 13,564.17 |
| 12/02 | 13,739.17 | 12/20 | 13,474.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2019-Dec 31 2019
Cust Ref #:
Primary Account #: 4

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 958.00 | Average Collected Balance | 958.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 958.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Case 1-17-46613-nhl    Doc 167-1    Filed 01/21/20    Entered 01/21/20 13:08:53



# Bank

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP  
DIP CASE 17-46617 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Dec 01 2019-Dec 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP  
DIP CASE 17-46617 EDNY

Account ¨

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,524.55 | Average Collected Balance | 23,559.87 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 25,659.55 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2Y44/2Y45 | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1063 | 90.00 |
| 12/17 | 1064 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 23,524.55 | 12/20 | 23,259.55 |
| 12/17 | 23,349.55 | 12/30 | 25,659.55 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

NY STANCE TAXI CORP  
DIP CASE 17-46642 EDNY  
1281 CARROLL STREET  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Dec 01 2019-Dec 31 2019  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP  
DIP CASE 17-46642 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,750.00 | Average Collected Balance | 8,985.32 |
| Deposits | 3,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 9,885.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEPOSIT | 1,800.00 |
| 12/17 | DEPOSIT | 1,600.00 |
| | Subtotal: | 3,400.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1209 | 90.00 |
| 12/17 | 1210 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 6,750.00 | 12/17 | 9,975.00 |
| 12/03 | 8,550.00 | 12/20 | 9,885.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®                T        STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2019-Dec 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 950.00 | Average Collected Balance | 1,902.09 |
| Deposits | 1,226.66 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 1,911.66 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | DEPOSIT | 1,226.66 |
| | Subtotal: | 1,226.66 |

**Checks Paid**   No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1061 | 90.00 |
| 12/17 | 1062 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 950.00 | 12/17 | 2,001.66 |
| 12/04 | 2,176.66 | 12/20 | 1,911.66 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2019-Dec 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,862.57 | Average Collected Balance | 14,617.24 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 14,597.57 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**  No. Checks: 2  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1055 | 90.00 |
| 12/17 | 1056 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 12,862.57 | 12/17 | 14,687.57 |
| 12/02 | 14,862.57 | 12/20 | 14,597.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                              1 of 2
Statement Period:    Dec 01 2019-Dec 31 2019
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 18,124.20 | Average Collected Balance | 18,072.42 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 19,959.20 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5235310659 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/20 | 1061 | 90.00 |
| 12/17 | 1062 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 18,124.20 | 12/20 | 17,859.20 |
| 12/17 | 17,949.20 | 12/31 | 19,959.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender