# ROSENBERG, MUSSO & WEINER, LLP
## *Attorneys At Law*

BRUCE WEINER
ROBERT J. MUSSO
_____

LOUIS P. ROSENBERG
(1908-1997)
_____

ROBERT NADEL

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242
_____

(718) 855-6840
FAX NO. (718) 625-1966

December 18, 2019

**E-File**
Honorable Nancy Hershey Lord
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:    Bracha Cab Corp, et al
       **Bankruptcy Case No. 17-46613**

Dear Judge Lord:

This will confirm that all other matters scheduled on February 11, 2020 are adjourned to March 17, 2020 at 11:30 a.m.

Very truly yours,

/s/Bruce Weiner
Bruce Weiner

BW:jg

cc.    David.Pisciotta@troutman.com
       BBerman@foxrothschild.com
       rwp@pikenandpiken.com
       Jonathan.Forstot@troutman.com
       BMcCarthy@abramslaw.com
       gfreidman@gss-law.com
       charles.liebman@johnsonliebman.com
       esther@pikenandpiken.com
       Nazar.Khodorovsky@usdoj.gov