
**Bank**
America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2020-Jan 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,885.00 | Average Collected Balance | 21,719.67 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 590.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 21,295.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1062 | 325.00 | 01/16 | 1064 | 175.00 |
| 01/17 | 1063 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 21,885.00 | 01/17 | 21,620.00 |
| 01/16 | 21,710.00 | 01/29 | 21,295.00 |



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jan 01 2020 - 
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,485.00 | Average Collected Balance | 19,387.41 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 20,995.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5237978779 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**  No. Checks: 3  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1065 | 325.00 | 01/16 | 1067 | 175.00 |
| 01/17 | 1066 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 19,485.00 | 01/29 | 18,895.00 |
| 01/16 | 19,310.00 | 01/31 | 20,995.00 |
| 01/17 | 19,220.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®        T        STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2020-Jan 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,885.00 | Average Collected Balance | 23,719.67 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 590.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 23,295.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1062 | 325.00 | 01/16 | 1064 | 175.00 |
| 01/17 | 1063 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 23,885.00 | 01/17 | 23,620.00 |
| 01/16 | 23,710.00 | 01/29 | 23,295.00 |



**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2020-Jan 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,551.56 | Average Collected Balance | 2,386.23 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 590.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 1,961.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1063 | 325.00 | 01/16 | 1065 | 175.00 |
| 01/17 | 1064 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 2,551.56 | 01/17 | 2,286.56 |
| 01/16 | 2,376.56 | 01/29 | 1,961.56 |



**Bank**

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:   Jan 01 2020-Jan 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,440.81 | Average Collected Balance | 13,275.48 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 590.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 12,850.81 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1062 | 325.00 | 01/16 | 1064 | 175.00 |
| 01/17 | 1063 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 13,440.81 | 01/17 | 13,175.81 |
| 01/16 | 13,265.81 | 01/29 | 12,850.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®      T      STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2020-Jan 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,109.48 | Average Collected Balance | 16,492.54 |
| Electronic Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 16,519.48 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/08 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5238721324 | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1213 | 325.00 | 01/16 | 1215 | 175.00 |
| 01/17 | 1214 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 15,109.48 | 01/17 | 16,844.48 |
| 01/08 | 17,109.48 | 01/29 | 16,519.48 |
| 01/16 | 16,934.48 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Capital One Bank
### Commercial Banking Group

# MANAGE YOUR CASH
CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

UPGR
000100720

▶ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY  11213

## ACCOUNT SUMMARY    FOR PERIOD  JANUARY 01, 2020  -  JANUARY 31, 2020

**Commercial Checking**                                                                  **JARUB TRANS CORP**

| | | | |
|---|---|---|---|
| Previous Balance  12/31/19 | $1,250.00 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 01/31/20 | $1,250.00 | | |

## ACCOUNT DETAIL    FOR PERIOD  JANUARY 01, 2020  -  JANUARY 31, 2020

**Commercial Checking**                                                                   **JARUB TRANS CORP**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 01/31 | | | | $1,250.00 |
| Total | | $0.00 | $0.00 | |
| | No Items Processed | | | |

*Thank you for banking with us.*                                                                           PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.



MEMBER FDIC  EQUAL HOUSING LENDER



# Bank

America's Most Convenient Bank®         T         STATEMENT OF ACCOUNT

LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period:   Jan 01 2020-Jan 31 2020  
Cust Ref #: #  
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY

Account :

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,381.57 | Average Collected Balance | 1,564.15 |
| Deposits | 1,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 1,461.00 | Days in Period | 31 |
| Ending Balance | 1,930.57 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/30 | DEPOSIT | 1,600.00 |
| | Subtotal: | 1,600.00 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1059 | 325.00 | 01/16 | 1061 | 175.00 |
| 01/17 | 1060 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/17 | CCD DEBIT, TLC LARS TLC CPSS C | 103722603 | 940.20 |
| 01/17 | CCD DEBIT, TLC LARS TLC CPSS C | 103721145 | 520.80 |
| | | Subtotal: | 1,461.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 2,381.57 | 01/29 | 330.57 |
| 01/16 | 2,206.57 | 01/30 | 1,930.57 |
| 01/17 | 655.57 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                              1 of 2
Statement Period:    Jan 01 2020-Jan 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,957.15 | Average Collected Balance | 19,859.56 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 21,467.15 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5237978778 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**  No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1210 | 325.00 | 01/16 | 1212 | 175.00 |
| 01/17 | 1211 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 19,957.15 | 01/29 | 19,367.15 |
| 01/16 | 19,782.15 | 01/31 | 21,467.15 |
| 01/17 | 19,692.15 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2020-Jan 31 2020
Cust Ref #:                                        ##
Primary Account #:

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,474.17 | Average Collected Balance | 15,183.04 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 14,884.17 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1205 | 325.00 | 01/16 | 1207 | 175.00 |
| 01/17 | 1206 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 13,474.17 | 01/17 | 15,209.17 |
| 01/02 | 15,474.17 | 01/29 | 14,884.17 |
| 01/16 | 15,299.17 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY  11213

Page:                          1 of 2
Statement Period:    Jan 01 2020-Jan 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 958.00 | Average Collected Balance | 589.00 |
| | | Interest Earned This Period | 0.00 |
| Electronic Payments | 762.60 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 195.40 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 01/17 | CCD DEBIT, TLC LARS TLC CPSS C | 103706772 | | 465.90 |
| 01/17 | CCD DEBIT, TLC LARS TLC CPSS C | 103707641 | | 296.70 |
| | | | Subtotal: | 762.60 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 958.00 | 01/17 | 195.40 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2020-Jan 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25,659.55 | Average Collected Balance | 25,494.22 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 590.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 25,069.55 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1065 | 325.00 | 01/16 | 1068* | 175.00 |
| 01/17 | 1066 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 25,659.55 | 01/17 | 25,394.55 |
| 01/16 | 25,484.55 | 01/29 | 25,069.55 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2020-Jan 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,885.00 | Average Collected Balance | 9,722.90 |
| Deposits | 1,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 10,895.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | DEPOSIT | 1,600.00 |
| | Subtotal: | 1,600.00 |

**Checks Paid**  No. Checks: 3

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1211 | 325.00 | 01/16 | 1213 | 175.00 |
| 01/17 | 1212 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 9,885.00 | 01/29 | 9,295.00 |
| 01/16 | 9,710.00 | 01/31 | 10,895.00 |
| 01/17 | 9,620.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2020 -
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,911.66 | Average Collected Balance | 2,988.27 |
| Deposits | 1,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 2,921.66 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | DEPOSIT | 1,600.00 |
| | Subtotal: | 1,600.00 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1063 | 325.00 | 01/16 | 1065 | 175.00 |
| 01/17 | 1064 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 1,911.66 | 01/17 | 3,246.66 |
| 01/07 | 3,511.66 | 01/29 | 2,921.66 |
| 01/16 | 3,336.66 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                  1 of 2
Statement Period:    Jan 01 2020-Jan 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account # -

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,597.57 | Average Collected Balance | 16,306.44 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 16,007.57 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1057 | 325.00 | 01/16 | 1059 | 175.00 |
| 01/17 | 1058 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 14,597.57 | 01/17 | 16,332.57 |
| 01/02 | 16,597.57 | 01/29 | 16,007.57 |
| 01/16 | 16,422.57 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jan 01 2020-Jan 31 2020
Cust Ref #: ##
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,959.20 | Average Collected Balance | 19,861.61 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 590.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 21,469.20 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5237978780 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/29 | 1063 | 325.00 | 01/16 | 1065 | 175.00 |
| 01/17 | 1064 | 90.00 | | | |
| | | | | Subtotal: | 590.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 19,959.20 | 01/29 | 19,369.20 |
| 01/16 | 19,784.20 | 01/31 | 21,469.20 |
| 01/17 | 19,694.20 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender