## ROSENBERG, MUSSO & WEINER, LLP
*Attorneys At Law*

**BRUCE WEINER**
**ROBERT J. MUSSO**

**LOUIS P. ROSENBERG**
(1908-1997)

**ROBERT NADEL**

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242

(718) 855-6840
FAX NO. (718) 625-1966

March 11, 2020

**E-File**
Honorable Nancy Hershey Lord
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Bracha Cab Corp, et al
              **Bankruptcy Case No. 17-46613**

Dear Judge Lord:

      This will confirm that all matters scheduled on March 17, 2020 are adjourned to May 12, 2020 at 11:00 a.m.

Very truly yours,

/s/ *Bruce Weiner*
Bruce Weiner

BW:jg

cc:    David.Pisciotta@troutman.com
       BBerman@foxrothschild.com
       rwp@pikenandpiken.com
       BMcCarthy@abramslaw.com
       gfreidman@gss-law.com
       charles.liebman@johnsonliebman.com
       esther@pikenandpiken.com
       Nazar.Khodorovsky@usdoj.gov