**Bank**

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Feb 01 2020-Feb 29 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,295.00 | Average Collected Balance | 22,101.89 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 23,230.00 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2L35/2L36 | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1065 | 90.00 |
| 02/18 | 1066 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 21,295.00 | 02/20 | 23,230.00 |
| 02/18 | 23,320.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Feb 01 2020-Feb 29 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,995.00 | Average Collected Balance | 21,036.37 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 22,830.00 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5240656266 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**   No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1068 | 90.00 |
| 02/18 | 1069 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 20,995.00 | 02/20 | 20,730.00 |
| 02/18 | 20,820.00 | 02/28 | 22,830.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®       T       STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Feb 01 2020-Feb 29 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,295.00 | Average Collected Balance | 24,184.65 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 25,430.00 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2J71/2J72 | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1065 | 90.00 |
| 02/18 | 1066 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 23,295.00 | 02/20 | 25,430.00 |
| 02/18 | 25,520.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**
America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Feb 01 2020-Feb 29 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,961.56 | Average Collected Balance | 1,858.11 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 1,696.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 2  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1066 | 90.00 |
| 02/18 | 1067 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 1,961.56 | 02/20 | 1,696.56 |
| 02/18 | 1,786.56 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Case 1-17-46613-nhl    Doc 173-3    Filed 03/19/20    Entered 03/19/20 13:57:23



# Bank

America's Most Convenient Bank®     T     **STATEMENT OF ACCOUNT**

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Feb 01 2020-Feb 29 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,850.81 | Average Collected Balance | 14,130.12 |
| Deposits | 1,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 14,185.81 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | DEPOSIT | 1,600.00 |
| | Subtotal: | 1,600.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1065 | 90.00 |
| 02/18 | 1066 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 12,850.81 | 02/18 | 14,275.81 |
| 02/04 | 14,450.81 | 02/20 | 14,185.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                      1 of 2
Statement Period:     Feb 01 2020-Feb 29 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP                                                    Account #
DIP CASE 17-46639 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,519.48 | Average Collected Balance | 17,795.34 |
| Electronic Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 18,254.48 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5241481825 | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1216 | 90.00 |
| 02/18 | 1217 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 16,519.48 | 02/18 | 18,344.48 |
| 02/10 | 18,519.48 | 02/20 | 18,254.48 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

UPGR
000030886

▶ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD FEBRUARY 01, 2020 - FEBRUARY 28, 2020

### Commercial Checking
JARUB TRANS CORP

| | | | |
|---|---|---|---|
| Previous Balance 01/31/20 | $1,250.00 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 02/28/20 | $1,250.00 | | |

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 01, 2020 - FEBRUARY 28, 2020

### Commercial Checking
JARUB TRANS CORP

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 02/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 02/28 | | | | $1,250.00 |
| **Total** | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.

 

 **Bank**

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Feb 01 2020-Feb 29 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,930.57 | Average Collected Balance | 2,168.50 |
| Deposits | 1,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 3,265.57 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/21 | DEPOSIT | 1,600.00 |
| | Subtotal: | 1,600.00 |

**Checks Paid**  No. Checks: 2  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1062 | 90.00 |
| 02/18 | 1063 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 1,930.57 | 02/20 | 1,665.57 |
| 02/18 | 1,755.57 | 02/21 | 3,265.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®            T            STATEMENT OF ACCOUNT

MERAB CAB CORP  
DIP CASE 17-46619 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Feb 01 2020-Feb 29 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP  
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,467.15 | Average Collected Balance | 21,508.52 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 23,302.15 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5240656264 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**  No. Checks: 2      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1213 | 90.00 |
| 02/18 | 1214 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 21,467.15 | 02/20 | 21,202.15 |
| 02/18 | 21,292.15 | 02/28 | 23,302.15 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®           T           STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP  
DIP CASE 17-46644 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page:                                              1 of 2  
Statement Period:     Feb 01 2020-Feb 29 2020  
Cust Ref #:                                              ##  
Primary Account #:

## Chapter 11 Checking

NY CANTEEN TAXI CORP  
DIP CASE 17-46644 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,884.17 | Average Collected Balance | 16,577.27 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 16,619.17 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 2     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1208 | 90.00 |
| 02/18 | 1209 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 14,884.17 | 02/18 | 16,709.17 |
| 02/03 | 16,884.17 | 02/20 | 16,619.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®        T        STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP  
DIP CASE 17-44645  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Feb 01 2020-Feb 29 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP  
DIP CASE 17-44645

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 195.40 | Average Collected Balance | 195.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 195.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP  
DIP CASE 17-46617 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Feb 01 2020-Feb 29 2020  
Cust Ref #: ###  
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP  
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25,069.55 | Average Collected Balance | 25,959.20 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 27,204.55 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2Y44/2Y45 | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1069 | 90.00 |
| 02/18 | 1070 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 25,069.55 | 02/20 | 27,204.55 |
| 02/18 | 27,294.55 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Feb 01 2020-Feb 29 2020
Cust Ref #:
Primary Account #:                              9

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account # 422-021

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,895.00 | Average Collected Balance | 10,688.10 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 10,630.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1214 | 90.00 |
| 02/18 | 1215 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 10,895.00 | 02/20 | 10,630.00 |
| 02/18 | 10,720.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®       T       STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                  1 of 2
Statement Period:    Feb 01 2020-Feb 29 2020
Cust Ref #:                                   #
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,921.66 | Average Collected Balance | 4,425.10 |
| Deposits | 3,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 5,856.66 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | DEPOSIT | 1,600.00 |
| 02/25 | DEPOSIT | 1,600.00 |
| | Subtotal: | 3,200.00 |

**Checks Paid**   No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1066 | 90.00 |
| 02/18 | 1067 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 2,921.66 | 02/20 | 4,256.66 |
| 02/04 | 4,521.66 | 02/25 | 5,856.66 |
| 02/18 | 4,346.66 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank

America's Most Convenient Bank®         T       STATEMENT OF ACCOUNT

SOMYASH TAXI INC  
DIP CASE 17-46640 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period:   Feb 01 2020-Feb 29 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC  
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,007.57 | Average Collected Balance | 17,700.67 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 17,742.57 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1060 | 90.00 |
| 02/18 | 1061 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 16,007.57 | 02/18 | 17,832.57 |
| 02/03 | 18,007.57 | 02/20 | 17,742.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com  
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Feb 01 2020-Feb 29 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,469.20 | Average Collected Balance | 21,510.57 |
| Electronic Deposits | 2,100.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 265.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 23,304.20 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5240656265 | 2,100.00 |
| | Subtotal: | 2,100.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/20 | 1066 | 90.00 |
| 02/18 | 1067 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 21,469.20 | 02/20 | 21,204.20 |
| 02/18 | 21,294.20 | 02/28 | 23,304.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender