

**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2020-Mar 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account ..

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,230.00 | Average Collected Balance | 23,644.48 |
| Electronic Deposits | 2,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,065.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 384.00 | Days in Period | 31 |
| Ending Balance | 23,981.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/16 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2L35/2L36 | 2,200.00 |
| | Subtotal: | 2,200.00 |

**Checks Paid**  No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1067 | 800.00 | 03/16 | 1069 | 175.00 |
| 03/17 | 1068 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096176 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 1960004096 | 359.00 |
| | Subtotal: | 384.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 23,230.00 | 03/17 | 24,340.00 |
| 03/16 | 24,455.00 | 03/18 | 23,981.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page:                                  1 of 2
Statement Period:   Mar 01 2020-Mar 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 22,830.00 | Average Collected Balance | 21,706.16 |
| Electronic Deposits | 1,050.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,065.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 1,351.00 | Days in Period | 31 |
| Ending Balance | 21,464.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/31 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5243093448 | 1,050.00 |
| | Subtotal: | 1,050.00 |

**Checks Paid**  No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1070 | 800.00 | 03/16 | 1072 | 175.00 |
| 03/17 | 1071 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096183 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 1288796672 | 1,326.00 |
| | Subtotal: | 1,351.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 22,830.00 | 03/18 | 20,414.00 |
| 03/16 | 21,855.00 | 03/31 | 21,464.00 |
| 03/17 | 21,740.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2020-Mar 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25,430.00 | Average Collected Balance | 25,821.70 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,065.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 663.00 | Days in Period | 31 |
| Ending Balance | 26,102.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/16 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2J71/2J72 | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**  No. Checks: 3  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1067 | 800.00 | 03/16 | 1069 | 175.00 |
| 03/17 | 1068 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096177 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 1906129408 | 638.00 |
| | Subtotal: | 663.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 25,430.00 | 03/17 | 26,740.00 |
| 03/16 | 26,855.00 | 03/18 | 26,102.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
### America's Most Convenient Bank®

T                   STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                1 of 2
Statement Period:    Mar 01 2020-Mar 31 2020
Cust Ref #:                             #
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #                    5

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,696.56 | Average Collected Balance | 1,260.26 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 800.00 | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 50.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 846.56 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/16 | 1068 | 800.00 |
| | Subtotal: | 800.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096179 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 1790228992 | 25.00 |
| | Subtotal: | 50.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 1,696.56 | 03/17 | 871.56 |
| 03/16 | 896.56 | 03/18 | 846.56 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

T

STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2020-Mar 31 2020
Cust Ref #: ##
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account i

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,185.81 | Average Collected Balance | 13,615.64 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 1,065.00 | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 50.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 13,070.81 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1067 | 800.00 | 03/16 | 1069 | 175.00 |
| 03/17 | 1068 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096180 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 1930410496 | 25.00 |
| | Subtotal: | 50.00 |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 14,185.81 | 03/17 | 13,095.81 |
| 03/16 | 13,210.81 | 03/18 | 13,070.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



| | | STATEMENT OF ACCOUNT | |
|---|---|---|---|
| | | Page: | 1 of 2 |
| JARUB TRANS CORP | | Statement Period: | Mar 01 2020-Mar 31 2020 |
| DIP CASE 17-46639 EDNY | | Cust Ref #: | # |
| 1281 CARROLL ST | | Primary Account #: | |
| BROOKLYN NY 11213 | | | |

## Chapter 11 Checking

Account #

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 18,254.48 | Average Collected Balance | 19,103.67 |
| Electronic Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,065.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 50.00 | Days in Period | 31 |
| Ending Balance | 19,139.48 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/10 | CCD DEPOSIT, NAPASEI MANAGEME ACH PMT 5244131061 | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1218 | 800.00 | 03/16 | 1220 | 175.00 |
| 03/17 | 1219 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096181 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 2139597312 | 25.00 |
| | Subtotal: | 50.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 18,254.48 | 03/17 | 19,164.48 |
| 03/10 | 20,254.48 | 03/18 | 19,139.48 |
| 03/16 | 19,279.48 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank
America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2020-Mar 31 2020
Cust Ref #:
Primary Account #:

### Chapter 11 Checking
LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,265.57 | Average Collected Balance | 2,695.40 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 1,065.00 | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 50.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 2,150.57 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1064 | 800.00 | 03/16 | 1066 | 175.00 |
| 03/17 | 1065 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096178 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 246831616 | 25.00 |
| | Subtotal: | 50.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 3,265.57 | 03/17 | 2,175.57 |
| 03/16 | 2,290.57 | 03/18 | 2,150.57 |



# Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2020-Mar 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,302.15 | Average Collected Balance | 22,153.47 |
| Electronic Deposits | 1,050.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,065.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 1,406.00 | Days in Period | 31 |
| Ending Balance | 21,881.15 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/31 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5243093446 | 1,050.00 |
| | Subtotal: | 1,050.00 |

**Checks Paid**  No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1215 | 800.00 | 03/16 | 1218* | 175.00 |
| 03/17 | 1216 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096182 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 368871936 | 1,381.00 |
| | Subtotal: | 1,406.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 23,302.15 | 03/18 | 20,831.15 |
| 03/16 | 22,327.15 | 03/31 | 21,881.15 |
| 03/17 | 22,212.15 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP  
DIP CASE 17-46644 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Mar 01 2020-Mar 31 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking
NY CANTEEN TAXI CORP  
DIP CASE 17-46644 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,619.17 | Average Collected Balance | 17,545.65 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,065.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 886.00 | Days in Period | 31 |
| Ending Balance | 16,668.17 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1210 | 800.00 | 03/16 | 1212 | 175.00 |
| 03/17 | 1211 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096189 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 1087027712 | 861.00 |
| | Subtotal: | 886.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 16,619.17 | 03/17 | 17,529.17 |
| 03/02 | 18,619.17 | 03/18 | 16,668.17 |
| 03/16 | 17,644.17 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com  
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Mar 01 2020-Mar 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 195.40 | Average Collected Balance | 172.01 |
| | | Interest Earned This Period | 0.00 |
| Electronic Payments | 50.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 145.40 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096188 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 2087279104 | 25.00 |
| | Subtotal: | 50.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 195.40 | 03/18 | 145.40 |
| 03/17 | 170.40 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank
America's Most Convenient Bank®

T  STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2020-Mar 31 2020
Cust Ref #:
Primary Account #:

### Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 27,204.55 | Average Collected Balance | 27,466.64 |
| Electronic Deposits | 2,400.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,065.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 950.00 | Days in Period | 31 |
| Ending Balance | 27,589.55 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/16 | CCD DEPOSIT, YELLOW DOG LEASI CASH DISB 2Y44/2Y45 | 2,400.00 |
| | Subtotal: | 2,400.00 |

**Checks Paid**  No. Checks: 3
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1071 | 800.00 | 03/16 | 1073 | 175.00 |
| 03/17 | 1072 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096187 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 820410880 | 925.00 |
| | Subtotal: | 950.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 27,204.55 | 03/17 | 28,514.55 |
| 03/16 | 28,629.55 | 03/18 | 27,589.55 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY STANCE TAXI CORP  
DIP CASE 17-46642 EDNY  
1281 CARROLL STREET  
BROOKLYN NY 11213

Page: 1 of 2  
Statement Period: Mar 01 2020-Mar 31 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP  
DIP CASE 17-46642 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,630.00 | Average Collected Balance | 11,508.22 |
| Deposits | 1,600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,065.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 50.00 | Days in Period | 31 |
| Ending Balance | 11,115.00 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 03/03 | DEPOSIT | | | 1,600.00 |
| | | | Subtotal: | 1,600.00 |

**Checks Paid**   No. Checks: 3

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1216 | 800.00 | 03/16 | 1218 | 175.00 |
| 03/17 | 1217 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096186 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 1224468992 | 25.00 |
| | Subtotal: | 50.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 10,630.00 | 03/17 | 11,140.00 |
| 03/03 | 12,230.00 | 03/18 | 11,115.00 |
| 03/16 | 11,255.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Mar 01 2020-Mar 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,856.66 | Average Collected Balance | 5,292.14 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 1,065.00 | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 50.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 4,741.66 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1068 | 800.00 | 03/17 | 1070 | 175.00 |
| 03/17 | 1069 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096175 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 1176508928 | 25.00 |
| | Subtotal: | 50.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 5,856.66 | 03/17 | 4,766.66 |
| 03/16 | 5,056.66 | 03/18 | 4,741.66 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Mar 01 2020-Mar 31 2020
Cust Ref #:
Primary Account #:

### Chapter 11 Checking
SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,742.57 | Average Collected Balance | 18,628.18 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,065.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 989.00 | Days in Period | 31 |
| Ending Balance | 17,688.57 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**  No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1062 | 800.00 | 03/17 | 1064 | 175.00 |
| 03/17 | 1063 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096185 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 313620992 | 964.00 |
| | Subtotal: | 989.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 17,742.57 | 03/17 | 18,652.57 |
| 03/02 | 19,742.57 | 03/18 | 17,688.57 |
| 03/16 | 18,942.57 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Case 1-17-46613-nhl    Doc 174-1    Filed 04/20/20    Entered 04/20/20 14:42:18



**TD Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                    1 of 2
Statement Period:  Mar 01 2020-Mar 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,304.20 | Average Collected Balance | 22,159.81 |
| Electronic Deposits | 1,050.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,065.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 1,409.00 | Days in Period | 31 |
| Ending Balance | 21,880.20 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/31 | CCD DEPOSIT, ARTHUR CAB LEASI ACH PMT 5243093450 | 1,050.00 |
| | Subtotal: | 1,050.00 |

**Checks Paid**  No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/16 | 1068 | 800.00 | 03/17 | 1070 | 175.00 |
| 03/17 | 1069 | 90.00 | | | |
| | | | | Subtotal: | 1,065.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, NYS DTF CT TAX PAYMNT 000000054096184 | 25.00 |
| 03/18 | CCD DEBIT, NYC DEPT OF FINA TAXPAYMENT 661846528 | 1,384.00 |
| | Subtotal: | 1,409.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/29 | 23,304.20 | 03/18 | 20,830.20 |
| 03/16 | 22,504.20 | 03/31 | 21,880.20 |
| 03/17 | 22,214.20 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender