## ROSENBERG, MUSSO & WEINER, LLP
### *Attorneys At Law*

| | |
|---|---|
| Bruce Weiner<br>Robert J. Musso<br>―――――<br>Louis R. Rosenberg<br>(1908 – 1997)<br>―――――<br>Robert Nadel | 26 Court Street<br>Suite 2211<br>Brooklyn, NY. 11242<br><br>(718) 855-6840<br>FAX NO. (718) 625-1966 |

May 7, 2020

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

    Re: Bracha Cab Corp., et al
       **Bankruptcy Case No. 17-46613**

Dear Judge Lord:

  This will confirm all matters scheduled for May 12, 2020 are adjourned to July 7, 2020 at 2:30 p.m.

              Very truly yours,

              /s/ *Bruce Weiner*
              Bruce Weiner

BW:jg