

T   STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,981.00 | Average Collected Balance | 23,981.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 23,981.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**    T    STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                    1 of 2
Statement Period:    Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY                                     Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,464.00 | Average Collected Balance | 21,464.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 21,464.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



**Bank**

America's Most Convenient Bank®       T       STATEMENT OF ACCOUNT

DOVBER CAB CORP  
DIP CASE 17-46614 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page:                                 1 of 2  
Statement Period:   Apr 01 2020-Apr 30 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP  
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 26,102.00 | Average Collected Balance | 26,102.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 26,102.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



**Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                      1 of 2
Statement Period:       Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP                                                          Account #
DIP CASE 17-44620 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 846.56 | Average Collected Balance | 846.56 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 846.56 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                              1 of 2
Statement Period:    Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking
JACKHEL CAB CORP
DIP CASE 17-46646 EDNY                                          Account #

### ACCOUNT SUMMARY
| | | | |
|---|---|---|---|
| Beginning Balance | 13,070.81 | Average Collected Balance | 13,070.81 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 13,070.81 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY
No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                   1 of 2
Statement Period:    Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,139.48 | Average Collected Balance | 19,139.48 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 19,139.48 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



**TD Bank**
America's Most Convenient Bank®

T    **STATEMENT OF ACCOUNT**

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,150.57 | Average Collected Balance | 2,150.57 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 2,150.57 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period


**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                               1 of 2
Statement Period:    Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,881.15 | Average Collected Balance | 21,881.15 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 21,881.15 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



## Bank
America's Most Convenient Bank®

T     STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                               1 of 2
Statement Period:    Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

### Chapter 11 Checking
NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,668.17 | Average Collected Balance | 16,668.17 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 16,668.17 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

#### DAILY ACCOUNT ACTIVITY
No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                              1 of 2
Statement Period:    Apr 01 2020-Apr 30 2020
Cust Ref #:                                              #
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 145.40 | Average Collected Balance | 145.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 145.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                    1 of 2
Statement Period:    Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 27,589.55 | Average Collected Balance | 27,589.55 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 27,589.55 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



# Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,115.00 | Average Collected Balance | 11,115.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 11,115.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period


## Bank
America's Most Convenient Bank®

T    **STATEMENT OF ACCOUNT**

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                  1 of 2
Statement Period:    Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP                                              Account
DIP CASE 17-46641 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,741.66 | Average Collected Balance | 4,741.66 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 4,741.66 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



T      **STATEMENT OF ACCOUNT**

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                1 of 2
Statement Period:    Apr 01 2020 - Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account # 4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,688.57 | Average Collected Balance | 17,688.57 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 17,688.57 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period


**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page:    1 of 2
Statement Period:    Apr 01 2020-Apr 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,880.20 | Average Collected Balance | 21,880.20 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 21,880.20 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender