

# MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

UPGR
000200925

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

## ACCOUNT SUMMARY    FOR PERIOD MARCH 01, 2020 - MARCH 31, 2020

**Commercial Checking**                                                                                          **JARUB TRANS CORP**

| | | | |
|---|---:|---|---:|
| Previous Balance 02/29/20 | $1,250.00 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 03/31/20 | $1,250.00 | | |

## ACCOUNT DETAIL    FOR PERIOD MARCH 01, 2020 - MARCH 31, 2020

**Commercial Checking**                                                                                          **JARUB TRANS CORP**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---:|---:|---:|
| 03/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 03/31 | | | | $1,250.00 |
| Total | | $0.00 | $0.00 | |

No Items Processed

Thank you for banking with us.

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.





## CapitalOne Bank
Commercial Banking Group

**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

UPGR
000063768

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD APRIL 01, 2020 - APRIL 30, 2020

**Commercial Checking**                                            JARUB TRANS CORP

| | | | |
|---|---|---|---|
| Previous Balance 03/31/20 | $1,250.00 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 04/30/20 | $1,250.00 | | |

## ACCOUNT DETAIL   FOR PERIOD APRIL 01, 2020 - APRIL 30, 2020

**Commercial Checking**                                            JARUB TRANS CORP

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 04/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 04/30 | | | | $1,250.00 |
| Total | | $0.00 | $0.00 | |

No Items Processed

Thank you for banking with us.                PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.


MEMBER FDIC / EQUAL HOUSING LENDER