
Bank
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,981.00 | Average Collected Balance | 23,958.41 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 23,806.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1072 | 175.00 |

Subtotal: 175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 23,981.00 | 05/28 | 23,806.00 |

T STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #: #
Primary Account #:

**Chapter 11 Checking**

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,464.00 | Average Collected Balance | 21,441.41 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 21,289.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1075 | 175.00 |

Subtotal: 175.00

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 21,464.00 | 05/28 | 21,289.00 |



T STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #: #
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 26,102.00 | Average Collected Balance | 26,079.41 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 25,927.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1073 | 175.00 |

Subtotal: 175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 26,102.00 | 05/28 | 25,927.00 |



America's Most Convenient Bank®

T

STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | May 01 2020-May 31 2020 |
| Cust Ref #: | |
| Primary Account #: | |

**Chapter 11 Checking**

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 846.56 | Average Collected Balance | 846.56 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 846.56 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #:
Primary Account #:

**Chapter 11 Checking**

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,070.81 | Average Collected Balance | 13,048.22 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 12,895.81 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1072 | 175.00 |

Subtotal: 175.00

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 13,070.81 | 05/28 | 12,895.81 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



Bank
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-Mav 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,139.48 | Average Collected Balance | 19,116.89 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 18,964.48 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1223 | 175.00 |

Subtotal: 175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 19,139.48 | 05/28 | 18,964.48 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



Bank
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #: #
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,150.57 | Average Collected Balance | 2,127.98 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 1,975.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1069 | 175.00 |

Subtotal: 175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 2,150.57 | 05/28 | 1,975.57 |



America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #:
Primary Account #:

**Chapter 11 Checking**

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,881.15 | Average Collected Balance | 21,858.56 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 21,706.15 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1221 | 175.00 |

Subtotal: 175.00

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 21,881.15 | 05/28 | 21,706.15 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



Bank
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,668.17 | Average Collected Balance | 16,645.58 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 16,493.17 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1215 | 175.00 |

Subtotal: 175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 16,668.17 | 05/28 | 16,493.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



Bank
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 145.40 | Average Collected Balance | 145.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 145.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #: ##
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 27,589.55 | Average Collected Balance | 27,566.96 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 27,414.55 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1076 | 175.00 |

Subtotal: 175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 27,589.55 | 05/28 | 27,414.55 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


Bank
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #: ##
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,115.00 | Average Collected Balance | 11,092.41 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 10,940.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1222 | 175.00 |

Subtotal: 175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 11,115.00 | 05/28 | 10,940.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



T STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #:
Primary Account #:

**Chapter 11 Checking**

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,741.66 | Average Collected Balance | 4,719.07 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 4,566.66 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1073 | 175.00 |

Subtotal: 175.00

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 4,741.66 | 05/28 | 4,566.66 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



TD Bank
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #:
Primary Account #:

**Chapter 11 Checking**

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,688.57 | Average Collected Balance | 17,665.98 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 17,513.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1067 | 175.00 |

Subtotal: 175.00

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 17,688.57 | 05/28 | 17,513.57 |



T STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: May 01 2020-May 31 2020
Cust Ref #:
Primary Account #:

**Chapter 11 Checking**

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,880.20 | Average Collected Balance | 21,857.61 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 21,705.20 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/28 | 1073 | 175.00 |

Subtotal: 175.00

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 21,880.20 | 05/28 | 21,705.20 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender