**ROSENBERG, MUSSO & WEINER, LLP**
*Attorneys At Law*

| | |
|---|---|
| Bruce Weiner<br>Robert J. Musso<br>———————<br>Louis R. Rosenberg<br>(1908 – 1997)<br>———————<br>Robert Nadel | 26 Court Street<br>Suite 2211<br>Brooklyn, NY. 11242<br><br>(718) 855-6840<br>FAX NO. (718) 625-1966 |

July 2, 2020

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Bracha Cab Corp., et al
             **Bankruptcy Case No. 17-46613**

Dear Judge Lord:

     This will confirm all matters scheduled for July 7, 2020 are adjourned to September 23, 2020 at 11:00 a.m.

Very truly yours,

/s/ *Bruce Weiner*
Bruce Weiner

BW:jg