

# Capital One Bank
### Commercial Banking Group

## MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY  11213

UPGR
000087964

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD  MAY 01, 2020 - MAY 29, 2020

**Commercial Checking**

| | | | JARUB TRANS CORP |
|---|---|---|---|
| Previous Balance 04/30/20 | $1,250.00 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 05/29/20 | $1,250.00 | | |

## ACCOUNT DETAIL    FOR PERIOD  MAY 01, 2020 - MAY 29, 2020

**Commercial Checking 0**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 05/29 | | | | $1,250.00 |
| Total | | $0.00 | $0.00 | |
| No Items Processed | | | | |

JARUB TRANS CORP

Thank you for banking with us.

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.

PAGE 1 OF 2



MEMBER FDIC • EQUAL HOUSING LENDER