**Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jun 01 2020-Jun 30 2020
Cust Ref #:
Primary Account #:

### Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,806.00 | Average Collected Balance | 23,415.66 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 23,391.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1070 | 325.00 |
| 06/02 | 1071 | 90.00 |
| | Subtotal: | 415.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 23,806.00 | 06/03 | 23,391.00 |
| 06/02 | 23,716.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®        T        STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jun 01 2020-Jun 30 2020
Cust Ref #:
Primary Account #:

## Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

**Chapter 11 Checking**

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,289.00 | Average Collected Balance | 20,919.66 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 20,874.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2        *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1073 | 325.00 |
| 06/09 | 1074 | 90.00 |

Subtotal: 415.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 21,289.00 | 06/09 | 20,874.00 |
| 06/03 | 20,964.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®        T        STATEMENT OF ACCOUNT

DOVBER CAB CORP  
DIP CASE 17-46614 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Jun 01 2020-  
Cust Ref #:  
Primary Account #:

## Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

DOVBER CAB CORP  
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25,927.00 | Average Collected Balance | 25,536.66 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 25,512.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 2       *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1070 | 325.00 |
| 06/02 | 1071 | 90.00 |

Subtotal: 415.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 25,927.00 | 06/03 | 25,512.00 |
| 06/02 | 25,837.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**
America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jun 01 2020-Jun 30 2020
Cust Ref #:
Primary Account #:

## Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 846.56 | Average Collected Balance | 543.22 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 325.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 521.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1070 | 325.00 |
| | Subtotal: | 325.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 846.56 | 06/03 | 521.56 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**
America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:     Jun 01 2020-Jun 30 2020
Cust Ref #:
Primary Account #:

**Upcoming REG CC Changes Effective July 1, 2020**
Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

**Chapter 11 Checking**
JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,895.81 | Average Collected Balance | 12,505.47 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 12,480.81 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

## DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1070 | 325.00 |
| 06/02 | 1071 | 90.00 |

Subtotal:    415.00

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 12,895.81 | 06/03 | 12,480.81 |
| 06/02 | 12,805.81 | | |

 **Bank**

America's Most Convenient Bank®        T        STATEMENT OF ACCOUNT

JARUB TRANS CORP  
DIP CASE 17-46639 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Jun 01 2020 -  
Cust Ref #:                             ###  
Primary Account #:

## Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

JARUB TRANS CORP  
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 18,964.48 | Average Collected Balance | 18,574.14 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 18,549.48 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1221 | 325.00 |
| 06/02 | 1222 | 90.00 |
| | Subtotal: | 415.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 18,964.48 | 06/03 | 18,549.48 |
| 06/02 | 18,874.48 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Case 1-17-46613-nhl    Doc 185-1    Filed 07/17/20    Entered 07/17/20 11:13:53



# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

**Capital One Bank**
Commercial Banking Group

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

UPGR
000174079

▶ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD JUNE 01, 2020 - JUNE 30, 2020

**Commercial Checking**                                      **JARUB TRANS CORP**

| | | | |
|---|---|---|---|
| Previous Balance 05/31/20 | $1,250.00 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 06/30/20 | $1,250.00 | | |

## ACCOUNT DETAIL   FOR PERIOD JUNE 01, 2020 - JUNE 30, 2020

**Commercial Checking**                                      **JARUB TRANS CORP**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 06/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 06/30 | | | | $1,250.00 |
| Total | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*   PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.


MEMBER FDIC | EQUAL HOUSING LENDER



# Bank
America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page:                                1 of 2  
Statement Period:     Jun 01 2020-Jun 30 2020  
Cust Ref #:  
Primary Account #:

**Upcoming REG CC Changes Effective July 1, 2020**
Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

**Chapter 11 Checking**

LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY

Account #

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,975.57 | Average Collected Balance | 1,585.23 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 1,560.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

## DAILY ACCOUNT ACTIVITY

**Checks Paid**     No. Checks: 2     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1067 | 325.00 |
| 06/02 | 1068 | 90.00 |
| | Subtotal: | 415.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 1,975.57 | 06/03 | 1,560.57 |
| 06/02 | 1,885.57 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

MERAB CAB CORP  
DIP CASE 17-46619 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period:    Jun 01 2020-Jun 30 2020  
Cust Ref #:  
Primary Account #:

## Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

MERAB CAB CORP  
DIP CASE 17-46619 EDNY

Account # ∠            3

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,706.15 | Average Collected Balance | 21,315.81 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 21,291.15 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1219 | 325.00 |
| 06/02 | 1220 | 90.00 |

Subtotal:    415.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 21,706.15 | 06/03 | 21,291.15 |
| 06/02 | 21,616.15 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP  
DIP CASE 17-46644 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page:  1 of 2  
Statement Period:    Jun 01 2020-Jun 30 2020  
Cust Ref #:  
Primary Account #:

**Upcoming REG CC Changes Effective July 1, 2020**
Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

**Chapter 11 Checking**

NY CANTEEN TAXI CORP  
DIP CASE 17-46644 EDNY

Account #

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,493.17 | Average Collected Balance | 16,123.83 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 16,078.17 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

## DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1213 | 325.00 |
| 06/09 | 1214 | 90.00 |
| | Subtotal: | 415.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 16,493.17 | 06/09 | 16,078.17 |
| 06/03 | 16,168.17 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP  
DIP CASE 17-44645  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Jun 01 2020-Jun 30 2020  
Cust Ref #:  
Primary Account #:

### Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

**Chapter 11 Checking**

NY ENERGY TAXI CORP  
DIP CASE 17-44645

Account # 4:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 145.40 | Average Collected Balance | 145.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 145.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**
America's Most Convenient Bank®       T       STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jun 01 2020 - Jun __ 2020
Cust Ref #:
Primary Account #:

## Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account +

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 27,414.55 | Average Collected Balance | 27,024.21 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 26,999.55 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 2       *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1074 | 325.00 |
| 06/02 | 1075 | 90.00 |

Subtotal: 415.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 27,414.55 | 06/03 | 26,999.55 |
| 06/02 | 27,324.55 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Jun 01 2020-Jun 30 2020
Cust Ref #:
Primary Account #:

### Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY     Account #

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,940.00 | Average Collected Balance | 10,549.66 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 10,525.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

#### DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1220 | 325.00 |
| 06/02 | 1221 | 90.00 |
| | Subtotal: | 415.00 |

#### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 10,940.00 | 06/03 | 10,525.00 |
| 06/02 | 10,850.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

NY TINT TAXI CORP  
DIP CASE 17-46641 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page:                                  1 of 2  
Statement Period:     Jun 01 2020-Jun 30 2020  
Cust Ref #:  
Primary Account #:                      ₂

## Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking
NY TINT TAXI CORP  
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,566.66 | Average Collected Balance | 4,176.32 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 4,151.66 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**     No. Checks: 2     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1071 | 325.00 |
| 06/02 | 1072 | 90.00 |

Subtotal:     415.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 4,566.66 | 06/03 | 4,151.66 |
| 06/02 | 4,476.66 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®      T      STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                  1 of 2
Statement Period:     Jun 01 2020-Jun 30 2020
Cust Ref #:
Primary Account #:

**Upcoming REG CC Changes Effective July 1, 2020**
Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

**Chapter 11 Checking**
SOMYASH TAXI INC
DIP CASE 17-46640 EDNY                                                           Account #

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,513.57 | Average Collected Balance | 17,123.23 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 17,098.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

## DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1065 | 325.00 |
| 06/02 | 1066 | 90.00 |
| | Subtotal: | 415.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 17,513.57 | 06/03 | 17,098.57 |
| 06/02 | 17,423.57 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jun 01 2020-Jun 30 2020
Cust Ref #:
Primary Account #:

**Upcoming REG CC Changes Effective July 1, 2020**
Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

**Chapter 11 Checking**

TAMAR CAB CORP
DIP CASE 17-46616 EDNY            Account #

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,705.20 | Average Collected Balance | 21,314.86 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 415.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 21,290.20 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

## DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/03 | 1071 | 325.00 |
| 06/02 | 1072 | 90.00 |
| | Subtotal: | 415.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 21,705.20 | 06/03 | 21,290.20 |
| 06/02 | 21,615.20 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender