

**America's Most Convenient Bank®**

T    STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | # |
| Primary Account #: | |

## Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,391.00 | Average Collected Balance | 23,289.38 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 23,216.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1074 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 23,391.00 | 07/14 | 23,216.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Jul 01 2020-Jul 31 2020
Cust Ref #:
Primary Account #:

## Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,874.00 | Average Collected Balance | 20,772.38 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 20,699.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1077 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 20,874.00 | 07/14 | 20,699.00 |



**Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25,512.00 | Average Collected Balance | 25,410.38 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 25,337.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1075 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 25,512.00 | 07/14 | 25,337.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | |
| Primary Account #: | 5 |

## Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account :

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 521.56 | Average Collected Balance | 521.56 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 521.56 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page:                                         1 of 2
Statement Period:        Jul 01 2020-Jul 31 2020
Cust Ref #:
Primary Account #:

### Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

JACKHEL CAB CORP                                                    Account #
DIP CASE 17-46646 EDNY

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,480.81 | Average Collected Balance | 12,379.19 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 12,305.81 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

---

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1074 | 175.00 |

Subtotal:                175.00

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 12,480.81 | 07/14 | 12,305.81 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®                    T          STATEMENT OF ACCOUNT

| | |
|---|---|
| JARUB TRANS CORP | Page:                  1 of 2 |
| DIP CASE 17-46639 EDNY | Statement Period:     Jul 01 2020-Jul 31 2020 |
| 1281 CARROLL ST | Cust Ref #: |
| BROOKLYN NY 11213 | Primary Account #: |

### Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

JARUB TRANS CORP                                                                    Account #
DIP CASE 17-46639 EDNY

---

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 18,549.48 | Average Collected Balance | 18,447.86 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 18,374.48 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

---

**DAILY ACCOUNT ACTIVITY**

**Checks Paid**  No. Checks: 1  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1225 | 175.00 |
| | Subtotal: | 175.00 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 18,549.48 | 07/14 | 18,374.48 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠


**Commercial Banking Group**

# MANAGE YOUR CASH
CASH MANAGEMENT · CHECKING · MONEY MARKET · CDs · LOANS

UPGR
000067220

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

▸ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD JULY 01, 2020 - JULY 31, 2020

| Commercial Checking | 0 | | | | JARUB TRANS CORP |
|---|---|---|---|---|---|
| Previous Balance 06/30/20 | $1,250.00 | | Number of Days in Cycle | | 31 |
| 0 Deposits/Credits | $0.00 | | Minimum Balance This Cycle | | $1,250.00 |
| 0 Checks/Debits | $0.00 | | Average Collected Balance | | $1,250.00 |
| Service Charges | $0.00 | | | | |
| Ending Balance 07/31/20 | $1,250.00 | | | | |

## ACCOUNT DETAIL   FOR PERIOD JULY 01, 2020 - JULY 31, 2020

| Commercial Checking | | | JARUB TRANS CORP |
|---|---|---|---|
| **Date** **Description** | **Deposits/Credits** | **Withdrawals/Debits** | **Resulting Balance** |
| 07/01 | | | $1,250.00 |
| | | | |
| No Account Activity this Statement Period | | | |
| 07/31 | | | $1,250.00 |
| *Total* | $0.00 | $0.00 | |
| No Items Processed | | | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
®2020 Capital One. All rights reserved.

MEMBER
**FDIC**    LENDER

 **Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #:

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,560.57 | Average Collected Balance | 1,560.57 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 1,560.57 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

---

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

T    STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| Page: | 1 of 2 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | |
| Primary Account #: | |

### Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,291.15 | Average Collected Balance | 21,189.53 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 21,116.15 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

---

### DAILY ACCOUNT ACTIVITY

**Checks Paid**      No. Checks: 1      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1223 | 175.00 |
| | Subtotal: | 175.00 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 21,291.15 | 07/14 | 21,116.15 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

| | |
|---|---|
| NY CANTEEN TAXI CORP | Page:                                    1 of 2 |
| DIP CASE 17-46644 EDNY | Statement Period:    Jul 01 2020-Jul 31 2020 |
| 1281 CARROLL ST | Cust Ref #: |
| BROOKLYN NY 11213 | Primary Account #: |

### Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #

---

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 16,078.17 | Average Collected Balance | 15,976.55 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 15,903.17 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

---

**DAILY ACCOUNT ACTIVITY**

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1217 | 175.00 |
| | Subtotal: | 175.00 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 16,078.17 | 07/14 | 15,903.17 |

---


**Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 145.40 | Average Collected Balance | 145.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 145.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page:                                          1 of 2
Statement Period:        Jul 01 2020-Jul 31 2020
Cust Ref #:
Primary Account #:

## Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

NY GENESIS TAXI CORP                                                  Account #
DIP CASE 17-46617 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 26,999.55 | Average Collected Balance | 26,897.93 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 26,824.55 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1078 | 175.00 |

Subtotal:                175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 26,999.55 | 07/14 | 26,824.55 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | 4 |
| Primary Account #: | |

### Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,525.00 | Average Collected Balance | 10,423.38 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 10,350.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

---

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1224 | 175.00 |
| | Subtotal: | 175.00 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 10,525.00 | 07/14 | 10,350.00 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

T          STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                    1 of 2
Statement Period:        Jul 01 2020-Jul 31 2020
Cust Ref #:
Primary Account #:

## Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,151.66 | Average Collected Balance | 4,050.04 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 3,976.66 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1075 | 175.00 |

Subtotal:          175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 4,151.66 | 07/14 | 3,976.66 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | |
| Primary Account #: | |

### Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,098.57 | Average Collected Balance | 16,996.95 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 16,923.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**     No. Checks: 1     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1069 | 175.00 |

Subtotal:          175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 17,098.57 | 07/14 | 16,923.57 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

T    STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Upcoming REG CC Changes Effective July 1, 2020

Reminder:  We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,290.20 | Average Collected Balance | 21,188.58 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 21,115.20 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/14 | 1075 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 21,290.20 | 07/14 | 21,115.20 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender