## ROSENBERG, MUSSO & WEINER, LLP
*Attorneys At Law*

BRUCE WEINER
ROBERT J. MUSSO
————
LOUIS P. ROSENBERG
(1908-1997)
————
ROBERT NADEL

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242
————
(718) 855-6840
FAX NO. (718) 625-1966

September 18, 2020

**E-File**
Honorable Nancy Hershey Lord
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:   Bracha Cab Corp, et al
      **Bankruptcy Case No. 17-46613**

Dear Judge Lord:

This will confirm that all matters scheduled on September 23, 2020 are adjourned to November 4, 2020 at 3:00 p.m.

Very truly yours,

/s/ *Bruce Weiner*
Bruce Weiner

BW:jg