America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 202[illegible]
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,216.00 | Average Collected Balance | 22,982.77 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 22,536.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1073 | 90.00 | 08/20 | 1076 | 90.00 |
| 08/27 | 1075* | 325.00 | 08/19 | 1077 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 23,216.00 | 08/20 | 22,861.00 |
| 08/07 | 23,126.00 | 08/27 | 22,536.00 |
| 08/19 | 22,951.00 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


T STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,699.00 | Average Collected Balance | 20,465.77 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 20,019.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1076 | 90.00 | 08/20 | 1079 | 90.00 |
| 08/27 | 1078* | 325.00 | 08/19 | 1080 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 20,699.00 | 08/20 | 20,344.00 |
| 08/07 | 20,609.00 | 08/27 | 20,019.00 |
| 08/19 | 20,434.00 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25,337.00 | Average Collected Balance | 25,177.16 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 505.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 24,832.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 3 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1074 | 90.00 | 08/20 | 1077 | 90.00 |
| 08/27 | 1076* | 325.00 | | | |
| | | | | Subtotal: | 505.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 25,337.00 | 08/20 | 25,157.00 |
| 08/07 | 25,247.00 | 08/27 | 24,832.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 521.56 | Average Collected Balance | 469.14 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 325.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 196.56 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/27 | 1071 | 325.00 |

Subtotal: 325.00

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 521.56 | 08/27 | 196.56 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



Bank
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,305.81 | Average Collected Balance | 12,072.58 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 11,625.81 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1073 | 90.00 | 08/20 | 1076 | 90.00 |
| 08/27 | 1075* | 325.00 | 08/19 | 1077 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 12,305.81 | 08/20 | 11,950.81 |
| 08/07 | 12,215.81 | 08/27 | 11,625.81 |
| 08/19 | 12,040.81 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #: #
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 18,374.48 | Average Collected Balance | 18,141.25 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 17,694.48 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1224 | 90.00 | 08/20 | 1227 | 90.00 |
| 08/27 | 1226* | 325.00 | 08/19 | 1228 | 175.00 |
| | | | | Subtotal: | 680.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 18,374.48 | 08/20 | 18,019.48 |
| 08/07 | 18,284.48 | 08/27 | 17,694.48 |
| 08/19 | 18,109.48 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# MANAGE YOUR CASH

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

UPGR
000035182

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

## ACCOUNT SUMMARY FOR PERIOD AUGUST 01, 2020 - AUGUST 31, 2020

**Commercial Checking** — **JARUB TRANS CORP**

| | | | |
|---|---|---|---|
| Previous Balance 07/31/20 | $1,250.00 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 08/31/20 | $1,250.00 | | |

## ACCOUNT DETAIL FOR PERIOD AUGUST 01, 2020 - AUGUST 31, 2020

**Commercial Checking** — **JARUB TRANS CORP**

| *Date* | *Description* | *Deposits/Credits* | *Withdrawals/Debits* | *Resulting Balance* |
|---|---|---|---|---|
| 08/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 08/31 | | | | $1,250.00 |
| *Total* | | $0.00 | $0.00 | |

No Items Processed

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.


America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,560.57 | Average Collected Balance | 1,508.15 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 325.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 1,235.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/27 | 1070 | 325.00 |

Subtotal: 325.00

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 1,560.57 | 08/27 | 1,235.57 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account # [illegible]

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,116.15 | Average Collected Balance | 20,882.92 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 20,436.15 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1222 | 90.00 | 08/20 | 1225 | 90.00 |
| 08/27 | 1224* | 325.00 | 08/19 | 1226 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 21,116.15 | 08/20 | 20,761.15 |
| 08/07 | 21,026.15 | 08/27 | 20,436.15 |
| 08/19 | 20,851.15 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



Bank
America's Most Convenient Bank®

T

STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #: ##
Primary Account #:

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account # 4

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,903.17 | Average Collected Balance | 15,669.94 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 15,223.17 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1216 | 90.00 | 08/20 | 1220* | 90.00 |
| 08/27 | 1218* | 325.00 | 08/19 | 1221 | 175.00 |
| | | | | Subtotal: | 680.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 15,903.17 | 08/20 | 15,548.17 |
| 08/07 | 15,813.17 | 08/27 | 15,223.17 |
| 08/19 | 15,638.17 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #: 4
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 145.40 | Average Collected Balance | 145.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 145.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 26,824.55 | Average Collected Balance | 26,591.32 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 26,144.55 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1077 | 90.00 | 08/20 | 1080 | 90.00 |
| 08/27 | 1079* | 325.00 | 08/19 | 1081 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 26,824.55 | 08/20 | 26,469.55 |
| 08/07 | 26,734.55 | 08/27 | 26,144.55 |
| 08/19 | 26,559.55 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,350.00 | Average Collected Balance | 10,116.77 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 9,670.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1223 | 90.00 | 08/20 | 1226 | 90.00 |
| 08/27 | 1225* | 325.00 | 08/19 | 1227 | 175.00 |
| | | | | Subtotal: | 680.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 10,350.00 | 08/20 | 9,995.00 |
| 08/07 | 10,260.00 | 08/27 | 9,670.00 |
| 08/19 | 10,085.00 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



T STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,976.66 | Average Collected Balance | 3,743.43 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 3,296.66 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1074 | 90.00 | 08/20 | 1077 | 90.00 |
| 08/27 | 1076* | 325.00 | 08/19 | 1078 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 3,976.66 | 08/20 | 3,621.66 |
| 08/07 | 3,886.66 | 08/27 | 3,296.66 |
| 08/19 | 3,711.66 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 America's Most Convenient Bank®

T

STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,923.57 | Average Collected Balance | 16,690.34 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 16,243.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1068 | 90.00 | 08/20 | 1072* | 90.00 |
| 08/27 | 1070* | 325.00 | 08/19 | 1073 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 16,923.57 | 08/20 | 16,568.57 |
| 08/07 | 16,833.57 | 08/27 | 16,243.57 |
| 08/19 | 16,658.57 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Aug 01 2020-Aug 31 2020
Cust Ref #:
Primary Account #: ----

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account # ----

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,115.20 | Average Collected Balance | 20,881.97 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 20,435.20 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 1074 | 90.00 | 08/20 | 1077 | 90.00 |
| 08/27 | 1076* | 325.00 | 08/19 | 1078 | 175.00 |
| | | | | Subtotal: | 680.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 21,115.20 | 08/20 | 20,760.20 |
| 08/07 | 21,025.20 | 08/27 | 20,435.20 |
| 08/19 | 20,850.20 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender