

**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | ▲ # |
| Primary Account #: | |

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 22,536.00 | Average Collected Balance | 22,460.16 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 22,361.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1079 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 22,536.00 | 09/18 | 22,361.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,019.00 | Average Collected Balance | 19,943.16 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 19,844.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1082 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 20,019.00 | 09/18 | 19,844.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 24,832.00 | Average Collected Balance | 24,662.83 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 350.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 24,482.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/15 | 1078 | 175.00 |
| 09/18 | 1080* | 175.00 |
| | Subtotal: | 350.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 24,832.00 | 09/18 | 24,482.00 |
| 09/15 | 24,657.00 | | |



**Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                    1 of 2
Statement Period:    Sep 01 2020-Sep 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account # ·

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 196.56 | Average Collected Balance | 196.56 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 196.56 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | # |
| Primary Account #: | |

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,625.81 | Average Collected Balance | 11,549.97 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 11,450.81 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

---

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1079 | 175.00 |
| | Subtotal: | 175.00 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 11,625.81 | 09/18 | 11,450.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page:                                          1 of 2
Statement Period:     Sep 01 2020-Sep 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,694.48 | Average Collected Balance | 17,618.64 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 17,519.48 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1230 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 17,694.48 | 09/18 | 17,519.48 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**MANAGE YOUR CASH**

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

UPGR
000007065

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY  11213

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD  SEPTEMBER 01, 2020  -  SEPTEMBER 30, 2020

| Commercial Checking | | | JARUB TRANS CORP |
|---|---|---|---|
| Previous Balance  08/31/20 | $1,250.00 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 09/30/20 | $1,250.00 | | |

## ACCOUNT DETAIL   FOR PERIOD  SEPTEMBER 01, 2020  -  SEPTEMBER 30, 2020

| Commercial Checking | | | | JARUB TRANS CORP |
|---|---|---|---|---|
| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
| 09/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 09/30 | | | | $1,250.00 |
| **Total** | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.



MEMBER FDIC



**Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | ## |
| Primary Account #: | |

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,235.57 | Average Collected Balance | 1,235.57 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 1,235.57 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| Page: | 1 of 2 |
|---|---|
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | # |
| Primary Account #: | |

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account # ...

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,436.15 | Average Collected Balance | 20,360.31 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 20,261.15 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1228 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 20,436.15 | 09/18 | 20,261.15 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

| | |
|---|---|
| NY CANTEEN TAXI CORP | Page: 1 of 2 |
| DIP CASE 17-46644 EDNY | Statement Period: Sep 01 2020-Sep 30 2020 |
| 1281 CARROLL ST | Cust Ref #: ¥ |
| BROOKLYN NY  11213 | Primary Account #: ¹⁰⁰ |

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account # ⁴

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,223.17 | Average Collected Balance | 15,147.33 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 15,048.17 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

---

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1223 | 175.00 |

Subtotal:   175.00

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 15,223.17 | 09/18 | 15,048.17 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | ___ _ __## |
| Primary Account #: | |

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account # __ _ _ _

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 145.40 | Average Collected Balance | 145.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 145.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T       STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4⁓⁓ |
| Primary Account #: | ⁓⁓⁓⁓ |

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 26,144.55 | Average Collected Balance | 26,068.71 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 25,969.55 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**      No. Checks: 1      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1083 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 26,144.55 | 09/18 | 25,969.55 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

| Page: | 1 of 2 |
|---|---|
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: |  |
| Primary Account #: |  |

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account #

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,670.00 | Average Collected Balance | 9,594.16 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 9,495.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

---

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1229 | 175.00 |
| | Subtotal: | 175.00 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 9,670.00 | 09/18 | 9,495.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,296.66 | Average Collected Balance | 3,220.82 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 3,121.66 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL. NO. | AMOUNT |
|---|---|---|
| 09/18 | 1080 | 175.00 |

Subtotal:    175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 3,296.66 | 09/18 | 3,121.66 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| Page: | 1 of 2 |
|---|---|
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | : |
| Primary Account #: | |

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,243.57 | Average Collected Balance | 16,167.73 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 16,068.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1075 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 16,243.57 | 09/18 | 16,068.57 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank
**America's Most Convenient Bank®**

T        STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| Page: | 1 of 2 |
|---|---|
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,435.20 | Average Collected Balance | 20,359.36 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 20,260.20 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1080 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 20,435.20 | 09/18 | 20,260.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                                      1 of 2
Statement Period:        Sep 01 2020-Sep 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

---

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 22,536.00 | Average Collected Balance | 22,460.16 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 22,361.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

---

DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1079 | 175.00 |

Subtotal:                          175.00

---

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 22,536.00 | 09/18 | 22,361.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,019.00 | Average Collected Balance | 19,943.16 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 19,844.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1082 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 20,019.00 | 09/18 | 19,844.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 24,832.00 | Average Collected Balance | 24,662.83 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 350.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 24,482.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/15 | 1078 | 175.00 |
| 09/18 | 1080* | 175.00 |
| | Subtotal: | 350.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 24,832.00 | 09/18 | 24,482.00 |
| 09/15 | 24,657.00 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | ## |
| Primary Account #: | |

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 196.56 | Average Collected Balance | 196.56 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 196.56 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,625.81 | Average Collected Balance | 11,549.97 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 11,450.81 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1079 | 175.00 |

Subtotal:    175.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 11,625.81 | 09/18 | 11,450.81 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| Page: | 1 of 2 |
| --- | --- |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
| --- | --- | --- | --- |
| Beginning Balance | 17,694.48 | Average Collected Balance | 17,618.64 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 17,519.48 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
| --- | --- | --- |
| 09/18 | 1230 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
| --- | --- | --- | --- |
| 08/31 | 17,694.48 | 09/18 | 17,519.48 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Capital One Bank**
Commercial Banking Group

# MANAGE YOUR CASH

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

UPGR
000007065

JARUB TRANS CORP
1281 CARROLL STREET
BROOKLYN NY 11213

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD  SEPTEMBER 01, 2020 - SEPTEMBER 30, 2020

**Commercial Checking**                                                    **JARUB TRANS CORP**

| | | | |
|---|---|---|---|
| Previous Balance 08/31/20 | $1,250.00 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 09/30/20 | $1,250.00 | | |

## ACCOUNT DETAIL   FOR PERIOD  SEPTEMBER 01, 2020 - SEPTEMBER 30, 2020

**Commercial Checking**                                                    **JARUB TRANS CORP**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 09/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 09/30 | | | | $1,250.00 |
| **Total** | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us*                          PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.



MEMBER FDIC   EQUAL HOUSING LENDER

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

| | |
|---|---|
| LECHAIM CAB CORP | Page: 1 of 2 |
| DIP CASE 17-46647 EDNY | Statement Period: Sep 01 2020-Sep 30 2020 |
| 1281 CARROLL ST | Cust Ref #: |
| BROOKLYN NY 11213 | Primary Account #: |

## Chapter 11 Checking

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY

Account #

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,235.57 | Average Collected Balance | 1,235.57 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 1,235.57 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

---

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | # |
| Primary Account #: | |

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,436.15 | Average Collected Balance | 20,360.31 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 20,261.15 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**     No. Checks: 1        *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1228 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 20,436.15 | 09/18 | 20,261.15 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

| | |
|---|---|
| NY CANTEEN TAXI CORP | Page:                                        1 of 2 |
| DIP CASE 17-46644 EDNY | Statement Period:     Sep 01 2020-Sep 30 2020 |
| 1281 CARROLL ST | Cust Ref #: |
| BROOKLYN NY  11213 | Primary Account #: |

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY                                                  Account #

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,223.17 | Average Collected Balance | 15,147.33 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 15,048.17 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

---

### DAILY ACCOUNT ACTIVITY

**Checks Paid**      No. Checks: 1      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1223 | 175.00 |

Subtotal:                    175.00

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 15,223.17 | 09/18 | 15,048.17 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                          1 of 2
Statement Period:      Sep 01 2020-Sep 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account #

---

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 145.40 | Average Collected Balance | 145.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 145.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

---

DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 26,144.55 | Average Collected Balance | 26,068.71 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 25,969.55 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

---

### DAILY ACCOUNT ACTIVITY

**Checks Paid**     No. Checks: 1     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1083 | 175.00 |

Subtotal:     175.00

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 26,144.55 | 09/18 | 25,969.55 |

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account #

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,670.00 | Average Collected Balance | 9,594.16 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 9,495.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

---

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1229 | 175.00 |

Subtotal:    175.00

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 9,670.00 | 09/18 | 9,495.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page:                                  1 of 2
Statement Period:    Sep 01 2020-Sep 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,296.66 | Average Collected Balance | 3,220.82 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 3,121.66 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1080 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 3,296.66 | 09/18 | 3,121.66 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,243.57 | Average Collected Balance | 16,167.73 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 16,068.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1075 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 16,243.57 | 09/18 | 16,068.57 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,435.20 | Average Collected Balance | 20,359.36 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 175.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 20,260.20 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/18 | 1080 | 175.00 |
| | Subtotal: | 175.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 20,435.20 | 09/18 | 20,260.20 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender