# Rosenberg, Musso & Weiner, LLP
## Attorneys At Law

**BRUCE WEINER**
**ROBERT J. MUSSO**

**LOUIS P. ROSENBERG**
(1908-1997)

**ROBERT NADEL**

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242

(718) 855-6840
FAX NO. (718) 625-1966

November 3, 2020

**E-File**
Honorable Nancy Hershey Lord
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:   Bracha Cab Corp., et al
      **Bankruptcy Case No. 17-46613**

Dear Judge Lord:

This will confirm that all matter scheduled on November 4, 2020 at 3:00 are adjourned to January 19, 2021 at 2:30 p.m.

Very truly yours,

/s/ Bruce Weiner
Bruce Weiner

BW:jg