**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: ##
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 22,361.00 | Average Collected Balance | 22,229.70 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 21,681.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/22 | 1080 | 90.00 | 10/29 | 1082 | 90.00 |
| 10/29 | 1081 | 325.00 | 10/21 | 1083 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 22,361.00 | 10/22 | 22,096.00 |
| 10/21 | 22,186.00 | 10/29 | 21,681.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

DABRI TRANS CORP
DIP CASE 17-46618 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #:                    #
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,844.00 | Average Collected Balance | 19,712.70 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 19,164.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/22 | 1083 | 90.00 | 10/29 | 1085 | 90.00 |
| 10/29 | 1084 | 325.00 | 10/21 | 1086 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 19,844.00 | 10/22 | 19,579.00 |
| 10/21 | 19,669.00 | 10/29 | 19,164.00 |



**Bank**

America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #:
Primary Account #: 4

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #   7

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 24,482.00 | Average Collected Balance | 24,350.70 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 23,802.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 4   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/22 | 1081 | 90.00 | 10/29 | 1083 | 90.00 |
| 10/29 | 1082 | 325.00 | 10/21 | 1084 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 24,482.00 | 10/22 | 24,217.00 |
| 10/21 | 24,307.00 | 10/29 | 23,802.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 196.56 | Average Collected Balance | 196.56 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 196.56 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period


**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,450.81 | Average Collected Balance | 11,319.51 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 10,770.81 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/22 | 1080 | 90.00 | 10/29 | 1082 | 90.00 |
| 10/29 | 1081 | 325.00 | 10/21 | 1083 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 11,450.81 | 10/22 | 11,185.81 |
| 10/21 | 11,275.81 | 10/29 | 10,770.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                               1 of 2
Statement Period:    Oct 01 2020-Oct 31 2020
Cust Ref #:                              ǂ
Primary Account #:                       3

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,519.48 | Average Collected Balance | 17,388.18 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 16,839.48 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 4   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/22 | 1232 | 90.00 | 10/29 | 1234 | 90.00 |
| 10/29 | 1233 | 325.00 | 10/21 | 1235 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 17,519.48 | 10/22 | 17,254.48 |
| 10/21 | 17,344.48 | 10/29 | 16,839.48 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JARUB TRANS CORP  
1281 CARROLL STREET  
BROOKLYN NY 11213

UPGR  
000070487

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 01, 2020 - OCTOBER 30, 2020

**Commercial Checking**                                                                                  **JARUB TRANS CORP**

| | | | |
|---|---:|---|---:|
| Previous Balance 09/30/20 | $1,250.00 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,250.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,250.00 |
| Service Charges | $0.00 | | |
| Ending Balance 10/30/20 | $1,250.00 | | |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 01, 2020 - OCTOBER 30, 2020

**Commercial Checking**                                                                                  **JARUB TRANS CORP**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---:|---:|---:|
| 10/01 | | | | $1,250.00 |
| | No Account Activity this Statement Period | | | |
| 10/30 | | | | $1,250.00 |
| Total | | $0.00 | $0.00 | |

No Items Processed

*Thank you for banking with us.*    PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.  
©2020 Capital One. All rights reserved.





# Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Oct 01 2020-Oct 31 2020  
Cust Ref #: 4  
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,235.57 | Average Collected Balance | 1,204.11 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 325.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 910.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 10/29 | 1071 | 325.00 |
| | Subtotal: | 325.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 1,235.57 | 10/29 | 910.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: 4            #
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,261.15 | Average Collected Balance | 20,129.85 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 19,581.15 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/22 | 1229 | 90.00 | 10/29 | 1231 | 90.00 |
| 10/29 | 1230 | 325.00 | 10/21 | 1232 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 20,261.15 | 10/22 | 19,996.15 |
| 10/21 | 20,086.15 | 10/29 | 19,581.15 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank

America's Most Convenient Bank®            T            STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                  1 of 2
Statement Period:    Oct 01 2020-Oct 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY CANTEEN TAXI CORP                                                          Account #
DIP CASE 17-46644 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,048.17 | Average Collected Balance | 14,916.87 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 14,368.17 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/22 | 1224 | 90.00 | 10/29 | 1226 | 90.00 |
| 10/29 | 1225 | 325.00 | 10/21 | 1228* | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 15,048.17 | 10/22 | 14,783.17 |
| 10/21 | 14,873.17 | 10/29 | 14,368.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP  
DIP CASE 17-44645  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Oct 01 2020-Oct 31 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP     Account #  
DIP CASE 17-44645

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 145.40 | Average Collected Balance | 145.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 145.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                    1 of 2
Statement Period:    Oct 01 2020-Oct 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25,969.55 | Average Collected Balance | 25,838.25 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 25,289.55 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/22 | 1084 | 90.00 | 10/29 | 1086 | 90.00 |
| 10/29 | 1085 | 325.00 | 10/21 | 1087 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 25,969.55 | 10/22 | 25,704.55 |
| 10/21 | 25,794.55 | 10/29 | 25,289.55 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account # 4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,495.00 | Average Collected Balance | 9,363.70 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 8,815.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 4

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/22 | 1230 | 90.00 | 10/29 | 1232 | 90.00 |
| 10/29 | 1231 | 325.00 | 10/21 | 1233 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 9,495.00 | 10/22 | 9,230.00 |
| 10/21 | 9,320.00 | 10/29 | 8,815.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

T         STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                1 of 2
Statement Period:    Oct 01 2020-Oct 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #                    7

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,121.66 | Average Collected Balance | 3,010.69 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 2,441.66 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/29 | 1081 | 90.00 | 10/29 | 1083 | 90.00 |
| 10/29 | 1082 | 325.00 | 10/21 | 1084 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 3,121.66 | 10/29 | 2,441.66 |
| 10/21 | 2,946.66 | | |


# Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                        1 of 2
Statement Period:   Oct 01 2020-Oct 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,068.57 | Average Collected Balance | 15,957.60 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 15,388.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/29 | 1076 | 90.00 | 10/29 | 1078 | 90.00 |
| 10/29 | 1077 | 325.00 | 10/21 | 1079 | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 16,068.57 | 10/29 | 15,388.57 |
| 10/21 | 15,893.57 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**
America's Most Convenient Bank®         T        STATEMENT OF ACCOUNT

TAMAR CAB CORP  
DIP CASE 17-46616 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Oct 01 2020-Oct 31 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP  
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,260.20 | Average Collected Balance | 20,149.23 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 680.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 19,580.20 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 4     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/29 | 1081 | 90.00 | 10/29 | 1084 | 90.00 |
| 10/29 | 1083* | 325.00 | 10/21 | 1088* | 175.00 |
| | | | | Subtotal: | 680.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 20,260.20 | 10/29 | 19,580.20 |
| 10/21 | 20,085.20 | | |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender