
# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account # 4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,681.00 | Average Collected Balance | 21,557.33 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 21,416.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/17 | 1084 | 90.00 |
| 11/17 | 1085 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 21,681.00 | 11/17 | 21,416.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

DABRI TRANS CORP  
DIP CASE 17-46618 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Nov 01 2020-Nov 30 2020  
Cust Ref #:  
Primary Account #: 435-9212100

## Chapter 11 Checking

DABRI TRANS CORP  
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,164.00 | Average Collected Balance | 19,040.33 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 18,899.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/17 | 1087 | 90.00 |
| 11/17 | 1088 | 175.00 |

Subtotal: 265.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 19,164.00 | 11/17 | 18,899.00 |



**Bank**

America's Most Convenient Bank®         T         STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,802.00 | Average Collected Balance | 23,678.33 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 23,537.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2         *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/17 | 1085 | 90.00 |
| 11/17 | 1086 | 175.00 |

Subtotal: 265.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 23,802.00 | 11/17 | 23,537.00 |


# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 196.56 | Average Collected Balance | 196.56 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 196.56 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,770.81 | Average Collected Balance | 10,647.14 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 10,505.81 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/17 | 1084 | 90.00 |
| 11/17 | 1085 | 175.00 |

Subtotal: 265.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 10,770.81 | 11/17 | 10,505.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                    1 of 2
Statement Period:    Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY                                          Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,839.48 | Average Collected Balance | 16,715.81 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 16,574.48 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/17 | 1236 | 90.00 |
| 11/17 | 1237 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 16,839.48 | 11/17 | 16,574.48 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T                  STATEMENT OF ACCOUNT

LECHAIM CAB CORP
DIP CASE 17-46647 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page:                                    1 of 2
Statement Period:    Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

LECHAIM CAB CORP                                           Account #
DIP CASE 17-46647 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 910.57 | Average Collected Balance | 910.57 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 910.57 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period


**Bank**
America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,581.15 | Average Collected Balance | 19,457.48 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 19,316.15 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/17 | 1233 | 90.00 |
| 11/17 | 1234 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 19,581.15 | 11/17 | 19,316.15 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,368.17 | Average Collected Balance | 14,244.50 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 14,103.17 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/17 | 1229 | 90.00 |
| 11/17 | 1230 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 14,368.17 | 11/17 | 14,103.17 |



# Bank
America's Most Convenient Bank®                    T        STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP  
DIP CASE 17-44645  
1281 CARROLL ST  
BROOKLYN NY  11213

Page:                                    1 of 2  
Statement Period:    Nov 01 2020-Nov 30 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP                                    Account #  
DIP CASE 17-44645

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 145.40 | Average Collected Balance | 145.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 145.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25,289.55 | Average Collected Balance | 25,165.88 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 25,024.55 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/17 | 1088 | 90.00 |
| 11/17 | 1089 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 25,289.55 | 11/17 | 25,024.55 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®              T              STATEMENT OF ACCOUNT

NY STANCE TAXI CORP  
DIP CASE 17-46642 EDNY  
1281 CARROLL STREET  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Nov 01 2020-Nov 30 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP  
DIP CASE 17-46642 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 8,815.00 | Average Collected Balance | 8,691.33 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 8,550.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/17 | 1234 | 90.00 |
| 11/17 | 1235 | 175.00 |
| | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 8,815.00 | 11/17 | 8,550.00 |


**Bank**
America's Most Convenient Bank®

T  STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #: #
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,441.66 | Average Collected Balance | 2,441.66 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 2,441.66 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:  Nov 01 2020-Nov 30 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,388.57 | Average Collected Balance | 15,264.90 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 15,123.57 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | |
|---|---|---|---|
| 11/17 | 1080 | 90.00 | |
| 11/17 | 1081 | 175.00 | |
| | | Subtotal: | 265.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 15,388.57 | 11/17 | 15,123.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #: 4
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,580.20 | Average Collected Balance | 19,456.53 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 265.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 19,315.20 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/17 | 1085 | 90.00 |
| 11/17 | 1086 | 175.00 |

Subtotal: 265.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 19,580.20 | 11/17 | 19,315.20 |