# ROSENBERG, MUSSO & WEINER, LLP
## Attorneys At Law

BRUCE WEINER
ROBERT J. MUSSO

LOUIS P. ROSENBERG
(1908-1997)

ROBERT NADEL

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242

(718) 855-6840
FAX NO. (718) 625-1966

January 19, 2021

**E-File**
Honorable Nancy Hershey Lord
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: Bracha Cab Corp, et al
**Bankruptcy Case No. 17-46613**

Dear Judge Lord:

This will confirm that all matters scheduled on January 19, 2021 are adjourned to April 13, 2021 at 2:30 p.m.

Very truly yours,

/s/ Bruce Weiner
Bruce Weiner

BW:jg

cc.   David.Pisciotta@troutman.com
      BBerman@foxrothschild.com
      rwp@pikenandpiken.com
      BMcCarthy@abramslaw.com
      gfreidman@gss-law.com
      charles.liebman@johnsonliebman.com
      esther@pikenandpiken.com
      Nazar.Khodorovsky@usdoj.gov