
# Bank
America's Most Convenient Bank®

T  STATEMENT OF ACCOUNT

BRACHA CAB CORP
DIP CASE 17-46613 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2020-Dec 31 2020
Cust Ref #: #
Primary Account #:

## Chapter 11 Checking

BRACHA CAB CORP
DIP CASE 17-46613 EDNY

Account:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,416.00 | Average Collected Balance | 21,416.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 21,416.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period


# Bank

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

DABRI TRANS CORP  
DIP CASE 17-46618 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page: 1 of 2  
Statement Period: Dec 01 2020-Dec 31 2020  
Cust Ref #: ##  
Primary Account #:

## Chapter 11 Checking

DABRI TRANS CORP  
DIP CASE 17-46618 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 18,899.00 | Average Collected Balance | 18,899.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 18,899.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DOVBER CAB CORP
DIP CASE 17-46614 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2020-Dec 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

DOVBER CAB CORP
DIP CASE 17-46614 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 23,537.00 | Average Collected Balance | 23,537.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 23,537.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FIT TAXI CORP
DIP CASE 17-44620 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:  Dec 01 2020-Dec 31 2020
Cust Ref #:                                                 #
Primary Account #:

## Chapter 11 Checking

FIT TAXI CORP
DIP CASE 17-44620 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 196.56 | Average Collected Balance | 196.56 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 196.56 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



**TD Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:  Dec 01 2020-Dec 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

JACKHEL CAB CORP
DIP CASE 17-46646 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,505.81 | Average Collected Balance | 10,505.81 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 10,505.81 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JARUB TRANS CORP
DIP CASE 17-46639 EDNY
1281 CARROLL ST
BROOKLYN NY 11213

Page: 1 of 2
Statement Period: Dec 01 2020-Dec 31 2020
Cust Ref #: ##
Primary Account #:

## Chapter 11 Checking

JARUB TRANS CORP
DIP CASE 17-46639 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,574.48 | Average Collected Balance | 16,574.48 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 16,574.48 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period


# Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY  
1281 CARROLL ST  
BROOKLYN NY  11213

Page:                                               1 of 2  
Statement Period:    Dec 01 2020-Dec 31 2020  
Cust Ref #:  
Primary Account #:

## Chapter 11 Checking
LECHAIM CAB CORP  
DIP CASE 17-46647 EDNY

Account #

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| Beginning Balance | 910.57 | Average Collected Balance | 910.57 |
|  |  | Interest Earned This Period | 0.00 |
| Ending Balance | 910.57 | Interest Paid Year-to-Date | 0.00 |
|  |  | Annual Percentage Yield Earned | 0.00% |
|  |  | Days in Period | 31 |

DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MERAB CAB CORP
DIP CASE 17-46619 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2020-Dec 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MERAB CAB CORP
DIP CASE 17-46619 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,316.15 | Average Collected Balance | 19,316.15 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 19,316.15 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:   Dec 01 2020-Dec 31 2020
Cust Ref #:                                              #
Primary Account #:

## Chapter 11 Checking

NY CANTEEN TAXI CORP
DIP CASE 17-46644 EDNY

Account #                                )

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,103.17 | Average Collected Balance | 14,103.17 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 14,103.17 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NY ENERGY TAXI CORP
DIP CASE 17-44645
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2020-Dec 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY ENERGY TAXI CORP
DIP CASE 17-44645

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 145.40 | Average Collected Balance | 145.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 145.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2020-Dec 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY GENESIS TAXI CORP
DIP CASE 17-46617 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 25,024.55 | Average Collected Balance | 25,024.55 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 25,024.55 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY
1281 CARROLL STREET
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2020-Dec 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY STANCE TAXI CORP
DIP CASE 17-46642 EDNY

Account #

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| Beginning Balance | 8,550.00 | Average Collected Balance | 8,550.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 8,550.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| DAILY ACCOUNT ACTIVITY |
|---|
| No Transactions this Statement Period |


# Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period:    Dec 01 2020-Dec 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

NY TINT TAXI CORP
DIP CASE 17-46641 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,441.66 | Average Collected Balance | 2,441.66 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 2,441.66 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2020-Dec 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

SOMYASH TAXI INC
DIP CASE 17-46640 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,123.57 | Average Collected Balance | 15,123.57 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 15,123.57 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

TAMAR CAB CORP
DIP CASE 17-46616 EDNY
1281 CARROLL ST
BROOKLYN NY  11213

Page: 1 of 2
Statement Period: Dec 01 2020-Dec 31 2020
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

TAMAR CAB CORP
DIP CASE 17-46616 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,315.20 | Average Collected Balance | 19,315.20 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 19,315.20 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender