UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Bracha Cab Corp. et. al.,　　　　　　　　　　　　Chapter 11

　　　　Debtors.　　　　　　　　　　　　　　　　Case No. 17-46613-nhl
　　　　　　　　　　　　　　　　　　　　　　　　Jointly Administered
-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that the attached Order Authorizing the retention of Schoeman Updike & Kaufman LLP, as attorneys for the Debtors will be presented to the Honorable Nancy Hershey Lord, United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201 on October 24, 2023 at 12:00 p.m..

**PLEASE TAKE FURTHER NOTICE**, that responses or objections, if any, to the entry of the Order approving the retention must be in writing and filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Eastern District of New York, with proof of service and a courtesy copy delivered to the Chambers of the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, 271 Cadman Plaza East, Brooklyn, New York 11201 and to be received no later than October 17, 2023 at 5:00 p.m. (the "Objection Deadline"). If proper objections are timely filed and served, a hearing will be held on November 16, 2023 at 3:00 p.m. The hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or link to the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Attorneys with a CM/ECF account may register under the Utilities menu after logging on to CM/ECF. Instructions for registering can be found at https://www.nyeb.uscourts.gov/node/2126. Those without an CM/

ECF account may access the program at https:ecf.nyeb.uscourts.gov/cgi-bin/ nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that if no objections to the entry of the Proposed Order are timely filed and served before the Objection Deadline, the Proposed Order may be entered by the Court without further hearing or any further notice to any party.

Dated: New York, New York
September 29s, 2023

**SCHOEMAN UPDIKE & KAUFMAN LLP**

By: /s/ Beth L. Kaufman
Beth L. Kaufman, Esq.
551 Fifth Avenue
New York, New York 10176
Tel: (212) 661-5030
bkaufman@schoeman.com
*Attorneys for Debtors*