UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                    Chapter 11

Bracha Cab Corp., et al.,                 Case No. 17-46613-nhl
                                          Jointly Administered
              Debtors.
                                          **AFFIDAVIT**
---------------------------------------------------------X

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NASSAU     )

Faivish Pewzner, being duly sworn, deposes and says:

1. I have agreed to pay a retainer of $40,000.00 to Schoeman Updike & Kaufman LLP ("Schoeman") for that firm's representation of Bracha Cab Corp., Dovber Cab Corp., Dabri Trans Corp., Merab Cab Corp., Fit Taxi Corp., Jarub Trans Corp., Somyash Taxi Corp., NY Canteen Taxi Corp., Lechaim Cab Corp., Tamar Cab Corp., NY Genesis Taxi Corp., NY Tint Taxi Corp., NY Stance Taxi Corp., NY Energy Taxi Corp. and Jackhel Cab Corp. (the "Debtors") before the United States Bankruptcy for the Eastern District of New York, under case number 17-46613-nhl. The payment was made by myself. The retainer payment is subject to Court approval.

2. I recognize and agree that Schoeman will represent the Debtors and not myself and that my payment of the retainer for the Debtors does not create an attorney-client relationship between myself and Schoeman and that Schoeman will have no duty or obligation to myself. Schoeman's duty will be only to the Debtors.

3. The Debtors consent to my paying the retainer to Schoeman.

4. Neither the Debtors nor myself are aware of any conflicts of interest, potential conflicts of interest, or claims between myself and Bracha Cab Corp., Dovber

Corp., Dabri Trans Corp., Merab Cab Corp., Fit Taxi Corp., Jarub Trans Corp., Somyash Taxi Corp., NY Canteen Taxi Corp., Lechaim Cab Corp., Tamar Cab Corp., NY Genesis Taxi Corp., NY Tint Taxi Corp., NY Stance Taxi Corp., NY Energy Taxi Corp. and Jackhel Cab Corp.

5. The Debtors do not owe any money to me or any entity that I control or own.

6. Neither myself nor any entity that I own or control owes any money to the Debtors or Schoeman.

7. Schoeman does not owe any money to me or any entity that I own or control.

8. Neither myself nor any entity I own or control is interested in bidding or refinancing any of the Debtors' assets.

FAIVISH PEWZNER

Sworn to before me this
26 day of September 2023.

Notary Public

MICHELE FALOTICO
Notary Public, State of New York
No. 01FA6030014
Qualified in Queens County
Commission Expires August 30, 20 2 J

2