ROSENBERG MUSSO & WEINER, LLP
PO Box 127
Garden City, New York 11530
(718) 855-6840

October 6, 2023

**VIA ECF**
Honorable Nancy Hershey Lord
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

### Re: Bracha Cab Corp. Case No. 17-46613-nhl
### Fee application of Rosenberg Musso & Weiner

Dear Judge Lord:

    After discussion with the Office of the United States Trustee, Rosenberg Musso & Weiner consents to a reduction of $480.00 in its request for allowance of compensation.

    Respectfully submitted,

    /s/ Bruce Weiner
    Bruce Weiner

cc:
Nazar Khodorovsky, Esq. (via email and CM/ECF)