UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

Bracha Cab Corp. et. al.,

          Debtors

-------------------------------------------------------x

Chapter 11

Case No. 17-46613-nhl
Substantively Consolidated

# FINAL DECREE

The estates of the above-named Debtors (the "Debtors") having been fully administered and the Debtors' Plan of Reorganization having been fully administered as appears by the annexed application, it is therefore

ORDERED, ADJUDGED AND DECREED, that the Debtors' Chapter 11 cases are hereby closed; and it is further

ORDERED, that not later than ten (10) days from the entry of this order, the Debtors shall file with the Court any unfiled monthly operating reports for pre-effective date periods and the appropriate post confirmation reports and shall pay the United States Trustee the appropriate sums required pursuant to 28 U.S.C. §1930(a)(6) and any applicable interest thereon.